U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Maria Pryshlak

vs.

First Transit, Inc., et al.

No. 1:07-CV-01204

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, LESLIE ROTH, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Civil Cover Sheet, Complaint and Jury Demand and Certified Notice of Deposition in the above entitled case, hereby depose and say:

That my date of birth / age is 11-19-1942.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:10 am on July 7, 2007, I served Kelsey Wilson at 1710 Saint Paul Street, Apartment 104, Baltimore, Maryland 21202 by serving Kelsey Wilson, personally. Described herein:

```
SEX-     MALE
AGE-     32
HEIGHT-  5'11"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7-10-07
Date

LESLIE ROTH
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190641