UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA O. PRYSHLAK,

    Plaintiff,

    v.

FIRST TRANSIT, INC., et al.,

    Defendants.

Civil Action No. 07-1204 (JDB)

## SCHEDULING ORDER

Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3 Report submitted by the parties, it is, this 27th day of August, 2007, hereby **ORDERED** as follows:

1. The parties shall have until October 15, 2007, to amend the pleadings and join additional parties without further leave of the Court.

2. All discovery shall be completed by not later than January 15, 2008. The parties shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3. Any disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made as follows: (a) plaintiffs shall identify experts by not later than October 29, 2007; (b) defendant shall identify experts by not later than November 29, 2007.

4. With the agreement of the parties, this case is hereby referred to mediation before Magistrate Judge Facciola for a period of not more than ninety days. The parties

       shall request that any meeting with Magistrate Judge Facciola take place subsequent to plaintiff's filing of Rule 26(a)(2) disclosures.

5.     Dispositive motions shall be filed by not later than January 29, 2008. Oppositions to dispositive motions shall be filed by not later than February 11, 2008. Replies, if any, shall be filed by not later than February 19, 2008.

6.     The parties shall appear for a status conference with the Court on January 17, 2008, at 9:00 a.m. in Courtroom Eight.

**SO ORDERED**.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                          United States District Judge