**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **MARIA O. PRYSHLAK** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 07-1204 (JDB/JMF)** |
| | ) |
| **FIRST TRANSIT, INC., et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Maria O. Pryshlak, by undersigned counsel,

provides the following Initial Disclosures, which she reserves the right to supplement and to

amend as necessary:

(A)    The name and, if known, the address and telephone number of each individual
likely to have discoverable information that the disclosing party may use to
support its claims or defenses, unless solely for impeachment, identifying the
subjects of the information:

Maria O. Pryshlak
2475 Virginia Avenue, N.W., Apt. 709
Washington, D.C.  20037
(202) 333-4910
Plaintiff -- all aspects of the claim.

Kelsey Wilson
1710 Saint Paul Street, Apartment 104
Baltimore, Maryland  21202
(443) 629-1838
Defendant -- knowledge of the incident on April 18, 2007

Alexandra Zamfir
Address unknown
Telephone number unknown

Former student through the Georgetown University Center for
Intercultural Development and witness to portions of the April 18, 2007
incident.

Roque Viegas
3300 Whitehaven Street, N.W., Suite 1000
Washington, D.C.  20007
(202) 687-1930
Employee at the Georgetown University Center for Intercultural Education
and Development and witness to portions of the April 18, 2007 incident.

Paul Silva
3300 Whitehaven Street, N.W., Suite 1000
Washington, D.C.  20007
(202) 687-1636
Employee at the Georgetown University Center for Intercultural Education
and Development and witness to portions of the April 18, 2007 incident.

Analisa Algandona
3300 Whitehaven Street, N.W., Suite 1000
Washington, D.C.  20007
(202) 687-0892
Employee at the Georgetown University Center for Intercultural Education
and Development and witness to portions of the April 18, 2007 incident.

Chantal Santelices
3300 Whitehaven Street, N.W., Suite 1000
Washington, D.C.  20007
(202) 687-1918
Employee at the Georgetown University Center for Intercultural Education
and Development and witness to portions of the April 18, 2007 incident.

Morgan Adams
252 Newbury Street, Apt. 2
Boston, Massachusetts  02115
(603) 988-5027
Former employee at the Georgetown University Center for Intercultural
Education and Development and witness to portions of the April 18, 2007
incident.

Grant Karno
4334 West 177th Street
Torrance, California 90504
 (530) 400-5449

Former employee at the Georgetown University Center for Intercultural Education and Development and witness to portions of the April 18, 2007 incident.

Felisha Thompson
3300 Whitehaven Street, N.W.
Washington, D.C.  20007
(202) 373-2482
Property manager at 3300 Whitehaven Street, N.W.

Stephen Koenig
2101 Wisconsin Avenue, N.W.
Washington, D.C.  20007
(202) 625-4229
Witness to the April 18, 2007 incident.

Officer Lowery and other members of the Metropolitan Police Department
Government of the District of Columbia
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C.  20001
(202) 727-4218
Officer Lowery and other members of the Metropolitan Police Department were involved in the police investigation of the April 18, 2007 incident. They possess knowledge of the incident and the investigation of the incident.

Girish Kapur, M.D., Jeffrey Smith, M.D., Wade Brennom, M.D., Carmen Villanueva, M.D., Angelique Floerke, M.D., Renee Prideaux, R.N., and Victoria Autry, R.N. and other emergency room doctors and nurses
George Washington University Hospital Emergency Room
900 23rd Street, N.W.
Washington, D.C.  20037
(202) 715-4000
Healthcare providers for Ms. Pryshlak at the emergency room at George Washington University Hospital.

Steven C. Scherping, M.D.
Georgetown University Hospital
Department of Orthopaedics
3800 Reservoir Road, N.W.
Washington, D.C.  20007
(202) 444-8766
Healthcare provider for Ms. Pryshlak's injuries to her neck and lower back following the April 18, 2007 incident.

Dennis Cullen, M.D.
Cullen, Umosella, Cullen & Cullen, M.D., P.C.
7625 Wisconsin Avenue, Suite 100
Bethesda, Maryland  20814
(240) 497-1570
Healthcare provider for Ms. Pryshlak's injuries suffered as a result of the
April 18, 2007 incident.

Eileen M. Dunn, Psy. D.
3232 Volta Place, N.W.
Washington, D.C.  20007
(202) 333-8808
Clinical psychologist for Ms. Pryshlak's psychological, emotional, and
mental damages and distress suffered as a result of the April 18, 2007
incident.

John Doe(s)
Unknown members of the District of Columbia Fire and Emergency
Medical Services Department involved in responding to the scene of the
April 18, 2007 incident.
Fire and Emergency Medical Services Department
Government of the District of Columbia
1923 Vermont Avenue, N.W., Suite 201
Washington, D.C.  20001
(202) 673-3331
Knowledge of the medical care and transport of Ms. Pryshlak at the scene
of the April 18, 2007 incident to George Washington University Hospital
Emergency Room.

Rian Schaffner
Claims Representative
Gallagher Bassett Services, Inc.
4 Flowers Drive
Mechanicsburg, Pennsylvania  17050
(866) 469-0734 (Ext. 273)
Knowledge of the April 18, 2007 incident, as well as the liable party for
the incident.

Andre Kaminski
501 North Jefferson Street
Arlington, Virginia  22205
(202) 687-6191
Friend of Plaintiff -- helped care for Plaintiff following the April 18, 2007
incident.

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

> Attached hereto as Exhibit 1 is a copy of the following:

> (1) Medical records and/or bills from:

>> a.   George Washington University Hospital Emergency Room
>> b.   George Washington University Medical Faculty Associates
>> c.   George Washington University Outpatient  Rehabilitation Center
>> d.   Georgetown University Hospital Department of Orthopaedic Spine Surgery
>> e.   Cullen, Umosella, Cullen & Cullen, M.D., P.C.
>> f.   Eileen M. Dunn, Psy. D.
>> g.   C.O.R.E. Physical Therapy

> (2) Metropolitan Police Department Traffic Accident Report describing the April 18, 2007 incident.

> (3) Copy of a statement received from witness Stephen Koenig.

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Medical expenses to date:**

| | |
|---|---|
| George Washington University Hospital Emergency Room | **$15,169.50** |
| George Washington University Medical Faculty Associates | **$2,659.00** |
| Georgetown University Hospital | **$1,591.00** |
| Cullen, Umosella, Cullen, & Cullen, M.D., P.C. | **$390.00** |
| Eileen Dunn, Psy. D. | **$4,250.00** |
| C.O.R.E. Physical Therapy | **$4,720.00** |
| **Total Medical Expenses to date:** | **$28,779.50** |
| **Approximate Lost Wages to date:** | **$35,000.00** |

**Additional economic and non-economic damages remain to be determined.**

(D)    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable.

Respectfully submitted,

MARIA O. PRYSHLAK

By:     /s/   Peter C. Grenier
Peter C. Grenier (D.C. Bar No. 418570)
Michael K. Hibey (D.C. Bar No. 502890)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

Dated: September 10, 2007

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of September, 2007, I served a true and correct copy
of the foregoing Plaintiff's Initial Disclosures by electronic filing to:

> Tamara Goorevitz
> Franklin & Prokopik
> 2 North Charles Street, Suite 600
> The B & O Building
> Baltimore, MD  21201
> *Counsel for Defendant*


/s/   Peter C. Grenier
Peter C. Grenier

# Universata, Inc.
12800 Middlebrook Road, Suite 400
Germantown, MD 20874
p: (301) 916-4700
f: (301) 916-8776

| Facsimile Cover Page | | |
|---|---|---|
| To:  Bode and Grenier, LLP Atteorneys And Couselors | From: | Medical Records Department |
| Fax#:                              +1 (202) 8284130 | Fax#: | (301) 916-8776 |
| Company:     Bode and Grenier, LLP Atteorneys And Couselors | Telephone: | (301) 916-4700 |
| Subject: Records of Maria Pryshlak | | |
| Sent: 6/15/2007 6:16:46 PM | Pages: | 33 (Total including cover) |

# Important Message:

CAUTION: The materials enclosed are confidential and private documents. If you are NOT the individual authorized to receive and view these materials, then you are in direct violation of federal and state privacy laws. If you have received such materials in error, please contact Universata Health Services toll free at 866.683.4700 or 301.916.4700 immediately. We will instruct you as to the proper destruction and/or return of the materials. You may also have the right to file a complaint with the Office of Civil Rights; we are happy to answer any question you have about your rights and how to contact the Office of Civil Rights.

We thank you for your cooperation and understanding in this matter.

PRYSHLAK INIT. DISC. 00001

GWUH-PRYSHLAK, MARIA OUHA-Enc #11286033-OPT-EMK-4/18/2007: emergency Room Record - 4/19/2007 - 1 pg

Page 1 of 9

**George Washington Univ. Hospital**
**EMERGENCY FLOW SHEET RECORD**
**Name: Pryshlak, Maria Age: 58Y MR: 1213658 Acct: 11286033**

**VITAL SIGNS**

| User | Date/Time | BP | PULSE | RESP | TEMP | PAIN | O2 SAT | TIME |
|------|-----------|-----|-------|------|------|------|--------|------|
| PRIR | 04/18 17:37 | 115/60 | 67 | 16 | 98.4 | 0 | 99 on ra | 1733 |
| PRIR | 04/18 15:48 | 110/65 | 69 | 16 | 98.4 | 2 | 99 on ra | 1545 |
| PRIR | 04/18 14:04 | 122/68 | 72 | 16 | 98.4 | 2 | 99 on ra | 1345 |
| AUTV | 04/18 12:00 | 128/72 | 76 | 20 | 98.4 | | 98 on ra | |

**Name: Pryshlak, Maria Age: 58Y MR: 1213658 Acct: 11286033**
**Prepared: Fri Apr 20 06:24:04 2007 by**
**Page: 1**

PRYSHLAK INIT. DISC. 00002

# GEORGE WASHINGTON UNIV. HOSPITAL EMERGENCY RECORD

**Name: Pryshlak, Maria**
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

━━━━━━━━━━━━━━━━ TRIAGE DATA ━━━━━━━━━━━━━━━━

**Complaint:** trauma white

**Triage Time:** Wed Apr 18 2007 11:41      **Age:** 107      **Kg Weight:**
**Source:**      **Physicians:**
**By:** DC Fire, ALS
**Urgency:** ESI Level 2 - Trauma White
**Room:** EMERGENCY      CCED 3-A

**Vital Signs:**
BP:      P:      R:
T:      Pain:      Sat:

**CURRENT MEDICATIONS: No Documented Medications**

## IMAGING
TRANSFUSION REQUEST (11:56 KDP): Image captured from scanner.
DISCHARGE RECEIPT (18:41 PRIR): Image captured from scanner.

## DIAGNOSIS (17:13 WB)
FINAL: PRIMARY: HIP CONTUSION, ADDITIONAL: ARM CONTUSION, STRUCK BY FALLING OBJECT.

## DISPOSITION
PATIENT (18:09 WB): Patient Data Alerts: (none), Disposition: A Routine Discharge, Disposition Transport: **Self - Patient Responsible, Condition: Stable, Patient Flag: .
(18:43 PRIR): Patient Flag: , Remove from ER.

## INSTRUCTION (17:10 WB)
DISCHARGE: "CONTUSION: EXTREM LOWER".
FOLLOWUP: 1. Neurological Surgery 2027412750.
SPECIAL: Please f/u in 1-2 weeks with Dr. Lee in Trauma clinic at 202-741-3227.
Your CAT scan and MRUI showed some changes that should be followed up as an outpatient. I have given you the number for Neurosurgery at MFA.
All of your X ray studies were negative for any fracture.
Return for worsening pain, redness, swelling, or new symptoms.

## ORDERS
CHEST (PA/lateral) by WB for SMIJ on Wed Apr 18 2007 11:53 Status: Done Wed Apr 18 2007 12:39.
CT CHEST W/CONTRAST - TRAUMA CHEST by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Done Wed Apr 18 2007 14:03.
CT C-SPINE W/O CONTRAST by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
HIP (left) by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
HUMERUS (right) by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
SHOULDER (right with axillary) by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
CT ABD and PELVIS (iv contrast only; trauma) by WB for SMIJ on Wed Apr 18 2007 12:06 Status: Active.
ANKLE (right) 3 view by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
Type and Screen by WB for SMIJ on Wed Apr 18 2007 12:09 Status: Done by PRIR Wed Apr 18 2007 13:04.
CBC and DIFF by WB for SMIJ on Wed Apr 18 2007 12:09 Status: Done Wed Apr 18 2007 12:43.
FEMUR (left) by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
TIBIA-FIBULA (RIGHT) by WB for SMIJ on Wed Apr 18 2007 11:59 Status: Active.
CHEST (portable) by WB for SMIJ on Wed Apr 18 2007 12:01 Status: Active.
PT and PTT by WB for SMIJ on Wed Apr 18 2007 12:09 Status: Done Wed Apr 18 2007 13:36.
ETHANOL, SERUM (not for methanol, isopropanol) by WB for SMIJ on Wed Apr 18 2007 12:09 Status: Done Wed Apr 18 2007 12:59.
CHEM 8 (Basic Metabolic Panel) by WB for SMIJ on Wed Apr 18 2007 12:09 Status: Done Wed Apr 18 2007 12:59.
MRI C-SPINE W/WO CONT (mets. abscess) by WB for SMIJ on Wed Apr 18 2007 13:07 Status: Active.

PRYSHLAK INIT. DISC. 00003

Case 1:07-cv-01204-JDB   Document 10-2   Filed 09/10/2007   Page 4 of 40
GWUH-PRYSHLAK, MARIA OLHLVEK/ #1213658-2-OPP-ERR-7/EOX210-Emergency Room 4/Page 4 of 419

## GEORGE WASHINGTON UNIV. HOSPITAL
## EMERGENCY RECORD

**Name:** Pryshlak, Maria
**Age:** F58 Wt:
**MedRec:** 1213658
**AcctNum:** 112866033

Cervical soft collar by WB for KAPG on Wed Apr 18 2007 17:20 Status: Done by PRIR Wed Apr 18 2007 17:38.

## HPI TRAUMA (12:04 WB)
HISTORIAN: History obtained from patient.
CHIEF COMPLAINT: Patient presents for the evaluation of trauma, bilateral, injury, swelling, decreased
    ROM, tenderness.
MECHANISM: Complaint occurred by blunt trauma, direct blow, fallen object, Fallen debris .
OCCURRED: Onset was 1 hours ago , Patient currently has symptoms, Complaint is persistent.
LOCATION: L Hip LLE, R UE.
QUALITY: Patient describes pain as sharp.
ASSOCIATED WITH: Patient denies clavicle pain, Patient denies clavicle pain, Patient states shoulder pain
    is present, for 1 hour, Patient denies elbow pain, Patient denies wrist pain, Patient denies hand pain,
    Patient denies finger pain, Patient states hip pain is present, for 1 hour, Patient denies knee pain,
    Patient states ankle pain is present, for 1 hour, Alcohol: Denies, Neurologic Symptoms Prior to Patient
    Arrival not present, LOC: None, GCS: 15, On scene GCS: 15.
RISK FACTORS: Spine Injury Risk Factors: None, Intracranial Bleed Risk Factors: None.
NOTES: 58 yo wf was working at desk and had bus hit her building, debris fell on patient and she was rapidly
    extricated. C/o L hip pain, R LE pain, R shoulder/upper extremity pain. Denies LOc.

## HISTORY (12:05 WB)
MEDICAL HISTORY: Past medical history is not significant, History of high cholesterol treated, lipitor,
    Hx Melanoma, s/p lymph node bx/resection.
PSYCHIATRIC HISTORY: No previous psychiatric history.
SURGICAL HISTORY: Patient's previous surgical history is not relevant to the case.
SOCIAL HISTORY: Denies alcohol abuse, Denies drug abuse.
FAMILY HISTORY: Family history is not contributory to this case.

## ROS (12:04 WB)
CONSTITUTIONAL: Negative constitutional review of systems.
EYES: Negative eye review of systems.
ENT: Negative ENT review of systems.
CARDIOVASCULAR: Negative cardiovascular review of systems.
RESPIRATORY: No SOB.
GI: No abdominal pain.
MUSCULOSKELETAL: Historian reports injury, Historian reports joint stiffness.
SKIN:  abrasions/contusions L hip R LE.
NEUROLOGIC: Negative neurologic review of systems.
HEMO/LYMPHATIC: Negative hemo/lymphatic review of systems.
PSYCHIATRIC: Negative psychiatric review of systems.

## PHYSICAL EXAM (12:08 WB)
CONSTITUTIONAL: Vital signs reviewed, Patient has normal pulse, Patient has normal blood pressure, Well
    appearing, Patient appears comfortable. Alert and oriented X 3. Increased respiratory rate.
HEAD: Atraumatic, Normocephalic.
EYES: Pupils equal and reactive to light, No discharge from eyes, Extraocular muscles intact, Conjunctiva are
    normal.
ENT: Ears normal to inspection, Nose examination normal, Posterior pharynx normal, Mouth normal to inspection.
NECK: No jugular venous distention, Cervical spine nontender, Neck is in C-collar.
RESPIRATORY/CHEST: Chest is nontender, Breath sounds normal. No respiratory distress.
CARDIOVASCULAR: RRR, No murmurs, Normal S1 S2, No rub, No gallop, Pedal pulses present 3/4.
ABDOMEN: Bowel sounds normal, No distension, No peritoneal signs.
BACK: There is no tenderness to palpation, Normal inspection.
UPPER EXTREMITY: No cyanosis, No clubbing, No edema, tender R humerus, diff shoulder.
LOWER EXTREMITY: No cyanosis, No clubbing, No edema, Tender L hip, abrasion/contusion.
NEURO: GCS is 15, No focal motor deficits, No focal sensory deficits, Speech normal, Memory normal.

PRYSHLAK INIT. DISC.  00004

# GEORGE WASHINGTON UNIV. HOSPITAL
# EMERGENCY RECORD

SKIN: Skin is warm, Skin is dry, Skin is normal color.
PSYCHIATRIC: Oriented X 3, Normal affect, Normal insight, Normal concentration.

## KNOWN ALLERGIES: No Documented Allergies

## MEDICATION SERVICE (12:08 WB)
Tetanus-Diphtheria Toxoids, Adult: Order: Tetanus-Diphtheria Toxoids, Adult : 0.5 ml : Intramuscular
  Ordered: Wed Apr 18 2007 12:08
  Ordered by: Wade Brennom, MD
  Entered by: Wade Brennom, MD Wed Apr 18 2007 12:08
  Acknowledged by: Renee Prideaux, RN Wed Apr 18 2007 12:09
  Documented as given by: Renee Prideaux, RN Wed Apr 18 2007 14:10
    MEDICATION , Time given: 1408, Site: Left delt, Route: IM, Response to medication:, Symptoms
    unchanged, On a scale 0-10 patient rates pain as 3. Emotional support needed and given, Patient tolerated
    procedure well.

## PRESCRIPTION (18:30 KAPG)
Tylenol with Codeine #3: Tablet : 300 mg-30 mg : Oral=Quantity: ***1-2*** Unit: tab Route: Oral Schedule:
  Every 4 hours as needed Dispense: ***20***.

## ATTENDING (13:47 SMIJ)
MD PROCEDURES: Critical care time: Between 30 and 74 minutes, Total number of minutes spent in direct and
  indirect care of this critically ill patient excludes procedure time.
CHIEF COMPLAINT: Debris from wall and ceiling, stuck pt, pt also hit at low speed by bus going thur wall
  - CT of neck show bulge, poss hemorr - will get mri. remainder of survey neg.
NOTES: I have personally seen and examined this patient. I have fully participated in the care of this
  patient. I have reviewed all pertinent clinical information, including history, physical exam and plan.

## RESULTS
RADIOLOGY (16:39 LUJU):
CT CHEST/ABD/PELVIS W/ CON ,
  Caution: Report not yet finalized and possibly incomplete!
  PROCEDURE: CT THORAX/ABDOMEN/PELVIS WITH CONTRAST 4/18/2007 at 12:33
  COMPARISON: None.
  INDICATIONS: Chest Pain, Left Side/Trauma
  TECHNIQUE: Multiple helical 2.5 mm axial images were obtained extending from the thoracic inlet to through
    the abdomen and pelvis to the level of the symphysis pubis. 140 cc of non-ionic intravenous contrast (Isovue
    300) was administered without reaction. Additionally, 5-minute delayed 2.5 mm axial images were obtained
    through the abdomen and pelvis.
  FINDINGS:
  AORTA: The aorta is normal in course and caliber. The major branching vessels are patent.
  CARDIAC: The heart and pericardium are normal in appearance.
  MEDIASTINUM: There is no mediastinal, hilar, or axillary lymphadenopathy. There is a 2 x 3 cm anterior
    mediastinal cyst.
  LUNGS: The lungs are clear.
  LIVER: There is a hypodensity within the posterior segment of the right lobe of liver that is too small to
    characterize.
  GALLBLADDER: No gallstones or other abnormality.
  SPLEEN: Normal.
  PANCREAS: No abnormal calcifications or masses.
  ADRENALS: The adrenal glands are normal.
  KIDNEYS: No solid renal lesions. No renal calculi.
  STOMACH: The stomach is normal.
  SMALL BOWEL: The small bowel is normal.
  COLON: The colon is normal.

PRYSHLAK INIT. DISC. 00005

## GEORGE WASHINGTON UNIV. HOSPITAL
## EMERGENCY RECORD

**Name:** Pryshlak, Maria
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

PERITONEUM: There is no free intraperitoneal air or ascites.
ADENOPATHY: No pathologic lymphadenopathy is identified within the abdomen or within the pelvis.
BLADDER: The urinary bladder is normal.
UTERUS: There is a calcified fibroid uterus.
OVARIES: The ovaries are normal.
BONES: No evidence of acute fractures. A hemangioma is seen within the L1 vertebral body.
SOFT TISSUES: Surgical clips are seen within the right inguinal soft tissues.
IMPRESSION:
1. There is no CT evidence of acute pathology.
2. There is an L1 vertebral body hemangioma.
3. Fibroid uterus.
The electronic signature of the attending radiologist below attests to the fact that the images have been
   reviewed and the attending radiologist agrees with the above findings.
Dictated by: Craig Campbell, M.D. on 4/18/2007 at 14:02,


 (16:39 LUJU):
CT C-SPINE W/O CONTRAST ,
  Caution: Report not yet finalized and possibly incomplete!
  PROCEDURE: CT CERVICAL SPINE WITHOUT CONTRAST
COMPARISON: None.
INDICATIONS: Abnormal Sensation/Trauma
PRELIMINARY FINDINGS AT THE TIME OF THE EXAM:
No fracture or subluxation. Central disc protrusion abutting the cord at C4-C5. C2 and C3 vertebral bodies
   seem to be congenitally fused.
  A subsequent final report will be approved by the attending radiologist.
  Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 12:38,


 (17:47 KAPG):
MRI C-SPINE W/WO CONT ,
  FINAL RESULT
THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT
PATIENT: MARIA PRYSHLAK
04/18/07 01787119
MED REC#: 1213658 54601802 STUDY:MRI C-SPINE W/WO CONT
54673488 MRI GADOLINIUM CONTRAST 15ML
VT: ER
ROOM:
D.O.S: 04/18/07
D.O.B: 02/18/1949JEFFREY SMITH, M.D.
ACCT#: 112866033 2140 PENN. AVE., NW
WASHINGTON, DC 20037
------------------------------------------------------------------
Caution: Report not yet finalized and possibly incomplete!
PROCEDURE: MRI CERVICAL SPINE WITH AND WITHOUT CONTRAST
COMPARISON: Cervical spine CT done on 4/18/07.
INDICATIONS: Abnormal Sensation/Trauma
TECHNIQUE: Axial T1 pre and postcontrast, axial and sagittal T2.
sagittal STIR and sagittal proton density.
FINDINGS:
There is no evidence of bone marrow T2 or STIR hyperintensity to suggest
bone marrow edema. There are no fluid collections to suggest ligamentous
injury.
Vertebral body height and alignment are adequate. There is fusion of C2

PRYSHLAK INIT. DISC. 00006

# GEORGE WASHINGTON UNIV. HOSPITAL
# EMERGENCY RECORD

Name: Pryshlak, Maria
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

and C3 vertebral bodies. The cord has normal signal and size. There is
no evidence of spinal canal masses or epidural collections. The
prevertebral and paraspinal soft tissues are unremarkable.
The visualized portion of the posterior fossa and craniocervical junction
are within normal limits.
There is a small central disc protrusion at C3-C4 level, which has mild
abutment in the cord.
There is a small central disc protrusion at C3-C4 level, which has mild
abutment in the cord.
There is a mild left central disc protrusion and/or uncovertebral
hypertrophy at C6-C7 level, causing mild neural foraminal narrowing.
There is no evidence of abnormal contrast enhancement.
IMPRESSION:
1. There is a small central disc protrusion at C3-C4 level, which has
mild abutment in the cord.
2. There is a mild left central disc protrusion and/or uncovertebral
hypertrophy at C6-C7 level, causing mild neural foraminal narrowing.
Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 16:04
-------------------------------------------------------------------------
04/18/07 01787119
TYPED A / /
DICTATED 04/18/07 14:24
PATIENT: MARIA PRYSHLAK
MED REC#: 1213658
PAGE #,

LAB (16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|------|-------|------|-------|
| PT and PTT Apr 18 2007 13:00 | | | |
| PTT | 27.4 | secs | 24.3-37.2 |
| | | | |
| For test reference range for patients | | | |
| less than 14 years of age, please | | | |
| consult pathologist. | | | |
| The PTT anticoagulant therapeutic range | | | |
| is approximately considered as 2.0-2.5, | | | |
| the mean of the normal range. However, | | | |
| since the PTT is influenced by addition- | | | |
| al factors, its result may vary in any | | | |
| given patient. An Anti-XA can be | | | |
| obtained, which is specific for heparin | | | |
| therapy. | | | |

(16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|------|-------|------|-------|
| TYPE AND SCREEN Apr 18 2007 13:29 | | | |
| Antibody Screen | NEG | | |
| ABO | O | | |
| RH | POS | | |

(16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|------|-------|------|-------|
| PT and PTT Apr 18 2007 13:00 | | | |
| PT | 12.3 | secs | 12.3-15.0 |
| | | | |
| For test reference range for patients | | | |
| less than 14 years of age, please | | | |
| consult pathologist. | | | |
| INR | 0.94 | | |
| | | | |
| INR (International Normalized Ratio) is | | | |
| the ratio of patients prothrombin time | | | |
| over a mean prothrombin time corrected | | | |
| for inter-laboratory variability in | | | |
| prothrombin time measurement. The ratio | | | |

Page 6 of 8

PRYSHLAK INIT. DISC. 00007

06/15/2007  06:59 PM                                                                        Page:    12
Case 1:07-cv-01204-JDB    Document 10-2    Filed 09/10/2007    Page 8 of 40
GWUH-PRYSHLAK, MARIA VLHT-EMG #11396493-OPT-document-Emergency Record-4-Page 6 of 8

**Name: Pryshlak, Maria**
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

# GEORGE WASHINGTON UNIV. HOSPITAL
# EMERGENCY RECORD

| | |
|---|---|
| should only be used for monitoring coumadin therapy. Therapeutic range for patients on standard dose coumadin is 2.0-3.0 and for patients on high dose coumadin (with mechanical heart valves) is 2.5-3.5. | |

(16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|---|---|---|---|
| Ethanol Apr 18 2007 12:59 | | | |
| Ethanol | | mg/dL | |
| | | | |
| None detected | | | |
| Intoxication: | 100 mg/dL | | |
| Fatal Concentrations: | > 500 mg/dL | | |

(16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|---|---|---|---|
| BASIC MET PLASMA Apr 18 2007 12:59 | | | |
| Sodium Plasma | 139 | mmol/L | 135-145 |
| Potassium Plasma | 4.4 | mmol/L | 3.5-5.0 |
| Chloride Plasma | 103 | mmol/L | 95-105 |
| Carbon Dioxide P | 26.0 | mmol/L | 22.0-30.0 |
| BUN Plasma | 16 | mg/dL | 7-17 |
| **Creatinine Plasm** | **0.6** | **mg/dL** | **0.7-1.2** |
| Calcium Plasma | 10.1 | mg/dL | 8.5-10.5 |
| Glucose Plasma | 89 | mg/dL | 75-110 |

(16:39 LUJU):

| NAME | VALUE | UNIT | RANGE |
|---|---|---|---|
| CBC/DIFF Apr 18 2007 12:43 | | | |
| WBC | 5.19 | X10 3/uL | 4.80-10.80 |
| RBC Count Blood | 4.73 | X10 6/uL | 4.20-5.40 |
| Hemoglobin | 15.1 | g/dL | 12.0-16.0 |
| Hematocrit | 43.3 | % | 37.0-47.0 |
| MCV | 91.6 | fL | 80.0-100.0 |
| MCH | 32.0 | pg | 25.4-34.6 |
| MCHC | 34.9 | g/dL | 33.0-37.0 |
| RDW | 13.1 | % | 11.5-14.5 |
| HDW | 2.25 | g/dL | 2.20-3.20 |
| Platelet Count | 249 | X10 3/uL | 130-400 |
| **MPV** | **7.0** | **fL** | **7.2-11.1** |
| ASeg% | 49 | % | 40-65 |
| ALym% | 40 | % | 21-44 |
| AMonocyte % | 6 | % | 0-7 |
| AEosinophil % | 2 | % | 0-5 |
| ABasophil % | 0 | % | 0-2 |
| ALUC % | 2 | % | 0-4 |
| Auto Seg | 2.54 | X10 3/uL | 1.80-7.00 |
| Auto Lym | 2.09 | X10 3/uL | 1.00-4.80 |
| Auto Mono | 0.32 | X10 3/uL | 0.00-0.80 |
| Auto Eos | 0.10 | X10 3/uL | 0.00-0.65 |
| Auto Baso | 0.02 | X10 3/uL | 0.00-0.20 |
| Auto LUC | 0.12 | X10 3/uL | 0.00-0.40 |

## ADDITIONAL TRIAGE (Wed Apr 18 2007 11:41 AUTV)

COMPLAINT
ADMISSION
PATIENT: NAME: Trauma White, DOB: Mon Jan 01 1900, Pain Assessment: Unable to Assess, IBEX NUMBER:
   20070418114132.

