UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARIA PRYSHLAK**

    **Plaintiff**

    v.

**FIRST TRANSIT, INC., et al.**

    **Defendants**

Civil No. 1:07-cv-01204

Honorable John D. Bates

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Defendants, First Transit, Inc., and Kelsey Wilson, by and through their undersigned attorneys, Tamara B. Goorevitz, and Franklin & Prokopik, and in compliance with Federal Civil Procedure Rule 26(a)(1), states as follows:

A.    **Rule 26(a)(1)(A)- Witnesses**

    1.    Plaintiff, Maria O. Pryshlak, 2475 Virginia Avenue, N.W., Apt. 709, Washington, DC 20037. Plaintiff has knowledge of the facts of the occurrence, her medical treatment and her follow-up care.

    2.    Officer Lowery, Metropolitan Police Department, Washington, D.C. Upon information and belief, Officer Lower investigated the incident and may have knowledge regarding statements made by witnesses.

    3.    Defendant, Kelsey Wilson, may have knowledge regarding the underlying incident.

    4.    Impeachment witnesses as appropriate.

    5.    Defendants reserve their right to call any other witnesses identified by Plaintiff.

B.  **Rule 26(a)(1)(B)-Documents**

Defendant's counsel is in possession of the following documents:

1. Traffic Accident Report, dated April 18, 2007.

2. Sixty-five color photographs taken at the scene of the occurrence.

C.  **Rule 26(a)(1)(C)- Damages**

Defendant is not making a claim for damages at this time, and therefore is not required to provide a computation for damages.

D.  **Rule 26(a)(1)(D)- Insurance**

Proof of any insurance agreement which any person carrying on an insurance business may be liable to satisfy part or all of a judgment will be made available for inspection and copying.

Respectfully submitted,

/s/ *Tamara B. Goorevitz*
Tamara B. Goorevitz
Federal Bar No. 25700
FRANKLIN & PROKOPIK
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625
Tgoorevitz@fandpnet.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12<u>th</u> day of <u>September</u>, 2007, the foregoing Defendants' Rule 26(a)(1) Initial Disclosures was e-filed and mailed, postage prepaid, U.S. First Class Mail to:

Michael K. Hibey, Esq.
BODE & GRENIER, LLP
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036-4192

/s/ *Tamara B. Goorevitz*
Tamara B. Goorevitz
Federal Bar No. 25700