**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| _____ ) | |
| **MARIA O. PRYSHLAK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1204 (JDB/JMF)** |
| ) | |
| **FIRST TRANSIT, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### PLAINTIFF'S PRELIMINARY RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff Maria O. Pryshlak, by undersigned counsel, hereby discloses to all parties the identities and opinions of the following expert witnesses whom they anticipate will be called to testify on their behalf at the trial of this matter: Susan B. Trachman, M.D.; and Steven C. Scherping, Jr., M.D.

Additionally, Plaintiff states that she met with doctors at the Neurology and Headache Clinic in Alexandria, Virginia today – October 29, 2007. Before today, Plaintiff had not previously sought treatment specifically for her ongoing incident-related migraine headaches, either at the clinic or elsewhere. Because the medical appointment was today, Plaintiff's counsel has not yet reviewed the medical records related to this appointment. Given that Plaintiff's treatment is ongoing, and as it relates to her neurological care, just commencing, Plaintiff reserves the right to supplement these disclosures should the need for additional expert testimony arise out of this neurological and headache care and treatment.

Susan B. Trachman, a psychiatrist and forensic psychiatrist, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the psychiatric injuries and damages to Plaintiff. A copy of Dr. Trachman's written report is attached hereto as Exhibit 1 and incorporated herein per the requirements of Rule 26(a)(2)(B). Also included with Dr. Trachman's report are her fee schedule, curriculum vitae, and a list of cases.

Steven C. Scherping, Jr., M.D., an orthopaedic surgeon specializing in adult spine reconstruction, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the injuries and damages to Plaintiff, the necessity of the medical care she received, and the amount of and reasonableness of the costs related thereto. A copy of Dr. Scherping's written report is attached hereto as Exhibit 2 and incorporated herein per the requirements of Rule 26(a)(2)(B). Also included with Dr. Scherping's report is his curriculum vitae.

Each of the aforementioned reports is based upon the factual information available, and thus may require supplementation to the extent that additional pertinent information is produced or discovered.

Plaintiff reserves the right to offer qualified opinion testimony from individuals who provided medical services to Plaintiff, but have not been retained by Plaintiff to provide expert testimony in this case. These individuals were identified in Plaintiff's Initial Disclosures, as well as in the medical records produced by Plaintiff to the parties.

Plaintiff also reserves the right to designate rebuttal expert witnesses in response to the designations of testifying expert witnesses by the parties. Plaintiff also reserves the right to call to testify at trial, and/or to rely on the testimony or report(s) of, any expert witness(es) designated by any of the parties.

Plaintiff also reserves the right to call any of the following persons to testify at trial for

the presentation of evidence under Rules 702, 703, or 705 of the Federal Rules of Civil

Procedure:

(1)    Officer Lowery and other members of the Metropolitan Police Department
       Government of the District of Columbia
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C.  20001

(2)    Representative from the Georgetown University Office of Risk Management
       3300 Whitehaven Street, N.W.
       Suite 1400
       Washington, D.C.  20007


                              Respectfully submitted,


                      By:    /s/ Peter C. Grenier
                             Peter C. Grenier (D.C. Bar No. 418570)
                             Bode & Grenier, L.L.P.
                             1150 Connecticut Avenue, N.W.
                             Ninth Floor
                             Washington, D.C.  20036
                             (202) 828-4100
                             (202) 828-4130 (fax)
                             *Counsel for Plaintiff*

Dated: October 29, 2007

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of October, 2007, I served a true and correct copy of the foregoing Plaintiff's Rule 26(a)(2) Disclosures by electronic filing upon:

> Tamara Goorevitz
> Franklin & Prokopik
> 2 North Charles Street, Suite 600
> The B & O Building
> Baltimore, MD  21201
> *Counsel for Defendant*

/s/ Peter C. Grenier
Peter C. Grenier

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd.**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Tax ID: 071425242**
**Email: TrachmanM@aol.com**

October 16, 2007

**Re:  Maria O. Pryshlak v. First Transit Inc., et al., Case: 1:07-cv-1204**

Michael K. Hibey, Esquire
Bode and Grenier, LLP
1150 Connecticut Avenue NW
Washington, D.C. 20036-4129

Dear Mr. Hibey,

    Pursuant to your request, I conducted an independent medical assessment on Dr. Maria O. Pryshlak who I saw on October 15 for one and one half hours in my office. In addition to the evaluation of the claimant, I reviewed the documents listed in the following section.  Prior to beginning the evaluation, Dr. Pryshlak was informed that I was hired by your firm and as such, no confidentiality would exist. In addition, I told her that I would be preparing a report that included the material which we addressed and that it might or might not help his case.  Dr. Pryshlak was also reminded that I would not at any time be her treating psychiatrist.  She indicated that she understood the guidelines of the evaluation and agreed to proceed.

