UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARIA O. PRYSHLAK** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-1204 (JDB/JMF) |
| **FIRST TRANSIT, INC., et al.** | ) |
| **Defendants.** | ) |

## STIPULATION OF LIABILITY

Defendants First Transit, Inc. and Kelsey Wilson (collectively, "Defendants"), by undersigned counsel, and with the consent of Plaintiff, hereby stipulate to liability.

Accordingly, by stipulation of all parties, this case shall proceed to trial solely on the issue of damages. Nothing contained in this stipulation shall relieve Plaintiff of her burden of proof regarding the proximate cause of any alleged damages, and the reasonableness and necessity of any medical treatment and bills. Defendants are not precluded from presenting defenses thereto.

Respectfully submitted,

By: /s/
Tamara B. Goorevitz (D.C. Bar No. 465740)
Franklin & Prokopik
2 North Charles Street, Suite 600
The B & O Building
Baltimore, MD 21201
Tel. (410) 230-3625
Fax: (410) 752-6868
*Counsel for Defendants*

                                                                       /s/
By:  Peter C. Grenier (D.C. Bar No. 418570)
       Bode & Grenier, L.L.P.
       1150 Connecticut Avenue, N.W.
       Ninth Floor
       Washington, D.C.  20036
       Tel: (202) 828-4100
       Fax: (202) 828-4130
       *Counsel for Plaintiff*

Dated: November 21, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2007, I served a true and correct copy of the foregoing Stipulation of Liability to Defendant First Transit, Inc. and Defendant Kelsey Wilson by electronic case filing and U.S. mail, first class upon:

    Tamara Goorevitz
    Franklin & Prokopik
    2 North Charles Street, Suite 600
    The B & O Building
    Baltimore, MD  21201
    *Counsel for Defendants*

                                                                     /s/
                                                     Peter C. Grenier