UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARIA O. PRYSHLAK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1204 (JDB/JMF) |
| | ) |
| FIRST TRANSIT, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(2) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2) & 26(e)(1), and in accordance with Plaintiff's Preliminary Rule 26(a)(2) Disclosures filed on October 29, 2007, Plaintiff Maria O. Pryshlak, by undersigned counsel, hereby discloses to all parties the identities and opinions of the following supplemental expert witness whom she anticipates will be called to testify on her behalf at the trial of this matter: Marianne Schuelein, M.D.  Dr. Schuelein's anticipated testimony is in addition to the expert witnesses previously disclosed in Plaintiff's Preliminary Rule 26(a)(2) Disclosures: Susan B. Trachman, M.D. and Steven C. Scherping, Jr., M.D.

Marianne Schuelein, M.D., a board certified neurologist, is expected to provide expert testimony concerning, *inter alia*, the cause and extent of the neurological injuries and damages to Plaintiff.  A copy of Dr. Schuelein's written report is attached hereto as Exhibit 1 and incorporated herein per the requirements of Rule 26(a)(2)(B).  Also included with Dr. Schuelein's report are her fee schedule, curriculum vitae, and a list of cases.

The aforementioned report is based upon the factual information available, and thus may

require supplementation to the extent that additional pertinent information is produced or discovered.

                                  Respectfully submitted,

                    By:    /s/ Peter C. Grenier
                            Peter C. Grenier (D.C. Bar No. 418570)
                            Bode & Grenier, L.L.P.
                            1150 Connecticut Avenue, N.W.
                            Ninth Floor
                            Washington, D.C. 20036
                            (202) 828-4100
                            (202) 828-4130 (fax)
                            *Counsel for Plaintiff*

Dated: December 4, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2007, I served a true and correct copy of the foregoing Plaintiff's Supplemental Rule 26(a)(2) Disclosures by electronic filing upon:

>Tamara Goorevitz
>Franklin & Prokopik
>2 North Charles Street, Suite 600
>The B & O Building
>Baltimore, MD  21201
>*Counsel for Defendant*

>/s/ Peter C. Grenier
>Peter C. Grenier



GEORGETOWN UNIVERSITY MEDICAL CENTER

Department of Neurology
Marianne Schuelein, M.D.

December 3, 2007

Michael K. Hibey, Esq.
Bode & Grenier
1150 Connecticut Avenue, NW
Ninth Floor
Washington, D.C. 20036-4129

        **Re: Maria O. Pryshlak v. First Transit, Inc., et al.**

Dear Mr. Hibey:

I have reviewed the following records and documents concerning Dr. Maria Pryshlak and the accident in which she was involved on April 18, 2007.

1. Complaint and Jury Demand
2. Letter to Mr. Rian Schaffner from Peter C. Grenier, Esq.
3. Photographs of the Circulator Bus and the Harris Building
4. Traffic Accident Report
5. Letter from Mr. Rian Schaffner to Michael Hibey, Esq.
6. DC Fire and EMS Report, April 18, 2007
7. George Washington University Emergency Room Records, April 18, 2007
8. Records Drs. Cullen et al. 04/20/ 2007 through 08/23/2007
9. Records, George Washington University Medical Faculty Associates, Laboratory tests, 04/18/2007 and Margaret Fiore, N.P., Department of Neurosurgery, 04/24/2007
10. Physical Therapy Reports, 04/27/2007 through 05/15/2007 and prescriptions for same
11. Report, Dr. Eileen Dunn, Clinical Psychologist, 06/13/2007
12. Reports, Steven Scherping, M.D.
13. Report of MRI of lumbar spine
14. Report of EMG and nerve conduction time
15. Report of Scott Edwards, M.D
16. Reports of C.O.R.E Physical Therapy, 05/25/07 through 07/27/2007
17. Bills, Various
18. Reappointment Status Change Form, Georgetown University, 04/30/2007
19. Georgetown University Workers' Compensation Leave Form
20. Report, Letter and C.V., Susan Trachman, M.D.
21. Taxi list

3800 Reservoir Road NW   Kober-Cogan Suite 307   Washington DC 20057
202 687-4947 *telephone*   202 687-4753 *facsimile*

page two
Maria Pryshlak
December 3, 2007

22. Other Legal Documents
23. Report, Dr. Mahan Chehrenama, 10/29/2007, Records, Neurology and
    Headache Treatment Center, 11/06/2007 and Bills

With this letter I am enclosing my curriculum vitae and a list of the cases in which I have either given a deposition or appeared at trial over the past seven years, and a letter concerning the terms of my compensation.