## VITAL SIGNS

VITAL SIGNS (12:00 AUTV): BP: 128/72, Pulse: 76. Resp: 20. Temp: 98.4, O2 sat: 98 on ra.
   (14:04 PRIR): BP: 122/68, Pulse: 72, Resp: 16. Temp: 98.4. Pain: 2, O2 sat: 99 on ra, Time: 1345.
   (15:48 PRIR): BP: 110/65, Pulse: 69, Resp: 16, Temp: 98.4. Pain: 2, O2 sat: 99 on ra, Time: 1545.
   (17:37 PRIR): BP: 115/60, Pulse: 67, Resp: 16, Temp: 98.4. Pain: 0, O2 sat: 99 on ra, Time: 1733.

## NURSING ASSESSMENT: NURSES NOTE (12:58 PRIR)

TIME ASSESSED: Time: 1257, pt remains in CT scan with MD's.

PRYSHLAK INIT. DISC. 00008

## GEORGE WASHINGTON UNIV. HOSPITAL
## EMERGENCY RECORD

Name: Pryshlak, Maria
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

**NURSING ASSESSMENT: NURSES NOTE (14:04 PRIR)**
TIME ASSESSED: Time: 1345, pt awaiting MRI. c-collar in place. friends at bedside. No other needs at this
  time., LOC: Alert, Respirations: Normal, Skin: Warm, Skin Color: Normal.
VITAL SIGNS: BP: 122, / 68, Pulse: 72, Resp: 16, Temp: 98.4, Pain: 2, O2 sat: 99, ra, Time: 1345.

**NURSING ASSESSMENT: NURSES NOTE (15:48 PRIR)**
TIME ASSESSED: Time: 1545, pt awake and alert. Adjusted c collar which became loose after movement in
  MRI. Moving all extremities well. Respirations even and unlabored., LOC: Alert, Respirations: Normal,
  Skin: Warm, Skin Color: Normal.
VITAL SIGNS: BP: 110, / 65, Pulse: 69, Resp: 16, Temp: 98.4, Pain: 2, O2 sat: 99, ra, Time: 1545.

**NURSING ASSESSMENT: NURSES NOTE (17:37 PRIR)**
TIME ASSESSED: Time: 1733, moving all extremities well. Friends at bedside. No other needs at this time.
  Awaiting discharge instructions., LOC: Alert, Respirations: Normal, Skin: Warm, Skin Color: Normal.
VITAL SIGNS: BP: 115, / 60, Pulse: 67, Resp: 16, Temp: 98.4, Pain: 0, O2 sat: 99, ra, Time: 1733.

**NURSING PROCEDURE: TRAUMA RECORDER (12:00 AUTV)**
PREHOSPITAL: Events prior to patients arrival to the Emergency Department: Arrived in ambulance, IV in
  place prior to arrival, 18 gauge catheter inserted, into right AC, Patient in spinal immobilization on
  arrival to emergency department, C-Collar, Backboard, Field vitals, BP: 125, / 86, Pulse: 91, Resp: 20, O2
  sat: 100, NRB.
TIMES: Patient arrived at 1147, Surgeon name: Dr. Hindle, Time called: 1142, Time arrived: 1144, Name: Dr.
  Holt, Time called: 1142, Time arrived: 1144.
MECHANISM OF INJURY: Complaint occurred by environmental factor, Struck by debries from office building
  after Metro bus impacted buidling, Place of injury Work.
PRIMARY SURVEY: Patient's airway is patent with gag reflex intact, Patient's breathing is normal with
  trachea midline, Patient's circulation intact throughout with normal capillary refill time, Patient's skin
  normal, warm and dry without hemorrhage noted, Patient is alert and oriented to person, place and time.
  Patient remembers events and denies loss of consciousness, Patient is cooperative and emotionally controlled.
VITAL SIGNS: BP: 128, / 72, Pulse: 76, Resp: 20, Temp: 98.4, O2 sat: 98, ra, Monitoring simple VS.
GCS/NEURO/PUPILS: Patient moves all extremities, Patient's glascow coma scale is 15, Patient's pupils
  are PERRL, Pupils are 3mm.
TRAUMA SCORE: Spontaneous respiratory rate is 10-29/min (4), Systolic blood pressure greater than 89 (4),
  Glascow coma score 13-15 (4), Initial trauma score 12.
RHYTHM: Cardiac rhythm on monitor shows Normal Sinus, Patient placed on cardiac monitor, Patient placed on
  NIBP monitor.
SECONDARY SURVEY: Evaluation of the patient's head and face is normal. No drainage from ears or nose.
  Patient denies pain to head and face. Neck is atramatic. C-spine is non tender. Denies neck pain, Patient's
  chest is atraumatic with normal expansion and no crepitus. Heart sounds normal. Denies pain to chest,
  Patient's breath sounds are clear and equal bilaterally, Patient's abdomen is soft,non-distended, and
  nontender. Bowel sounds are present in 4 quadrants. Denies pain to abdomen., Patient's pelvis is
  stable,nontender with meatus clear. Denies pain to pelvis, Patient's back is atraumatic and nontender. Denies
  pain to back, Evaluation of upper extremities includes, Right upper extremity, Patient states pain to
  shoulder, Pain is to lateral aspect, Tenderness R upper shoulder., Evaluation of lower extremities includes,
  Left upper extremity, L upper thigh tenderness. Abrasion to L upper thigh. L hip tenderness. , Right upper
  extremity, Abrasion to lateral aspect of R lower extremity.
BREATHING PROCEDURES: Patient is breathing spontaneously, Continuous pulse oximetry 98%, O2 AMT:
  R.A., Chest X-ray ordered. Chest X-ray completed.
CIRCULATION PROCEDURES: IV placed, at 1150, 18 gauge catheter inserted, into right AC, with 1
  attempt, Bag nubmer 1 infusing, IV bolus of 1000 cc established, via primary tubing. Warm fluids infusing,
  Labs obtained at time of IV placement.
DISABILITY PROCEDURES: Spinal Precautions removed, Backboard, removed at 1154, by Dr. Hindle.
ADDITIONAL PROCEDURES: Rectal exam performed, at 1154, Stool negative for occult blood with positive
  control line. performed by Dr. Holt. Transport to tests, Patient was transported at 1205, Patient

PRYSHLAK INIT. DISC. 00009

# GEORGE WASHINGTON UNIV. HOSPITAL
# EMERGENCY RECORD

**Name:** Pryshlak, Maria
Age: F58 Wt:
MedRec: 1213658
AcctNum: 112866033

transported to CT scan, via cart, accompanied by Nurse, On monitor, O2.
NOTES:  BIBA, DC Fire. Pt. sitting in office when metro bus impacted and came through building. Pt. struck
by debris from building. Arrived AAOx3, c-collar, spinal board. GCS 15. Spinal board removed by Dr.
Hindle during trauma assessment.

## NURSING PROCEDURE: TRANSPORT TO TESTS (14:44 PRIR)
TIME: Procedure was performed at 1440, Patient transported to MRI, via cart, accompanied by Nurse, Emotional
support needed and given, Patient tolerated procedure well.
SAFETY: Side rails up, Cart in lowest position.

## ADMIN
PATIENT DATA CHANGE (11:50 SMIJ):  Attending changed from (none) to Jeffrey Smith, MD.
(11:51 WB):  Resident changed from (none) to Wade Brennom, MD.
(12:02 PRIR):  Primary Nurse changed from (none) to Renee Prideaux, RN.
(12:15 WB):  Triage Transport: (none), Patient Data Alerts: (none), TEAM ASSIGNMENT: TEAM A.
(12:22):  A08 CHPFQP02 by Interface, Middle Name: (none). Payment: L77, Complaint: Trauma White.
(12:22):  A08 CHPFQP02 by Interface, Middle Name: (none).
(15:11 KAPG):  Attending changed from Jeffrey Smith, MD to Girish Kapur, MD.
DIGITAL SIGNATURE (12:58 PRIR):  Prideaux, RN, Renee.
(13:47 SMIJ):  Smith, MD, Jeffrey.
(14:05 PRIR):  Prideaux, RN, Renee.
(14:44 PRIR):  Prideaux, RN, Renee.
(15:48 PRIR):  Prideaux, RN, Renee.
(17:37 PRIR):  Prideaux, RN, Renee.
(18:15 KAPG):  Kapur, MD, Girish.
(18:31 KAPG):  Kapur, MD, Girish.
(18:41 PRIR):  Prideaux, RN, Renee.

## KEY:
AUTV=Autry, RN, Victoria  KAPG= Kapur, MD, Girish  KDP=Phillips, EDTECH, Katherine  LUJU=Lujan, RN, Leah
PRIR=Prideaux, RN, Renee  SMIJ= Smith, MD, Jeffrey  WB=Brennom, MD, Wade

PRYSHLAK INIT. DISC. 000010

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787072

MED REC#:   1213658        53202958     STUDY:XR CHEST 1V

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949                JEFFREY SMITH, M.D.
ACCT#:     112866033                 2140 PENN. AVE., NW

WASHINGTON, DC 20037

--------------------------------------------------------------------
PROCEDURE:  XR CHEST 1 VIEW  4/18/2007 at 11:55

COMPARISON:  None.

INDICATIONS:  Chest Pain, Right Side/Trauma

FINDINGS:

LUNGS AND PLEURA:  The lungs exhibit no evidence of pneumonia. There are no mass
lesions. There is no pleural effusion.

HEART AND MEDIASTINUM:  The cardiomediastinal silhouette is normal.

BONES:  Normal for age.


CONCLUSION:  No active disease.  See CT chest, same date, for further detail.


The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.


Dictated by: Girish Kori, M.D. on 4/19/2007 at 14:38
Final Report has been Approved by: Richard P. Sacks, M.D. on 4/25/2007 at 7:25


--------------------------------------------------------------------
04/18/07 01787072

TYPED     04/25/07
DICTATED  04/18/07    11:55
SACKS                          VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                         PAGE # 1

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

                                                04/18/07 01787065
MED REC#:  1213658          53403200    STUDY:CT C-SPINE W/O CONTRAST

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949              JEFFREY SMITH, M.D.
ACCT#:     112866033              2140 PENN. AVE., NW

                                  WASHINGTON, DC 20037


---------------------------------------------------------------------
PROCEDURE: CT CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None.

INDICATIONS: Abnormal Sensation/Trauma

TECHNIQUE:  2.5 mm contiguous axial images are acquired with a small focused field
of view centered over the spine from the skull base through the upper thoracic
spine.  Sagittal and coronal reconstruction images are generated from the axial
data.  No contrast is administered.

FINDINGS:

There is a central disc protrusion abutting the cord at C3-C4 which is hyperdense,
cannot rule out an acute disk.

C2 and C3 vertebral bodies seem to be congenitally fused.

The visualized osseous structures of the skull base are intact.

The visualized portions of the posterior fossa and brainstem fail to demonstrate
any gross abnormality.

The osseous structures of the cervical spine are intact and in good alignment.
This is confirmed by the sagittal and coronal reconstruction images.

The prevertebral and paravertebral soft tissue structures are within normal
limits.

The lung apices are clear.  The thyroid gland is heterogenous, which may be
secondary to small cysts, which could be better evaluated with U/S as clinically
indicated.

CONCLUSION:
---------------------------------------------------------------------
04/18/07 01787065

TYPED     04/19/07
DICTATED  04/18/07   12:28
LML                          VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                        PAGE # 1

PRYSHLAK INIT. DISC. 000012

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

                                                04/18/07 01787065
MED REC#:  1213658        53403200    STUDY:CT C-SPINE W/O CONTRAST

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949            JEFFREY SMITH, M.D.
ACCT#:     112866033             2140 PENN. AVE., NW

                                 WASHINGTON, DC 20037


-------------------------------------------------------------------------

1.  There is a central disc protrusion abutting the cord at C3-C4 which is
hyperdense, cannot rule out an acute disk.  MRI is recommended for better
evaluation as clinically indicated.
2.  C2 and C3 vertebral bodies seem to be congenitally fused.
3.  The thyroid gland is heterogenous, which may be secondary to small cysts,
which could be better evaluated with U/S as clinically indicated.


The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 12:38
Final Report has been Approved by: Lucien M. Levy, M.D. on 4/19/2007 at 12:39


PRELIMINARY FINDINGS AT THE TIME OF THE EXAM:

No fracture or subluxation.    Central disc protrusion abutting the cord at C3-C4.
C2 and C3 vertebral bodies seem to be congenitally fused.

A subsequent final report will be approved by the attending radiologist.




Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 12:38




-------------------------------------------------------------------------
04/18/07 01787065

TYPED      04/19/07
DICTATED   04/18/07    12:28
LML                              VARIABLE TEXT
PATIENT:   MARIA PRYSHLAK
MED REC#:  1213658
                                 PAGE # 2


PRYSHLAK INIT. DISC. 000013

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:  MARIA PRYSHLAK
                                                    04/18/07 01787119

MED REC#:  1213658          54601802     STUDY:MRI C-SPINE W/WO CONT
                            54673488          MRI GADOLINIUM CONTRAST 15ML

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949          JEFFREY SMITH, M.D.
ACCT#:     112866033           2140 PENN. AVE., NW

                               WASHINGTON, DC 20037


------------------------------------------------------------------------
Caution: Report not yet finalized and possibly incomplete!


PROCEDURE:  MRI CERVICAL SPINE WITH AND WITHOUT CONTRAST

COMPARISON:  Cervical spine CT done on 4/18/07.

INDICATIONS:  Abnormal Sensation/Trauma

TECHNIQUE:  Axial T1 pre and postcontrast, axial and sagittal T2, sagittal STIR
and sagittal proton density.

FINDINGS:

There is no evidence of bone marrow T2 or STIR hyperintensity to suggest bone
marrow edema.  There are no fluid collections to suggest ligamentous injury.

Vertebral body height and alignment are adequate.  There is fusion of C2 and C3
vertebral bodies. The cord has normal signal and size.  There is no evidence of
spinal canal masses or epidural collections.  The prevertebral and paraspinal soft
tissues are unremarkable.

The visualized portion of the posterior fossa and craniocervical junction are
within normal limits.

There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a mild left central disc protrusion and/or uncovertebral hypertrophy at
C6-C7 level, causing mild neural foraminal narrowing.
There is no evidence of abnormal contrast enhancement.
------------------------------------------------------------------------
04/18/07 01787119

TYPED     A / /
DICTATED  04/18/07   14:24
                          VARIABLE TEXT

PATIENT:  MARIA PRYSHLAK
MED REC#:  1213658
                          PAGE # 1

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787119

MED REC#:   1213658        54601802   STUDY:MRI C-SPINE W/WO CONT
                           54673488         MRI GADOLINIUM CONTRAST 15ML

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949        JEFFREY SMITH, M.D.
ACCT#:     112866033         2140 PENN. AVE., NW

                             WASHINGTON, DC 20037

------------------------------------------------------------------------

IMPRESSION:

1.  There is a small central disc protrusion at C3-C4 level, which has mild
abutment in the cord.
2.  There is a mild left central disc protrusion and/or uncovertebral hypertrophy
at C6-C7 level, causing mild neural foraminal narrowing.

Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 16:04

PROCEDURE:  MRI CERVICAL SPINE WITH AND WITHOUT CONTRAST

COMPARISON:  Cervical spine CT done on 4/18/07.

INDICATIONS:  Abnormal Sensation/Trauma

TECHNIQUE:  Axial T1 pre and postcontrast, axial and sagittal T2, sagittal STIR
and sagittal proton density.

FINDINGS:

There is no evidence of bone marrow T2 or STIR hyperintensity to suggest bone
marrow edema.  There are no fluid collections to suggest ligamentous injury.

Vertebral body height and alignment are adequate.  There is fusion of C2 and C3
vertebral bodies. The cord has normal signal and size.  There is no evidence of
spinal canal masses or epidural collections.  The prevertebral and paraspinal soft
tissues are unremarkable.

The visualized portion of the posterior fossa and craniocervical junction are
within normal limits.

------------------------------------------------------------------------
04/18/07 01787119

TYPED     A /  /
DICTATED  04/18/07    14:24
                              VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#:  1213658
                              PAGE # 2

PRYSHLAK INIT. DISC. 000015

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787119

MED REC#:  1213658          54601802    STUDY:MRI C-SPINE W/WO CONT
                           54673488           MRI GADOLINIUM CONTRAST 15ML

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949         JEFFREY SMITH, M.D.
ACCT#:     112866033          2140 PENN. AVE., NW

                           WASHINGTON, DC 20037


--------------------------------------------------------------------------
There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a mild left central disc protrusion and/or uncovertebral hypertrophy at
C6-C7 level, causing mild neural foraminal narrowing.
There is no evidence of abnormal contrast enhancement.

IMPRESSION:

1.  There is a small central disc protrusion at C3-C4 level, which has mild
abutment in the cord.
2.  There is a mild left central disc protrusion and/or uncovertebral hypertrophy
at C6-C7 level, causing mild neural foraminal narrowing.


Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 16:04
Final Report has been Approved by: Lucien M. Levy, M.D. on 4/19/2007 at 12:39


--------------------------------------------------------------------------
04/18/07 01787119

TYPED     A /  /
DICTATED  04/18/07    14:24
                           VARIABLE TEXT

PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                           PAGE # 3

PRYSHLAK INIT. DISC. 000016

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787068

MED REC#:  1213658        53216404     STUDY:XR SHOULDER 2V OR MORE RIGHT

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949        JEFFREY SMITH, M.D.
ACCT#:     112866033         2140 PENN. AVE., NW

                            WASHINGTON, DC 20037

-----------------------------------------------------------------------

PROCEDURE:  XR RIGHT SHOULDER 2 VIEW  4/18/2007 at 12:33

COMPARISON:  None.

INDICATIONS:  Injury of Site Requested

VIEWS:  AP internal and external rotation and Y.

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:  Normal exam.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:26
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:51

-----------------------------------------------------------------------
04/18/07 01787068

TYPED     04/19/07
DICTATED  04/18/07   12:33
KAB                          VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                         PAGE # 1

PRYSHLAK INIT. DISC. 000017

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK
                                                           04/18/07 01787069
MED REC#:   1213658          53219804     STUDY:XR ANKLE MIN 3V RT

VT:          ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949          JEFFREY SMITH, M.D.
ACCT#:      112866033           2140 PENN. AVE., NW

                                WASHINGTON, DC 20037


------------------------------------------------------------------------
PROCEDURE:   XR RIGHT ANKLE 3 VIEW   4/18/2007 at 12:25

COMPARISON:   None.

INDICATIONS:   Injury Multiple Sites Other

VIEWS:   AP, lateral and oblique.

BONES:   There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:   The joint spaces are maintained.

SOFT TISSUES:   The soft tissues are normal.

IMPRESSION:   Normal exam.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:25
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:50




------------------------------------------------------------------------
04/18/07 01787069

TYPED     04/19/07
DICTATED  04/18/07    12:25
KAB                         VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                         PAGE # 1


PRYSHLAK INIT. DISC. 000018

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787070

MED REC#:   1213658          53218756      STUDY:XR FEMUR 1-2V LT

VT:           ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949              JEFFREY SMITH, M.D.
ACCT#:      112866033              2140 PENN. AVE., NW

WASHINGTON, DC 20037

--------------------------------------------------------------------
PROCEDURE:  XR LEFT FEMUR 2 VIEW  4/18/2007 at 12:46

COMPARISON:  None.

INDICATIONS:  Fracture of Site Requested

VIEWS:  AP, lateral and frogleg lateral.

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:  Normal exam.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:24
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:37

--------------------------------------------------------------------
04/18/07 01787070

TYPED     04/19/07
DICTATED  04/18/07    12:46
KAB                          VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                    PAGE # 1

PRYSHLAK INIT. DISC. 000019

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:    MARIA PRYSHLAK

04/18/07 01787071
MED REC#:   1213658         53219507    STUDY:XR TIB-FIB MIN 2V RT

VT:         ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949          JEFFREY SMITH, M.D.
ACCT#:      112866033           2140 PENN. AVE., NW

WASHINGTON, DC 20037

---

PROCEDURE:  XR RIGHT TIBIA-FIBULA 2 VIEW  4/18/2007 at 12:27

COMPARISON:  None.

INDICATIONS:  Injury Multiple Sites Other

VIEWS:  AP, lateral.

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:  Normal exam.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:24
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:37

---

04/18/07 01787071

TYPED     04/19/07
DICTATED  04/18/07    12:27
KAB                        VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                        PAGE # 1

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787066

MED REC#:   1213658          53218251     STUDY:XR HIP JOINT 2V LT

VT:          ER
ROOM:
D.O.S:       04/18/07
D.O.B:       02/18/1949               JEFFREY SMITH, M.D.
ACCT#:       112866033               2140 PENN. AVE., NW

                                     WASHINGTON, DC 20037


-----------------------------------------------------------------------
PROCEDURE:  XR LEFT HIP JOINT 2 VIEW  4/18/2007 at 12:48

COMPARISON:  None.

INDICATIONS:  Injury of Site Requested

VIEWS:  AP, frog leg

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.  Contrast is present within the
bladder.  There is a calcified uterine fibroid.

IMPRESSION:  No radiographic evidence of acute fracture.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:18
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:38




-----------------------------------------------------------------------
04/18/07 01787066

TYPED     04/19/07
DICTATED  04/18/07    12:48
KAB                            VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                          PAGE # 1

PRYSHLAK INIT. DISC. 000021

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

                                                        04/18/07 01787066

MED REC#:  1213658        53218251    STUDY:XR HIP JOINT 2V LT

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949              JEFFREY SMITH, M.D.
ACCT#:     112866033              2140 PENN. AVE., NW

                                  WASHINGTON, DC 20037

------------------------------------------------------------------------
PROCEDURE: XR LEFT HIP JOINT 2 VIEW  4/18/2007 at 12:48

COMPARISON: None.

INDICATIONS: Injury of Site Requested

VIEWS: AP, frog leg

BONES: There is no evidence of fracture, dislocation, or bony lesion.

JOINTS: The joint spaces are maintained.

SOFT TISSUES: The soft tissues are normal.  Contrast is present within the
bladder.  There is a calcified uterine fibroid.

IMPRESSION: No radiographic evidence of acute fracture.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:18
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:38

------------------------------------------------------------------------
04/18/07 01787066

TYPED      04/19/07
DICTATED   04/18/07   12:48
KAB                          VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                          PAGE # 1

PRYSHLAK INIT. DISC. 000022

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787066

MED REC#:   1213658         53218251    STUDY:XR HIP JOINT 2V LT

VT:            ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949            JEFFREY SMITH, M.D.
ACCT#:     112866033            2140 PENN. AVE., NW

WASHINGTON, DC 20037

--------------------------------------------------------------------
PROCEDURE:  XR LEFT HIP JOINT 2 VIEW  4/18/2007 at 12:48

COMPARISON:  None.

INDICATIONS:  Injury of Site Requested

VIEWS:  AP, frog leg

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.  Contrast is present within the
bladder.  There is a calcified uterine fibroid.

IMPRESSION:  No radiographic evidence of acute fracture.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:18
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:38

--------------------------------------------------------------------
04/18/07 01787066

TYPED      04/19/07
DICTATED   04/18/07    12:48
KAB                          VARIABLE TEXT
PATIENT:   MARIA PRYSHLAK
MED REC#:  1213658
                     PAGE # 1

PRYSHLAK INIT. DISC. 000023

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

                                                            04/18/07 01787067
MED REC#:  1213658        53216602     STUDY:XR HUMERUS RT

VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949          JEFFREY SMITH, M.D.
ACCT#:     112866033           2140 PENN. AVE., NW

                               WASHINGTON, DC 20037


------------------------------------------------------------------------
PROCEDURE:  XR RIGHT HUMERUS  4/18/2007 at 12:29

COMPARISON:  None.

INDICATIONS:  Fracture of Site Requested

VIEWS:  AP internal and external rotation.

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:  Normal exam.


The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Angelique Floerke, M.D. on 4/19/2007 at 11:25
Final Report has been Approved by: Kathy A. Brindle, M.D. on 4/19/2007 at 11:50


------------------------------------------------------------------------
04/18/07 01787067

TYPED     04/19/07
DICTATED  04/18/07    12:29
KAB                         VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                    PAGE # 1

PRYSHLAK INIT. DISC. 000024

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

04/18/07 01787064

MED REC#:   1213658        53403002     STUDY:CT CHEST W/CONTRAST
                           53404505           CT ABDOMEN W/CONTRAST
VT:         ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949        JEFFREY SMITH, M.D.
ACCT#:      112866033         2140 PENN. AVE., NW

                              WASHINGTON, DC 20037


-----------------------------------------------------------------------
PROCEDURE:  CT THORAX/ABDOMEN/PELVIS WITH CONTRAST 4/18/2007 at 12:33

COMPARISON:  None.

INDICATIONS:  Chest Pain, Left Side/Trauma

TECHNIQUE:  Multiple helical 2.5 mm axial images were obtained extending from the
thoracic inlet to through the abdomen and pelvis to the level of the symphysis
pubis.  140 cc of non-ionic intravenous contrast (Isovue 300) was administered
without reaction.  Additionally, 5-minute delayed 2.5 mm axial images were
obtained through the abdomen and pelvis.

FINDINGS:

AORTA:  The aorta is normal in course and caliber.  The major branching vessels
are patent.

CARDIAC:  The heart and pericardium are normal in appearance.

MEDIASTINUM:  There is no mediastinal, hilar, or axillary lymphadenopathy.  There
is a 2 x 3 cm anterior mediastinal cyst.

LUNGS:  The lungs are clear.

LIVER:  There is a hypodensity within the posterior segment of the right lobe of
liver that is too small to characterize.

GALLBLADDER:  No gallstones or other abnormality.

SPLEEN:  Normal.

PANCREAS:  No abnormal calcifications or masses.