**Records Reviewed:**
Complaint and Jury Demand
Records from George Washington University Emergency Room
Records from George Washington University Medical Faculty Associates
Physical therapy records from Outpatient Rehabilitation Center
Dr. Steven Scherping office notes
Results of sensory nerve conduction study, Department of Neurology, George Washington Medical Center
Dr. Cullen office notes
Letter from Dr. Eileen Dunn, psychologist to Ms. Bonita Formwald
Summary of Dr. Dunn's charges for office visits
Records from Dr. Scott Edwards

**Summary of Case:**

Dr. Pryshlak told me that on April 18, 2007, she was at work in her office at the Georgetown University Center for Intercultural Education and Development on Whitehaven Street.  She was seat at her desk with her back to the window talking with a colleague when she felt an enormous "shake" in the building followed by a loud explosion.  She told me that she thought a bomb had exploded. She recalls briefly seeing a "white object" hurtling by in the corner of her eye before being thrown against her desk by a massive force. She said that she hit her shoulder, back, neck and head.  She learned only when being evacuated from the building that a bus had burst through the window causing glass and debris to be thrown throughout her office and a wall to collapse on top of her.  She said that she was worried that "whatever was on me would crush me."  When the loud noise occurred, a coworker rushed into her office and when she could not see her shouted, "Maria is dead."  When the paramedics arrived, Dr. Pryshlak was unbelievably able to leave the building on her own two feet with their help. She did complain of severe pain in her sternum and shoulders.  She was transported to George Washington University Hospital because it was felt that she needed to be evaluated in a trauma center.  After being evaluated there, she was released and initially felt sore but otherwise "fine."  In the days after the accident, her symptoms became increasingly worse including severe headaches, neck and back pain and the development of psychiatric symptoms.  This evaluation is requested in order to document the nature of those symptoms and to assess whether she has received adequate treatment.  In addition, request has been made to determine if these symptoms are likely chronic and if not, when they could reasonable be expected to improve.

**Past Psychiatric History:**
None

**Family History:**
None

**Medical History:**
Melanoma diagnosed in 1996 with metastasis three months later. Received aggressive chemotherapy. Currently disease free.

**Medications:**
Lipitor

**Drug/Alcohol History:**
Dr. Pryshlak drinks socially.  There is no history of drug abuse.

**Personal/Social History:**

Dr. Pryshlak was born in Europe but immigrated to the U.S. with her family when she was a year and a half. She attended school in Manhattan, was an excellent student and received her Ph.D. from Columbia University. Her parents were refugees after World War II and spent time in refugee camps. As a child, she heard stories from her mother about escaping from the Nazis and from the Soviets. A great deal of her family was killed in Siberia. She has lived in the Washington, D. C. area since 1985. Although never married, she is in a long term relationship.

**Employment History:**

Dr. Pryshlak has worked in her current position at Georgetown University since 1990. Prior to that, she worked overseas in Poland, taught at Georgetown and edited a journal.

**Activities of Daily Living:**

Dr. Pryshlak has only recently returned to her job fulltime in the past two weeks. Prior to that, she worked part-time. When she goes to work, she avoids walking on the street where the buses run. She enters her building from the rear, away from where the bus came through the window. Her office was destroyed as a result of the accident. It is being remodeled and rearranged to suit her and to avoid any resemblance to the way it looked on the day of the accident. She has not been back to her office yet. Instead, she is working in a windowless cubicle for part of the time, and works at home on some days. Currently, she complains of pain in her leg during weight bearing, and shooting pain in her leg when she sits in certain positions. She also complains recently of "burning pain" in her feet. She has had severe headaches which recently have increased in frequency. She also complains of a stiff neck.

**Current Psychiatric Treatment:**

Dr. Pryshlak sees her therapist, Dr. Dunn twice weekly. She is not currently taking medication.

**Dr. Pryshlak's Description of Limitations on her Functioning:**

Dr. Pryshlak can no longer jog or engage in strenuous walking. She has tried to swim but is limited by leg pain. It is very difficult for her to sit for long periods of time, particularly on airplanes. This will pose a great hindrance to her in the future because her job requires frequent overseas travel. She used to exercise regularly including weight lifting. Since she can no longer do this, she gave away her total gym. She can drive but complains of severe pain when she gets out of her car.