The important particulars that would apply to this case include my graduation from the New York University School of Medicine. Following this, I spent seven years in graduate training which included three years of residency in Neurology at Georgetown University Medical Center. After my completion of residency, I continued at Georgetown as a professor in the Department of Neurology. As such I have been teaching residents and medical students in Neurology and have also had an active full-time clinical practice in this field. I am Board certified by the American Board of Psychiatry and Neurology and was an Examiner for the Board in the field of Neurology for 20 years. For approximately thirteen years I was a Member of the Board of Medicine for the District of Columbia. I have had a large experience evaluating patients with various traumatic injuries, in addition to a general neurology practice.

From the records I have reviewed it is clear to me that Dr. Pryshlak was involved in a very serious accident in which she was significantly injured. A large bus, rolling unmanned down the street, crashed through the wall of the building in which she worked, causing the wall and debris to tumble down on her. The report of the D.C. Police Department, the first responders, noted that she was thrown to the floor, causing injury to her neck and back. She was transported to George Washington University Hospital. Further documentation reveals that she was "reportedly struck by debris," and it was unknown whether she lost consciousness. She complained at that time of pain in the thoraco-lumbar spine radiating through to the mid-chest. Glasgow Coma Scale was 15.

She was seen at the George Washington University Emergency Room where examination revealed contusions of the left hip but no fractures. CT of the chest, abdomen and pelvis were normal. The MRI of the cervical spine with and without contrast showed a small central disc protrusion at C3-C4 which has mild abutment of the cord and also a mild left central disc protrusion and/or vertebral hypertrophy at C6-C7. Xrays of the right shoulder, ankle, right tibula/fibula, left hip joint, right humerus and femur were negative.

She was discharged from the Emergency Room with the recommendation that she follow-up with a physician. She saw Dr. Dennis Cullen two days later who made a diagnosis of

page three
Maria Pryshlak
December 3, 2007.

whiplash and recommended the use of moist heat and flexeril. At the next visit she expressed her feelings of stress as a result of the accident and was referred to psychologist Dr. Eileen Dunn. At the next visit she complained of insomnia and Dr. Cullen felt she may have a post-traumatic stress disorder. During this time she was also seen by Margaret Fiore, N.P. in the Department of Neurosurgery at George Washington University Hospital who felt that Dr. Pryshlak had a cervical strain, whiplash and muscle spasms and recommended physical therapy and motrin. Physical therapy was accomplished.

A report was received from clinical psychologist Dr. Eileen Dunn which confirms the continuing therapy which Dr. Pryshlak is receiving for the Post-Traumatic Stress Disorder.

In May 2007 she was seen by Dr. Steven Scherping for posterior neck pain with tingling in the left hand and elbow. Reviewing the images of the cervical spine MRI, Dr. Scherping felt she had a cervical strain. It was suggested she continue the flexeril and also take anti-inflammatories and that she continue physical therapy. She was seen again in August 2007 for the neck pain as well as low back pain extending to her leg as well as headaches. He recommended that the headaches, associated with photophobia and phonophobia and nausea and emesis be evaluated by a neurologist. For the back pain, Dr. Scherping felt she may have a lumbar radiculopathy as a cause. He recommended exercise and an MRI of the lumbar spine which showed at L4-L5 a small far left foraminal disc herniation and at L1-L2 a small central disc herniation

Dr. Scherping recommended she see Dr. Edwards for her hand and arm pain. Dr. Edwards was concerned about a "double crush phenomenon." An EMG and NCS was done to further evaluate the pain and tingling in the left 4th and 5th fingers and neck pain, which showed no evidence of ulnar neuropathy or cervical radiculopathy.

Most recently Dr. Pryshlak was seen at the Neurology and Headache Treatment Center. Their impression was that she suffered a post-traumatic pain syndrome with mixed headaches and occipital neuralgia and migraine, in addition to cervical and trapezii spasms, with exacerbation of pre-existing migraine and a post-traumatic sleep disorder and also a post-traumatic lumbar radiculopathy. Occipital nerve blocks and trigger point injections were recommended and begun and she was also started on neurontin and phenergan in the event of nausea.