ADRENALS:  The adrenal glands are normal.
-----------------------------------------------------------------------
04/18/07 01787064

TYPED     04/18/07
DICTATED  04/18/07    12:33
BMP                              VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                        PAGE # 1

PRYSHLAK INIT. DISC. 000025

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:    MARIA PRYSHLAK

04/18/07 01787064

MED REC#:   1213658        53403002    STUDY:CT CHEST W/CONTRAST
                           53404505          CT ABDOMEN W/CONTRAST
VT:         ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949               JEFFREY SMITH, M.D.
ACCT#:      112866033                2140 PENN. AVE., NW

                                     WASHINGTON, DC 20037


------------------------------------------------------------------------

KIDNEYS:  No solid renal lesions. No renal calculi.

STOMACH:  The stomach is normal.

SMALL BOWEL:  The small bowel is normal.

COLON:  The colon is normal.

PERITONEUM:  There is no free intraperitoneal air or ascites.

ADENOPATHY:  No pathologic lymphadenopathy is identified within the abdomen or
within the pelvis.

BLADDER:  The urinary bladder is normal.

UTERUS:  There is a calcified fibroid uterus.

OVARIES:  The ovaries are normal.

BONES: No evidence of acute fractures.  A hemangioma is seen within the L1
vertebral body.

SOFT TISSUES:  Surgical clips are seen within the right inguinal soft tissues.

IMPRESSION:
1. There is no CT evidence of acute pathology.
2. There is an L1 vertebral body hemangioma.
3. Fibroid uterus.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

------------------------------------------------------------------------
04/18/07 01787064

TYPED     04/18/07
DICTATED  04/18/07    12:33
BMP                              VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                            PAGE # 2

PRYSHLAK INIT. DISC. 000026

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK

                                                          04/18/07 01787064
MED REC#:   1213658          53403002    STUDY:CT CHEST W/CONTRAST
                             53404505           CT ABDOMEN W/CONTRAST
VT:         ER
ROOM:
D.O.S:      04/18/07
D.O.B:      02/18/1949              JEFFREY SMITH, M.D.
ACCT#:      112866033              2140 PENN. AVE., NW

                                   WASHINGTON, DC 20037


---------------------------------------------------------------------------


Dictated by: Craig Campbell, M.D. on 4/18/2007 at 14:02
Final Report has been Approved by: Barry M. Potter, M.D. on 4/18/2007 at 16:15


---------------------------------------------------------------------------
04/18/07 01787064

TYPED     04/18/07
DICTATED  04/18/07    12:33
BMP                              VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                          PAGE # 3

PRYSHLAK INIT. DISC. 000027

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK
                                                04/18/07 01787119
MED REC#:   1213658          54601802    STUDY:MRI C-SPINE W/WO CONT
                             54673488         MRI GADOLINIUM CONTRAST 15ML
VT:          ER
ROOM:
D.O.S:       04/18/07
D.O.B:       02/18/1949           JEFFREY SMITH, M.D.
ACCT#:       112866033            2140 PENN. AVE., NW

                                  WASHINGTON, DC 20037


-------------------------------------------------------------------------
Caution: Report not yet finalized and possibly incomplete!


PROCEDURE:  MRI CERVICAL SPINE WITH AND WITHOUT CONTRAST

COMPARISON:  Cervical spine CT done on 4/18/07.

INDICATIONS:  Abnormal Sensation/Trauma

TECHNIQUE:  Axial T1 pre and postcontrast, axial and sagittal T2, sagittal STIR
and sagittal proton density.

FINDINGS:

There is no evidence of bone marrow T2 or STIR hyperintensity to suggest bone
marrow edema.  There are no fluid collections to suggest ligamentous injury.

Vertebral body height and alignment are adequate.  There is fusion of C2 and C3
vertebral bodies. The cord has normal signal and size.  There is no evidence of
spinal canal masses or epidural collections.  The prevertebral and paraspinal soft
tissues are unremarkable.

The visualized portion of the posterior fossa and craniocervical junction are
within normal limits.

There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a small central disc protrusion at C3-C4 level, which has mild abutment
in the cord.

There is a mild left central disc protrusion and/or uncovertebral hypertrophy at
C6-C7 level, causing mild neural foraminal narrowing.
There is no evidence of abnormal contrast enhancement.
-------------------------------------------------------------------------
04/18/07 01787119

TYPED     A /  /
DICTATED  04/18/07    14:24
                              VARIABLE TEXT
PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                          PAGE # 1

PRYSHLAK INIT. DISC. 000028

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:   MARIA PRYSHLAK
                                                04/18/07 01787119
MED REC#:  1213658        54601802    STUDY:MRI C-SPINE W/WO CONT
                          54673488          MRI GADOLINIUM CONTRAST 15ML
VT:        ER
ROOM:
D.O.S:     04/18/07
D.O.B:     02/18/1949        JEFFREY SMITH, M.D.
ACCT#:     112866033         2140 PENN. AVE., NW

                             WASHINGTON, DC 20037


-----------------------------------------------------------------------

IMPRESSION:

1.  There is a small central disc protrusion at C3-C4 level, which has mild
abutment in the cord.
2.  There is a mild left central disc protrusion and/or uncovertebral hypertrophy
at C6-C7 level, causing mild neural foraminal narrowing.


Dictated by: Carmen Villanueva, M.D. on 4/18/2007 at 16:04


-----------------------------------------------------------------------
04/18/07 01787119

TYPED     A /  /
DICTATED  04/18/07    14:24
                              VARIABLE TEXT

PATIENT:  MARIA PRYSHLAK
MED REC#: 1213658
                              PAGE # 2

```
-------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.      PHONE 866-880-6470              PG#  1
5309 COMMONWLTH CTR                TID# 23-2896725         DATE: 08/23/07
'IDLOTHIAN,     VA 23112           FC:  H    PT:  T        ACCT TYPE: O
-------------------------------------------------------------------------
PATIENT NAME: PRYSHLAK ,MARIA         PATIENT NUMBER:    112866033
ADMIT DATE:  04/18/07  DISCHARGE DATE:          BIRTH DATE:  02/18/1949
-------------------------------------------------------------------------
GUAR: PRYSHLAK              MARIA        |ACCOUNT BALANCE:        35.00
INFO  2475 VIRGINIA AVE NW              |----------------------------------
                                        |PATIENT BALANCE:          .00
      WASHINGTON            DC  200370000|
-------------------------------------------------------------------------
 DATE DESC/QTY        SVC CD INS1: L77    INS2: O01    INS3:       PATIENT
                      BAL:|       .00         35.00                    .00
-------------------------------------------------------------------------
 041807    1 23   CONTRAST 54377775        0.00     0.00     0.00     0.00
 041807    1 30   BMP      51000057      120.00     0.00     0.00     0.00
 041807    1 30   ETHANOL  51002301      148.75     0.00     0.00     0.00
 041807    1 30   CBC AUTO 51009579       52.50     0.00     0.00     0.00
 041807    1 30   PT - PRO 51010320       37.75     0.00     0.00     0.00
 041807    1 30   PTT THRO 51010437       56.00     0.00     0.00     0.00
 041807    1 30   RBC AB S 51014058      101.25     0.00     0.00     0.00
 041807    1 30   ABO      51014132       36.75     0.00     0.00     0.00
 041807    1 30   RH(D)    51014140       26.00     0.00     0.00     0.00
 041807    1 32   CXR CHES 53202958      155.50     0.00     0.00     0.00
 041807    1 32   XR SHOUL 53216404      332.75     0.00     0.00     0.00
 041807    1 32   XR HUMER 53216602      244.00     0.00     0.00     0.00
 041807    1 32   XR HIP J 53218251      286.00     0.00     0.00     0.00
  41807    1 32   XR FEMUR 53218756      261.25     0.00     0.00     0.00
 .41807    1 32   XR TIB-F 53219507      261.25     0.00     0.00     0.00
 041807    1 32   XR ANKLE 53219804      269.00     0.00     0.00     0.00
 041807    1 45   INJECTIO 43021203      169.75     0.00     0.00     0.00
 041807    1 45   LEVEL 4  43022458      784.75     0.00     0.00     0.00
 041807    1 51   CT CHEST 53403002     1967.25     0.00     0.00     0.00
 041807    1 51   CT C-SPI 53403200     1316.00     0.00     0.00     0.00
 041807    1 51   CT PELVI 53404208     1506.50     0.00     0.00     0.00
 041807    1 51   CT ABDOM 53404505     2167.25     0.00     0.00     0.00
 041807    1 61   MRI C-SP 54601802     4191.25     0.00     0.00     0.00
 041807    1 68   LOCM 300 53471900      357.25     0.00     0.00     0.00
 041807    1 68   TETANUS  54333455       96.75     0.00     0.00     0.00
 041807    1 68   GADOLINI 54673488      224.00     0.00     0.00     0.00
-------------------------------------------------------------------------
```

PRYSHLAK INIT. DISC. 000030

```
------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.      PHONE 866-880-6470     SUMMARY PAGE:#   1
5309 COMMONWLTH CTR                TID# 23-2896725              DATE: 08/23/07
MIDLOTHIAN,      VA  23112         FC:          PT:         ACCT TYPE: O
------------------------------------------------------------------------
PATIENT NAME: PRYSHLAK ,MARIA          PATIENT NUMBER:   112866033
ADMIT DATE:  04/18/07  DISCHARGE DATE:           BIRTH DATE:  02/18/1949
------------------------------------------------------------------------
GUAR: PRYSHLAK            MARIA         | ACCOUNT BALANCE:       35.00
INFO  2475 VIRGINIA AVE NW             |-------------------------------
                                       | PATIENT BALANCE:         .00
      WASHINGTON            DC  200370000 |
------------------------------------------------------------------------
TOTAL CHARGES:    15169.50   INS1: L77        .00  INS2: O01        35.00
                             INS3:                  INS4:
---------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
     1      PAYMENTS            -684.00         -684.00         0.00
     2      ADJUSTMENTS      -14450.50       -14450.50         0.00
     3      PHARMACY            678.00          678.00         0.00
     4      LABORATORY          579.00          579.00         0.00
     5      RADIOLOGY          1809.75         1809.75         0.00
     6      EMERGENCY ROOM      954.50          954.50         0.00
     7      CT SCAN            6957.00         6957.00         0.00
     8      MRI               4191.25         4191.25         0.00
```

PRYSHLAK INIT. DISC. 000031

```
-----------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.    PHONE 866-880-6470              PG#   1
5309 COMMONWLTH CTR             TID# 23-2896725        DATE: 08/23/07
``IDLOTHIAN,     VA 23112       FC:  H     PT:  R      ACCT TYPE: O
-----------------------------------------------------------------------------
PATIENT NAME: PRYSHLAK ,MARIA OLHA       PATIENT NUMBER:   112902804
ADMIT DATE:  04/26/07  DISCHARGE DATE:  04/30/07  BIRTH DATE:  02/18/1949
-----------------------------------------------------------------------------
GUAR: PRYSHLAK           MARIA        |ACCOUNT BALANCE:        105.00
INFO  2475 VIRGINIA AVE NW            |------------------------------------
                                      |PATIENT BALANCE:           .00
      WASHINGTON            DC  200370000 |
-----------------------------------------------------------------------------
DATE DESC/QTY      SVC CD INS: L77    INS2: O01    INS3:      PATIENT
                   BAL:|        .00      105.00                       .00
-----------------------------------------------------------------------------
042607    1 42     PT EVALU 56003502   438.75    0.00    0.00    0.00
042607    2 42     PT THERA 56004559   193.50    0.00    0.00    0.00
```

-----------------------------------------------------------------------------

PRYSHLAK INIT. DISC. 000032

```
------------------------------------------------------------------------
 GEORGE WASHINGTON UNIV. HOSP.    PHONE 866-880-6470    SUMMARY PAGE:#   1
 309 COMMONWLTH CTR               TID# 23-2896725         DATE: 08/23/07
 MIDLOTHIAN,      VA 23112        FC:         PT:         ACCT TYPE: O
------------------------------------------------------------------------
PATIENT NAME: PRYSHLAK ,MARIA OLHA      PATIENT NUMBER:   112902804
ADMIT DATE:  04/26/07  DISCHARGE DATE:  04/30/07  BIRTH DATE: 02/18/1949
------------------------------------------------------------------------
GUAR: PRYSHLAK              MARIA    | ACCOUNT BALANCE:      105.00
INFO 2475 VIRGINIA AVE NW           |------------------------------
                                    | PATIENT BALANCE:         .00
     WASHINGTON             DC  200370000 |
------------------------------------------------------------------------
TOTAL CHARGES:       632.25  INS1: L77        .00  INS2: O01      105.00
                             INS3:                  INS4:
--------------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
    1      ADJUSTMENTS            -527.25        -527.25           0.00
    2      PHYSICAL THER           632.25         632.25           0.00
```

PRYSHLAK INIT. DISC. 000033

```
----------------------------------------------------------------------
  GEORGE WASHINGTON UNIV. HOSP.      PHONE 866-880-6470           PG#   1
  5309 COMMONWLTH CTR                TID# 23-2896725        DATE: 08/23/07
  IDLOTHIAN,      VA 23112           FC:  P      PT:  R     ACCT TYPE: O
----------------------------------------------------------------------
  PATIENT NAME: PRYSHLAK ,MARIA OLHA       PATIENT NUMBER:    112921960
  ADMIT DATE:  05/01/07  DISCHARGE DATE:  05/31/07  BIRTH DATE:  02/18/1949
----------------------------------------------------------------------
  GUAR: PRYSHLAK              MARIA       | ACCOUNT BALANCE:      488.00
  INFO  2475 VIRGINIA AVE NW             |----------------------------------
                                         | PATIENT BALANCE:      488.00
        WASHINGTON              DC  200370000
----------------------------------------------------------------------
  DATE DESC/QTY          SVC CD INS1: L77  INS2:       INS3:       PATIENT
                         BAL:|        .00                            488.00
----------------------------------------------------------------------
  050107    2 42    PT THERA 56004559    193.50     0.00     0.00     0.00
  050107    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  050307    1 42    PT THERA 56004559     96.75     0.00     0.00     0.00
  050307    3 42    PT THERA 56004559    290.25     0.00     0.00     0.00
  050307    2 42    PT NEURO 56004609    193.50     0.00     0.00     0.00
  050307    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  050707    3 42    PT THERA 56004559    290.25     0.00     0.00     0.00
  050707    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  050807    3 42    PT THERA 56004559    290.25     0.00     0.00     0.00
  050807    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  051007    2 42    PT THERA 56004559    193.50     0.00     0.00     0.00
  051007    2 42    PT NEURO 56004609    193.50     0.00     0.00     0.00
  051407    2 42    PT THERA 56004559    193.50     0.00     0.00     0.00
  051407    2 42    PT NEURO 56004609    193.50     0.00     0.00     0.00
  051507    3 42    PT THERA 56004559    290.25     0.00     0.00     0.00
  051707    2 42    PT THERA 56004559    193.50     0.00     0.00     0.00
  051707    2 42    PT NEURO 56004609    193.50     0.00     0.00     0.00
  052107    2 42    PT THERA 56004559    193.50     0.00     0.00     0.00
  052107    2 42    PT NEURO 56004609    193.50     0.00     0.00     0.00
  052207    1 42    PT MECHA 56003601    193.50     0.00     0.00     0.00
  052207    1 42    PT THERA 56004559     96.75     0.00     0.00     0.00
  052207    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  052407    1 42    PT MECHA 56003601    193.50     0.00     0.00     0.00
  052407    1 42    PT THERA 56004559     96.75     0.00     0.00     0.00
  052407    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
  052907    1 42    PT MECHA 56003601    193.50     0.00     0.00     0.00
  052907    1 42    PT THERA 56004559     96.75     0.00     0.00     0.00
  052907    1 42    PT NEURO 56004609     96.75     0.00     0.00     0.00
----------------------------------------------------------------------
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 GEORGE WASHINGTON UNIV. HOSP.    PHONE 866-880-6470    SUMMARY PAGE:#   1
 ⁻309 COMMONWLTH CTR               TID# 23-2896725               DATE: 08/23/07
 ..IDLOTHIAN,     VA  23112        FC:            PT:        ACCT TYPE: O
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 PATIENT NAME: PRYSHLAK ,MARIA OLHA       PATIENT NUMBER:     112921960
 ADMIT DATE:  05/01/07  DISCHARGE DATE:  05/31/07  BIRTH DATE:  02/18/1949
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 GUAR: PRYSHLAK              MARIA      | ACCOUNT BALANCE:       488.00
 INFO  2475 VIRGINIA AVE NW            |- - - - - - - - - - - - - - - - - - - - -
                                       | PATIENT BALANCE:       488.00
       WASHINGTON              DC  200370000 |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 TOTAL CHARGES:     4740.75   INS1: L77         .00  INS2:
                              INS3:                   INS4:
- - - - - - - - - - - - - - - - - - - -TOTAL AMT:- - - - - -INSURANCE:- - - - - - - - -PATIENT:- - -
      1      PAYMENTS              -772.00        -772.00           0.00
      2      ADJUSTMENTS          -3480.75       -3968.75         488.00
      3      PHYSICAL THER         4740.75        4740.75           0.00
```

PRYSHLAK INIT. DISC. 000035

```
-------------------------------------------------------------------------
 GEORGE WASHINGTON UNIV. HOSP.     PHONE 866-880-6470           PG#   1
 5309 COMMONWLTH CTR               TID# 23-2896725         DATE: 08/23/07
  IDLOTHIAN,      VA 23112         FC: H    PT:  U         ACCT TYPE: C
-------------------------------------------------------------------------
 PATIENT NAME: PRYSHLAK ,MARIA OLHA      PATIENT NUMBER:    113016117
 ADMIT DATE:  05/23/07  DISCHARGE DATE:          BIRTH DATE:  02/18/1949
-------------------------------------------------------------------------
 GUAR: PRYSHLAK            MARIA        |ACCOUNT BALANCE:            .00
 INFO  2475 VIRGINIA AVE NW APT 709    |----------------------------------
                                       |PATIENT BALANCE:            .00
       WASHINGTON             DC  200370000 |
-------------------------------------------------------------------------
 DATE DESC/QTY       SVC CD INS1: L77    INS2:       INS3:       PATIENT
          .          BAL:|          .00                              .00
-------------------------------------------------------------------------
 052307    1 32     CXR CHES 53203055    283.75      0.00   0.00    0.00
 052307    1 32     XR STERN 53203758    204.50      0.00   0.00    0.00
```

```
------------------------------------------------------------------
 GEORGE WASHINGTON UNIV. HOSP.    PHONE 866-880-6470    SUMMARY PAGE:#   1
  309 COMMONWLTH CTR              TID# 23-2896725           DATE: 08/23/07
 ..IDLOTHIAN,      VA  23112      FC:         PT:        ACCT TYPE: C
------------------------------------------------------------------
 PATIENT NAME: PRYSHLAK ,MARIA OLHA     PATIENT NUMBER:   113016117
 ADMIT DATE:  05/23/07  DISCHARGE DATE:          BIRTH DATE:  02/18/1949
------------------------------------------------------------------
 GUAR: PRYSHLAK              MARIA      |ACCOUNT BALANCE:          .00
 INFO 2475 VIRGINIA AVE NW APT 709      -------------------------------
                                       |PATIENT BALANCE:          .00
      WASHINGTON              DC  200370000 |
------------------------------------------------------------------
 TOTAL CHARGES:      488.25   INS1: L77        .00  INS2:
                             INS3:                  INS4:
-----------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
      1      PAYMENTS              -249.00      -249.00        0.00
      2      ADJUSTMENTS           -239.25      -239.25        0.00
      3      RADIOLOGY              488.25       488.25        0.00
```

PRYSHLAK INIT. DISC. 000037

**The George Washington University**
MEDICAL FACULTY ASSOCIATES
2150 Pennsylvania Ave.
Washington, DC 20037

ADDRESS SERVICE REQUESTED

UNITED HEALTHCA 851366373

Telephone Inquiries: 202-741-3560

| MASTERCARD | VISA | AMERICAN EXPRESS |
|---|---|---|
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 06/05/07 | 2659.00 | 1213658 |

| DUE DATE | SHOW AMOUNT PAID HERE $ |
|---|---|

ADDRESSEE:

MARIA OLHA PRYSHLAK  1213658
2475 VIRGINIA AVE NW APT 709
WASHINGTON, DC 20037

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

REMIT TO:

**MEDICAL FACULTY ASSOCIATES**
P.O. BOX 37056
BALTIMORE, MD 21297-3056

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE/ TRANSACTION | INVOICE | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES | PAYMENTS FROM PATIENT | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| | 9884803 | PATIENT SEEN BY GIRISH KAPUR MD | | | |
| 04/18/07 | 99285 | COMPREHENSIVE (LEVEL V) | 325.00 | | |
| | 9894660 | PATIENT SEEN BY MARGARET FIORE NP | | | |
| 04/24/07 | 99244 | OP CONSULT LEVEL 4 | 360.00 | | 20.00 |
| | 9904461 | PATIENT SEEN BY BRUCE ABELL MD | | | |
| 04/25/07 | 99203 | NEWPT,OFFICE OR OTHER OUTPT | 200.00 | | |
| | 9925056 | PATIENT SEEN BY KATHLEEN A BRINDLE MD | | | |
| 04/18/07 | 73510 | RAD. EVAL.- HIP | 39.00 | | |
| 04/18/07 | 73060 | RAD. EVAL.- HUMERUS | 32.00 | | |
| 04/18/07 | 73030 | RAD. EVAL.- SHOULDER | 33.00 | | |
| 04/18/07 | 73610 | RAD. EVAL.- ANKLE | 32.00 | | |
| 04/18/07 | 73550 | XRAY FEMUR-AP&LAT VIEWS | 32.00 | | |
| 04/18/07 | 73590 | RAD EVAL.-TIB/FIB | 30.00 | | |
| | 9925057 | PATIENT SEEN BY BARRY M POTTER MD | | | |
| 04/18/07 | 71260 | AX TOMOGRM THOR W CNTRST | 229.00 | | |
| 04/18/07 | 72193 | AX TOMOGRM PEL W CONTRST | 214.00 | | |
| 04/18/07 | 74160 | AX TOMOGRM ABD W CNTRAST | 235.00 | | |

| BILL DATE:* | PATIENT NAME: | ACCOUNT #: | PLEASE PAY THIS BALANCE |
|---|---|---|---|
| | | | |

* PAYMENTS RECEIVED AFTER BILL DATE WILL APPEAR ON YOUR NEXT STATEMENT.

CONTINUED ON NEXT PAGE

PRYSHLAK INIT. DISC. 000038

George
**Washington**
University
WASHINGTON DC
**MEDICAL FACILITY ASSOCIATES**
2150 Pennsylvania Ave.
Washington, DC 20037

ADDRESS SERVICE REQUESTED

UNITED HEALTHCA 851366373

Telephone Inquiries: 202-741-3560

| | MASTERCARD | VISA | AMERICAN EXPRESS |
|---|---|---|---|
| CARD NUMBER | | | AMOUNT |
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 06/05/07 | 2659.00 | 1213658 |

| DUE DATE | SHOW AMOUNT PAID HERE $ |
|---|---|

ADDRESSEE:

REMIT TO:

MARIA OLHA PRYSHLAK  1213658
2475 VIRGINIA AVE NW APT 709
WASHINGTON,DC 20037

**MEDICAL FACULTY ASSOCIATES**
P.O. BOX 37056
BALTIMORE, MD 21297-3056

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE/ TRANSACTION | INVOICE | | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES | PAYMENTS FROM PATIENT | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| | 9925058 | | PATIENT SEEN BY LUCIEN LEVY MD | | | |
| 04/18/07 | | 72125 | AX TOMOGRM CERV SP | 214.00 | | |
| | 9925059 | | PATIENT SEEN BY LUCIEN LEVY MD | | | |
| 04/18/07 | | 72156 | MRI-CERV FOLWD BY CONTR | 476.00 | | |
| | 9927984 | | PATIENT SEEN BY JULIET LEE MD | | | |
| 05/04/07 | | 99214 | F/U OP EVAL INTERMED | 175.00 | | 20.00 |
| | 9936970 | | PATIENT SEEN BY RICHARD SACKS MD | | | |
| 04/18/07 | | 71010 | RAD. EVAL. CHEST 1 VIEW | 33.00 | | |

| BILL DATE: | PATIENT NAME: | ACCOUNT #: | PLEASE PAY THIS BALANCE |
|---|---|---|---|
| 06/05/07 | MARIA OLHA PRYSHLAK | 1213658 | 2659.00 |

PAYMENTS RECEIVED AFTER BILL DATE WILL APPEAR ON YOUR NEXT STATEMENT.

PRYSHLAK INIT. DISC. 000039



THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL

UHS
Universal Health

## OUTPATIENT REHABILITATION CENTER
2131 K STREET, NW, SUITE 620
WASHINGTON, DC 20037
OFFICE #: 202-715-5655;  FAX #: 202-715-5664

*DATE:* _____5·16·07_____

*TO:* _____Natallia_____

*PATIENT NAME:* _____Maria Pryshlak_____

*DOB:* __02/18/1949__          *DOI:* __04/18/07__

*Dear Sir/Madam:*

*This is to acknowledge receipt of a request for medical records on the above-named client.*

___   *We were not successful in finding that this client was seen here at our facility based on the information that was provided.*

___   *Enclosed, please find copies of the requested information.*

_X_   *Please forward a check for a $25.00 processing fee to be made out to The George Washington University Hospital.*

*If you are requesting Billing Information, you must contact the Billing Office @(202) 715-4905 to receive instructions on how to obtain Billing Records for your client.  We will forward a copy of this letter to the Billing Office for processing.*

*If we can be of further assistance you may contact us @ (202) 715-5655.*

*Sincerely,*
*GWUH Outpatient Rehabilitation Center*
*Business Office*

MPC-3/15/05

PRYSHLAK INIT. DISC. 000040

Name: _Pryshlak, Maria_    MR#_____    Visits Authorized:_____

### DAILY NOTE / CURRENT STATUS

Date: _05/15/07_    RX#: _8/12_    Start Time: _11:35_    End Time: _12:40_

Tx Time: TE _50_ min    Manual ___ min    E-stim ___ min    Other _15'_ min _heat_

**Subjective:** _5_ /10 Pain

"_I'm terribly stiff. I still can't move fluidly._" _Pt rpts her pain interferes w sleeping._
_Pt rpts HEP compliance_

### OBJECTIVE:
**MODALITIES:**
- ☑ Ice/Heat _15'_ _to back and neck ~~p stress~~_
- ☐ Ultrasound ☐ 1.5 W/cm X 5 min ☐ Other
- ☐ Continuous ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone _____
- ☐ Traction ☐ Cervical ☐ Pelvic #_____
- ☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

### MANUAL THERAPY:
- ☐ Joint Mobilization _____
- ☐ Neural Glides ☐ STM ☐ MFR _____

### THERAPEUTIC EXER./ACTIVITIES: ☑ See Flow Sheet
- ☐ Home Exercise Program

### GAIT/NEURO RE-ED/SELF CARE: ☐ See Flow Sheet

**Assessment / Summary:**
- ☑ Tolerating therapy activities
- ☐ Progressing toward set goals

Other: _Pt had ↑ stiffness and pain over_
_entirety of back and neck today._

**Goals:** ☑ (For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength _____
- ☐ Fxn Act. _____
- ☐ Gait _____
- ☐ Pain _____

### Education:
- ☐ HEP per handouts
- ☐ Posture / Body mechanics
- ☐ Other:
- ☐ Activity modification
- ☐ Brace / Splint application

### Plan:
- ☐ Re-evaluate next visit
- ☑ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: _Louis H. Cordle PTA_    License #: _____

MR #:

PRYSHLAK INIT. DISC. 000041

Name: M. Pryshlak _____ MR#_____ Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: 5/14/07    RX#: 7/8    Start Time: 12⁰⁰    End Time: 1¹⁵

Tx Time: TE 55 min    Manual 30 min    E-stim____ min    Other_____ min

Subjective:                           ___ /10 Pain

Pt reports ↑'d stiffness p̄ last session and severe headache yesterday

**OBJECTIVE:**

**MODALITIES:**
- ☑ Ice/Heat → MHP P→o 15mins
- ☐ Ultrasound ☐ 1.5 W/cm X 5 min ☐ Other
- ☐ Continuous ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone _____
- ☐ Traction ☐ Cervical ☐ Pelvic #_____
- ☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☑ Joint Mobilization Grade II P/A's for C-spine | Cervical traction
- ☐ Neural Glides ☐ STM ☑ MFR Para Spinals, SubOccipitals, Scalenes, UT, Levator

**THERAPEUTIC EXER/ACTIVITIES:** ☑ See Flow Sheet
- ☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

**Assessment / Summary:**
- ☐ Tolerating therapy activities
- ☐ Progressing toward set goals

Other: Pt c̄ radicular sxs in to ® UE/hand (5th digit) but ↓'d sxs p̄ cervical traction. Pt still very taught in scalenes and upper traps.