**Mental Status Exam:**

Dr. Pryshlak arrived on time and was stylishly dressed. She is very articulate and demonstrates above average intelligence. Her thought form was goal

directed. There was no evidence of psychotic content. Her mood was slightly anxious. Her affect was appropriate to verbal content. She cried quite easily, especially when talking about how she feels that she is different than before the accident. She was alert and oriented. Judgment and insight were intact. She endorsed the following symptoms: difficulty falling asleep and maintaining sleep at least three out of seven nights. She has recurrent nightmares, the content of which includes climbing a hill and being pushed off, being pushed by a bus, breaking bones, charred bodies, and dying. Sometimes she wakes up and "feels as though someone is in the room trying to kill me." She has lost thirteen pounds from lack of appetite. Her energy is diminished. She told me that she "gets tired a lot." She is tearful and reports feeling anxious. Her memory is impaired in terms of short term memory. She described a sense of detachment from the world and those in it in terms of "seeing things through a film but I can't seem to get through it." She went on to say that "I can't appreciate a beautiful day and colors don't look as bright as they did before." She described a sense of a foreshortened future in terms of "I feel like I'll be told I have a deadly illness." When she sees the street where the bus was, she "gets a gnawing feeling" in her abdomen. She avoids walking on the street where the bus traveled. However, she doesn't get anxious when she sees buses, and doesn't avoid riding on buses. Certain sounds will cause her to have an exaggerated startle reflex, particularly "whooshing" sounds which remind her of the sound of a bus going by. She denies flashbacks of the accident, but she is preoccupied with thoughts of death. She does, on occasion, have angry outbursts. Her long term companion has said, "he doesn't recognize me." Since the accident, she reports a loss of faith in her religion, and a feeling of "disconnect" from her church.

**Diagnosis:**
      I. Posttraumatic Stress disorder
      II. Deferred
      III. Hypercholesterolemia
      IV. Severe, recovery from serious accident, pending lawsuit
      V. GAF: 70

**Impression:**
  Maria Pryshlak is a 58 year old woman with no past psychiatric history who was well until she was the victim of a bus crashing through her office in April of 2007. Since that time she has had ongoing problems with chronic pain and the development of posttraumatic stress disorder. She has no previous risk factors for this. There is no history of prior trauma or abuse and she did nothing to contribute to the incident that occurred on April 18. She survived a serious form of cancer and underwent a very aggressive form of treatment to become disease free. At no time during this episode, did she develop any symptoms of depression or anxiety. Instead, her current symptoms are the direct result of the accident that occurred on April 18, 2007. Dr. Dunn appears to have developed an excellent therapeutic alliance with the claimant. The type and scope of the current treatment seem appropriate, as do her charges. However, Dr. Pryshlak

has not had a trial of antidepressant medication such as Zoloft or Lexapro which have been shown to positively affect the outcome of posttraumatic stress disorder. I would suggest that this be included in her treatment regimen at this point if she is agreeable. It is hard to predict with certainty how long these symptoms are likely to remain in effect. Some cases resolve within 6-12 months with adequate treatment, others become more chronic. It would make sense to add the psychopharmacologic arm of treatment at this point and she how she responds over the next 3-6 months. That will likely provide additional data that can help in making a more definitive prediction of the degree to which she would be expected to recover. The cost for this is hard to predict, However based on her therapist's current rate of $150.00 per session seeing her twice weekly for one year would come to $17-18,000. Adding in the cost of medication which is variable depending on whether she is prescribed a name brand or generic drug, the cost would range between $100-200 per month. This could be less if her insurance has medication benefits which reduce the claimant's copay. She has many factors in her favor, namely her intelligence, the lack of a prior psychiatric history, steady employment and a long term relationship. These opinions are made with a reasonable degree of medical certainty based on the information provided to me at this time. If additional data is made available to me at a later date, I would be glad to review it and revise my opinions if indicated.

Sincerely,

Susan B. Trachman, M.D.
Virginia license #0101042663
Diplomate, American Board of Psychiatry and Neurology
Added Qualifications in Forensic Psychiatry
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd.**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Tax ID: 071425242**
**Email:  TrachmanM@aol.com**

October 16, 2007

**Re:  Maria O. Pryshlak v. First Transit Inc., et.al.**

Mr. Michael Hibey, Esquire
Bode and Grenier, LLP
1150 Connecticut Avenue, NW
Washington, D.C. 20036-4192

   Pursuant to your request, I have compiled a list of all charges submitted to your firm to date for payment as an expert witness in the above referenced case.