It is my opinion, based on my review of the medical records, my education and experience, and my examination of the patient, to a reasonable degree of medical certainty, that the very significant accident of April 18, 2007 caused the injuries that have led to a post-traumatic stress and sleep disorder, post-traumatic migraine, i.e. exacerbation of pre-existing migraine, and lumbar and cervical strain and disc herniation.

page four
Maria Pryshlak
December 3, 2007

It is further my opinion, again to a reasonable degree of medical certainty, and based on my education, experience, my review of the medical records and my own examination of the patient, that the treatments that Dr. Pryshlak has received, and the cost thereof, are reasonable and necessary. It is also my opinion to a reasonable degree of medical certainty and based on my education, my experience, my review of the medical records and my examination of Dr. Pryshlak, that future medical treatments will be needed, and will probably involve physical therapy and consultations with neurologists, orthopedists and physiatrists and that the cost of this treatment will be similar to what it has been in the past.

Sincerely yours,

Marianne Schuelein, M.D.



## GEORGETOWN UNIVERSITY MEDICAL CENTER

Department of Neurology
Marianne Schuelein, M.D.

November 15, 2007

Michael Hibey, Esq.
Bode and Grenier
1150 Connecticut Avenue NW  9th Floor
Washington DC 20037

**Re:  Maria Pryshlak**

Dear Mr. Hibey:

Thank you for asking me to review records on the above named case and perform a neurological examination.  I enclose my curriculum vitae and list below my fee schedule:

DEPOSITIONS AND/OR EXPERT COURT TESTIMONY:  As I have regularly scheduled Georgetown University lectures and teaching sessions, a demanding patient practice, and many out of town commitments, I need adequate advance notice.  Please advise me as soon as trial date is set so I can reserve sufficient time for deposition or court testimony and preparation for same.

FEE SCHEDULE:

1. My basic fee for services is $400.00 per hour.  This fee applies to travel, conference, and preparation time.  Transportation costs and other expenses will also be charged.

2. For courtroom or other testimony away from my office, meetings away from my office, and all videotape depositions or testimony, my fee is $4000.00 per 8 hour business day or any part thereof.  This fee does not include travel, review of records or conference time outside these hours.  This fee must be paid at the time the appearance is scheduled, which shall be at least a month in advance of the scheduled trial date.

3. If arrangements for court appearance are made with less than two weeks' notice the fee is double the basic fee.

page two
Maria Pryshiak
November 15, 2007

4. All fees must be paid within a week of scheduling any conference, deposition or court appearance or time cannot be reserved for you.

5. A fee of $4000.00 is payable in advance of any record review. This will be applied to time spent at the fee stated above. Any remaining amount will either be applied to future work or refunded to you.

6. Depositions requested by opposing counsel must be paid for two weeks in advance. My fee for a deposition in my office is $1500.00  For a deposition to go beyond three hours, arrangements and payment must be made in advance and the fee for that is $600.00 per hour. For depositions outside my office please refer to #2.

7. **Please sign and return a copy of this letter to me.**

8. Since I am usually out of town in August, I am not available for trial then, except by special arrangement.

NOTICE OF CANCELLATION:  If I am given notice of cancellation or postponement of trial, deposition or appointment more than 14 calendar days prior to the date you have provided me, I shall not charge a fee to you. If I am given between 8 and 14 calendar days notice I shall charge half of the fee. If I am given less than 8 calendar days notice I shall charge the entire amount.

I look forward to working with you. With my very best regards,


Sincerely yours,

MARIANNE SCHUELEIN, M. D.