☐ Goals: ( For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength _____
- ☐ Fxn Act. _____
- ☐ Gait _____
- ☐ Pain _____

**Education:**
- ☐ HEP per handouts          ☐ Activity modification
- ☑ Posture / Body mechanics  ☐ Brace / Splint application
- ☑ Other:

**Plan:**
- ☐ Re-evaluate next visit
- ☑ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: _____ License #: PT870448

MR #:

77-232 (03/07)

PRYSHLAK INIT. DISC. 000042

Name: Pryshlak Maria                    MR#_____    Visits Authorized:_____

### DAILY NOTE / CURRENT STATUS

Date: 5/10/07        RX#:_____    Start Time: 1000pm    End Time: 1:30 pm

Tx Time: TE **30** min    Manual **30** min    E-stim____ min    Other_____ min

**Subjective:**
Pt reports she is getting less headaches + pulling in her neck. She is sore today. 5/10 Pain

**OBJECTIVE:**
**MODALITIES:**
- ☐ Ice/Heat  X 10 min
- ☐ Ultrasound ☐ 1.5 W/cm X 5 min ☐ Other
- ☐ Continuous ☐ Pulsed to _____

- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone_____
- ☐ Traction ☐ Cervical ☐ Pelvic #_____
- ☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☑ Joint Mobilization  MET ō P/A mobs ® 1st rib, 5th rib, cervical spine
- ☐ Neural Glides ☐ STM ☐ MFR  ↟, scalenes,

**THERAPEUTIC EXER./ACTIVITIES:** ☑ See Flow Sheet
- ☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

**Assessment / Summary:**
- ☑ Tolerating therapy activities
- ☐ Progressing toward set goals

Other: ↑ elevated ® 1st rib, improved slightly ō MET, very tight scalenes.

**Goals:** ( For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength_____
- ☐ Fxn Act._____
- ☐ Gait _____
- ☐ Pain _____

**Education:**
- ☐ HEP per handouts       ☐ Activity modification
- ☑ Posture/Body mechanics  ☐ Brace / Splint application
- ☐ Other: Added scalene stretch to HEP.

**Plan:**
- ☐ Re-evaluate next visit
- ☑ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: _____    License #: 870257

MR #:

77-232 (03/07)

PRYSHLAK INIT. DISC. 000043

Name: _Maria Pryshlak_    MR#_____    Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: _5/8/07_    RX#: _6/8_    Start Time: _11:35_    End Time: _12:50_

Tx Time: TE _40_ min    Manual _10_ min    E-stim ___ min    Other _____ min

_5_ /10 Pain

Subjective: Pt c/o persistent pↄ in the Ⓡ ribs cage. She had difficulty sleeping last night 2° neck pↄ.

### OBJECTIVE:

**MODALITIES:**
- ☒ Ice/Heat: 15' to neck
- ☐ Ultrasound ☐ 1.5 W/cm X 5 min ☐ Other _____
- ☐ Continuous ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone _____
- ☐ Traction ☐ Cervical ☐ Pelvic # _____
- ☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☐ Joint Mobilization _____
- ☐ Neural Glides ☒ STM ☐ MFR
  cervical paraspinals, UT + levator region + suboccipital mm.

**THERAPEUTIC EXER./ACTIVITIES:** ☒ See Flow Sheet
- ☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

**Assessment / Summary:**
- ☒ Tolerating therapy activities
- ☐ Progressing toward set goals

Other:

**Goals:** ☒ (For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength _____
- ☐ Fxn Act. _____
- ☐ Gait _____
- ☐ Pain _____

**Education:**
- ☐ HEP per handouts
- ☐ Posture / Body mechanics
- ☐ Other:
- ☐ Activity modification
- ☐ Brace / Splint application

**Plan:**
- ☐ Re-evaluate next visit
- ☒ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: _____    License #: _, MPT  870629_

MR#: _____

77-232 (03/07)

PRYSHLAK INIT. DISC.  000044

Name: Maria Pryshlak          MR#_____   Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: 05/07/07      RX#: 5/8      Start Time: 1:30      End Time: 2:40

Tx Time: TE 45 min      Manual 10 min      E-stim ___ min      Other 15' min Heat

Subjective: ___ /10 Pain
Pt rpts pain across mid back and under ® scapula. Pt rpts psia ↓
↑ rest.

### OBJECTIVE:
**MODALITIES:**
- ☑ Ice/Heat 15' to thoracic back p̄ therex ↓ MFR
- ☐ Ultrasound  ☐ 1.5 W/cm X 5 min  ☐ Other ___
- ☐ Continuous  ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone _____
- ☐ Traction  ☐ Cervical  ☐ Pelvic # _____
- ☐ E-Stim  ☐ Interferential  ☐ TENS  ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☐ Joint Mobilization _____
- ☐ Neural Glides  ☑ STM  ☑ MFR  Thoracic paraspinals / mid & lower traps / rhomboids  10'

**THERAPEUTIC EXER./ACTIVITIES:**  ☑ See Flow Sheet
- ☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:**  ☐ See Flow Sheet

**Assessment / Summary:**
- ☑ Tolerating therapy activities
- ☐ Progressing toward set goals
- Other:

☑ **Goals:** ( For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength _____
- ☐ Fxn Act. _____
- ☐ Gait _____
- ☐ Pain _____

**Education:**
- ☐ HEP per handouts
- ☐ Posture / Body mechanics
- ☐ Other:
- ☐ Activity modification
- ☐ Brace / Splint application

**Plan:**
- ☐ Re-evaluate next visit
- ☑ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: Louis H. Cordl, PTA      License #: ___, PT  870629
MR#:

77-232 (03/07)

PRYSHLAK INIT. DISC. 000045

Name: Maria Pryshlau         MR#_____    Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: 5/4/07      RX#: 4/8      Start Time: 9³⁵      End Time: 10⁵⁰

Tx Time: TE_____min    Manual 10 min    E-stim_____min    Other_____min

**Subjective:** _____/10 Pain
Pt states she's feeling "so-so" today. She had severe p! last night (6-7/10) + had to take meds to fall asleep. She dsc' c/o stiffness.

**OBJECTIVE:** today.

**MODALITIES:**
☑ Ice/Heat: 15' to neck
☐ Ultrasound  ☐ 1.5 W/cm X 5 min  ☐ Other
☐ Continuous  ☐ Pulsed to _____
☐ Phonophoresis with 1% hydrocortisone crème _____
☐ Iontophoresis with dexamethasone_____
☐ Traction  ☐ Cervical  ☐ Pelvic #_____
☐ E-Stim  ☐ Interferential  ☐ TENS  ☐ Neuro Re-educ

**MANUAL THERAPY:**
☑ Joint Mobilization PA glides cervical facet jts, gr II
☑ Neural Glides  ☐ STM  ☐ MFR
UT + levator stretches; STM cervical paraspinals, UT + levator

**THERAPEUTIC EXER./ACTIVITIES:** ☑ See Flow Sheet
☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

**Assessment / Summary:**
☑ Tolerating therapy activities
☐ Progressing toward set goals
Other: slow to perform TE

**Goals:** (For details on updated goals, refer to evaluation or last progress note)
☐ ROM_____
☐ Strength_____
☐ Fxn Act._____
☐ Gait_____
☐ Pain_____

**Education:**
☐ HEP per handouts  ☐ Activity modification
☐ Posture / Body mechanics  ☐ Brace / Splint application
☐ Other:

**Plan:**
☐ Re-evaluate next visit
☑ Continue, progress as indicated
☐ Continue RX with additions including:

Signature:_____    License #: _____, MPT, 8706209

MR #:

77-232 (03/07)

PRYSHLAK INIT. DISC. 000046

Name: _Maria Pryshlak_____    MR#_____    Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: _5/3/07____    RX#: _3____    Start Time: _1200____    End Time: _1245pm_

Tx Time: TE _15_ min    Manual _30_ min    E-stim ___ min    Other ___ min

Subjective:                     _5_ /10 Pain

Pt reports she feels very sore and out of alignment.

**OBJECTIVE:**
**MODALITIES:**
- ☐ Ice/Heat:
- ☐ Ultrasound  ☑ 1.5 W/cm X 5 min  ☐ Other _____
- ☐ Continuous  ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone _____
- ☐ Traction  ☐ Cervical  ☐ Pelvic #_____
- ☐ E-Stim  ☐ Interferential  ☐ TENS  ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☑ Joint Mobilization _P/A thoracic, MET pelvis long axis pull (R); MET thoracic 1st Rib_
- ☐ Neural Glides  ☐ STM  ☑ MFR _UT/lev scap._    _5th Rib_

**THERAPEUTIC EXER./ACTIVITIES:**  ☑ See Flow Sheet
- ☐ Home Exercise Program    Posture reed + therex per flow.

**GAIT/NEURO RE-ED/SELF CARE:**  ☐ See Flow Sheet

**Assessment / Summary:**
- ☑ Tolerating therapy activities
- ☐ Progressing toward set goals

Other: (R) 1st rib elevated + hypomobile.
Needs cues for exercises
for proper form. Add posture exercises next. Hold on UBE, 30 to fem today.
Can try next session.

**Goals:** ( For details on updated goals, refer to evaluation or last progress note)
- ☐ ROM _____
- ☐ Strength _____
- ☐ Fxn Act. _____
- ☐ Gait _____
- ☐ Pain _____

**Education:**
- ☐ HEP per handouts    ☐ Activity modification
- ☑ Posture / Body mechanics    ☐ Brace / Splint application
- ☐ Other:

**Plan:**
- ☐ Re-evaluate next visit
- ☑ Continue, progress as indicated
- ☐ Continue RX with additions including:

Signature: _____    License #: _870297_

MR#_____

77-232 (03/07)

PRYSHLAK INIT. DISC. 000047

# RX and/or REFERRALS

## MEDICAL FACULTY ASSOCIATES
### THE GEORGE WASHINGTON UNIVERSITY
2150 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 741-2750

Margaret A. Fiore, NP                    DEA# MF0878910

Name _Maria Pryshlak_

Address _____    Date _4-24-07_

℞

Physical therapy - deep heat
massage + ultrasound
To neck
   2 x wk x 6 wks

I _____ Times    PRN    NR

_Margaret Fiore NP_

TO DAW:  Handwrite "BRAND MEDICALLY NECESSARY"
in the space below.

---

DEA # _____

**DENNIS CULLEN, M.D.**

5188 OXON HILL ROAD          7625 WISCONSIN AVENUE
SUITE 704                    SUITE 101
OXON HILL, MD 20745          BETHESDA, MD 20814
301-839-2970  Fax: 301-839-3042    240-497-1570  Fax: 301-657-5638

NAME _MARIA PRYSHLAK._

ADDRESS _____    DATE _4/21/07_

℞ (Please Print)

P. T.  evaluate / treat

Dx:  WHIPLASH
     MUSCULAR SPASM

     _____

     3x/ week x 4 week.
Triple:
     Moist Heat / Aqsy

☐ LABEL

REFILL _____ TIMES _____ PRN  NR    _[signature]_    M.D.

TO INSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE "BRAND NECESSARY" OR
"BRAND MEDICALLY NECESSARY" ON THE PRESCRIPTION.

11-DEC-09                    TR85P1211_100139846-84_01_89081_0010

May. 16. 2007 12:59PM                                              No. 2226    P. 12

Name: _Maria Pryshlak_   MR#_____   Visits Authorized:_____

## DAILY NOTE / CURRENT STATUS

Date: _5/1/07_    RX#: _0/8_    Start Time: _2:10_    End Time: _3:15_

Tx Time: TE _30 min_ ~~25 erale~~    Manual _10 min_    E-stim ___min    Other ____min

Subjective:                                    5-6/10 Pain

Pt c/o stiffness ī — neck & shoulders.

---

**OBJECTIVE:**
**MODALITIES:**
☑ Ice/Heat: _15' to neck_
☐ Ultrasound ☐ 1.5 W/cm X 5 min ☐ Other
☐ Continuous ☐ Pulsed to _____

☐ Phonophoresis with 1% hydrocortisone crème _____
☐ Iontophoresis with dexamethosone _____
☐ Traction ☐ Cervical ☐ Pelvic #_____
☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

---

**MANUAL THERAPY:**
☐ Joint Mobilization _____
☐ Neural Glides ☑ STM ☐ MFR
cervical paraspinals ; UT + levator stretches

---

**THERAPEUTIC EXER./ACTIVITIES:** ☑ See Flow Sheet
☐ Home Exercise Program

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

---

**Assessment / Summary:**
☑ Tolerating therapy activities
☐ Progressing toward set goals
Other: Pt performs exercises
very slow.

☑ Goals: (For details on updated goals, refer to evaluation or last progress note)
☐ ROM _____
☐ Strength_____
☐ Fxn Act._____
☐ Gait _____
☐ Pain_____

---

**Education:**
☐ HEP per handouts          ☐ Activity modification
☐ Posture / Body mechanics  ☐ Brace / Splint application
☐ Other:

---

**Plan:**
☐ Re-evaluate next visit
☑ Continue, progress as indicated
☐ Continue RX with additions including:

---

Signature: _____   License #: _____ PT 8706201

MR#: _____

77-232 (03/07)

PRYSHLAK INIT. DISC. 000049

May. 10. 2007 12:35PM                                                    No. 2420   P. 1
Apr. 30. 2007  2:09PM                                                    No. 5034   P. 1

## OUTPATIENT REHABILITATION CENTER

**THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL**

2131 K STREET, NW, SUITE 620
WASHINGTON, DC 20037
OFFICE#: 202-715-5655; FAX #: 202-715-5664

### Plan of Care / Statement of Necessity for Physical Therapy Services

Patient Name: _Maria Pryshlak_    Treatment Diagnosis: _Neck Pain s/p whiplash_ 723.1
Referral Source: _Dr. Dennis Cullen_    DOB: _02/18/49_    Onset Date: _April 16th_
Prior Hospitalization: ____    Start of Care (SOC): _04/27/07_    Provider #: ____
Social Security #: ____    Prior Level of Function: _@ pain free_
    Last Visit to Referral Source: ____

Thank you for your referral. The Plan of Care and following information is based on the information from the initial evaluation.

Assessment / key information: _Pt is a 58 y/o s/p whiplash injury ✓ ē central pain who presents ī mod-severe muscle spasms, decreased postural alignment, hypomobility T-spine decreased function + increased pain. Pt is a good candidate for outpatient physical therapy._

**Problem List:**

| | | |
|---|---|---|
| ☑ Pain Affecting Function | ☑ ↓ ADL / Functional Abilities | ☐ Therapeutic Exercise |
| ☑ ↓ ROM | ☑ ↓ Activity Tolerance | ☐ Therapeutic Activities |
| ☑ ↓ Strength | ☑ ↓ Flexibility / Joint Mobility | ☑ Neuromuscular re-education |
| ☐ Edema Affecting Function | ☐ ↓ Transfer Abilities | ☑ Physical Agent / Modality |
| ☐ Impaired Gait / Balance | | ☐ Gait / Balance Training |
| ☐ Other ____ | | ☐ Other ____ |

**Treatment Plan:**

| |
|---|
| ☐ Manual Therapy |
| ☐ Aquatic Therapy |
| ☐ Whirlpool / Wound Care |
| ☑ Patient Education |

Patient / Family readiness to learn indicated by: ☐ Asking questions ☐ Trying to perform skills ☐ Interest ☐ Other ____
Person(s) to be included in education: ☑ Patient (P) ☐ Family Support Person (FSP) list: ____

Barriers to Learning / Limitations:    ☐ Yes    ☑ No
If yes, check those that apply and list measures taken to address Barriers to Learning / Limitations:
☐ Language ☐ Cultural ☐ Cognitive ☐ Sensory Deficits-Vision/Hearing/Speech ☐ Altered Mental Status (i.e. Sedation, Confusion)
☐ Religious ☐ Emotional ☐ Reading/Writing ☐ Financial ☐ Physical ☐ Other ____
measure taken: ____

Patient Goal (s): ____

**Rehabilitation Potential:**    ☑ Excellent    ☐ Good    ☐ Fair    ☐ Poor

**Short Term Goals:** To be accomplished in _2_ weeks / treatments:
1. _To reduce pain ī ADLs by 2 grades_
2. _To ↑ cervical AROM by 10 degrees ē less pain into rotation / side bend_
3. _to be @ CHEP_

**Long Term Goals:** To be accomplished in _4_ weeks / treatments:
1. _To ↑ cervical AROM + @ shoulder AROM to WNL ē pain ī ADLs._
2. _To ↑ @ shoulder strength by 1 grade in order to ↑ tolerance to ADLs._
3. _To_ ____

**Frequency / Duration:**    Patient to be seen _3_ times per week for _4_ weeks:

Patient / Caregiver education and instruction:
☐ Self Care    ☑ Activity Modification    ☐ Brace / Splint Application    ☑ Exercises    Other ____

Physical Therapist: _Cassaund Cuapo MSPT_    Date: _4/26/07_

License Number: _870251_    Certification Period: ____

I certify that the above Physical Therapy Services are being furnished while the patient is under my care. I agree with the treatment plan and certify that this therapy is necessary.

Physician UPIN: _A72872_

Physician Signature: _[signature]_    Date: _04/30/07_

Please sign and return to GW-Outpatient Rehabilitation Center or you may fax the signed copy to (202)715-5664. Thank you.

TOTAL P.02

PRYSHLAK INIT. DISC. 000050

May. 16. 2007 12:53PM    No. 2926    P. 11

Name: _Maria Pryshlak_    MR#_____    Visits Authorized:_____

### DAILY NOTE / CURRENT STATUS

Date: 4/24/7    RX#:_____    Start Time:_____    End Time:_____

Tx Time: TE_____min    Manual_____min    E-stim_____min    Other_____min

Subjective: _____/10 Pain

C-my

**OBJECTIVE:**
**MODALITIES:**
- ☐ Ice/Heat:
- ☐ Ultrasound ☑ 1.5 W/cm X 5 min ☐ Other
- ☐ Continuous ☐ Pulsed to _____
- ☐ Phonophoresis with 1% hydrocortisone crème _____
- ☐ Iontophoresis with dexamethosone_____
- ☐ Traction ☐ Cervical ☐ Pelvic #_____
- ☐ E-Stim ☐ Interferential ☐ TENS ☐ Neuro Re-educ

**MANUAL THERAPY:**
- ☐ Joint Mobilization_____
- ☐ Neural Glides ☐ STM ☐ MFR _____

**THERAPEUTIC EXER./ACTIVITIES:** ☐ See Flow Sheet
☒ Home Exercise Program
_see chart._

**GAIT/NEURO RE-ED/SELF CARE:** ☐ See Flow Sheet

**Assessment / Summary:**
- ☐ Tolerating therapy activities
- ☐ Progressing toward set goals
- Other:

☐ **Goals: (For details on updated goals, refer to evaluation or last progress notes)**
- ☐ ROM _____
- ☐ Strength_____
- ☐ Fxn Act._____
- ☐ Gait_____
- ☐ Pain_____

**Education:**
- ☐ HEP per handouts
- ☐ Posture / Body mechanics
- ☐ Other:
- ☐ Activity modification
- ☐ Brace / Splint application

**Plan:**
- ☐ Re-evaluate next visit
- ☐ Continue, progress as indicated
- ☐ Continue RX with additions including:

- Start therapy c-shin
Posture + L Shld.

Signature: _Camille Lyn PT_    License #: 870851

MR #:

77-232 (03/07)

Name: Maria Pryshlak          Date: 4/27/07          Diagnosis: _____

**Posture:** ☐ WNL  ☐ Forward head  ☑ Protracted shoulders  ☐ Retracted shoulders  ☑ Kyphosis ↑  (↓) T Spine
☐ Lordosis ↑ ⊙  Other: _____

**ROM:**

Key: ROM: I
Location of block II
Limited by muscle ///
Limited by pain X



Comments: _____

Area: _____

**Passive movement:**  PA Pressure: ☐ N/A    ☐ Hypermobile @ _____   ☑ Hypomobile @ 1st ribs (b) ribs 4-5 (L) T spine
Restricted Segment: ☐ N/A   ☑ OA   ☐ AA   Other: _____

**Strength:**

| | (L) | (R) | N/T | | (L) | (R) | N/T |
|---|---|---|---|---|---|---|---|
| Cervical Rotation (C1) | 4/5 | 5/5 | ☐ | Elbow Extension (C7) | 4/5 | /5 | ☐ |
| Shoulder Elevation (C2,3,4) | 4/5 | /5 | ☐ | Wrist Extension (C6) | 4/5 | /5 | ☐ |
| Shoulder Abduction (C5) | 4/5 | /5 | ☐ | Wrist Flexion (C7) | 4/5 | /5 | ☐ |
| Elbow Flexion (C6) | 4/5 | /5 | ☐ | Thumb Extension (C8) | 4/5 | /5 | ☐ |
| Other: | | | | | | | |

**Palpation:**

| (Indicate Min Mod Severe) | | Patient's Response | | | Patient's Response |
|---|---|---|---|---|---|
| Spinous Processes + | – | | Occipital Line + | | |
| Scalenes ⊕ | – | | Upper Trapezius ⊕ | | |
| Cervical Facets + | – | | Rhomboids ⊕ | | |
| Levator Scapulae ⊕ | – | | TMJ + | | |
| SCM ⊕ | – | | Other | | |

hyper sensitive

**Optional Tests:** (As indicated by condition. Check only those that apply)

Shoulder   Abduction   L _____ R _____          Painful Arc  (L) 90-160 R
ROM:      Flexion    L _____ R _____          Painful Arc  (L) 90-160 R

Sensation:
Biceps (C5)       L changed  R wnl          Reflexes:
Palmer Radial (C6-7)   L diminished R ↓          Biceps (C5)  wnl  L ↓  R
Palmer Ulnar (C8-T1)   L diminish R ↓          Brachioradialis (C6)  L ↓  R
                                              Triceps (C7)  L ____ R

Neural Tests:                                     Patient's Response
Medial Nerve Mobility   ☑ Neg   ☐ Pos   (L) or (R)
Ulnar Nerve Mobility   ☑ Neg   ☐ Pos   (L) or (R)
Radial Nerve Mobility  ☐ Neg   ☑ Pos   (L) or (R)

Other Special Tests:
Thoracic Outlet     ☑ Neg   ☐ Pos   (L) or (R)
Supine Compression   ☑ Neg   ☐ Pos   (L) or (R)
Supine Distraction   ☑ Neg   ☐ Pos   (L) or (R)
Alar/Odotoin      ☐ Neg   ☐ Pos   (L) or (R)
Transverse Ligament  ☐ Neg   ☐ Pos   (L) or (R)
First Rib Spring    ☐ Neg   ☐ Pos   (L) or (R)
Shoulder Impingement  ☐ Neg   ☑ Pos   (L) or (R)
Scapular Control: Able to eccentrically lower with good control?   (L) or (R)

Other tests / comments: _____
_____
_____



# Georgetown University Hospital 🕇
## MedStar Health

**Department of Orthopaedics**

August 6, 2007

Gallagher Bassett Services
P.O. Box 23812
Tuscon, AZ 85734

RE: **PRYSHLAK, Maria O.**
DOB: 02/18/1949
MR#: 0632636
SS#: 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
CL#: 002200-000205-WC-01
EMP: Georgetown University
D/I: 04/18/2007
D/V: 08/06/2007

Dear Sir/Madam:

Ms. Pryshlak follows up in the office now regarding posterior neck pain as well as some numbness and tingling of her left upper extremity. She has also continued to have troubles with pain meeting at the left side of her low back and buttocks usually extending down her left leg. Regarding the upper extremity symptoms and neck pain she has been seen by Dr. Edwards for this. There has been some talk of surgical treatment. At this point she has deferred this. In general she states things have been stable as far as the symptoms of pain as well as numbness and tingling of left upper extremity. She has been having some more headaches of late. Last week this was associated with some photophobia and emesis. However, what is bothering her most consistently now is pain beginning in the buttocks, usually extending down the left thigh and then to the lateral border of the left leg from the knee to the ankle. This had improved with physical therapy. Upon its discontinuation she states these symptoms have worsened. The pain begins in the buttocks, it extends down the lateral thigh and into the lateral border

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*
Scott T. Sauer, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD
*Vice Chairman for Education*
*Pediatric Orthopaedics*
*General Orthopaedics*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for*
*Operations and Finance*
*Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD
*Joint Reconstruction*
*Foot & Ankle*

3800 Reservoir Road, NW, G-PHC, Washington, DC 20007-2113
phone: 202 444 8766 • fax: 202 444 7804
georgetownortho.org

PRYSHLAK, Maria O.
Page two
August 6, 2007

between the knee and ankle. It is worsened with certain positions. She is not having any fixed radiating pain or paresthesia of the right lower extremity. There has been no acute change of bowel or bladder function. She states she feels limited in her walking and her ability to sit or stand for any length of time due to the pain in the buttocks and left leg.

On exam today she has a mildly antalgic gait. She has some tenderness in the left buttocks and towards the left sciatic notch. Range of motion of the hips is not associated with any groin pain. Neurologically, she continues to be 2+ patella level with trace to 1+ Achilles. No long tract signs. I do not pick up gross focal weakness of the lower extremities. Faber's is unremarkable. Straight leg raising on the left side will cause pain to the hamstring region and just below the popliteal fossa.

I have discussed a couple of issues with Ms. Pryshlak. With regards to the headaches I think given association with some photophobia and nausea as well as emesis, that this should be evaluated by a neurologist. She is going to discuss this further with her primary care physician and likely pursue this under the direction of a neurologist. With regards to the ongoing pain in her left lower extremity I think that this may be related to a lumbar radiculopathy. Given the fact that the symptoms, if anything, have worsened of late I think we should pursue this with further imaging. I have asked that we obtain an MRI scan of the lumbar spine to evaluate this further. We are going to have her continue with some stretching and other exercises of that sort in the interim. We will plan to see her back with imaging studies to determine further options.

Sincerely,

Steven C. Scherping, M.D.

SCS:hhl
(Transcribed 8/7/07)

PRYSHLAK INIT. DISC. 000054

TO:SCHERPING MD, STEVEN   COMPANY:DIAGNOSTIC HEALTH, K STR. 



**DIAGNOSTIC HEALTH, K STREET**
**2121 K STREET NW**
**WASHINGTON, DC 20037**
**(202) 223-5211**



**Final Report**

**Patient Name:** PRYSHLAK, MARIA
**DOB:** 02/18/1949   **Sex:** F
**Accession:** 1931090
**Visit Number:** 703033
**Exam:** (15) MRILSPWO - LUMBAR SPINE WO CONTRAST MRI

**MRN:** 1863839
**Completed:** 08/15/2007 9:54 AM EDT

**Requesting Provider:** SCHERPING MD, STEVEN
3800 RESERVOIR RD NW
3800 RESERVIOR ROAD NW
WASHINGTON, DC 20007

**Phone:** (202) 444-8766
**Fax:** (202) 444-1655

## MRI LUMBAR SPINE

**HISTORY:** Low back pain radiating down the left leg, patient rates pain up to 9/10 in severity; history of melanoma treated with radiation and chemotherapy.

**FINDINGS:** There is mild C-type curvature of the lumbar spine, convex right. There is very slight decreased disc T2 signal commensurate with mild disc desiccation and dehydration. There are small anterior spurs at T12-L1 and L1-2.