Sincerely,

Susan B. Trachman, M.D.
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University

Retainer received: $2,000.00
Hourly rate: $400.00
Current hours worked: 5
Current fee (as of 10/16/07) $2,000.00

**SUSAN B.TRACHMAN, MD**
**8301 Arlington Blvd. Suite#505**
**Fairfax, Va. 22031**
**Telephone (703)573-8259**
**Fax (703)573-5429**
**Email: TrachmanM@aol.com**
**Tax ID: 071425242**

**PERSONAL**
> Date of Birth: August 21, 1955
> Place of Birth: New York
> Marital Status: Married

**EDUCATION**
> 1977 B.A. Magna Cum Laude State University of New York at
> Albany
> 1979 M.S.W. (Honors) University of Maryland School of Social
> Work and Community Planning
> 1986 M.D. (Honors) University of Texas Health Science Center
> at Houston

**PROFESSIONAL TRAINING**
> 1997-1998 Fellow in Forensic Psychiatry, University of
>           Pennsylvania Medical Center. Robert L. Sadoff,
>           Director
> 1990-1991 Fellow in Consultation Liaison Psychiatry,
>           Georgetown University Medical Center/Fairfax
>           Hospital. Thomas N. Wise, Director
> 1989-1990 Chief Resident and Inpatient Attending
>           Psychiatrist, Department of Psychiatry, George
>           Washington University Medical Center.
> 1987-1989 Resident in Psychiatry, George Washington
>           University Medical Center
> 1986-1987 Categorical Internship, George Washington
>           University Medical Center.

**HONORS AND AWARDS:**
> 1986: Alpha Omega Alpha National Honor Medical Society
> 1986:  Janet Glasgow Memorial Award University of Texas
> Medical School
> 2000: Who's Who in American Professional Women
> 2006: Consumer's Research Council of America "Best
> Psychiatrists in America"

**PROFESSIONAL POSITIONS/APPOINTMENTS**
> 2006-Associate Clinical Professor of Psychiatry, George
> Washington University Medical Center

2001-Present Associate Clinical Professor of Psychiatry, Georgetown University Medical Center
1991-Present Private Practice in Psychiatry Fairfax, Virginia
1992-1999 Senior Psychiatric Consultant George Mason
            University Counseling Center.
1991-Present Clinical Supervisor and attending physician
            fellowship program in consultation liaison
            psychiatry, Georgetown University/Fairfax Hospital
1990-2001  Assistant Clinical Professor of Psychiatry,
            Georgetown University Medical Center
1988-1990  Instructor in Psychiatry, George Washington
University Medical Center
1988-1990 Emergency Psychiatrist, Northwest Center for
Community Mental Health
1979-1982 Social Worker,Plainview-Old Bethpage Public School
System

**ADDITIONAL PROFESSIONAL ACTIVITIES**

1993-Present Consultant, Depression After Delivery:National
            Association for Postpartum Disorders.
1990-1991 Consultation Liaison Psychiatry Supervisor of PGY-1
            Residents, Georgetown University Medical Center
1990-1991 Clinical Supervisor for Medical Oncology Social
            Work Staff, Fairfax Hospital
1989-1990 Clinical Supervisor for PGY-2 Residents, George
            Washington University Medical Center, Department of
            Psychiatry
1989-1990 Seminar Leader, Psychopathology course for second
            year medical students, George Washington University
            Medical Center
1989-1990 Seminar Leader, Interviewing course for second year
            medical students, George Washington University Medical
            Center.
1988-1990 Member, Residency Training Committee, Department of
            Psychiatry, George Washington University Medical Center

**RESEARCH ACTIVITIES**

1989-1990 "Evaluating Predictors of Post-Partum Depression,
            Departments of Psychiatry and Obstetrics and Gynecology,
            The George Washington University Medical Center
1982-1983 Research Elective, "Cognitive Performance in
            Pediatric Patients after Intrathecal Methotrexate,"
            University of Texas Medical School and M.D. Anderson
            Tumor Institute
1976-1977 Senior Research Elective, SUNY at Albany "Motive to
            Avoid Success in College Women," Presented at the
            Annual Meeting of the Eastern Psychological Association

**PUBLICATIONS**

Trachman,S.B.,Begun,D.L.,and Kirsch,D.G.: Carcinomatosis Presenting as Delirium: A Case Report. **Psychosomatics** Vol 32:4,pp.455-457. 1992

Trachman S.B.: Buspirone Induced Psychosis in an HIV Positive Man. **Psychosomatics** Vol 33:3, pp.332 -335. 1992

Trachman,Susan B., M.D.  The Dual Role Dilemma: **Fairfax Bar Journal**,Vol.XXVI, No.3, March 1999.

Trachman,Susan B., M.D.  The Dual Role Dilemma: **Journal of the Arlington Bar Association**, January 1999.

Trachman, Susan M.D. Post-traumatic stress disorder in litigation, in Kittaef, Jack PhdJD **Phantom Psychological Phenomenon, Pseudoscience, and Junk Science**. *Cambria* Press 2007.