MS/tb
enclosure


_____       _____
Read and approved                                              Date

## CURRICULUM VITAE

| | | |
|---|---|---|
| **NAME:** | MARIANNE SCHUELEIN, M. D. | S.S.#: 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 |
| **OFFICE ADDRESS:** | Georgetown University Medical Center<br>307 Kober-Cogan Building<br>3800 Reservoir Road, NW<br>Washington, D. C. 20007 | Phone: (202) 687-4947<br>Cell Phone: (202) 255-1187<br>Emergency: (202) 444-7243<br>FAX: (202) 687-4753<br>Web Page: www.schuelein.net |
| **MAILING ADDRESS:** | P.O.B. 5631 Friendship Station<br>Washington, D.C. 20016 | |
| **MARITAL STATUS:** | Married to Ralph M. Krause, Mathematician, National Science Foundation (retired). Two children, Peter C. Krause and Steven C. Krause | |
| **EDUCATION:** | A.B., 1955 Wellesley College<br>M.D., 1959 New York University School of Medicine | |
| **INTERNSHIP:** | 1959-60 Yale University, Pediatrics | |
| **RESIDENCY:** | 1960-62 Michael Reese Hospital (Pediatrics)<br>1964-67 Georgetown University Hospital (Neurology)<br>    Supported by Special Fellowship awarded by the<br>    National Institute of Neurological Diseases and<br>    Blindness, National Institutes of Health | |
| **FELLOWSHIP:** | 1962-63 Children's Hospital National Medical Center<br>    of the District of Columbia, Neurology, supported<br>    by a Fellowship awarded by the Epilepsy Foundation | |
| **CURRENT POSITION:** | **Assistant Professor, Departments of Pediatrics and Neurology,<br>    Georgetown University Medical Center, 1967-**<br>    Interviewing Candidates for residency in Pediatrics<br>    Participation in Pediatric Department Intake Rounds, Grand Rounds, and<br>        Faculty meetings<br>    Participation in Neurology Department Grand Rounds and Faculty<br>        Meetings<br>    Examination and treatment of patients with neurological problems | |
| **MEMBER:** | **Board of Medicine of the District of Columbia, (Licensing Board of the District<br>    of Columbia) 1988-2001**<br>        Acting Chair, 2000-2001 | |

page two
Marianne Schuelein, M.D.

| | |
|---|---|
| **CO-DIRECTOR** | Symposia on Osteoporosis, 1993, 1994, 1997, 1999 |
| **PROFESSIONAL SOCIETIES:** | American Academy of Neurology, Active Member 1967-1984, (Fellow) 1984-<br>    Member, Child Neurology Section<br>American Academy of Developmental Medicine and<br>    Cerebral Palsy, 1967-<br>American Academy of Pediatrics, (Fellow) 1965-<br>Child Neurology Society, 1970-<br>International Child Neurology Society, 1975-<br>Medical Society of the District of Columbia, 1967-<br>    Member, Neurology Section, 1967-<br>    Member, Peer Review and Professional Ethics Committee, 1997-<br>Northern Virginia Pediatric Society, 1967-<br>Prince George-Montgomery Co. Pediatric Society, 1967- |
| **CERTIFIED BY:** | National Board of Medical Examiners, 1960<br>American Board of Pediatrics, 1964<br>American Board of Psychiatry and Neurology (Neurology)<br>    with special qualifications in Child Neurology, 1969 |
| **EXAMINER FOR:** | **The American Board of Psychiatry and Neurology, 1980-2000** |
| **CONSULTANT TO:** | The Easter Seal Society for Disabled Children and Adults, 1967-<br>DPT Vaccine Injury Compensation Act, 1991-<br>CareFirst Blue Cross Blue Shield, Peer Review, 2000-<br>PHCS, Peer Review, 2000-<br>UCLME, 2002-<br>National Academy of Sciences, for USAID proposals, US-Israel Cooperative<br>    Development Research Program and Middle East Regional Cooperative<br>    Program, 2004- |
| **OTHER ACADEMIC APPOINTMENTS:** | George Washington University School of Medicine<br>    Special Lecturer in Child Health and Development at Children's<br>    National Medical Center, District of Columbia, Senior Attending, 1968- |

page three
Marianne Schuelein, M.D.

**FORMER POSITIONS:**   American Medical Women's Association,
    Vice President, D.C. Chapter, 1972-74
    President, D.C. Chapter, 1974-76
        Responsible for, through Chairman of House Ways and Means Committee, legislation allowing child care deduction for working women
American Academy of Pediatrics
    D.C. Chapter, Co-Chair, Committee on Women's Issues
Federation of State Medical Board's Assessment Task
    Force Project, 1992
Prince George's-Montgomery County Pediatric Society,
    Secretary, 1974
    Vice President, 1975
    President, 1976
Medical Society of the District of Columbia,
    Neurology Section, Secretary-Treasurer, 1978-79
        Executive Committee, 1987-93
        Chairman, 1993
    Classification Committee, Chairman, 1981
    Member, Medical Ethics and Judicial Committee, 1985-92
    Member, Third Party Payor Committee, 1990-92
    Delegate, House of Delegates, 1993
    Member, Classification Committee, 1975-1995
    Member, Credentials Committee, 1995-1997
    Member, Peer and Utilization Review, Arbitration Panel, 1995-1997
    Member, Council on Medical Economics, 1997-98
    Member, Finance Committee, 1997-98
New York University School of Medicine Alumni Association,
    D.C. Chapter, Chair, 1994
Epilepsy Foundation of America, D.C. Chapter
    Chairman, Professional Advisory Board, 1977-81
Mayor's Committee for Lead Elimination Action in the
    District of Columbia, Member, 1981
Mayor's Advisory Committee, Metabolic Disorders District of Columbia, Member, 1980-89
<u>Journal of the Women's American Medical Association</u>; <u>Clinical Proceedings Children's Hospital</u>; and <u>Clinical Thermography,</u> Member, Editorial Bxd
Georgetown University Medical Center
    **Faculty Senate, 1992-1998**
        Committee on Salaries, Retirement Plans and Fringe Benefits, Member
National Institutes of Health, Neurology A Study Section, Grant Application
    Reviewer, 1993-1997