T12-L1: There is no disc bulge or herniation. The neural foramina and spinal canal look capacious.

L1-2: There is a small disc bulge and central disc herniation that extends 0.1 cm beyond the endplate margin. There is no contact of the exiting L1 or descending L2 nerve roots.

L2-3: There is no disc bulge or herniation.

L3-4: There is no disc bulge or herniation.

L4-5: There is a small disc bulge and a broad-based left foraminal disc herniation seen on axial image 11/15 of series 4 and sagittal image 1/11 of series 3. There is no contact of the exiting L4 or descending L5 nerve roots.

L5-S1: There is no disc bulge or herniation.

The conus medullaris is in normal position.

The L1 vertebral body is hyperintense on both T1 and T2, likely due to a benign hemangioma.

CONCLUSION:

Printed: 08/15/2007 2:00PM

PRYSHLAK INIT. DISC. 000055

TO:SCHERPING MD, STEVEN    COMPANY:DIAGNOSTIC HEALTH, K STREET

 **diagnostic health**

**DIAGNOSTIC HEALTH, K STREET**
**2121 K STREET NW**
**WASHINGTON, DC 20037**
**(202) 223-5211**

**Final Report**

| | | | |
|---|---|---|---|
| **Patient Name:** | PRYSHLAK, MARIA | **MRN:** | 1863839 |
| **DOB:** | 02/18/1949  **Sex:** F | **Completed:** | 08/15/2007 9:54 AM EDT |
| **Accession:** | 1931090 | | |
| **Visit Number:** | 703033 | | |
| **Exam:** | (15) MRILSPWO - LUMBAR SPINE WO CONTRAST MRI | | |

**Requesting Provider:** SCHERPING MD, STEVEN
                            3800 RESERVOIR RD NW
                            3800 RESERVIOR ROAD NW
                            WASHINGTON, DC 20007

**Phone:** (202) 444-8766
**Fax:**    (202) 444-1655

1. At L4-5, there is a small far left foraminal disc herniation.

2. At L1-2, there is a small central disc herniation.

3. There is no bony spinal stenosis.

4. There are no signs of metastatic disease to the lumbar spine in view of the patient's history of melanoma.

---

End of diagnostic report for accession:1931090

**Interpreting Provider:  TU MD, RAYMOND RADIOLOGIST**
**Transcribed By:  BD  08/15/2007 2:25 PM EDT**
**Signed By: TU MD, RAYMOND  08/15/2007 2:59 PM EDT**

PRYSHLAK INIT. DISC. 000056

**STEVEN C. SCHERPING, M.D.**
Department of Orthopaedic Surgery
*MedStar - Georgetown University Hospital*
3800 Reservoir Road, N.W. • Washington, D.C. 20007
Telephone: 202-444-8766 • Fax: 202-444-1655

NAME: Marie Pryshlak          DOB: 8/6/07

ADDRESS: _____      DATE: _____

**Rx**

MRI Lumbar Spine -
" Disc "

722.10

Label Contents ☐ Yes ☐ No
Refill  0 - 1 - 2 - PRN
*DEA No. BS 4660444*
SCS-RX (8/05)

_____ M.D.

PRYSHLAK INIT. DISC. 000057

**Georgetown University Hospital**
**Department of Orthopaedic Spine Surgery**

☐    William C. Lauerman, M.D.
       Phone: 202-444-7455

☒    Steven C. Scherping, M.D.
       Phone: 202-444-1637

☐    Jill Cunningham, RN, CANP
       Phone: 202-444-7455

**3800 Reservoir Road, NW**
**1 Gorman**
**Washington, D.C. 20007**
**Fax Number 202-444-1655**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Sabrina Kang @ Bod & Grenier | **From:** | Kim Zagory |
| **Fax:** | 202-828-4130 | **Date:** | 8/20/07 |
| **Phone:** | | **Pages:** | 7+ Cover Sheet |
| **Re:** | Maria Pryshlak | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

## Per your request.

CONFIDENTIAL: The information contained in this transmission is confidential and is intended only for the individual or entity named above. The information contained in this transmission may be protected under federal or other applicable law. If you are not the intended recipient of this transmission, you are hereby notified that any distribution, dissemination or duplication of this communication is strictly prohibited. If you have received this communication in error please return this transmission to us and notify us immediately by telephone. Thank You.

If there are any problems or page(s) missing when receiving this transmission, please call immediately. Thank You.



Georgetown
University
Hospital

*MedStar Health*

Department of Orthopaedics

May 14, 2007

Gallagher Bassett Services
P.O. Box 23812
Tucson, AZ 85734

RE:   PRYSHLAK, Maria O.
DOB: 02/18/1949
CL#: 002200-000205-WC-01
SS#:  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
EMP: Georgetown University
DOI: 04/18/2007
DOV: 05/14/2007

Dear Sir/Madam:

Thank you for the opportunity to evaluate Maria Pryshlak. Please allow me to review her history and physical exam. The patient is a 58-year-old female that was involved in a traumatic event on April 18, 2007. She was in her office when a bus drove through the wall of her office building. She was struck in the back of her neck and shoulders with a portion of the wall and window. She was taken emergently from the scene to George Washington Hospital as a trauma evaluation. After initial evaluation she was discharged to home. At the time she was having pain in her neck with some sensation of tingling in her left hand and elbow along the ulnar border. Over the past several weeks now, she states things have improved, though she continues to have pain in her posterior neck. This is something that will tend to be exacerbated with activity. She does not have any fixed radiating pain in the upper extremities, though she notes a sensation of numbness and tingling along the ulnar border of the forearm and ulnar digits of the left hand. This is most severe from the level of the wrist distal to the ulnar two digits. There has been no obvious change in walking and balance. No obvious change in bowel or bladder function. No change in vision, hearing, speech or swallowing. She was originally having a number of headaches and these have dramatically improved. She has been taking some ibuprofen for pain. She has gone on to taking only Flexeril in the evening on a prn basis. She did not have any of these difficulties prior to this event. She did not have any of these difficulties prior to this event.

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for
Operations and Finance*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD

PRYSHLAK    INIT.    000059

Page Two
RE:   PRYSHLAK, Maria O.
May 14, 2007

Her past medical history is pertinent for prior treatment for a melanoma. Past surgical history includes treatment for a melanoma as well as fibroid surgery. Medicines are Lipitor. Allergies: No known drug allergies. Social history: She lives independently. She normally works in an office position. She does not smoke cigarettes or drink significant amounts of alcohol.

On exam, she is a very pleasant 58-year-old woman in no acute distress. Her gait is unremarkable. She is able to tandem walk well. She has preserved flexion and extension, though she moves through a range of motion a bit more slowly than is normal. There is no midline focal bony tenderness about the cervical thoracic region. Range of her shoulders is not associated with any significant pain. She has some tenderness in the paraspinal gutters in the cervical region beginning in the mid sub axial cervical spine to the cervical-thoracic junction at the levator and rhomboid level. She has palpable peripheral pulses at the level of the hand. She has a Tinel's at the level of the left elbow. Upper extremities' reflexes are 1-2+. She is 2+ patella level. She does not have a Hoffman's or inverted radial reflex. No lower extremity clonus. She has trace weakness throughout the upper extremities which is symmetric. It appears to be largely a consequence of limited exertion due to pain. I do not pick up other focal weakness.

We reviewed imaging studies of the cervical spine. These reveal congenital fusion by MRI scan of the 2-3 level. She had a small central disc protrusion at the C3-C4 level. There is no significant stenosis. I do not see other areas of significant stenosis or other areas of significant trauma.

Impression:   1.     Cervical strain.
              2.     Probable brachial neuropraxia versus ulnar nerve neuritis.

I have discussed diagnoses with Ms. Pryshlak. We discussed the natural history as well as options. At this point, I do not see anything worrisome in her cervical spine. She has been involved in some physical therapy6, though for her, it has been less than ideal. I have given her the name of a couple of places where I think she can get some more organized, intensive therapy and I think that would be a good step forward. With regard to some of the numbness and tingling in the left hand, I think this is either a neuropraxia injury at the level of the nerve root versus brachial plexus versus possibly an ulnar neuritis. Certainly some of her signs and symptoms point to this being more of an ulnar neuritis. We discussed possibly utilizing some medication, though, I think it would be worthwhile to have

PRYSHLAK 000060

Page Three
RE:   PRYSHLAK, Maria O.
May 14, 2007

anything else more specific at the level of the elbow that would be of benefit. She is going to continue with the Flexeril and I have encouraged her to utilize some anti-inflammatories and other local modalities. She will be asked to follow up with me in the office in several weeks' time. Should she have any difficulties in the interim, she has been asked to contact me.

Thank you for the opportunity to evaluate this woman. If I can be of further assistance, please do not hesitate to contact me.

Sincerely

Steven C. Scherping, Jr., M.D.



**Georgetown**
**University**
**Hospital** 🏛️

*MedStar Health*

**Department of Orthopaedics**

May 14, 2007

Dennis Cullen, M.D.
7625 Wisconsin Avenue
Suite 101
Bethesda, MD 20814

RE: Maria Pryshlak
MR#: 0632636

Dear Dr. Cullen:

Thank you for the opportunity to evaluate Maria Pryshlak. Please allow me to review her history and physical exam. The patient is a 58-year-old female that was involved in a traumatic event on April 18, 2007. She was in her office when apparently a bus drove through the wall of her office building. She struck in the back of her neck and shoulders with a portion of the wall and window. She was taken emergently from the scene to George Washington Hospital as a trauma evaluation. After initial evaluation, she was discharged to home. At the time, she was having pain in her neck with some sensation of tingling in her left hand and elbow along the ulnar border. Over the past several weeks now, she states things have improved, though, she continues to have pain in her posterior neck. This is something that will tend to be exacerbated with activity. She does not have any fixed radiating pain in the upper extremities, though, she notes a sensation of numbness and tingling along the ulnar border of the forearm and ulnar digits of the left hand. This is most severe from the level of the wrist distal to the ulnar two digits. There has been no obvious change in walking and balance. No obvious change in bowel or bladder function. No change in vision, hearing, speech or swallowing. She was originally having a number of headaches and these have dramatically improved. She had been taking some ibuprofen for pain. She has gone on to taking only Flexeril in the evening on a prn basis. She did not have any of these difficulties prior to this event.

Her past medical history is pertinent for prior treatment for a melanoma. Past surgical history includes treatment for a melanoma as well as fibroid surgery. Medicines are Lipitor. Allergies: No known drug allergies. Social history: She lives independently. She normally works in an

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for Operations and Finance*
*Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD

INIT.    SOB000062

Page Two
RE: Maria Pryshlak
May 14, 2007

office position. She does not smoke cigarettes or drink significant amounts of alcohol.

On exam, is a very pleasant 58-year-old female in no acute distress. Her gait is unremarkable. She is able to tandem walk well. She has reserved flexion and extension, though, she moves through a range of motion a bit more slowly than is normal. There is no midline focal bony tenderness about the cervical thoracic region. Range of her shoulders is not associated with any significant pain. She has some tenderness in the paraspinal gutters in the cervical region beginning in the mid subaxial cervical spine to the cervical thoracic junction at the levator and rhomboid level. She has palpable peripheral pulses at the level of the hand. She has a Tinel's at the level of the left elbow. Upper extremities reflexes are 1-2+. She is 2+ patella level. She does not have a Hoffman's or inverted radial reflex. No lower extremity clonus. She has trace weakness throughout the upper extremities which is symmetric. It appears to be largely a consequence of limited exertion due to pain. I do no pick other focal weakness.

We reviewed imaging studies of the cervical spine. These reveal congenital fusion by MRI scan of the 2-3 level. She had a small central disc protrusion at the C3-C4 level. There is no significant stenosis. I do not see other areas of significant stenosis or other areas of significant trauma.

Impression:   1. Cervical strain.
              2. Probable brachial neuropraxia versus ulnar nerve neuritis.

I have discussed diagnoses with Ms. Pryshlak. We discussed the natural history as well as options. At this point, I do not see anything worrisome in her cervical spine. She has been involved in some physical therapy, though for her, it has been less than ideal. I have given her the name of couple of placed where I think she can get some more organized intensive therapy and I think that would be a good step forward. With regard to some of the numbness and tingling in the left hand, I think this is either a neuropraxia injury at the level of the nerve root versus brachial plexus versus possibly an ulnar neuritis. Certainly some of her signs and symptoms point to this being more of an ulnar neuritis. We discussed possibly utilizing some medication, though, I think it would be worthwhile to have her evaluated by Dr. Edwards in our group to see whether or not there would be anything else more specific at the level of the elbow that would be of benefit. She is going to continue with the Flexeril and I have encouraged her to use utilize some anti-inflammatories and other local modalities. She will be asked to follow up with me in the office in several weeks' time. Should she have any difficulties in the interim, she has been asked to contact me.

Thank you for the opportunity to evaluate this woman. If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

# Georgetown University Medical Center

3800 Reservoir Road N.W.
Washington DC 20007-2197
202-444-8525

### Department of Neurology



**Patient:** Pryshlak Maria          **Age:** 58 Years 3 Months
**Patient ID:** 0632636               **Date of Exam:** 05/29/2007
**Sex:** Female                       **Referring Phys.:** Dr. Scott Edwards/ Dr. Scherping
**Date of Birth:** 2/18/1949
**History:**
58 YO woman with a car accident 6 weeks ago, now with pain and tingling in left 4th and 5th fingers, also neck pain

**Summary:**
**1: NCS**
Sensory nerve conduction studies in left median transcarpal nerve showed borderline delayed distal latency with normal amplitude and conduction velocity. There was 0.45 m/s difference between the median transcarpal and ulnar palmar latencies. Left median (recording from 2nd digit) and left ulnar nerves (palmar and from 5th digit) were normal.
Motor nerve conduction studies in left median and ulnar nerves were normal.

**2: EMG**
Needle EMG in left deltoid, biceps, triceps, pronator teres, 1st dorsal interosseous, opponens pollicis, C7 and C8 paraspinal muscles were normal

**Conclusion:**
This EMG-NCV is suggestive of a mild left carpal tunnel syndrome, which does not correlate with patient's symptoms. There was no evidence of ulnar neuropathy or cervical radiculopathy. Clinical correlation is suggested.

Michael D. Sirdofsky, M.D.

PRYSHLAK INIT. DISC. 000064

Pryshlak Maria                    0632636                    5/29/2007 4:23:26 PM

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset ms | Peak ms | NP Amp µV | PP Amp µV | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| L MEDIAN - Dig II | | | | | | | |
| 1. Wrist | II | 2.75 | 3.50 | 37.9 | 58.7 | 14 | 50.9 |
| L MEDIAN - Palmar | | | | | | | |
| 1. Palm | Wrist | 1.80 | 2.20 | 110.2 | 119.4 | 8 | 44.4 |
| L ULNAR - Dig V | | | | | | | |
| 1. Wrist | Dig V | 2.40 | 2.85 | 16.0 | 29.4 | 14 | 58.3 |
| L ULNAR - Palmar | | | | | | | |
| 1. Palm | Wrist | 1.30 | 1.75 | 33.0 | 34.7 | 8 | 61.5 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Dist cm | Vel m/s |
|---|---|---|---|---|---|
| L MEDIAN - APB | | | | | |
| 1. Wrist | APB | 3.50 | 6.7 | 8 | |
| 2. Elbow | APB | 6.50 | 6.6 | 16.5 | 55.0 |
| L ULNAR - ADM | | | | | |
| 1. Wrist | ADM | 2.55 | 10.6 | 8 | |
| 2. B.Elbow | ADM | 5.15 | 9.5 | 17 | 65.4 |
| 3. A.Elbow | ADM | 6.65 | 8.5 | 10 | 66.7 |

## Needle EMG

| EMG Summary Table | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. DELTOID | N | None | None | None | None | N | N | N | N |
| L. BICEPS | N | None | None | None | None | N | N | N | N |
| L. TRICEPS | N | None | None | None | None | N | N | N | N |
| L. PRON TERES | N | None | None | None | None | N | N | N | N |
| L. FIRST D INTEROSS | N | None | None | N | None | N | N | N | N |
| L. OPP POLLIC | N | None | None | None | None | N | N | N | N |
| L. C7 PSP | N | None | None | None | None | N | N | N | N |
| L. C8 PSP | N | None | None | None | None | N | N | N | N |

PRYSHLAK INIT. DISC. 000065

Pryshlak Maria                           0632636                        5/29/2007 4:23:26 PM



PRYSHLAK INIT. DISC. 000066

Patient's Name: _Pryshlak, Maria O._    MRN #: _0632636_    DOB: _2/18/49_

| Date | Subsequent Visits and Findings |
| --- | --- |

Follow-up Visit - PRYSHLAK, Maria O. (DOB: 02/18/1949)

06/04/2007:    Ms. Pryshlak follows up in the office now regarding her left posterior neck pain. She continues to have some of that numbness and tingling in the left upper extremity. She has been seen by Dr. Edwards. EMG and nerve conduction study test was ordered. She has a follow-up scheduled with him this week. She has gotten started in a new therapy program. She continues to have some pain around her neck and left posterior shoulder girdle. It is improved since the time of her last visit. She feels that her range of motion is improved. She does also note some pain in the left side of her low back and buttocks region. This will extend around into the hamstring region. No fixed radiating pain below the level of the knee itself. She has continued with the Advil. She will take the Flexeril particularly in the evenings. When she does so, she states that her pain has improved.

On examination today there is no acute distress. Her gait is unremarkable. She has improved range through the cervical spine particularly in rotation to the left. There is no midline focal bony tenderness in the lumbar region. She has some tenderness in the paraspinal gutters towards the left side and over the left buttocks. In her lower extremities, she is 2+ at the patellar level and 1+ at the Achilles. No long tract signs. No focal weakness. She does not have a frank straight-leg raise. I do not pick up other focal change in her neurological exam of her upper extremities.

I have discussed with Ms. Pryshlak that I think we should continue to treat the cervical region as well as the lumbar region as if it is a strain-type injury. We are going to have her continue with the therapy. We have talked about what would be appropriate activities as well as restrictions. In addition, she is going to utilize the Advil and the Flexeril particularly during the evenings. She will continue her follow-up with Dr. Edwards regarding a possible ulnar neuritis. I am going to ask her to be back in to see me in six to eight weeks' time should there be ongoing clinical symptoms. lis

Steven C. Scherping, M.D.
(Transcribed - 06/06/2007)

cc:    Dennis Cullen, M.D. ✓ 6/29/07  K Zagory

6/29/07  All office notes/letters reproduced in WC Format and mailed to Gallagher Bassett. K Zagory

PRYSHLAK INIT. DISC. 000067



Georgetown
University
Hospital

*MedStar Health*

**Department of Orthopaedics**

June 4, 2007

Gallagher Bassett Services
P.O. Box 23812
Tucson, AZ 85734

RE:  PRYSHLAK, Maria O.
DOB: 02/18/1949
CL#: 002200-000205-WC-01
SS#: 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
EMP: Georgetown University
DOI: 04/18/2007
DOV: 06/04/2007

Dear Sir/Madam:

Ms. Pryshlak follows up in the office now regarding her left posterior neck pain. She continues to have some of that numbness and tingling in the left upper extremity. She has been seen by Dr. Edwards. EMG and nerve conduction study test was ordered. She has a follow-up scheduled with him this week. She has gotten started in a new therapy program. She continues to have some pain around her neck and left posterior shoulder girdle. It is improved since the time of her last visit. She feels that her range of motion is improved. She does also note some pain in the left side of her low back and buttocks region. This will extend around into the hamstring region. No fixed radiating pain below the level of the knee itself. She has continued with the Advil. She will take the Flexeril particularly in the evenings. When she does so, she states that her pain has improved.

On examination today there is no acute distress. Her gait is unremarkable. She has improved range through the cervical spine particularly in rotation to the left. There is no midline focal bony tenderness in the lumbar region. She has some tenderness in the paraspinal gutters towards the left side and over the left buttocks. In her lower extremities she is 2+ at the patellar level and 1+ at the Achilles. NO long tract signs. No focal weakness. She does not have a frank straight-leg raise. I do not pick up other focal changes in her neurological exam of her upper extremities.

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Joint Reconstruction*
*Operations and Finance*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine*
*Scoliosis Surgery*

PERYSHLAK  INIT  000068

Page Two
RE:   PRYSHLAK, Maria O.
June 4, 2007

I have discussed with Ms. Pryshlak that I think we should continue to treat the cervical region as well as the lumbar region as if it is a strain-type injury. We are going to have her continue with the therapy. We have talked about what would be appropriate activities as well as restrictions. IN addition, she is going to utilize the Advil and the Flexeril particularly during the evenings. She will continue her follow-up with Dr. Edwards regarding a possible ulnar neuritis. I am going to ask her to be back in to see me in six to eight weeks' time should there be ongoing clinical symptoms.

Sincerely,

Steven C. Scherping, Jr., M.D.

cc:    Dennis Cullen, M.D.



# Georgetown University Hospital

Department of Orthopaedics

*MedStar Health*

June 12, 2007

Bonita Formault
Fax 866-244-0225

RE:   Maria O. Pryshlak
D.O.B. 02/18/1949
Claim # 002200-000205-WC-01

Dear Ms. Formault:

Maria Pryshlak is under my care in the Department of Orthopaedics at Georgetown University Hospital for injuries to her neck and low back sustained on April 18, 2007 when a bus struck her while she was in her office. I am enclosing copies of her office notes with this letter.

At this time, while her injury is strain-type, she has been unable to work and has been referred for physical therapy to try and reduce her symptoms. Additionally, she has been instructed to take some anti-inflammatories. I have seen Ms. Pryshlak two times in my office. I have asked her to follow up with my partner, Scott Edwards, M.D. for a possible ulnar neuritis. I then have asked her to follow up with me in my office in six to eight weeks' time or sooner, should she have worsening of her symptoms.

I will know better as Ms. Pryshlak progresses as to when she can return to work. If you have any questions, please call my office at (202) 444-1637.

Sincerely,

Steven C. Scherping, Jr., M.D.

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*
Scott T. Sauer, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD
*Vice Chairman for Education*
*Pediatric Orthopaedics*
*General Orthopaedics*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for*
*Operations and Finance*
*Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD
*Joint Reconstruction*
*Foot & Ankle*

3800 Reservoir Road, NW, G-PHC, Washington, DC 20007-2113
*phone:* 202 444 8766 • *fax:* 202 444 7804
georgetownortho.org

SG.

**SCOTT G. EDWARDS, M.D.**
Department of Orthopaedic Surgery
*MedStar - Georgetown University Hospital*
3800 Reservoir Road, N.W. • Washington, D.C. 20007
Telephone: 202-444-8766 • Facsimile: 202-444-7804

NAME: _Maria Pryshlak_          DOB: _2-18-65_

ADDRESS: _____          DATE: _6-22-07_

℞

30° ext long-arm splint
for night use.

Label Contents ☐ Yes ☐ No
Refill 0  1  2  PRN

DC DEA No: BE 8046395
MD DEA No: BE 7702575
VA DEA No: BE 7746766

SGE-RX (5/05)

_____ M.D.

PRYSHLAK INIT. DISC. 000071

**Georgetown University Hospital**
**Department of Orthopaedic Spine Surgery**

☐ William C. Lauerman, M.D.
   Phone: 202-444-7455

✠ Steven C. Scherping, M.D.
   Phone: 202-444-1637

☐ Jill Cunningham, RN, CANP
   Phone: 202-444-7455

**3800 Reservoir Road, NW**
**1 Gorman**
**Washington, D.C. 20007**
**Fax Number 202-444-1655**

# Fax

| To: | Sabrina Kang, Paralegal | From: | Kim Zagory |
|-----|-------------------------|-------|------------|
|     | Bode & Grenier, Attys @ Law | | |
| **Fax:** | 202-828-4130 | **Date:** | 7/26/07 |
| **Phone:** | | **Pages:** | 2+ Cover Sheet |
| **Re:** | Maria Pryshlak | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

_____

_____

CONFIDENTIAL: The information contained in this transmission is confidential and is intended only for the individual or entity named above. The information contained in this transmission may be protected under federal or other applicable law. If you are not the intended recipient of this transmission, you are hereby notified that any distribution, dissemination or duplication of this communication is strictly prohibited. If you have received this communication in error please return this transmission to us and notify us immediately by telephone. Thank You.

If there are any problems or page(s) missing when receiving this transmission, please call immediately. Thank You.