**LICENSURE**

1998 Diplomate, American Board of Psychiatry and Neurology, Subspecialty in Forensic Psychiatry
1991 Diplomate, American Board of Psychiatry and Neurology, General Psychiatry
1988 Medicine and Surgery, Commonwealth of Virginia, #0101042663
1987 Diplomate, American Board of Medical Examiners, #320697

**PRESENTATIONS**

May 2003 " Treatment of Depression in the Medically Ill" Grand Rounds Presentation at Hagerstown Medical Center Hagerstown, Maryland

March 2003 "Mood Disorders Throughout the Female Life Cycle" Presentation for Pfizer sponsored CME Tyson's Corner Virginia

December 2002 "Treatment of Depression" Guest Speaker for the Northern Virginia Epilepsy Foundation Burke, Virginia

September 2002 "Somatoform Disorders" Presentation for the Fairfax Women's Psychiatric Journal Club Tyson's Corner Virginia

March 2001 "Sleep Disorders" Presentation for Life with Cancer INOVA Fairfax Hospital, Fairfax Virginia

October 2001 "Depression in the Medically Ill" Presentation for Life with Cancer Program, INOVA Fairfax Hospital, Fairfax, Virginia

October 2000 "Women and Depression" Presentation at Women's Health Conference Fairfax Hospital, Fairfax Virginia

May 1998 "Predicting Workplace Violence". Presentation to Employee Assistance Staff, United States Pentagon

May 1998 "Premenstrual Syndrome." Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1997 "Eating Disorders". Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1996 "Depression and Medical Illness". Presentation to the Department of Oncology, Fairfax Hospital Fairfax Virginia

May 1992 "Depression and Medical Illness". Presentation to the Endometriosis Alliance of Greater Washington, Columbia Hospital for Women Washington D.C.

Mar 1992 "Women and Depression: Facts and Myths". Presentation for Clinical Conversations, Dominion Hospital Falls Church Virginia

Jan 1992 "Physical Illness and Depression". Presentation to the Mental Health Association of Northern Virginia Fairfax Virginia

Apr 1988 "Multiple Personality Disorder". Grand Rounds Presentation, Department of Psychiatry, George Washington University Medical Center Washington D.C.

**PROFESSIONAL MEMBERSHIPS**

Virginia Medical Society
Virginia Psychiatric Society
American Academy of Psychiatry and the Law
Academy of Occupational and Organizational Psychiatry
Academy of Psychosomatic Medicine

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd. #505**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Email: TrachmanM@aol.com**
**Tax ID: 071425242**

October 18, 2007

Expert Witness Testimony 2002-2007

Gregory Miller, Administrator of the Estate of Theresa M. Miller v. John L. Hendrickson, M.D., Randall A. Scott, M.D. and Centra Health, Inc.
*Woods, Rogers and Hazelgrove, Roanoke, Virginia* 2002 (Defense)

Antoinette Byrdsong v. Forest Hill Manor et. al.
*Williamson and Lavecchia, L.C. Richmond, Virginia 2003*   (Plaintiff)

Berkeley Ltd. Partnership v. BLP
*Winston and Strawn Washington, D. C. 2003*    (Defense)

Ralph Hartman v. Gregory Peck et. al.
*BeatyTiller Richmond, Virginia 2006*   (Defense)

Schneider v. Harco et al
*McGuire Woods Fairfax, Virginia 2006* (Defense)


Susan B. Trachman, M.D.
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University



# Georgetown University Hospital ☰

## *MedStar Health*

**Department of Orthopaedics**

October 23, 2007

RE:   Maria O. Pryshlak
      D.O.B. 02/18/1949

To Whom It May Concern:

I have reviewed the available medical records and bills provided to me regarding the treatment of Maria Pryshlak subsequent to her traumatic event of April 18, 2007.  The medical records were provided to me by the patient's representative, Michael K. Hibey, Esquire, and include the following:

1.   Records from George Washington University Hospital
2.   Bill from George Washington University Hospital
3.   Records from Medical Faculty Associates
4.   Bill from Medical Faculty Associates
5.   Records from the Outpatient Rehabilitation Center
6.   Records from Georgetown University Hospital, Dr. Scherping and Dr. Edwards
7.   Bill from Georgetown University Hospital, Dr. Scherping and Dr. Edwards
8.   Records from Dennis Cullen, M.D.
9.   Bill from Dennis Cullen, M.D.
10.  Records from Physical Therapy:  CORE
11.  Bill from Physical Therapy:  CORE
12.  Bill from DC Fire and EMS Department.