page four
Marianne Schuelein, M.D.

        Ad Hoc Committee to Study Retirement Policies, Member, 1990-1992
            Interviewing, Candidates for amission to Georgetown University Medical Center, 1967-1990
        Proctor, In-Service Examination, Department of Neurology, 1992
        Georgetown University Law School, Lecturer, 1992
        Consultant, Collaborative Perinatal Study of the NINDS, NIH, 1972
        Cerebral Palsy Development Center of Northern Virginia, consultant to and Member, Medical Advisory Board, 1972-1977

**LICENSED IN:** Maryland, Virginia, District of Columbia, California, Massachusetts

**HOSPITAL APPOINTMENTS:** Children's National Medical Center
Georgetown University Medical Center
Inova Fairfax Hospital
Prince George's Hospital Center
Sibley Memorial Hospital, Chief Section on Neurology, 2000-2002
Virginia Hospital Center
Washington Hospital Center

**HONORS:** Georgetown University Vicennial Medal, 1987
Distinguished Service Award, Epilepsy Foundation
    of America, Washington, D.C. Chapter, 1981
American Medical Association, Physicians
    Recognition Award, 1978, 1981, 1984, 1987
Certificate of Recognition, Muscular Dystrophy
    Association, Greater Washington Chapter, 1978
Newmyer Award, Sidwell Friends School, 1985
Alumni Leadership Award, New York University Medical Center, October 1994
Presidential Certificate of Appreciation, Medical Society of the District of Columbia, November 1995
**Featured Physician, Exhibit, at the National Library of Medicine, "Changing the Face of Medicine" (or www.nlm.nih.gov)**

page five
Marianne Schuelein, M.D.

**BOARD MEMBER:** Reginald Lourie Center for Infants and Children, 1986-1994
National Tuberous Sclerosis Association, 1986-
The Kingsbury Center, 1992-2002
American Cancer Society of the District of Columbia 1993-
Folger Poetry Board, 2001-
St. John's Community Service, 2002-2006

**COMMUNITY SERVICE:** Sidwell Friends School, member, Development Council, 1991-
Sidwell Friends School, Parents and Friends of Alumni, Chair, 1991-93
Facilitator, "Angel Flight," Latvia, 1992
Facilitator, Russian adoptions, 1991-present
Precinct Chairman, East Georgetown, Washington, D.C., 1964-66
New York University Medical Center, Alumni Association, Regional Member-at-Large, Governing Council, 1997-
Zacchaeus Clinic, Consultant, 1973-1977

**OTHER ACTIVITIES:** **Cosmos Club, 1989-**
Member, Board of Management, 1994-2003
Board Liaison, Art Committee, 1994-95
Board Liaison, Program Committee, 1995-1997
Board Liaison, Non-Resident Task Force, 1997-1998
Board Liaison, Reciprocity Committee, 1998-1999
Board Liaison, History Committee, 1999-2000
Board Liaison, Planning and Development Committee, 2002-2003
Chair, Activities Steering Committee, 2000-2001
Advisor, Pension Committee, 1994-2003
Advisor, Membership Committee, 1994-1997
Secretary, Board of Management, 1997-2000
Vice President, 2000-2001
**President, 2001-2002**
Immediate Past President and Chair, Nominating Committee, 2002-2003
Member, Admissions Committtee, 2006-

page six
Marianne Schuelein, M.D.

# BIBLIOGRAPHY

1. Cole, M., Schuelein, M., and Kerwin, D. M. Arsenical Encephalopathy Due to the Use of Milibus, *Archives of Internal Medicine*, 117:706, 1966.