PRYSHLAK INIT. DISC. 000072

```
                            7 - MGMC PROVIDERS                              PAGE: 1
                                Ledgers                          PRINTED: 08/20/2007 03:42PM
```

*****

PRYSHLAK,MARIA O          M/R #0632636  6326366,067360 DOB: 02/18/1949 F
SSN: 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
Registered on: 09/13/1997 By: CNV RUN 2
Last Updated: 08/13/2007 By: PRJR94GUMC

Current Statement balance:     20.00
Last Patient Payment: 20.00 (05/29/2007)
Last Statement Run # 130 Balance: 20.00 Date: 08/16/2007 Dun Level: 3 Cycle: 3

Account Status: STANDARD Date: 08/15/2002 Initials: IDX Statement Run #: 65

Open Cases: 1   Closed Cases 0

| Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos Ba | Charges | FSC | Balance |
|---|---|---|---|---|---|---|---|---|
| 5255119 | 12/02/2004 | | MARIA O P D SCH OUT GUH NRA | | | 166.00 | CLS | 0.00 |
| 6949816 | 05/14/2007 | | MARIA O P S SCH DOC | | ORT | 200.00 | UHC | 0.00 |
| 6991377 | 06/04/2007 | | MARIA O P S SCH DOC | | ORT | 100.00 | S | 20.00 |
| 7122014 | 08/06/2007 | | MARIA O P S SCH DOC | | ORT | 100.00 | WC | 100.00 Case:109935 |
| | | | | | Total: | 566.00 | | 120.00 |

```
>> Invoice  ADM/Vis  Disch    Patient    MD     Loc Hos BA                    Balance
   5255119  12/02/2004         MARIA O PR D SCHELL OUT GUH NRA                  0.00
```

| | Posted | Service | Description | | Payments | Adjust | Charges | FSC | Batch |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 12/08/2004 | 12/02/2004 | 70551 MRI, BRAIN; WITHOUT CONTRAST MATERIAL(26/GC) (1) RVU: 1.48 | | | | 166.00 | CLS | 339306 |

```
     Pcd  Post Dt    Approved  Pay/Adj         C/A DedCoiCop     PatR  Rej
     608  01/19/2005  105.46    0.00            60.54  105.46    0.00
  2) 12/09/2004     142  MANAGED CARE FORM PREPARED
                         1 RUN:1834
  3) 01/19/2005 01/14/2005608 MANAGED CARE PAYMENT                0.00      60.54
                         PAY LINES :1 GHP/NCPPO CK#100048359 DED $105.46      346773
  4) 01/19/2005 01/14/200570 CHANGE FSC (INVOICE) From GHP To S   CLM:N
                         GHP/NCPPO CK#100048359                               346773
  5) 04/21/2005     70   CHANGE FSC (INVOICE)  From S To CLS                  365734
  6) 05/11/2005 05/06/2005653 CREDIT CARD PAYMENT               105.46
                         AMEX $144.10                                        369878

     784.0   HEADACHE
     172.9   MALIG MELANOMA SKN OTH SPEC SITES
Division: RADIOLOGY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 702,1


>> Invoice  ADM/Vis  Disch    Patient    MD     Loc Hos BA                    Balance
   6949816  05/14/2007         MARIA O PR S SCHERP DOC      ORT                0.00
```

| | Posted | Service | Description | | Payments | Adjust | Charges | FSC | Batch |
|---|---|---|---|---|---|---|---|---|---|
| 7) | 05/17/2007 | 05/14/2007 | 99242 OFFICE/OUTPATIENT CONSULTATION, LEVEL 2 (1) | | | | 200.00 | UHCP | 485287 |

PRYSHLAK INIT. DISC. 000073

```
     Pcd  Post Dt   Approved  Pay/Adj    C/A DedCoiCop   PatR Rej
     624  06/06/2007  118.78    98.78     81.22   20.00   0.00
   2) 05/17/2007 05/14/2007665 CASH PYMT/TIME OF SVC            20.00
                       R#99598                                               485287
   3) 05/18/2007        349 REALMED UNITED EDI FORM PREPARED
                            1 ON TAPE RUN: 54
   4) 06/06/2007 06/04/2007624 UNITED HEALTHCR PAYMENT         98.78    81.22
                       PAY LINES :1 CK#0864066550                            488113


     847.0   SPRAINS/STRAINS NECK
Division: ORTHOPAEDIC SURGERY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 716,1


>> Invoice  ADM/Vis   Disch    Patient    MD     Loc Hos BA          Balance
   6991377  06/04/2007          MARIA O PR S SCHERP DOC   ORT          20.00


     Posted   Service   Description                 Payments Adjust Charges FSC Batch
   1) 06/07/2007 06/04/2007  99213 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3 (1)
                                                    100.00 S  488377
     Pcd  Post Dt   Approved  Pay/Adj    C/A DedCoiCop   PatR Rej
     624  06/18/2007   68.76    48.76     31.24   20.00   0.00
   2) 06/08/2007        349 REALMED UNITED EDI FORM PREPARED
                            1 ON TAPE RUN: 68
  3) 06/18/2007        624 UNITED HEALTHCR PAYMENT           48.76    31.24
                       PAY LINES :1 CK# 0877727420                           489868
   4) 06/18/2007         70 CHANGE FSC (INVOICE)  From UHCP To S   CLM:N
                       CK#                                                   489868


     847.0   SPRAINS/STRAINS NECK
     847.2   SPRAINS/STRAINS UMBAR
Division: ORTHOPAEDIC SURGERY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 716,1


>> Invoice  ADM/Vis   Disch    Patient    MD     Loc Hos BA          Balance
   7122014  08/06/2007          MARIA O PR S SCHERP DOC   ORT          100.00 Case:109935


     Posted   Service   Description                 Payments Adjust Charges FSC Batch
   1) 08/10/2007 08/06/2007  99213 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3 (1)
                                                    100.00 WC  497805
   2) 08/13/2007        141 COMMERCIAL FORM PREPARED
                            1 RUN:2518


     724.4   THORA/LUMBO NEURITIS/RADI UNSP
     847.0   SPRAINS/STRAINS NECK
Division: ORTHOPAEDIC SURGERY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 361,1
```

PRYSHLAK INIT. DISC. 000074

*****

PRYSHLAK,MARIA O                    M/R #0632636   6326366,067360 DOB: 02/18/1949 F
SSN: 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
Registered on: 09/13/1997  By: CNV RUN 2
Last Updated:  07/05/2007  By: OSPK38

Current Statement balance:   20.00
Last Patient Payment: 20.00 (05/29/2007)
Last Statement Run # 129 Balance: 20.00 Date: 07/19/2007 Dun Level: 2 Cycle: 3

Account Status: STANDARD Date: 08/15/2002 Initials: IDX Statement Run #: 65


Open Cases: 1   Closed Cases 0

| Invoice | ADM/Vis | Disch | Patient | MD | Loc | Hos | Ba | Charges | FSC | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5255119 | 12/02/2004 | | MARIA O | P D SCH | OUT | GUH | NRA | 166.00 | CLS | 0.00 |
| 6949816 | 05/14/2007 | | MARIA O | P S SCH | DOC | | ORT | 200.00 | UHC | |
| 6991377 | 06/04/2007 | | MARIA O | P S SCH | DOC | | ORT | 100.00 | S | 20.00 |
| | | | | Total: | | | | 466.00 | | 20.00 |

>> | Invoice | ADM/Vis | Disch | Patient | MD | Loc | Hos | BA | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5255119 | 12/02/2004 | | MARIA O | PR D SCHELL | OUT | GUH | NRA | | 0.00 |

| | Posted | Service | Description | | Payments | Adjust | Charges | FSC | Batch |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 12/08/2004 | 12/02/2004 | 70551 MRI, BRAIN; WITHOUT CONTRAST MATERIAL[26/GC] (1) RVU: 1.48 | | | | | | |
| | | | | | | | 166.00 | CLS | 339306 |

|   | Pcd | Post Dt | Approved | Pay/Adj | | C/A DedCoiCop | | PatR | Rej |
|---|---|---|---|---|---|---|---|---|---|
| | 608 | 01/19/2005 | 105.46 | 0.00 | | 60.54 | 105.46 | 0.00 | |
| 2) | 12/09/2004 | | 142 MANAGED CARE FORM PREPARED | | | | | | |
| | | | 1 RUN:1834 | | | | | | |
| 3) | 01/19/2005 | 01/14/2005 | 608 MANAGED CARE PAYMENT | | 0.00 | 60.54 | | | |
| | | | PAY LINES :1 GHP/NCPPO CK#100048359 DED $105.46 | | | | | | 346773 |
| 4) | 01/19/2005 | 01/14/2005 | 70 CHANGE FSC (INVOICE) From GHP To S   CLM:N | | | | | | |
| | | | GHP/NCPPO CK#100048359 | | | | | | 346773 |
| 5) | 04/21/2005 | | 70 CHANGE FSC (INVOICE)  From S To CLS | | | | | | 365734 |
| 6) | 05/11/2005 | 05/06/2005 | 653 CREDIT CARD PAYMENT | | 105.46 | | | | |
| | | | AMEX $144.10 | | | | | | 369878 |

     784.0   HEADACHE
     172.9   MALIG MELANOMA SKN OTH SPEC SITES
Division: RADIOLOGY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 702,1


>> | Invoice | ADM/Vis | Disch | Patient | MD | Loc | Hos | BA | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6949816 | 05/14/2007 | | MARIA O | PR S SCHERP | DOC | | ORT | | 0.00 |

| | Posted | Service | Description | | Payments | Adjust | Charges | FSC | Batch |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 05/17/2007 | 05/14/2007 | 99242 OFFICE/OUTPATIENT CONSULTATION, LEVEL 2 (1) | | | | 200.00 | UHCP | 485287 |
| | Pcd | Post Dt | Approved | Pay/Adj | | C/A DedCoiCop | | PatR | Rej |

PRYSHLAK INIT. DISC. 000075

```
   624  06/06/2007  118.78      98.78     81.22     20.00      0.00
2) 05/17/2007 05/14/2007665 CASH PYMT/TIME OF SVC            20.00
                            R#99598                                              485287
3) 05/18/2007        349 REALMED UNITED EDI FORM PREPARED
                          1 ON TAPE RUN: 54
4) 06/06/2007 06/04/2007634 UNITED HEALTHCR PAYMENT          98.78    81.22
                          PAY LINES :1 CK#0864066550                             486113
```

847.0   SPRAINS/STRAINS NECK
ivision: ORTHOPAEDIC SURGERY
ef Phys: CULLEN MD, DENNIS A.
nvoice FSC List: 716,1

```
> Invoice  ADM/Vis   Disch    Patient    MD      Loc Hos BA                    Balance
  6991377  06/04/2007          MARIA O PR S SCHERP DOC     ORT                    20.00

  Posted    Service   Description                  Payments Adjust Charges FSC Batch
1) 06/07/2007 06/04/2007 99213 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3 (1)
                                                            100.00 S   488377

  Pcd  Post Dt   Approved  Pay/Adj     C/A DedCoiCop   PatR Rej
  624  06/18/2007 68.76    48.76      31.24   20.00    0.00
2) 06/08/2007        349 REALMED UNITED EDI FORM PREPARED
                          1 ON TAPE RUN: 68
3) 06/18/2007        624 UNITED HEALTHCR PAYMENT            48.76    31.24
                          PAY LINES :1 CK# 0877727420                            489868
.   5/18/2007         70 CHANGE FSC (INVOICE) From UHCP To S   CLM:N
                          CK#                                                    489868
```

847.0   SPRAINS/STRAINS NECK
847.2   SPRAINS/STRAINS UMBAR
Division: ORTHOPAEDIC SURGERY
Ref Phys: CULLEN MD, DENNIS A.
Invoice FSC List: 716,1

PRYSHLAK INIT. DISC. 000076

Customer Service - Hospital & Physicians
Wisconsin Avenue, NW Ste. 200
ington, DC 20007
) (202) 444-1400 toll free (888)896-1400
02) 444-2878
te: www.georgetownuniversityhospital.org/billing

MARIA O PRYSHLAK          0.00

08/01/07    0632636

UNITED HEALTHCARE POS

MARIA O PRYSHLAK
2475 VIRGINIA AVENUE NW
APT 709
WASHINGTON,DC 20037

08/01/07  MARIA O PRYSHLAK        0632636        UNITED HEALTHCARE POS

05/29/07  6991856  M SIRDOFSKY, MD - NEUROLOGY
                   NEEDLE ELECTROMYOGRAP $181.00      181.00
                   NERVE CONDUCT AMPLITU $87.00       87.00
                   NERVE CONDUCT AMPLITU $87.00       87.00
                   NERVE CONDUCTION, AMP $75.00       75.00
                   NERVE CONDUCTION, AMP $75.00       75.00
                   NERVE CONDUCTION, AMP $75.00       75.00
                   NERVE CONDUCTION, AMP $75.00       75.00
06/12/07           UNITED HEALTHCR PAYMENT          225.93CR
                   UNITED HEALTHCR DISALLOW         429.07CR

                                                     0.00

LAST PATIENT PAYMENT:    20.00 RECEIVED 05/29/07

PRYSHLAK INIT. DISC. 000077

```
                                                              PG#   1
GEORGETOWN UNIVERSITY HOSPITAL                      DATE: 08/01/07
PO BOX 631905              TELEPHONE 202-444-1400   ACCT TYPE: O
BALTIMORE, MD. 21236      FEI#52-2218584
```

```
PATIENT NAME: *PRYSHLAK ,MARIA        PATIENT NUMBER: 7709387836   FC: W
ADMIT DATE: 05/29/07  DISCHARGE DATE:   BIRTH: 02/18/1949          PT: R
```

```
                              MARIA     |PATIENT BALANCE:              .00
GUAR: PRYSHLAK                          |INS 1  W99     :              .00
NAME 2475 VIRGINIA AVENUE NW            |INS 2          :
ADDRE WASHINGTON               DC 20037 |INS 3          :
                                        |INS 4          :
SVC  POST  SERVICE  SERVICE             |ACCOUNT BALANCE:              .00
DATE DATE  CODE     DESCRIPTION
```

```
052907   1 EMG 1 EXTREMITY 74058603    411.70    0.00     0.00      0.00
052907   2 NCV MOTOR W/O F 74059007    138.40    0.00     0.00      0.00
052907   4 NCV SENSORY     74059049    217.60    0.00     0.00      0.00
070607  -1 WORKERS COMPENS 100792     -499.00    0.00     0.00      0.00
```

```
UBQY47                       PAGE #   1
```

PRYSHLAK INIT. DISC. 000078

```
-----------------------------------------------------------------
GEORGETOWN UNIV HOSPITAL       TELEPHONE 202-444-1400    SUMMARY PAGE:#   1
PO BOX 631905                  FEI#52-2218584            DATE: 08/01/07
BALTIMORE, MD   21236                                   ACCT TYPE: O
-----------------------------------------------------------------
PATIENT NAME: *PRYSHLAK ,MARIA            PATIENT NUMBER:   7709387836   FC: W
ADMIT DATE:  05/29/07 DISCHARGE DATE:                     BIRTH: 02/18/1949   PT: R
-----------------------------------------------------------------
GUAR: PRYSHLAK          MARIA           |PATIENT BALANCE:              .00
NAME: 2475 VIRGINIA AVENUE NW           |INS 1  W99     :              .00
ADDR: WASHINGTON            DC  20037   |INS 2          :
---------------------------------------- INS 3          :
                                         INS 4          :
                                         ACCOUNT BALANCE:              .00
--DESCRIPTION---------------------TOTALS---------INSURANCE----------PATIENT----
  1     PAYMENTS                  -499.00        -499.00             0.00
  2     ADJUSTMENTS               -268.70        -268.70            0.00
  3     OTHER DIAG SERV            767.70         767.70             0.00
```

```
-----------------------------------------------------------------
UBQY47                          PAGE #   1
```

TOTAL P.04

PRYSHLAK INIT. DISC. 000079

**Cullen, Umosella, Cullen & Cullen, M.D., P.C.**
Progress Notes

Date: 8/23/07

Name: Pryshlak, Maria    DOB: 2/18/49

Allergies: NKDA

**CC:**

**HPI:** (Discuss 4 elements or status of 3 chronic conditions)
CL: # - has lump in center of chest.
began after trauma
c/o ⊕ chest pain
worried about Melanoma

**Medications:**
Lipitor - 40mg qd
muscle relaxers PRN

**PFSH:** (One item from any area)
- PMH:
- FH:

- Soc Hx:
  ETOH:
  Cig:

- Most Recent:
  Colon:        Pap:
  Dexa:        Mam:
  PSA:

**ROS:** (✓=Normal ✗=Abnormal) (Review 2-10 problems) still not sleeping
- **Gen:** ☐ Sleep ☑ Wt ☐ Appetite ☐ Fatigue — steady
- **ENT:** ☐ Ear Pain ☐ Drainage ☐ Hearing ☐ Sore Thr ☐ PM Drainage ☐ Vision
- **Resp:** ☐ SOB ☐ DOE ☐ Cough ☐ Pleuritic Pain
- **Breast:**

- **Cardiac:** ☐ Chest Pain ☐ Palpitation ☐ Claudication ☐ Edema
- **GI:** ☐ N/V ☐ Diarrhea ☐ Constipation ☐ GERD ☐ Hemotochezia ☐ Melena ☐ Pain
- **GU:** ☐ Incont. ☐ Stress_Urge ☐ Nocturia ☐ Dysuria ☐ Hematuria ☐ Flow ☐ Dribbles ☐ Frequency ☐ Vag Sx's

- **MS:** ☐ Myalgia ☐ Arthralgias
- **Neuro:** ☐ N/A ☐ Paresthesis ☐ + Syncope ☐ Weakness
- **Allergies:** ☐ Sneezing ☐ Rhinitis ☐ Eye Sx's
- **Skin:** ☐ Rash ☐ Itching ☐ Lesions

**PE:** (12 bullets)
- **General:** (3) BP (sit) 100/60    BP (supine)    Ht.    Wt.    P    T 98.4    RR
- **General Appearance:**

**Eyes:**
- Conjunctivae/lids: nl / abnl:-
- Pupils: nl / abnl:-
- Fundi: nl / abnl:-

**Neuro:**
- CN: nl / abnl:-
- Sensation: nl / abnl:-
- Reflexes: nl / abnl:-

- Rhomberg: nl / abnl:-
- Babinski: nl / abnl:-

**ENT:**
- Ext. ears/nose: nl / abnl:-
- Hearing: nl / abnl:-
- Buccal mucosa: nl / abnl:-

- Canals/TMs: nl / abnl:-
- Nasal mucosa/septum: nl / abnl:-
- Oropharynx: nl / abnl:-

**Lymphatic:**  • Neck: nl / abnl:-
(2 or more)  • Groin: nl / abnl:-

- Axilla: nl / abnl:-
- Other:

**Neck:** • Masses: no / yes
• Thyroid: nl / abnl:-

**Resp:**
- Effort: nl / abnl:-
- Percussion: nl / abnl:-

- Auscultation: nl / abnl:-

**Breast:** • Inspection: nl / abnl:-
• Palpation: nl / abnl:-

**Cardiac:**
- PMI: nl / abnl:-
- Heart Sounds: nl    nl / abnl:-
  Murmurs:-
  Rubs:-
  Gallops:-

- Edema/Varicosites:

| Pulses | L | R | Bruits |
|---|---|---|---|
| - Carotids | | | |
| - Femorals | | | |
| - DP/PT | | | |
| - Aorta | | | |

**GU:**
**Male:**
- Scrotum: nl / abnl:-
- Penis: nl / abnl:-
- Prostate: nl / abnl:-

**Abdomen:**
- Mass/Tenderness: no / yes
- Rectum:

- Spleen enlarged: no / yes
- Liver: nl / abnl:-

**Female:**
- BUS: nl / abnl:-
- Vag: nl / abnl:-
- Cx: nl / abnl:-
- Uterus: nl / abnl:-
- Adnx: nl / abnl:-

**MS:**
- Gait/Station: nl / abnl:-
- Digits/Nails: nl / abnl:-
  Joints (One or more areas)

LUE    LLE    BACK

RUE    RLE    **Skin:** nl / abnl:-

**Diagnoses / Plan:**
1) Costochondritis.

2) Insomnia
   ( ? PTSD )

3) Melanoma

4) CSR

5) discussed causes / reassured, may
   cont'd each therapy
   trial Ambien, but may need
   85 of

6)

**Cullen, Umosella, Cullen & Cullen, M.D., P.C.**
**Progress Notes**

Date: 5/4/07

Allergies:
NKDA

Name: Pryshlak, Maria          DOB: 2/18/49

**CC:**

**HPI:** (Discuss 4 elements or status of 3 chronic conditions)

Pt here to discuss concerns with MD / PMH CHA

Stressed my accident.

**Medications:**

Lipitor 40mg QD

Painkillers

**PFSH:** (One item from any area)
- PMH:
- FH:

- Soc Hx:
ETOH: 0
Cig: e

**ROS:** (✓=Normal x=abnormal) (Review 2 to 9)
- **Gen:** ☐ Sleep ☐ Wt △ ☐ Appetite ☐ Fatigue
- **ENT:** ☐ Ear Pain ☐ Drainage ☐ Hearing ☐ Sore Thr ☐ PM Drainage ☐ Vision
- **Resp:** ☐ SOB ☐ DOE ☐ Cough ☐ Pleuritic Pain
- **Breast:**

- **Cardiac:** ☐ Chest Pain ☐ Palpitation ☐ Claudication ☐ Edema
- **GI:** ☐ N/V ☐ Diarrhea ☐ Constipation ☐ GERD ☐ Hematochezia ☐ Melena ☐ Pain
- **GU:** ☐ Incont.___ Stress ___ Urge ☐ Nocturia ☐ Dysuria ☐ Hematuria ☐ Flow ☐ Dribbles ☐ Frequency ☐ Vag Sx's

- **MS:** ☐ Myalgia_____ ☐ Arthralgias___
- **Neuro:** ☐ H/A ☐ Paresthesia ☐ + Syncope ☐ Weakness
- **Allergies:** ☐ Sneezing ☐ Rhinitis ☐ Eye Sx's
- **Skin:** ☐ Rash ☐ Itching ☐ Lesions

**PE:** (12 bullets)
- **General:** (3) BP (sit) (R) 104/70  BP (supine)  Ht. ___ Wt 126 lbs w/ clothes  P 84  T  RR  General Appearance: WNI WD

**Eyes:**
- Conjunctivae/lids: nl / abnl:-
- Pupils: nl / abnl:-
- Fundi: nl / abnl:-

**ENT:**
- Ext. ears/nose: nl / abnl:-
- Hearing: nl / abnl:-
- Buccal mucosa: nl / abnl:-

**Lymphatic:** • Neck: nl / abnl:-
(2 or more) • Groin: nl / abnl:-

**Resp:**
- Effort: nl / abnl:-
- Percussion: nl / abnl:-

**Cardiac:**
- PMI: nl / abnl:-
- Heart Sounds: nl
  Murmurs:-
  Rubs:-
  Gallops:-

**Abdomen:** • Mass/Tenderness: no / yes
- Rectum:

**MS:**
- Gait/Station: nl / abnl:-
- Digits/Nails: nl / abnl:-
- Joints (One or more areas)

**Neuro:**
- CN: nl / abnl:-
- Sensation: nl / abnl:-
- Reflexes: nl / abnl:-
- Canals/TMs: nl / abnl:-
- Nasal mucosa/septum: nl / abnl:-
- Oropharynx: nl / abnl:-
- Axilla: nl / abnl:-
- Other:
- Auscultation: nl / abnl:-  clea
- Edema/Varicosites: nl / abnl:-

| Pulses | L | R | Bruits |
|--------|---|---|--------|
| Carotids | 12 | h | |
| Femorals | | | |
| DP/PT | | | |
| Aorta | | | |

- Spleen enlarged: no / yes
- Liver: nl / abnl:-

LUE    LLE    BACK

RUE    RLE    **Skin:** nl / abnl:-

- Rhomberg: nl / abnl:-
- Babinski: nl / abnl:-

**Neck:** • Masses: no / yes
- Thyroid: nl / abnl:-

**Breast:** • Inspection: nl / abnl:-
- Palpation: nl / abnl:-

**GU:**
**Male:**
- Scrotum: nl / abnl:-
- Penis: nl / abnl:-
- Prostate: nl / abnl:-

**Female:**
- BUS: nl / abnl:-
- Vag: nl / abnl:-
- Cx: nl / abnl:-
- Uterus: nl / abnl:-
- Adnx: nl / abnl:-

**Diagnoses / Plan:**

1) Hyperlipidemia

2) Melanoma

3)

4)

5) to Eileen Dunn

6)  J.Cullen

## Cullen, Umosella, Cullen & Cullen, M.D., P.C.
### Progress Notes

| Allergies: |
| --- |
| NKDA |

Date: 4-20-07

Name: Pryshlak Maria          DOB: 2-18-49

**CC:**
**HPI:** (Discuss 4 elements or status of 3 chronic conditions)

CC. Lipitor check & was at work & a bus came thru the wall on 4/18/07, multiple trauma bus drove into her office, trapped beneath bus, seen @ GNU released

Medications:
Lipitor 40mg qd

**PFSH:** (One item from any area)
- PMH:
- FH:

- Soc Hx:
ETOH:
Cig:

**ROS:** (✓=Normal x=abnormal) (Review 2 to 9)
- **Gen:** ☐ Sleep ☑ Wt ☐ Appetite ☐ Fatigue    Steady
- **ENT:** ☐ Ear Pain ☐ Drainage ☐ Hearing ☐ Sore Thr ☐ PM Drainage ☐ Vision
- **Resp:** ☐ SOB ☐ DOE ☐ Cough ☐ Pleuritic Pain
- **Breast:**

- **Cardiac:** ☐ Chest Pain ☐ Palpitation ☐ Claudication ☐ Edema
- **GI:** ☐ N/V ☐ Diarrhea ☐ Constipation ☐ GERD ☐ Hematochezia ☐ Melena ☐ Pain
- **GU:** ☐ Incont __ Stress __ Urge ☑ Nocturia ☐ Dysuria ☐ Hematuria ☐ Flow ☐ Dribbles ☐ Frequency ☐ Vag Sx's

- **MS:** ☐ Myalgia _____ ☐ Arthralgias __
- **Neuro:** ☐ H/A ☐ Paresthesia ☐ + Syncope ☐ Weakness
- **Allergies:** ☐ Sneezing ☐ Rhinitis ☐ Eye Sx's
- **Skin:** ☐ Rash ☐ Itching ☐ Lesions

Decchymoses

**PE:** (12 bullets)   102/70
- **General:** (3) BP (sit)        BP (supine)      Ht.      Wt.    P 72  T 98.4  RR 18   • General Appearance:  ⓁBschneider  thigh

**Eyes:**
- Conjunctivae/lids: (nl)/ abnl:-
- Pupils: nl / abnl:-
- Fundi: nl / abnl:-

**ENT:**
- Ext. ears/nose: nl / abnl:-
- Hearing: nl / abnl:-
- Buccal mucosa: nl / abnl:-

**Lymphatic:** • Neck: (nl)/ abnl:-
(2 or more) • Groin: nl / abnl:-

**Resp:** • Effort (nl)/ abnl:-
- Percussion: nl / abnl:-   aca

**Cardiac:** • PMI (nl)/ abnl:-
- Heart Sounds: nl  (nl)/ abnl:-
  Murmurs:-
  Rubs:-
  Gallops:-

**Abdomen:** • Mass/Tenderness: (no)/ yes
- Rectum:

**MS:** • Gait/Station: nl / abnl:-        LUE        LLE        BACK
- Digits/Nails: nl / abnl:-
  Joints (One or more areas)                RUE        RLE

**Neuro:**
- CN: nl / abnl:-
- Sensation: nl / abnl:-
- Reflexes: nl / abnl:-

- Canals/TMs: (nl)/ abnl:-
- Nasal mucosa/septum: nl / abnl:-
- Oropharynx: nl / abnl:-

- Axilla: (nl)/ abnl:-
- Other:

- Auscultation: nl / abnl:-

- Edema/Varicosites: (nl)/ abnl:-

- Spleen enlarged: no / yes
- Liver: nl / abnl:-

| Pulses | L | R | Bruits |
| --- | --- | --- | --- |
| • Carotids | r2 | r2 | |
| • Femorals | | | |
| • DP/PT | | | |
| • Aorta | | | |

- Rhomberg: nl / abnl:-
- Babinski: nl / abnl:-

**Neck:** • Masses: (no)/ yes
- Thyroid: nl / abnl:-

**Breast:** • Inspection: nl / abnl:-
- Palpation: nl / abnl:-

**GU:**
**Male:**
- Scrotum: nl / abnl:-
- Penis: nl / abnl:-
- Prostate: nl / abnl:-

**Female:**
- BUS: nl / abnl:-
- Vag: nl / abnl:-
- Cx: nl / abnl:-
- Uterus: nl / abnl:-
- Adnx: nl / abnl:-

**Skin:** nl / abnl:-

**Diagnoses / Plan:** "withdrawn"
1) TRAUMA (neck / shoulder / leg / (back))
   Hyperesthesia
2) Melasma

mar Medicand
5) motor tear / P.T.
   discussed naturel by
6)        of
      Schull

PRYSHLAK INIT. DISC. 000082

## 1500

### HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | | |
|---|---|---|---|
| PICA | | | PICA |

**1. MEDICARE** ☐ (Medicare #) **MEDICAID** ☐ (Medicaid #) **TRICARE CHAMPUS** ☐ (Sponsor's SSN) **CHAMPVA** ☐ (Member ID#) **GROUP HEALTH PLAN** ☒ (SSN or ID) **FECA BLK LUNG** ☐ (SSN) **OTHER** ☐ (ID)  **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
PRYSHLAK, MARIA, O

**3. PATIENT'S BIRTH DATE** 02 18 1949  **SEX** M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
2475 VIRGINIA AVE NW

**6. PATIENT RELATIONSHIP TO INSURED** Self ☐ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**

**CITY** WASHINGTON  **STATE** DC

**8. PATIENT STATUS** Single ☒ Married ☐ Other ☐

**CITY** **STATE**

**ZIP CODE** 20037  **TELEPHONE (Include Area Code)** (202) 3334910

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**ZIP CODE** **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** YES ☐ NO ☒  **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE 04/26/2007

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT:** ☐ ILLNESS (First symptom) OR ☐ INJURY (Accident) OR ☐ PREGNANCY(LMP)  MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
Dr DENNIS CULLEN M D

**17a.** 1G A72872  **17b. NPI** 1104988054

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)**
1. 723 4
2. 272 2
3.
4.