As a supplement to this report I have also attached a copy of my curriculum vitae which includes my qualifications, as well as publications.  I have not testified as

Sam W. Wiesel, MD
*Chairman*
*Adult Spine Reconstruction*
Paul S. Cooper, MD
*Foot & Ankle*

F. Clarke Holmes, MD
*Sports Medicine*
Steven C. Scherping, MD
*Adult Spine Reconstruction*
John N. Delahay, MD
*Vice Chairman for Education*
*Pediatric Orthopaedics*
*General Orthopaedics*

Scott G. Edwards, MD
*Hand & Elbow Surgery*
Brian G. Evans, MD
*Vice Chairman for*
*Operations and Finance*
*Joint Reconstruction*

John J. Klimkiewicz, MD
*Sports Medicine*
William C. Lauerman, MD
*Adult & Pediatric Spine,*
*Scoliosis Surgery*
Francis X. McGuigan, MD
*Joint Reconstruction*
*Foot & Ankle*

3800 Reservoir Road, NW, G-PHC, Washington, DC 20007-2113
*phone:* 202 444 8766 • *fax:* 202 444 7804
georgetownortho.org

Maria O. Pryshlak
October 23, 2007
Page 2

an expert witness in trial or at deposition within the past four years. The only exception to this is my participation as an expert witness as to fact and outlining the care I've provided for patients within my clinical practice. I have not been compensated for preparing this report.

I first evaluated Ms. Pryshlak on May 14, 2007 at the request of Dr. Dennis Cullen. Ms. Pryshlak had informed me that she was involved in a traumatic event on April 18, 2007. She was in her office when a bus drove through the wall of the office building and she was apparently struck in the back of her neck and shoulders. She had been seen at that time in the Emergency Room at George Washington University Hospital. She had been discharged to her home after her evaluation in the Emergency Room.

At the time of her office visit she continued to have pain in her posterior neck. She also noted a sensation of numbness and tingling into her left upper extremity, as well as past headaches. My impression at the time of her office visit was that she had suffered a cervical strain-type injury with a probable component of a brachial neuropraxia vs. an ulnar neuritis. I had recommended that she become involved in another Physical Therapy program. I had also recommended that she be evaluated with Dr. Scott Edwards with our group regarding a possible neuropraxia vs. ulnar neuritis.

I re-evaluated Ms. Pryshlak in the office on June 4, 2007. At that time she continued to have posterior neck pain, though it had been improved with the Physical Therapy. She had also reported at that time pain in the left side of her low back and buttocks region. I had recommended that she initiate some Physical Therapy for the low back as well, in anticipation of treating a strain-type injury of the lumbar spine. It was also recommended that she continue with some anti-inflammatories as well as some muscle relaxants.

At the time of her office visit of August 6, 2007 she was continuing to have pain in her low back and buttocks region extending down into her left thigh. She also noted and increase in the number of headaches. It was therefore recommended that Ms. Pryshlak be evaluated with an MRI scan of the lumbar spine. She was seen back in follow-up on August 28, 2007. There was no significant change in her symptomatology. The MRI scan of the lumbar spine identified a slight protrusion at the L4-L5 level without evidence of any significant spinal stenosis or nerve root compression. It was recommended at that time that we continue with the Physical Therapy in addition to the medications.

Maria O. Pryshlak
October 23, 2007
Page 3


I continued to follow Ms. Pryshlak until her most recent follow-up October 15, 2007. At that time she had reported some ongoing pain around her left hip girdle although it had improved since the time of our last office visit in September. She did report at that office visit a sensation of burning in her feet. As there is no evidence of any significant stenosis of the lumbar spine, I had recommended that she continue the planned evaluation by a neurologist.

In summary, I have evaluated and treated Ms. Pryshlak subsequent to her traumatic injury of April 18, 2007. I believe this event was the immediate and proximate cause of a strain-type injury of both the cervical as well as the lumbar spine. It is hoped and anticipated that the residual symptomatology will continue to improve over further time. I do believe that the treatment subsequent to this event in April 2007 to date of Ms. Pryshlak has been both reasonable and necessary, and that the costs of such treatment are both reasonable and necessary. I also believe that her extended inability to work following the April 2007 event is both reasonable and necessary.

If I can be of further assistance in this matter, please do not hesitate to contact me.

Sincerely,

Steven C. Scherping, Jr., M.D.

Enclosure(s)

# Steven Carl Scherping, Jr., M.D.

**Work Address**

Department of Orthopaedic Surgery
Georgetown University Hospital
Gorman Bldg., First Floor
3800 Reservoir Road, NW
Washington, DC 20007-2197
Phone (202) 444-1637
Fax (202) 444-1655

**Home Address**

226 Falcon Ridge Road
Great Falls, VA 22066
(703) 757-9334

E-mail: SCS2@gunet.georgetown.edu

## Appointments and Positions

10/01-present     Assistant Professor
Georgetown University Hospital, Washington, DC
Department of Orthopaedic Surgery
Chairman:    Sam W. Wiesel, M.D.

8/99-9/01     Clinical Instructor
Georgetown University Hospital, Washington, DC
Department of Orthopaedic Surgery
Chairman:    Sam W. Wiesel, M.D.