2. Steele, Russel W., Limas, Catherine, Rhurman, Gary, Schuelein, Marianne, Bauer, Heinz and Bellanti, Joseph. Thymic Aplasia, *New England Journal of Medicine*, 287:787-791, 1972.

3. Manz, Herbert, Schuelein, Marianne, McCullough, David, Kishimoto, Yasuo and Eiben, Robert, New Phenotypic Variant of Adrenoleucodystrophy. Pathologic, Ultrastructural and Biochemical Study in Two Brothers *Journal of the Neurological Sciences*, 45:245-260, 1980.

4. Contributor, *World Book Encyclopedia,* 1986, 1987, 1988, 1989, 1990, 1992, 1993, 1996, 1998

5. Chrousos, Georgia A., Cowdry, Rex, Schuelein, Marianne, Abdul-Rahim, Aziz S., Matsuo, Victor, and Currie, John. Two Cases of Downbeat Nystagmus and Oscillopsia Associated with Carbamazepine, *American Journal of Ophthalmology*, 103:221-224, 1987.

July 18, 2007



GEORGETOWN UNIVERSITY MEDICAL CENTER

Department of Neurology  
Marianne Schuelein, M.D.

November 15, 2007

The following represent, as well as I have been able to recreate, a list of medical-legal cases where I have testified in the last five years.

2002  
Depositions
1. Williamson. Bad baby. Oliver. Defense
   CV/9/00/132 CC  Circuit Court  Wayne County MO

2. Niepomnik. Sepsis, Intracranial hemorrhage, newborn. Bentivenga. Defense. Chicago
   00L3447 Cook County IL Circuit Court

3. Perez. Neuropathy. Adam Smith. Defense
   Civil Action No.01-1611. Superior Court of the District of Columbia

2003  
Depositions
1. Ellis. Sinus Thrombosis. Clemins. Defense
   Winchester, VA  Law No. 02.200

2. McQuitty. Abruptio in premature. Agin/Kremer. Defense
   Baltimore, MD 03-C-01 009276

2004  
Depositions
1. Tilley. Narcotic overdose with demise. Waterman. Plaintiff.
   Law No. CL02-378 Circuit Court, Richmond, VA

2. Webb.  Brachial plexus palsy. Jesperson. Defense.
   Superior Court of the D.C.  CA No 02-0008768

3. Baughman. Colantonio. Bad Baby. Defense
   West Virginia. 02-2-D-857 Ohio Common Pleas Court, Columbiana, Ohio

**Depositions and Trials**
**November 15, 2007**
**page two**

    4. Grigg. Snyder. Head injury. Defense
        Circuit Court of the County of Albemarle, VA  Case No. CL03-9452

    5. Smith. Aneurysm and PPA. Montgomery. Defense
        Butler County, Ohio  CV 2002030871

    6. McDonald. Sepsis in newborn. DeSantis. Defense
        Civil No. 241603, Circuit Court for Montgomery County

Trial
    1. McQuitty. Abruptio in a premature. Agin/Kremer. Defense
        See above

**2005**
Depositions
    1. McCallum v. U.S.A. Organophosphates and epilepsy. Hunt. Defense.
        U.S. District Court Eastern Division of Virginia Richmond Division. Case No. 3:04CV442

    2. Isildak v. The Jackson Investment Co. Head Injury. Amole. Defense.
        Superior Court of the D.C. Civil Division, CC No. 03ca003208

    3. Lucius v. U.S.A. Brain injury at birth. Llewellyn. Defense. Federal Court, Eastern District, Missouri, No. 4:04CV01127 SNL

Trial
    1. McCallum. See above

**2006**
Trials
    1. Lucius. See above
    2. McLaughlin v. Ludmir. Neonatal herpes. Mirabella. Plaintiff.
        Case No. 4005 July 2003. Court of Common Pleas, Philadelphia, PA.
    3. Miller v. Sun Aire. MVA. Defense. Giroux. Head injury. Frederick County Circit Court, Winchester, VA. Case # LO4-199.
    4. McQuitty. See above.

**Depositions and Trials**
**November 15, 2007**
**page three**

Deposition

    Cook v. White.  MVA.  Conrad.  Defense.  Head injury.

**2007**

Deposition

    1. Hughes v. Manley.  Marshall.  Defense.  Brachial plexus injury
    2. Watson v. WMATA.  Phucas.  Defense.  Head injury

                  Marianne Schuelein, M.D.

November 15, 2007