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 20 07 | 04 20 07 | 11 | | 99214 | | 12 | 130 00 | 1 | | NPI | |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 522117370  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 2916

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 130 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 10 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Dr DENNIS CULLEN M D
SIGNED  DATE 07/17/2007

**32. SERVICE FACILITY LOCATION INFORMATION**
CULLEN UMOSELLA CULLEN & CULLE
7625 WISCONSIN AVENUE SUITE 10
BETHESDA, MD 20814
a. 1952466971

**33. BILLING PROVIDER INFO & PH #** ( 301 ) 9510420
CULLEN, UMOSELLA, CULLEN & CULLEN
2205 CRAIN HIGHWAY SUITE 200
WALDORF, MD 20601
a. 1104988054  b. 1GA72872

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

1500
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | | | PICA | | CARRIER

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PRYSHLAK, MARIA, O

3. PATIENT'S BIRTH DATE  02 18 1949   SEX  M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
2475 VIRGINIA AVE NW

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY  WASHINGTON    STATE  DC

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY    STATE

ZIP CODE  20037    TELEPHONE (Include Area Code)  ( 202 ) 3334910

ZIP CODE    TELEPHONE (Include Area Code)  (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [ ]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [ ]  F [ ]

b. AUTO ACCIDENT?  YES [ ]  NO [X]  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ]  NO [X]  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File    DATE  05/11/2007

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
Dr DENNIS CULLEN M D

17a.  1G  A72872
17b. NPI  1104988054

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. L 786 51
2. L 723 4
3. L
4. L

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 04 07 | 05 04 07 | 11 | | 99214 | | 12 | 130 00 | 1 | | NPI | |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  522117370   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.  2916

27. ACCEPT ASSIGNMENT?  YES [X]  NO [ ]

28. TOTAL CHARGE  $ 130 00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 10 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Dr DENNIS CULLEN M D
SIGNED  07/17/2007    DATE

32. SERVICE FACILITY LOCATION INFORMATION
CULLEN UMOSELLA CULLEN & CULLE
7625 WISCONSIN AVENUE SUITE 10
BETHESDA, MD 20814
a. 1952466971

33. BILLING PROVIDER INFO & PH #  ( 301 ) 9510420
CULLEN, UMOSELLA, CULLEN & CULLEN
2205 CRAIN HIGHWAY SUITE 200
WALDORF, MD 20601
a. 1104988054  b. 1GA72872

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

PRYSHLAK INIT. DISC. 000084

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| PICA | | PICA |
|---|---|---|

**1.** MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   TRICARE CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☒ (ID)

**1a.** INSURED'S I.D. NUMBER    (For Program in Item 1)

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
PRYSHLAK, MARIA, O

**3.** PATIENT'S BIRTH DATE  04 | 18 | 1949    SEX  M ☐  F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)

**5.** PATIENT'S ADDRESS (No., Street)
2475 VIRGINIA AVE NW

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)

CITY
WASHINGTON    STATE DC

**8.** PATIENT STATUS
Single ☒  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY    STATE

ZIP CODE
20037    TELEPHONE (Include Area Code)  ( 202 ) 3334910

ZIP CODE    TELEPHONE (Include Area Code)  (   )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

**a.** INSURED'S DATE OF BIRTH  MM | DD | YY    SEX  M ☐  F ☐

**b.** OTHER INSURED'S DATE OF BIRTH  MM | DD | YY    SEX  M ☐  F ☐

**b.** AUTO ACCIDENT?  YES ☐  NO ☒    PLACE (State)

**b.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** OTHER ACCIDENT?  YES ☐  NO ☒

**c.** INSURANCE PLAN NAME OR PROGRAM NAME

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** RESERVED FOR LOCAL USE

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File    DATE  05/28/2007

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

**14.** DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM | DD | YY

**15.** IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM | DD | YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM | DD | YY    TO  MM | DD | YY

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE
Dr DENNIS CULLEN M D

**17a.** 1G  A72872
**17b.** NPI  1104988054

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM | DD | YY    TO  MM | DD | YY

**19.** RESERVED FOR LOCAL USE

**20.** OUTSIDE LAB?  YES ☐  NO ☒    $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 733.6
2. 786.51
3.
4.

**22.** MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 23 07  05 23 07 | 11 | | 99214 | | 12 | 130 00 | 1 | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER  522117370    SSN ☐ EIN ☒

**26.** PATIENT'S ACCOUNT NO.  2916

**27.** ACCEPT ASSIGNMENT?  YES ☒  NO ☐

**28.** TOTAL CHARGE  $ 130 00

**29.** AMOUNT PAID  $

**30.** BALANCE DUE  $ 10 00

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Dr DENNIS CULLEN M D
SIGNED    DATE  07/17/2007

**32.** SERVICE FACILITY LOCATION INFORMATION
CULLEN UMOSELLA CULLEN & CULLE
7625 WISCONSIN AVENUE SUITE 10
BETHESDA, MD 20814
a. 1952466971 b.

**33.** BILLING PROVIDER INFO & PH #  ( 301 ) 9510420
CULLEN, UMOSELLA, CULLEN & CULLEN
2205 CRAIN HIGHWAY SUITE 200
WALDORF, MD 20601
a. 1104988054 b. 1GA72872

NUCC Instruction Manual available at: www.nucc.org    APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

PRYSHLAK INIT. DISC.  000085

Eileen M. Dunn, Psy.D.
3232 Volta Place, N.W.
Washington, D.C.
20007

13 June 2007

Ms. Bonita Formwald
Gallagher & Bassett Services - Washington, D.C.
p.o. box 2007
Columbia, Maryland
21045

Dear Ms. Formwald.

I am a licensed clinical psychologist working in private practice and - currently - with your client, Ms. Maria Pryshlak.   I am writing to you on her behalf and with her permission.

Referred by her medical doctor, Ms. Pryshlak sought consultation and began psychotherapy with me on the 9th of May 2007.  The treatment is continuing.  Ms. Pryshlak is the survivor of a freak and gigantic accident.  She is experiencing the mental, physical, and emotional fallout that is consistent with Post Traumatic Stress.  In our work together, we continue to rule out the naming of further and associated complications

Ms. Pryshlak has been unable to return to her work.  The capacities of mind and body necessary to withstand the environment, much less do her job, have been simply and seriously compromised.

At the present time, she is seeking treatments of the range of kinds necessary to restore her capacities, as I understand it.  This includes her psychotherapy with me, the treatment which focuses on her mental and emotional equilibrium.  She is working to absorb the tremendous shock she sustained while on the job and working for her employer.

If I can be of any further assistance, please do not hesitate to contact me for the purpose of working with you to assist Ms. Pryshlak.

Sincerely yours,

Eileen M. Dunn, Psy.D.
Clinical Psychologist

p.s.  Please pardon if there has been a mis-spelling of your name.

**Eileen M. Dunn, Psy.D.**
*Clinical Psychologist*
3232 Volta Place, N.W.
Washington, D.C.
20007

4 June 2007

Natallia Maroz
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Washington, D.C.
20036-4129

Dear Ms. Maroz,

Enclosed please find a copy of the written permission I have from your client, and mine, Ms. Maria Pryshlak.

You will also find a copy of the record of professional service rendered to date.

Sincerely yours,

Eileen M. Dunn, Psy.D.
Clinical Psychologist

PRYSHLAK INIT. DISC. 000087

# Eileen M. Dunn, Psy.D.

*Clinical Psychologist*
3232 Volta Place, N.W.
Washington, D.C.
20007

District of Columbia License 1678
Tax Identification Number 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

17 August 2007

BILLING STATEMENT

Ms. Maria Pryshlak
2475 Virginia Avenue, N.W.
Washington, D.C.
20037

for services rendered in June 1 through the present 2007:
(most recent, up-to-date visits in bold)

| DATE | TYPE | DESCRIPTION | PROCEDURE | DIAGNOSIS | CHARGE |
|------|------|-------------|-----------|-----------|--------|
| 7/2/07 | Service | Individual Psychotherapy 45 minute session | 90806 | 309.81 post traumatic stress | 150. |
| 7/3/07 | | | | | 150. |
| 7/9/07 | | | | | 150. |
| 7/11/07 | | | | | 150. |
| 7/16/07 | | | | | 150. |
| 7/18/07 | | | | | 150. |
| 7/23/07 | | | | | 150. |
| 7/25/07 | | | | | 150. |
| 7/30/07 | | | | | 150. |
| 6/4/07 | | | | | 150. |
| 6/6/07 | | | | | 150. |
| 6/11/07 | | | | | 150. |
| 6/13/07 | | | | | 150. |
| 6/18/07 | | | | | 150. |
| 6/20/07 | | | | | 150. |
| 6/25/07 | | | | | 150. |
| 6/27/07 | | | | | 150. |
| **8/6/07** | | | | | **150.** |
| **8/15/07** | | | | | **150.** |
| **8/16/07** | | | | | **150.** |

Total balance generated:                         $ 3000.

PRYSHLAK INIT. DISC. 000088

# Eileen M. Dunn, Psy.D.

*Clinical Psychologist*
3232 Volta Place, N.W.
Washington, D.C.
20007

District of Columbia License 1678
Tax Identification Number 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

BILLING STATEMENT

Ms. Maria Pryshlak
2475 Virginia Avenue, N.W.
Washington. D.C.
20037

for services rendered in May 2007:

| DATE | TYPE | DESCRIPTION | PROCEDURE | DIAGNOSIS | CHARGE |
|------|------|-------------|-----------|-----------|--------|
| 5/9/07 | Service | Individual Psychotherapy 60 minute session | 90806 | 309.81 post traumatic stress | 200. |
| 5/11/07 | | 45 minute session | | | 150. |
| 5/16/07 | | | | | 150. |
| 5/17/07 | | | | | 150. |
| 5/21/07 | | | | | 150. |
| 5/22/07 | | | | | 150. |
| 5/29/07 | | | | | 150. |
| 5/31/07 | | | | | 150. |

Total balance due:                                                    $ 1250.

Patient's Name: _____    MRN #: _____    DOB: 2/5/47

| Date | Subsequent Visits and Findings |
|------|-------------------------------|



5/23/07    EMG ① UE will be scheduled w/ Dr. Srdofsky as per Dr. Edwards. (M)

**Please obtain report and/or
films for next visit.**

Initial Visit – PRYSHLAK, Maria O.    5/23/2007    (DOB: 2/18/1949)
MR#: 0632636

CC:    Ms. Pryshlak is referred here by Dr. Steven Scherping for evaluation of numbness
and tingling in her ulnar digits.

HPI:    It radiates up the ulnar aspect of her forearm. She has pain in her elbow, pain in
her neck and pain radiating down her shoulder as well. She has seen Dr.
Scherping for this. He feels that the neck is not contributing to it though he does
think it is an ulnar nerve problem and referred her here for further evaluation. Her
past medical history is unchanged since her previous visit.

PE:    On exam she has a positive cubital tunnel Tinel's, cubital tunnel compression test,
carpal tunnel Tinel's, carpal tunnel compression test, pronator Tinel's, brachial
plexus Tinel's, Spurling's test. APB fires well. Negative Wartenberg. Negative
Froment sign.

IMP:    1.  Possible ulnar neuropathy.
2.  Possible double crush phenomenon.

PLAN:    Given her strong positive exam for just about every neuropathy I would like to
obtain a nerve conduction study to better evaluate this. She may have some other
things going on, particularly a double crush phenomenon and I will see her back
when this is complete. /amw

Scott Edwards, M.D.
(Transcribed 5/25/07)

6/4/07 CC: Dr. Cullen   5%/m

SVF-001 (5/04) (F3F)

PRYSHLAK INIT. DISC. 000090

# Georgetown University Medical Center

3800 Reservoir Road N.W.
Washington DC 20007-2197
202-444-8525

### Department of Neurology

| | | | |
|---|---|---|---|
| **Patient:** | Pryshlak  Maria | **Age:** | 58 Years 3 Months |
| **Patient ID:** | 0632636 | **Date of Exam:** | 05/29/2007 |
| **Sex:** | Female | **Referring Phys.:** | Dr. Scott Edwards/ Dr. Scherping |
| **Date of Birth:** | 2/18/1949 | | |

**History:**
58 YO woman with a car accident 6 weeks ago, now with pain and tingling in left 4th and 5th fingers, also neck pain

**Summary:**

**1: NCS**
Sensory nerve conduction studies in left median transcarpal nerve showed borderline delayed distal latency with normal amplitude and conduction velocity. There was 0.45 m/s difference between the median transcarpal and ulnar palmar latencies. Left median (recording from 2nd digit) and left ulnar nerves (palmar and from 5th digit) were normal.
Motor nerve conduction studies in left median and ulnar nerves were normal.

**2: EMG**
Needle EMG in left deltoid, biceps, triceps, pronator teres, 1st dorsal interosseous, opponens pollicis, C7 and C8 paraspinal muscles were normal

**Conclusion:**
This EMG-NCV is suggestive of a mild left carpal tunnel syndrome, which does not correlate with patient's symptoms. There was no evidence of ulnar neuropathy or cervical radiculopathy. Clinical correlation is suggested.

_____
Michael D. Sirdofsky, M.D.

Pryshlak Maria          0632636          5/29/2007 4:23:26 PM

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset ms | Peak ms | NP Amp µV | PP Amp µV | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| L MEDIAN - Dig II | | | | | | | |
| 1. Wrist | II | 2.75 | 3.50 | 37.9 | 58.7 | 14 | 50.9 |
| L MEDIAN - Palmar | | | | | | | |
| 1. Palm | Wrist | 1.80 | 2.20 | 110.2 | 119.4 | 8 | 44.4 |
| L ULNAR - Dig V | | | | | | | |
| 1. Wrist | Dig V | 2.40 | 2.85 | 16.0 | 29.4 | 14 | 58.3 |
| L ULNAR - Palmar | | | | | | | |
| 1. Palm | Wrist | 1.30 | 1.75 | 33.0 | 34.7 | 8 | 61.5 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Dist cm | Vel m/s |
|---|---|---|---|---|---|
| L MEDIAN - APB | | | | | |
| 1. Wrist | APB | 3.50 | 6.7 | 8 | |
| 2. Elbow | APB | 6.50 | 6.6 | 16.5 | 55.0 |
| L ULNAR - ADM | | | | | |
| 1. Wrist | ADM | 2.55 | 10.6 | 8 | |
| 2. B.Elbow | ADM | 5.15 | 9.5 | 17 | 65.4 |
| 3. A.Elbow | ADM | 6.65 | 8.5 | 10 | 66.7 |

## Needle EMG

| EMG Summary Table | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PP P | Pattern |
| L. DELTOID | N | None | None | None | None | N | N | N | N |
| L. BICEPS | N | None | None | None | None | N | N | N | N |
| L. TRICEPS | N | None | None | None | None | N | N | N | N |
| L. PRON TERES | N | None | None | None | None | N | N | N | N |
| L. FIRST D INTEROSS | N | None | None | N | None | N | N | N | N |
| L. OPP POLLIC | N | None | None | None | None | N | N | N | N |
| L. C7 PSP | N | None | None | None | None | N | N | N | N |
| L. C8 PSP | N | None | None | None | None | N | N | N | N |

2

PRYSHLAK INIT. DISC. 000092

Pryshlak Maria                         0632636                    5/29/2007 4:23:26 PM



PRYSHLAK INIT. DISC. 000093



**Georgetown University Hospital** ☨

*MedStar Health*

Department of Orthopaedics

July 18. 2007

ZURICH NORTH AMERICA CLAIMS
303 LIPPINCOTT DRIVE
BUILDING, THIRD FLOOR
MARLTON, NJ 08053-4160

RE: PRYSHLAK. Maria O.
DOB: 2/18/1949
MR#: 0632636
SS#:
EMP: GUH
CL#: 002200-000205-WC_01
D/I: 4/18/07
D/V: July 18, 2007

Dear Sir/Madam:

Ms. Pryshlak returns today. Her symptoms are consistent with a cubital tunnel syndrome both on exam and on history. Her symptoms are fairly mild. They are not showing up on EMG, which is not terribly surprising but all nonoperative treatments have failed.

At this point I offered her surgical solution and she declined. I think this is reasonable given her mild nature of symptoms. She is released to full duty from my standpoint. However, her spine issues with Dr. Scherping may hold her back some and I explained this to her case manager. Shoulder her symptoms worsen she is to let me know. Otherwise, I think it is prudent to proceed with a nerve study every six to twelve months to be sure she is not progressing subclinically.

Sincerely,

Scott G. Edwards, M.D.

SGE:amw
(Transcribed 7/20/07)

Sam W. Wiesel. MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper. MD
*Foot & Ankle*
Scott T. Sauer. MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping. MD
*Adult Spine Reconstruction*
John N. Delahay. MD
*Vice Chairman for Education
Pediatric Orthopaedics
General Orthopaedics*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for
Operations and Finance
Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine.
Scoliosis Surgery*
Francis X. McGuigan, MD
*Joint Reconstruction
Foot & Ankle*

3800 Reservoir Road. NW. G-PHC, Washington. DC 20007-2113
phone: 202 444 8766 • fax: 202 444 7804
georgetownortho.org

PRYSHLAK INIT. DISC. 000094



# Georgetown
# University
# Hospital

*MedStar Health*

**Department of Orthopaedics**

June 20, 2007

Gallasgher Bassett Services
P.O. BOX 2007
Columbia, MD  21045

ZURICH NORTH AMERICA CLAIMS
303 Lippincott Drive
Buildingb, Third floor
Marlton, NJ  08053-4160

RE:   PRYSHLAK, Maria O.
DOB: 02/18/1949
SS#:
CL#:   002200-000205-WC-01
       GUH
EMP:   4/18/07
D/I:
D/V:   06/06/2007

Dear Sir/Madam:

Ms. Pryshlak returns today following her carpal tunnel injection. From this, she reports, no relief whatsoever. Her symptoms do seem to be localizing to her elbow and it does bother her at night and she finds a comfortable position with the extended elbow. This does confirm more of an ulnar neuropathy. However, I do think there is a double-crush component to it. We have offered her some Lyrica as well as extension of splinting and physical therapy. I will see her back in four weeks to reevaluate.

Sincerely,

Scott G. Edwards, M.D.

SGE:lis
(Transcribed - 06/21/2007)

Sam W. Wiesel, MD
Chairman
Adult Spine Reconstruction
Paul S. Cooper, MD
Foot & Ankle
Scott I. Sauer, MD
Foot & Ankle

F. Clarke Holmes, MD
Sports Medicine
Steven C. Scherping, MD
Adult Spine Reconstruction
John N. Delahay, MD
Vice Chairman for Education
Pediatric Orthopaedics
General Orthopaedics

Scott G. Edwards, MD
Hand & Elbow Surgery
Brian G. Evans, MD
Vice Chairman for
Operations and Finance
Joint Reconstruction

John J. Klimkiewicz, MD
Sports Medicine
William C. Lauerman, MD
Adult & Pediatric Spine,
Scoliosis Surgery
Francis X. McGuigan, MD
Joint Reconstruction
Foot & Ankle

3800 Reservoir Road, NW, G-PHC, Washington, DC 20007-2113
phone: 202 444 8766 • fax: 202 444 7804
georgetownortho.org

PRYSHLAK INIT. DISC. 000095



# Georgetown University Hospital ☷

*MedStar Health*

**Department of Orthopaedics**

June 6, 2007

Gallagher Serivec
P.O. BOX 2007
Columbia, MD  21045

RE:   PRYSHLAK, Maria O.
DOB: 02/18/1949
SS#:
CL#:   002200-000205-WC-01
EMP:   GUH
D/I:   4/18/07
D/V:  06/06/2007

Dear Sir/Madam:

Ms. Pryshlak returns today with results of her EMG which shows basically no abnormality. Consistent with her findings of possibly some carpal tunnel issues. We have offered her a local injection of the carpal tunnel to neutralize from the differential. I do not expect that it is going to do much for her as I do suspect more of an ulnar neuropathy and possible double-crush phenomenon.

Sincerely,

Scott G. Edwards, M.D.

SGE:lis
(Transcribed - 06/21/2007)

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*
Scott T. Sauer, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD
*Vice Chairman for Education*
*Pediatric Orthopaedics*
*General Orthopaedics*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for*
*Operations and Finance*
*Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD
*Joint Reconstruction*
*Foot & Ankle*

3800 Reservoir Road, NW, G-PHC, Washington, DC 20007-2113
phone: 202 444 8766 • fax: 202 444 7804
georgetownortho.org

PRYSHLAK INIT. DISC. 000096

• • • • •

PRYSHLAK,MARIA O                    M/R #0632636   6326366,067360 DOB: 02/18/1949 F
SSN: 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
Registered on: 09/13/1997   By: CNV RUN 2
Last Updated: 05/29/2007   By: OADL34GUMC

Current Statement balance:    30.00
Last Patient Payment: 20.00 (05/29/2007)
Last Statement Run # 128 Balance: 30.00 Date: 06/21/2007 Dun Level: 1 Cycle: 3

Account Status: STANDARD Date: 08/15/2002 Initials: IDX Statement Run #: 65

Open Cases: 1    Closed Cases 0

| Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos Ba | Charges | FSC | Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 6970724 | 05/23/2007 | | MARIA O P S EDW DOC | | ORT | 100.00 | WC | 80.00 | Case:109935 |
| 6997709 | 06/06/2007 | | MARIA O P S EDW DOC | | ORT | 236.00 | WC | 336.00 | Case:109935 |
| 7030856 | 06/20/2007 | | MARIA O P S EDW DOC | | ORT | 100.00 | WC | 100.00 | Case:109935 |
| | | | Total: | | | 436.00 | | 416.00 | |

| >> Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos BA | | Balance |
|---|---|---|---|---|---|---|---|
| 6970724 | 05/23/2007 | | MARIA O PR S EDWARD DOC | | ORT | | 80.00 Case:109935 |

| | Posted | Service | Description | | Payments | Adjust | Charges FSC | Batch |
|---|---|---|---|---|---|---|---|---|
| 1) | 05/29/2007 | 05/23/2007 | 99213 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3 (1) | | | | 100.00 WC | 486894 |
| 2) | 05/29/2007 | 05/23/2007665 | CASH PYMT/TIME OF SVC | | 20.00 | | | 486894 |
| | | | R#100385 | | | | | |
| 3) | 05/30/2007 | 141 | COMMERCIAL FORM PREPARED | | | | | 486894 |
| | | | 1 RUN:2466 | | | | | |

722.0   DISP CERV DISC W/O MYELP
354.2   MONONEUR ARM LES ULNAR NERVE
Division: ORTHOPAEDIC SURGERY
Ref Phys: SCHERPING MD,STEVEN C.
Invoice FSC List: 361.1

| >> Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos BA | | Balance |
|---|---|---|---|---|---|---|---|
| 6997709 | 06/06/2007 | | MARIA O PR S EDWARD DOC | | ORT | | 236.00 Case:109935 |

| | Posted | Service | Description | | Payments | Adjust | Charges FSC | Batch |
|---|---|---|---|---|---|---|---|---|
| 1) | 06/11/2007 | 06/06/2007 | 99213 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3(2S) (1) | | | | 100.00 WC | 488796 |
| 2) | 06/11/2007 | 06/06/2007 | 20526 INJECTION, THERAPEUTIC (LOCAL ANESTHETIC/CORTICOSTEROID); CARPAL CANAL[LT] (1) | | | | 136.00 WC | 488796 |
| 3) | 06/12/2007 | 141 | COMMERCIAL FORM PREPARED | | | | | |
| | | | 1,2 RUN:2475 | | | | | |

354.0   MONONEUR ARM CARP TUNNEL SYND
22.0    DISP CERV DISC W/O MYELP

Division: ORTHOPAEDIC SURGERY
Ref Phys: SCHERPING MD,STEVEN C.
Invoice FSC List: 361.1

| >> | Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos BA | | Balance |
|---|---|---|---|---|---|---|---|---|
| | 7030856 | 06/20/2007 | | MARIA O PR S EDWARD DOC | | ORT | | 100.00 Case:109935 |

| | Posted | Service | Description | | Payments Adjust Charges FSC Batch |
|---|---|---|---|---|---|
| 1) | 06/26/2007 | 06/20/2007 | 99313 OFFICE/OP VISIT, ESTABLISHED PATIENT, LEVEL 3 (1) | | |
| | | | | | 100.00 WC   491123 |

354.0    MONONEUR ARM CARP TUNNEL SYND
722.0    DISP CERV DISC W/O MYELP
Division: ORTHOPAEDIC SURGERY
Ref Phys: SCHERPING MD,STEVEN C.
Invoice FSC List: 361.1

PRYSHLAK INIT. DISC. 000098

*****

PRYSHLAK,MARIA O                M/R #0632636   6326366.067360 DOB: 02/18/1949 F
SSN: 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
Registered on: 09/13/1997 By: CNV RUN 2
Last Updated:  08/08/2007  By: OADL34GUMC

Current Statement balance:    30.00
Last Patient Payment: 20.00 (05/29/2007)
Last Statement Run # 129 Balance: 30.00 Date: 07/19/2007 Dun Level: 2 Cycle: 3

Account Status: STANDARD Date: 08/15/2002 Initials: IDX Statement Run #: 65


Open Cases: 1    Closed Cases 0

| Invoice | ADM/Vis | Disch | Patient | MD | Loc Hos | Ba | Charges | FSC | Balance |
|---------|---------|-------|---------|----|---------|----|---------|-----|---------|
| 6970724 | 05/23/2007 | | MARIA O | P S EDW DOC | | ORT | 100.00 | WC | 80.00 Case:109935 |
| 6997709 | 06/06/2007 | | MARIA O | P S EDW DOC | | ORT | 236.00 | WC | 236.00 Case:109935 |
| 7030856 | 06/20/2007 | | MARIA O | P S EDW DOC | | ORT | 100.00 | WC | 100.00 Case:109935 |
| 7085380 | 07/18/2007 | | MARIA O | P S EDW DOC | | ORT | 100.00 | WC | 100.00 Case:109935 |
| | | | Total: | | | | 536.00 | | 516.00 |

PRYSHLAK INIT. DISC. 000099

**C.O.R.E. Physical Therapy**

## <u>DAILY NOTE</u>

Patient's Name: _Pryshlak, Maria_

Diagnosis: _____

**Date:**

7/27/07  S: _Had a very bad night —_
_Neck very bad — couldn't get comfortable_
_developed a headache_
_① arm hurt_

O: _[illegible handwritten clinical notes]_

A: _[illegible]_

C: _[illegible]_

[signature]

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000100

C.O.R.E. Physical Therapy

**DAILY NOTE**

Patient's Name: _Pryshlak  Mona_

Diagnosis: _____

**Date:**

7/24/07  _[handwritten clinical notes, largely illegible]_

7/26/07  _[handwritten clinical notes, largely illegible]_

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000101

## C.O.R.E. Physical Therapy

### DAILY NOTE

Patient's Name: _PRYSHLAK, MARIA_

Diagnosis: _Cervical strain_

**Date:**

7/17/07  S: _Neck really giving me a problem still_
_mostly L finger today_
_when the weather it was OK work long_

O: _hip/knee_
_SLR -_
_MLR - _

_[illegible] problems_
_STM [illegible]_
_[illegible]_
_[illegible]_
_E-Stim_
_[illegible]_
_foam roller_
_[illegible]_

A: _tol well_

P: _[signature]_

7/19/07  S: _Still not good -_
_[illegible]_

O: _[illegible]_
_Re-eval_
_+ added self traction exc._

A: _tol well_
P: _cont_
_[signature]_

7/20/07  S: _[illegible]_
_[illegible] - much better this Am_

O: _Rx a/ as previous visits_

A: _tol well_
P: _cont_
_[signature]_

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

C.O.R.E. Physical Therapy

**DAILY NOTE**

Patient's Name: _PRYSHLAK, MARIA_

Diagnosis: _(cervical strain)_

Date:

7/9/07 — [handwritten clinical notes]

7/9/07 — [handwritten clinical notes]

7/10/07 — [handwritten clinical notes]

7/13/07 — [handwritten clinical notes]

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000103

## C.O.R.E. Physical Therapy

### DAILY NOTE

Patient's Name: _PRYSHIAK  MARIA_

Diagnosis: _Cervical strain_

**Date:**

6/27/07 _[handwritten clinical notes]_

6/29/07 _[handwritten clinical notes]_

7/3/07 _[handwritten clinical notes]_

7/5/07 _[handwritten clinical notes]_

7/6/07 _[handwritten clinical notes]_

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000104

**C.O.R.E. Physical Therapy**

<u>**DAILY NOTE**</u>

Patient's Name: _PRYSHLAK, MARIA_

Diagnosis: _Cervical Strain_

**Date:**

6/18/07 — _illegible handwritten clinical notes_

6/21/07 — _illegible handwritten clinical notes_

6/22/07 — _illegible handwritten clinical notes_

6/26/07 — _illegible handwritten clinical notes_

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000105

**C.O.R.E. Physical Therapy**

## DAILY NOTE

Patient's Name: _PRYSHLAK, MARIA_

Diagnosis: _CERVICAL SPINE (TRAM)_

**Date:**

6/14/07 S: Head is turning better to the left

Hip is better, but knee seems to be acting up

O: _____ (L)

① Cx rot 78

b ① E' my

② ↑ 77½

③ ↑ ↓ 72½

④ cervical manual traction

⑤ Hip jt mob

⑥ L R FLADd

⑦ R jt mob

⑧ Soy tds (L) jt mob.