## Education and Training

7/98-6/99     University Hospitals, Cleveland, OH
Fellow in Orthopaedic Spine Surgery, Department of Orthopaedic Surgery
Director:    Henry H. Bohlman, M.D.

7/97-6/98     University of Pittsburgh, Pittsburgh, PA
Clinical Instructor, Department of Orthopaedic Surgery

7/94-6/97     University of Pittsburgh, Pittsburgh, PA
Resident, Department of Orthopaedic Surgery

7/93-6/94     University of Pittsburgh, Pittsburgh, PA
Honors Research Fellow, Department of Orthopaedic Surgery

7/92-6/93     University of Pittsburgh, Pittsburgh, PA
Internship, Department of General and Orthopaedic Surgery

1988-1992     SUNY Health Science Center, Syracuse, NY
M.D. awarded May 1992

1984-1988     Cornell University, Ithaca, NY
B.S. awarded May 1988

**Academic Honors**

**SUNY Health Science Center at Syracuse**
    Alpha Omega Alpha Medical Honor Society, Junior-Elected, 1991
    Magna Cum Laude, SUNY Health Science Center, 1992
    Graduate of Medical Student Research Program, SUNY Health Science Center
        Senior Project entitled "The Effect of Transforming Growth Factor-Beta on the
        Phosphate Metabolism of Cultured Rabbit Renal Tubular Cells," 1992

**Cornell University**
    New York State Regents Scholarship, 1984-1988
    Dean's List    1985-1987
    Senior Teaching Assistant, 1987
    Phi Kappa Psi Fraternity Graduate School Scholarship for Academic Achievement, 1988

**University of Pittsburgh**
    Chairman-Selected Research Fellow, 1993
    Chairman-Selected Resident Research Representative for the Annual Meeting of the AAOS,
New Orleans, LA, 1998

**Licensure and Examinations**

National Board of Medical Examiners
Part   I      6/90   pass
       II     4/92   pass
       III    3/93   pass

American Board of Orthopaedic Surgery
Part   I      7/97   pass
       II     7/01   pass

State Licensure Virginia, Maryland, District of Columbia (current)

**Publications**

    **Scherping SC, Jr.,** Schmidt CC, Georgescu HI, Kwoh CK, Evans CH, Woo S.L-Y.  The effect of Aging on the Proliferative Response of Anterior Cruciate and Medical Collateral Ligament Fibroblasts to Growth Factors.  Trans Ors Res Soc 1995;20(1):92.

    **Scherping SC, Jr.,** Suh J-K, Marui T, Joshi M, Pappas M, Steadman JR, Woo S.L-Y.  Effect of Subchondral Plate Preservation on Repair of Large Cartilage Defects.JAOSSM, 1995.

    Suh JK, **Scherping SC, Jr.,** Marui T, Steadman JR, Woo S.L-Y.  Basic Science of Articular Cartilage Injury and Repair.  Oper Tech Sports Med 1995;3(2):78-86.

    **Scherping SC, Jr.,** Schmidt CC, Georgescu HI, Kwoh CK, Evans CH, Woo S.L-Y.  Effect of Growth Factors on the Proliferation of Ligament Fibroblasts from Skeletally Mature Rabbits. Conn Tiss Res 1997; 36(1):1-8.

**Scherping SC, Jr.,** and Kang JD. Injuries of the Occipital C1-2 Complex. Top Emerg Med 1997;19(3):43-56.

Emery SE, Cannada LK, **Scherping SC, Jr.,** Jones PK. Pseudoarthrosis of the Cervical Spine: A Comparison of Radiographic Diagnostic Measures. Trans Cervical Spine Research Society 1999;27:134.

**Scherping SC.** The Management of Spinal Column Tumors at the Cervicothoracic Junction. Sem Spine Surg. 12(1):42-48, 2000.

**Scherping SC.** Thoracic Disc Disease and Stenosis. Sem Spine Surg. 12(3):132-140, 2000.

**Scherping SC,** Lauerman WC. Facet Dislocations of the Cervical Spine. Sem Spine Surg. 13(1):2-10, 2001.

**Scherping SC.** Cervical Disc Disease in the Athlete. Clinics in Sports Medicine. 21(1):37-47, 2002.

Cannada LK, **Scherping SC,** Yoo JU, Jones PK, Emery SE. Pseudoarthrosis of the Cervical Spine: A Comparison of Radiographic Diagnostic Measures. Spine 28(1):46-51, 2003.

**Scherping SC.** Anterior Cervical Discectomy and Fusion: Role of Anterior Plate Fixation in Degenerative Cervical Disorders. Sem Spine Surg 16(1):35-41, 2004.