⑨ total gym

⑩ UE stymula

⑧ foam rollers 20

A: _____ wd

P: w

PRYSHLAK INIT. DISC. 0000106

C.O.R.E. Physical Therapy

DAILY NOTE

Patient's Name: _PRYSHIAK, MARIA_

Diagnosis: _cervical spine stea_

**Date:**

6/4/07  S: _it was a bad weekend._
_couldn't get comfortable at all for the leg or for the neck_
O: _to neck/hip_
(1) _Rs ⊕ 5° cap_
(2) _↓ Tx je_
(3) _↔ Tx je_
(4) _cervical manual tract_
(5) _[°4 L_
(6) _Hip F/AD/I hip ⊕ ○ A ↑ mob_
(7) _hip distract_
A: _tol well_
P: _cont_                               _J. Thomas_

6/7/07  S: _legs to quiet down_
_feels Vs less stiff_
O: _neck ⊕_
(1) _ROM not Cp ⊙_
_Rs a ē_
_+ added tennis ball mob_
A: _tol well_
P: _cont_                               _J. Thomas_

6/8/07  S: _Awoke ↑ pain this am_
_hip is staying quiet_
O: _neck_
_Rs a ē_
_+ added cervical somesi tract_
A: _tol well_
P: _cont any harder or ride on_       _J. Thomas_

6/14/07  S: _feel it in heels + ○ groin/hip_
O: _neck ⊕_
_to as above_
_+ added from roller postures_
_+ reviewed / modified to worn ○ later_
A: _tol well_
P: _cont_                               _J. Thomas_

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

PRYSHLAK INIT. DISC. 0000107

**C.O.R.E. Physical Therapy**

**DAILY NOTE**

Patient's Name: PRYSHLAK MARTA

Diagnosis: cervical spine strain

Date:

5/31/07 S: [illegible]

O: [illegible]

Hip ROM

Cx ROM

A: [illegible]

P: [illegible]

6/1/07 S: [illegible]

O: [illegible]

A: [illegible]

P: [illegible]



**C.O.R.E.**
PHYSICAL THERAPY
Center for Orthopedic Rehab and Exercise

June 7, 2007

Dr. Steven Scherping
Department of Orthopedic Surgery
3800 Reservoir Rd., NW
Washington DC 20007

2440 M Street, NW Suite 322
Washington, DC 20037
Tel: 202 659 CORE(2673)
Fax: 202 659 0797
www.coreptdc.com

Re: Pryshiak, Maria

Dear Dr. Scherping,

Thank you for the referral of Maria Pryshiak to C.O.R.E. Physical Therapy for neck pain related to a work injury. She was seen for an initial evaluation on May 25, 2007. The patient's chief complaint was bilateral neck and shoulder pain as well as some mild tingling and burning in the bilateral hands and fingers. Secondarily, she also has complaints of low back pain which radiates into the right hip and groin area.

Significant findings of the objective examination include the following:
- Shoulder active range of motion limited to 135 degrees for flexion, 105 degrees for abduction before pain stiffness and some mild tingling
- Cervical range of motion was limited for left rotation to 25 degrees before left neck pain, left sidebending to 20 degrees before left neck pain and cervical extension to 35 degrees.
- Resisted tests were mildly painful and graded at 4 to 4-/5
- The patient displays poor posture with a forward head and significant rounded shoulders
- Palpation findings included pain with palpation of the left C3/C4 through C5/C6 facet joints
- The neurological exam was negative except for the motor exam which was decreased in all myotomes on the left and sensation decreased 20% on the left
- Hip range limited by 30% to 40% on the left secondary to pain
- Pain with palpation of the lumbar spine (L1 and L2) which radiates into the left hip.

Thank you very much for the referral of this patient to C.O.R.E. Physical Therapy. We are a new physical therapy practice and would be happy to work with other patients who have physical therapy needs downtown. I have taken the liberty of enclosing a brochure and a prescription pad. If you have any questions or concerns, please feel free to contact me at (202)659-2673.

Sincerely,

Jeff Robinson, PT, FAAOMPT

**C.O.R.E. Physical Therapy**

Pt's name: _PRYSHLAK, MARIA_                Date: _5/25/07_

## Objective Examination:
Gait: _amb. c slight unevenness_
Functional Mobility: _[illegible]_
Squat: _NT_      SLS: _NT_      mini-Squat: _____
Posture: _slightly flat Tsp, Lsp_
Inspection: (Iliac Crest, ASIS, PSIS, scapula position, other) _[illegible] poor posture_

_Abr 4"_

AROM: _[illegible]_ F 130° 135° bys tight
and 105° c 45° [illegible] pain/stiff
HBA L₂ L₃

Neuro
PROM: _deferred_     Cx rom F 70°
Ext 75°
* (L) lat 25° stiff/painful
(R) lat 60°
(L) SB
(R) WB

Strength: L (R) SL 4/5 → 4+/5

Neuro
ODS in
motor (L) 4/5 c n 4+/5
sens L 20% C5, C6, C
C7, T1
dermatomes
distally

Palpation/Joint Play:
↓ C4, C5, C6 etc c tight [illegible] (L) hard
otherwise hypomobile

Special Tests/Other:
_deferred_

## Rx today:
① F [illegible]          ③ Heel v! [illegible] activity level going forward
② Tsp mob.

## Assessment & Plan:
58 y/o F c CC neck/shoulder pain — also has c/o LBP
↓ slight (L) hip = groin pain. Present c pain, ↓ rom, ↓ strength.
LT Goal ① Eliminate pain so pt can return to volley + swimming + working
ST Goal ② ↑ rom by 13     Therapist signature: _[signature]_
↑ total
③ ↑ strength ½ grade
P need to look at LB.
PT/[illegible] the these rom, dad. and w needed

## Subjective Examination

Patient Name: PRYSHLAK MARIA      Date: 5/25/07      DOO:
Physician: Scherping      Diagnosis: cervical spine strain

### Subjective:

Chief complaint (Area): Age

Neck / back pain

Current History (onset/description):

4/18/07 → was "at office" + a
ceiling + wall came down on pt.
taken to hospital → had several x-rays
+CT scans done → (Pt did not lose cons.)
→ in 1 day developed neck + back pain →
had several follow up appts. → to R/O ↑ known
neck problems. → Pt lds + neck have been
hurting. → had PT which has helped (AWL)

Past History (and Prior Rx):
— Pt has had h/o ℗. problems related to
surf/ref activity.
℗ HA ℗ CT 5-6 yr. ago → resolved
℗ H/O general aches/pains.

Work Environment? Pt was off work
or on leave

Symptom Intensity (0 -10) = 5      Description:

Aggravating Factors: ℗ sit    typing    + plus bends + tables = lyg down
℗ sit ℗ sneeze    ℗ turning    rolling

Easing Factors:

24 Hour Period:

am                                    pm    can't sleep → can't get comfortable

℗ regular
℗ dysphagia
℗ gravesin
℗ disyrgia
℗ dysphagia

Meds: See intake
Diagnostic tests: MRI —
SHx/PLOF: keep self well better (work tone) 3-4 mo/wk
swimming 2x/wk
Pt's Goals:

DMHx/Special Questions (see patient intake form):

| | GH: unknown | WL: ✓ | Steroids: ✓ |
| Anti-coagulants: ✓ | B/B: ✓ | N/T: ✓ |

2440 M Street, NW Suite 322
Washington, DC 20037
Tel: 202-659-CORE (2673)
Fax: 202-659-0797
www.coreptdc.com

**C.O.R.E**
**Physical Therapy**

# Fax

| | | | |
|---|---|---|---|
| **To:** Sabrina Kang | | **From:** LaKisha | |
| **Fax:** (202) 828-4130 | | **Pages:** 14 | |
| **Phone:** (202) 828-4100 | | **Date:** 8/21/07 | |
| **Re:** Maria Pryshlak | | **CC:** | |

☐ **Urgent**   ☑ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

PRYSHLAK INIT. DISC. 0000112

**C.O.R.E. Physical Therapy**

**DAILY NOTE**

Patient's Name: _PRYSHIAK, MARIA_

Diagnosis: _cervical spine stem_

Date:

6/4/07  S: _el was a bad weekend._

_unable pt comfortable at all for the leg or for the neck_

O: _0 to neck / hip_

_Re① 5° Coss_

_② ↓ Prox_

_③ ↔ Thx_

_④ cervical maneual traction_

_⑤ ⌐ 4 L₅_

_⑥ Hip F/Add / hip R ∗ A of mot_

_⑦ Hip distraction_

A: _tol well_

P: _con_

_[signature]_

PRYSHLAK INIT. DISC. 0000113

# C.O.R.E. Physical Therapy

## DAILY NOTE

Patient's Name: PRYSHLAK MARIA

Diagnosis: cervical spine strain

Date:

5/31/07 S: [illegible]

O: [illegible]

Hip ROM (L) (R)

F 95° —

IR 25° 25°

ER 50° 60°

F/Add 50% —

[illegible]

A: tol well

P: cont

6/1/07 S: Hip still [illegible]

O: [illegible]

A: tol well

P: cont

C.O.R.E. Physical Therapy, PLLC
2440 M Street, NW
Suite 322
Washington, DC 20037

**C.O.R.E. Physical Therapy**

Pt's name: _PRYSHLAK, MARIA_                               Date: _5/25/07_

**Objective Examination:**

Gait: _amb. c̄ slgt support_

Functional Mobility: _(∅)_

Squat: _N IT_                SLS: _N IT_                mini-Squat: _____

Posture: _slght flat Tsp, Lsp_

Inspection: (Iliac Crest, ASIS, PSIS, scapula position, other) _fwd posture_

_fb "4"_

AROM: _shown F 135° 135° Tsp tght_
_abd 105° 105°_ ~~flex~~ _pain/stiff_
_HBA L₄ L₅_

PROM: _deferred_
_Cx ROM   F 70°_
_Ext 35°_
_* (L) lat 25° stiff/painful_
_(R) lat 6P_
_(R) SB_
_(R) N/B_

_Neuro_
_DTR in_
_motor (L) 4/5 → 4/5 (R) in_
_sens L 20% C₅, C₆, C₇, C₈, T₁_
_dermatomes distally_

Strength: _L (R) SL 4/5 → 4-/5_

Palpation/Joint Play: _↓ C₇, C₇, L₄ atr c̄ tght wk (L) hard_
_otherwise hypomobile_

Special Tests/Other: _deferred_

**Rx today:**
_① F⁻ Gr₂_       _③ HEP/HSV: threshl activity level going forward_
_② Tsp mob._

**Assessment & Plan:**

_58 y/o ♀ c̄ chr neck/shoulder pain — also has c/o CBP_
_* slght (R) Tsp + groin pain. Present c̄ pain + room, ↓ strength._
_LT Goal ① Eliminate pain so pt can return to walking + swimming +_
_working_
_ST Goal ② ↑ room by 13   Therapist signature: _J. John, B._
_③ ↑ strnght by 1 grade_
_P: need to look at CB_
_PT 2×/wk for these STM, stab, trunl n'muscle_

## Subjective Examination

Patient Name: PRYSHLAK MARIA    Date: 5/25/07    DOO: ___
Physician: Scherping    Diagnosis: cervical spine strain

### Subjective:

Chief complaint (Area):    Age

neck / back pain

Current History (onset/description):

4/18/07 was "at office" & a ceiling & wall came down on pt. taken to hospital → had several x-rays & CT scans done → (pt did not lose conc.) in 2 days developed neck & back pain → had several follow up appt. to R/O other neck problems. → Meds + neck began to hurting → had PT which has helped (AWU)

Past History (and Prior Rx):
- ā this had no P. problems relates to surgically active
(R) hip @ CT3 & 6 yr ago → resolved
(R) knee general ache/pains

(R) shoulder arm c surgery(R)

Work Environment? ___ way off work

Symptom Intensity (0 -10) = 5 or on/off    Description: ___

Aggravating Factors: (R) lat stying + lying back while c lying down

Easing Factors: ___

24 Hour Period:

am    pm    can't sleep 2L can't get comfortable

(R) ___
(R) ___
(R) ___

### DMHx/Special Questions (see patient intake form):

Meds: see intake    GH: melanoma    WL: ___    Steroids: ___
Diagnostic tests: MRI    Anti-coagulants: ___    B/B: ___    N/T: ___

SHx/PLOF: ___    active bike (cool tea) 7-8 miles
swimming 2x/wk

Pt's Goals: ___

**Patient Charge Report**                    Tax ID: 11-3782102
**Patient: Maria Pryshlak**                  **From: 5/25/07**    **To: 7/27/07**
                                             **Copay: 0**

**Maria Pryshlak**

5/25/2007  Provider: Jeffery R Robinson PT    NewPt-Assmt    Copay Paid: 0    Check #:

| | | | |
|---|---|---|---|
| 97001 PT Evaluation $100.00 | 1 | 100 | 11 Office |
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

Notes                              Total  235

5/31/2007  Provider: Jeffery R Robinson PT    FollowUp    Copay Paid: 0    Check #:

| | | | |
|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

Notes                              Total  135

6/1/2007  Provider: Jeffery R Robinson PT    FollowUp    Copay Paid: 0    Check #:

| | | | |
|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

Notes                              Total  180

6/4/2007  Provider: Jeffery R Robinson PT    FollowUp    Copay Paid: 0    Check #:

| | | | |
|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

Notes                              Total  180

6/7/2007  Provider: Jeffery R Robinson PT    FollowUp    Copay Paid: 0    Check #:

| | | | |
|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

Notes                              Total  180

6/8/2007  Provider: Jeffery R Robinson PT    FollowUp    Copay Paid: 0    Check #:

| | | |
|---|---|---|
| 97110 BCBS Therapeutic Exercises | | 11 |

PRYSHLAK INIT. DISC. 0000117

Patient Charge Report

| | | | | | |
|---|---|---|---|---|---|
| $40.00 | 2 | 80 | | | Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |

Notes                              Total 170

6/11/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | | 11 Office |

Notes                              Total 135

6/14/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | | 11 Office |

Notes                              Total 135

6/15/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 2 | 90 | | | 11 Office |

Notes                              Total 180

6/18/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 2 | 90 | | | 11 Office |

Notes                              Total 180

6/21/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | | 11 Office |

Notes                              Total 180

6/22/2007  Provider: Jeffery R Robinson PT      FollowUp      Copay Paid: 0              Check #:

| | | | | | |
|---|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | | 11 Office |

PRYSHLAK INIT. DISC. 0000118

| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

**Notes**                                        Total 180

**6/26/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

**Notes**                                        Total 180

**6/27/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

**Notes**                                        Total 180

**6/29/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |

**Notes**                                        Total 180

**7/3/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |

**Notes**                                        Total 180

**7/5/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | 11 Office |

**Notes**                                        Total 180

**7/6/2007  Provider: Jeffery R Robinson PT**    FollowUp    Copay Paid: 0    Check #:

| 97110 Therapeutic Exercises $45.00 | 2 | 90 | 11 |
| 97140 Manual Therapy $45.00 | 1 | 45 | 11 |

PRYSHLAK INIT. DISC. 0000119

Office

97112 Neuromuscular Reeducation   1      45                          11
$45.00                                                               Office

Notes                                              Total 180

7/9/2007  Provider: Jeffery R Robinson PT        FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      2      90                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

97112 Neuromuscular Reeducation  1      45                          11
$45.00                                                              Office

Notes                                              Total 180

7/10/2007  Provider: Jeffery R Robinson PT       FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      2      90                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

97112 Neuromuscular Reeducation  1      45                          11
$45.00                                                              Office

Notes                                              Total 180

7/13/2007  Provider: Jeffery R Robinson PT       FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      1      45                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

97112 Neuromuscular Reeducation  1      45                          11
$45.00                                                              Office

Notes                                              Total 135

7/17/2007  Provider: Jeffery R Robinson PT       FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      2      90                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

97112 Neuromuscular Reeducation  1      45                          11
$45.00                                                              Office

Notes                                              Total 180

7/19/2007  Provider: Jeffery R Robinson PT       FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      2      90                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

97112 Neuromuscular Reeducation  1      45                          11
$45.00                                                              Office

Notes                                              Total 180

7/20/2007  Provider: Jeffery R Robinson PT       FollowUp     Copay Paid: 0        Check #:

97110 Therapeutic Exercises      2      90                          11
$45.00                                                              Office

97140 Manual Therapy $45.00      1      45                          11
                                                                   Office

PRYSHLAK INIT. DISC. 0000120

| | | | | |
|---|---|---|---|---|
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |
| Notes | | | Total 180 | |

| 7/23/2007  Provider: Jeffery R Robinson PT | Canc-NC | Copay Paid: 0 | | Check #: |
|---|---|---|---|---|
| Notes | | | Total 0 | |

| 7/24/2007  Provider: Jeffery R Robinson PT | FollowUp | Copay Paid: 0 | | Check #: |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | 11 Office |
| 97140 BCBS Manual Therapy $40.00 | 1 | 40 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |
| Notes | | | Total 175 | |

| 7/26/2007  Provider: Jeffery R Robinson PT | FollowUp | Copay Paid: 0 | | Check #: |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |
| Notes | | | Total 180 | |

| 7/27/2007  Provider: Jeffery R Robinson PT | FollowUp | Copay Paid: 0 | | Check #: |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |
| Notes | | | Total 180 | |

| **Total Charges: $4,720.00** |
|---|

PRYSHLAK INIT. DISC. 0000121

**Patient Charge Report**

Tax ID: 11-3782102

**Patient: Maria Pryshlak**

From:  **5/25/07**     To:  **6/4/07**

Copay:  **0**

**Maria Pryshlak**

5/25/2007  Provider: Jeffery R Robinson PT        Assessment      Copay Paid: 0              Check #:

| | | | | |
|---|---|---|---|---|
| 97001 PT Evaluation $100.00 | 1 | 100 | | 11 Office |
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |

Notes                                     Total  235

5/31/2007  Provider: Jeffery R Robinson PT        FollowUp      Copay Paid: 0              Check #:

| | | | | |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 1 | 45 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |

Notes                                     Total  135

6/1/2007  Provider: Jeffery R Robinson PT        FollowUp      Copay Paid: 0              Check #:

| | | | | |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |

Notes                                     Total  180

6/4/2007  Provider: Jeffery R Robinson PT        FollowUp      Copay Paid: 0              Check #:

| | | | | |
|---|---|---|---|---|
| 97110 Therapeutic Exercises $45.00 | 2 | 90 | | 11 Office |
| 97140 Manual Therapy $45.00 | 1 | 45 | | 11 Office |
| 97112 Neuromuscular Reeducation $45.00 | 1 | 45 | | 11 Office |

Notes                                     Total  180

**Total Charges: $730.00**

PRYSHLAK INIT. DISC. 0000122

Lower/1B 3065

Lost#

**Metropolitan Police Department, Washington, D.C.**

**TRAFFIC ACCIDENT REPORT**

PD 10 Rev. 7/86    Prescribing Directive G.O. 401.3

**COMPLAINT NUMBER:** 049-300

| 1. DATE OF THIS REPORT | 2. DAY OF WEEK | 4. DATE OF ACCIDENT |
|---|---|---|
| 4-18-07 | 1040 Wed | 4-18-07 |

3. ACCIDENT OCCURRED ON: 3300 Block of Whitehaven St NW

Whitehaven St NW & Wisconsin Ave NW

7. TYPE OF ACCIDENT (CHECK ALL THAT APPLY, EXCEPT FOR PROPERTY DAMAGE)
- NON-COLLISION
- PROP. DAMAGE ONLY
- INJURY
- FATALITY
- HIT AND RUN
- PEDESTRIAN

8. DISTRICT: 20

10. NO. VEHICLES INVOL.: 2

11. NO. INJURED: 

12. NO. OF OCCUPANTS INCLUDING DRIVER
- Veh. 1: [X]2 [X]2 [X]3   4
- Report Taken on Scene: [X] YES

**STRIKING OBJECT / OWNER**

1. NAME OF DRIVER: Circular Bus (Parked)
- Parked
- 14. MODEL/MAKE: Grumman
- Bus Van 03 Blk/Red Rt4083 DC 733M275 MD
- WMATA
- 22. ADDRESS: 2250 26th St NE
- 24. HOME PHONE: 443-629-1838
- VIN: 4EZUF48X47D046105
- 23. BUS. PHONE: (?)925-2172

NAME OF OWNER: WMATA
Parked

2. Enterprise Leasing Co
1-800-266-6635
2273 Research Blvd Rockville MD

**OWNER (Veh 2)**

3. Parking Meter
- NAME OF OWNER: DC Government
- 14. MAKE/MODEL:
- (?)925-2172

4. Milton Harris Building
3300 Whitehaven St NW
- 17. MAKE:
- Thompson, Felicia (Property Manager) (202)333-2482

**Witnesses / Non-Involved**

Koenig, Stephen  2101 Wisconsin Ave
DOB: 8-27-60  W-425-465-012-668 MD DL
H-443-629-1838  W-301-925-2172
Cell 301-221-3473  W (?)625-4229

**PERSONS INVOLVED**

| NAME/ADDRESS/PHONE NO. | AGE | SEX | | | | | INJURY | SEAT | POSITION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Kelsey 170 Saint Paul Apt 104 Baltimore MD | 37 | M | | | | | | N/A | 04 | 03 | 01 | 01 | | | | |
| DOB: | | | | | | | | | | | | | | | | |
| Pryshlak, Mario 2475 Virginia Ave NW Apt 709 | 57 | F | | | | | | N/A | 03 | | N/A | N/A | | | | |
| H-333-4910  DOB 2-18-40 | | | | | | | | | | | | | | | | |



44. NARRATIVE: (Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use Continuation Sheet of report for additional space. If statements are taken, use PD 118 (Def./Suspect Statement), or PD 119 (Compl./Witness Statement).)

On 4-18-07 at approximately 1040 hrs. The operator of V-1 parked his vehicle on the north side of Whitehaven St. within the 3300 Block when his vehicle drifted down hill East on Whitehaven St. V-1's vehicle drifted backwards accross Whitehaven Street and struck V-2. V-2 was also parked facing Eastbound on Whitehaven St. on the South side unoccupied. V-2 was then pushed onto the curb and struck the parking meter next to it. V-1 then continued on jumping the curb and crashing into the Milou Harris Building causing structural damage. Mrs Pryshlak

PRYSHLAK INIT. DISC. 0000124

Complaint No. 1049-302

CONTINUATION SHEET (List item number of section continued with required information.)

Item No. 72.

was sitting inside of that building at her desk when V-1 struck her building throwing her to the floor causing injury to her back and neck. The operator of V-1 was issued a NOI for failing to set his parking brake causing the accident. V-1 and V-2 sustained heavy damage and were towed from the scene. Mrs. Pryshlak was transported to G.W. Hospital with non-life threatening injuries and treated by the emergency room staff.

V-1 is insured by American Home Assur Co, Policy # CA5273850

PRYSHLAK INIT. DISC. 0000125

NORTH

049 - 360

25 MPH

3000 Whitehaven St

Milton Harris Building

Parking meter

Wisconsin

VEHICLE

PEDESTRIAN     BIKE/MOTORCYCLE     Complaint No.

- INDICATE TYPE OF FIXED OBJECT
- INDICATE DIRECTION
- INDICATE POSTED SPEED
- INDICATE VEHICLE BY NO.

45. DIAGRAM: THE PREDETERMINED NORTH IN THE TOP RIGHT HAND CORNER OF THIS SECTION SHALL NOT BE CHANGED BY THE REPORTING OFFICER. THE DIAGRAM MUST CORRESPOND WITH ITEM NO. 44, AND THE NARRATIVE. IF THE REPORT IS BEING TAKEN BY AN OFFICER AFTER THE FACT, THE DIAGRAM SHALL BE COMPLETED TO SHOW THE GENERAL AREA IN WHICH THE ACCIDENT OCCURRED. FREEWAY ACCESS RAMPS, EXIT RAMPS, AND BRIDGES SHALL BE INDICATED.

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

| 43. | Name of Injured Person | Where Taken (Hospital) | By Whom | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| INJURED TO HOSPITAL | Pryshlak, Maria ⊙ | G.W. Hospital ⊙ | Ambo | | | |

Status
01 ☐ Admitted  ☐ Released
02 ☐ Admitted  ☐ Released

**VEHICLE NO. 1**

43. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
13 Hood  14 Roof  15 Trunk  16 Undercarriage  17 Overturned  18 Other (Explain in Narrative)

44. SKID MARKS

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM)
Eastern Whitehaven St
VEHICLE WAS: ☐ LEFT ON SCENE  ☐ DRIVEN AWAY BY
TOWED BY ☐
NAME: M & N Towing
12126 Coubay Rd Beltsville
47. LOCATION TOWED TO

**VEHICLE NO. 2**

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
13 Hood  14 Roof  15 Trunk  16 Undercarriage  17 Overturned  18 Other (Explain in Narrative)

44. SKID MARKS

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM)
Whitehaven
VEHICLE WAS: ☐ LEFT ON SCENE  ☐ DRIVEN AWAY BY
TOWED BY ☐
NAME:
Parked Facing E/Bow
47. LOCATION TOWED TO

**VEHICLE NO. 3**

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
13 Hood  14 Roof  15 Trunk  16 Undercarriage  17 Overturned  18 Other (Explain in Narrative)

44. SKID MARKS

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM)
VEHICLE WAS: ☐ LEFT ON SCENE  ☐ DRIVEN AWAY BY
TOWED BY ☐
NAME:  N/A
47. LOCATION TOWED TO

**VEHICLE NO. 4**

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE
13 Hood  14 Roof  15 Trunk  16 Undercarriage  17 Overturned  18 Other (Explain in Narrative)

44. SKID MARKS

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM)
VEHICLE WAS: ☐ LEFT ON SCENE  ☐ DRIVEN AWAY BY
TOWED BY ☐
NAME:
47. LOCATION TOWED TO

PRYSHLAK INIT. DISC. 0000126

**Michael Hibey**

**From:**     Steve Koenig [STEVEK@donohoe.com]
**Sent:**     Thursday, September 06, 2007 3:49 PM
**To:**       mhibey@bode.com
**Subject:** Notes on bus accident

Notes on bus accident:
Wednesday April 18, 2007

At approximately 10:45AM today I stepped outside for some fresh air. Immediately I noticed a Circulator bus backing down Whitehaven Street. I found this unusual because busses rarely back up. As I watched, the bus picked up speed, crossed the centerline, hit a parked mini van (unoccupied) and continued downhill. The bus then left the roadway and crashed into the building on the opposite side of the street. I crossed the street and entered the bus to check for injured passengers. I walked the length of the bus but found no driver or passengers. (The bus was empty as it rolled down the street into the building. Nobody got off, as the bus rolled downhill or after it hit the minivan or building.) The window at the rear of the bus was broken by the crash, as well as the wall of the building. I looked inside the building, from the back of the bus and spoke to three or four people assisting a woman (European American) that appeared to be partially trapped at her desk by the debris from the wall and ceiling. When I asked, one of the people in the office told me that they were ok.

As I was preparing to leave the bus a man (African American) in blue uniform/hat with a reflective vest entered the bus and asked me if he could use my cell phone, which I handed to him. He then located his phone (near bus driver's seat) and gave me mine back. I overheard him tell someone to stop all busses and to send a supervisor right away. He also said, "I went to use the bathroom and the brake came off".

When the ambulance arrived two men ran out to meet it. Later a woman on stretcher was loaded into the ambulance. I believe this was the woman that had been caught in the building debris.

Other Facts:
The bus engine was not running when I entered the bus
The front door of the bus was open when I entered the bus
The street was dry
The weather was cloudy
EMS and Police arrived at the same time (about 10 minutes after the crash)
I gave a witness statement to the first responding police officer

Witness: Steve Koenig

9/10/2007                                                    PRYSHLAK INIT. DISC. 0000127