**Scherping SC.** Revision Anterior Cervical Decompression and Fusion. Sem Spine Surg in press.


Chapters:

**Scherping SC, Jr.,** and Kang JD. Upper Cervical Spine Trauma: Evaluation and Management. In: Pellegrini VD., Jr., and Evarts CM, eds. Operative Orthopaedics: Principles and Practice. Stamford, Appleton and Lang, 1998.

Klimkiewicz JJ, **Scherping SC.** Physical Diagnosis. In Wiesel SW and Delahay JN, eds. Principles of Orthopaedic Medicine and Surgery. Philadelphia, W.B. Saunders; pp 51-70, 2001.

**Scherping SC, Jr.,** and Kang JD. Fractures and Dislocations of the Upper Cervical Spine. Surgery of the Cervical Spine. In: Emery SE and Boden S, eds. Surgery of the Cervical Spine. Philadelphia, W.B. Saunders; pp 157-182, 2003.

**Scherping SC.** History and Physical Examination. In Frymoyer JW and Wiesel SW, eds. The Adult and Pediatric Spine, Third Edition. Philadelphia, Lippincott Williams and Wilkins; pp 49-68, 2004.

Watson VE, **Scherping SC**. Overview of Discography, Facet Blocks, and Nerve Root Blocks. In Frymoyer JW and Wiesel SW, eds. The Adult and Pediatric Spine, Third Edition. Philadelphia, Lippincott Williams and Wilkins; pp 103-110, 2004.

**Scherping SC**. Orthopaedic Infections, The Spine. In Essentials of Orthopaedic Surgery, Third Edition, in press

Book(s):

**Scherping SC**, Boden SD, Borenstein DG, Wiesel SW. Neck Pain. Third Edition. Lexis publishing, New York, 2000.

## Professional Presentations

Scherping SC, Jr., Schmidt CC, Georgescu HI, Evans CH, Woo S.L-Y. Age-related Changes on the Proliferative Response of Anterior Cruciate and Medial Collateral Ligament Fibroblasts to Growth Factors. Annual Residents' Research Day, Department of Orthopaedic Surgery, University of Pittsburgh, Pittsburgh, PA, May 1994.

Scherping SC., Jr., Schmidt CC, Georgescu HI, Kwoh CK, Evans CH, Woo S.L-Y. The Effect of Aging on the Proliferative Response of Anterior Cruciate and Medical collateral Ligament Fibroblasts to Growth Factors. 41st Annual Meeting of the Orthopaedic Research Society, Orlando, FL, February 13-16, 1995.

Scherping SC, Jr., Suh J-K, Marui T, Joshi M, Pappas M, Steadman JR, Woo S.L-Y. The Effect of Subchondral Plate Preservation on Repair of Large Cartilage Defects. 21st Annual Meeting of the American Academy of Sports Medicine, Toronto, Canada, July 16-19, 1995.

Scherping SC, Jr. and Cook PC. Evaluation and Management of Pediatric Femur Fractures. Multidisciplinary Conference on the Management of Pediatric Trauma. Childrens' Hospital of Pittsburgh, Pittsburgh, PA, December, 1996.

Scherping SC, Jr., Kang JD, Donaldson WF, III., Vogt M. Anterior Cervical Discectomy and Fusion: Clinical and Radiographic Outcomes of Patients With and Without Anterior Cervical Plates. Annual Residents' Research Day, Department of Orthopaedic Surgery, University of Pittsburgh, Pittsburgh, PA, April 1998.

Emery SE, Cannada LK, Scherping SC, Jr., Jones PK. Pseudoarthrosis of the Cervical Spine: A Comparison of Radiographic Diagnostic Measures. Cervical Spine Research Society 1999.

Scherping SC. Neck Pain. Grand Rounds, Dept. of Otolaryngology Georgetown University Hospital, April 2000

Scherping SC. American Academy of Orthopaedic Surgeons, Review and Update for Practicing Orthopaedic Surgeons, Tampa, Fl. "Adult Spinal Deformity", "Fractures of the Thoracolumbar Spine", "Degenerative Disorders of the Thoracolumbar Spine", 2001.

Scherping SC. American Academy of Orthopaedic Surgeons, Review and Update for Practicing Orthopaedic Surgeons, Washington, DC. "Fractures of the Thoracolumbar Spine", "Degenerative Disorders of the Thoracolumbar Spine", 2002.

Scherping SC. Rheumatoid Arthritis of the Cervical Spine. Grand Rounds, Dept. of Rheumatology Georgetown University Hospital, Oct 2005

**Professional Societies**

| | |
|---|---|
| 1993-present | Diplomate of the National Board of Medical Examiners |
| 1997-present | Cornell University Alumni Ambassador |
| 2001-present | Fellow, American Academy of Orthopaedic Surgeons |

TOTAL P.09