IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA O. PRYSHLAK                          *

    Plaintiff                            *

v.                                         *     Civil Action No.: 1:07-cv-01204

FIRST TRANSIT, INC., et al.                *

    Defendants                           *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## DEFENDANTS, FIRST TRANSIT, INC. AND KELSEY WILSON'S, DISCLOSURE OF EXPERT WITNESSES

Defendants, First Transit, Inc. and Kelsey Wilson, by and through their undersigned attorneys, Tamara B. Goorevitz, Kiran Sharma, and Franklin & Prokopik and pursuant to Fed. R.Civ.P. 26(a)(2)(B), hereby designate the following experts to testify at trial

1.    David M. Buchholz, M.D., Johns Hopkins at Green Spring Station, 10753 Falls Road, Suite 315, Lutherville, MD 21093. Dr. Buchholz is Board Certified in Neurology. It is expected that Dr. Buchholz will be called to testify at trial regarding the nature and extent of the Plaintiff's injuries, their causation, and the reasonableness and necessity of the treatment received by the Plaintiff and the reasonableness and necessity of the associated medical bills. These opinions will be based on Dr. Buchholz's examination of the Plaintiff, a review of the records in this matter, and other testimony adduced during the discovery process and at trial. It is also expected that Dr. Buchholz will be called to testify regarding the extent and nature of any future injuries and medical treatment which the Plaintiff may require. **Exhibit A**, Report prepared by David Buchholz, M.D., dated December 27, 2007; **Exhibit B**, Curriculum Vitae of David Buchholz, M.D., (including a list of publications, p. 9); **Exhibit C**, Correspondence from Buchholz to Sharma, dated December 27,

2007, related to amount of compensation; and **Exhibit D**, Listing of Cases in which David Buchholz, M.D., testified as an expert at trial or by deposition within the past four years.

2.     Defendants reserve the right to supplement their Expert Designation and/or name additional experts upon completion of depositions of Plaintiff's expert witnesses.

3.     Defendants reserve the right to call any of Plaintiff, Maria Pryshlak's, medical care providers and/or treating physicians, including, but not limited to, medical examiners, doctors, nurses, therapists, psychologists, physicians, nurses or other health care providers, identified by Plaintiff in deposition testimony, Response to Request for Production of Documents or in Answers to Interrogatories, whose names may appear in medical records, or who may be subsequently identified in the course of discovery.

4.     Defendants reserve the right to supplement their Expert Designation and/or name additional experts if Plaintiff produces new, different, or modified information.

5.     Defendants reserve the right to supplement their Expert Designation and/or name additional experts upon receipt of all documents requested via subpoena.

6.     Defendants reserve the right to call any expert witness relied upon or identified by Plaintiff, Maria A. Pryshlak.

7.     Defendants reserve the right to supplement their expert designation upon completion of Plaintiff's independent medical examination with Brian Schulman, M.D.

8.     This designation will also serve to supplement any and all discovery responses of Defendants, First Transit, Inc., and Kelsey Wilson.

Respectfully submitted,

FRANKLIN & PROKOPIK

*Kuan Sharma*

Tamara B. Goorevitz
DC Bar No.: 465740
Kiran Sharma
DC Bar No.: 495077
The B&O Building
Two North Charles St., Ste. 600
Baltimore, Maryland 21201
Tel.: (410) 230-3625
Fax: (410) 752-6868
tgoorevitz@fandpnet.com
ksharma@fandpnet.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $\underline{28^{th}}$ day of <u>December,</u> 2007, a copy of the foregoing Defendants' First Transit, Inc., and Kelsey Wilson's Disclosure of Expert Witnesses, and attached Exhibits, were sent by hand-delivery to:

Peter C. Grenier, Esq.
Michael K. Hibey, Esq.
BODE & GRENIER L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor, Connecticut Building
Washington, DC 20036
*Attorneys for Plaintiff*

Kiran Sharma
Kiran Sharma

## DAVID BUCHHOLZ, M.D.

Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830                                      Telecopier (410) 583-2835

December 27, 2007

Ms. Kiran Sharma
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201-3723

Re: Maria O. Pryshlak, Ph.D.

Dear Ms. Sharma:

This report documents my comprehensive neurological examination of Dr. Pryshlak on 12/18/07 and summarizes my opinions regarding her neurological status in relation to an incident that occurred while she was at work on 4/18/07. I explained to Dr. Pryshlak that I was evaluating her in the context of her injury claim, but would not be involved in her care as a treating physician, and she acknowledged her understanding of this. The historical information detailed below is solely that provided to me by Dr. Pryshlak on 12/18/07 and does not additionally represent the contents of her records that I have reviewed.

### HISTORY ACCORDING TO DR. PRYSHLAK

Dr. Pryshlak is 58 years old and right-handed. She works full-time, designing and managing international training and educational programs, as Director of East European and Eurasian Programs at The George Washington University. She has done similar work since 1990.

Dr. Pryshlak's doctoral degree is in East Central European History and Political Philosophy. From 1985 to 1990 she was employed (initially as editor and subsequently as managing editor) by a journal that specialized in communist affairs. She is unmarried; has no child; and lives by herself.

Regarding her health history (aside from colds or flu) prior to the incident of 4/18/07, Dr. Pryshlak reported having melanoma of the right leg for which she underwent surgery at Georgetown University Hospital in 1996. (She could not recall the name of the surgeon.) Three months later she developed metastasis to a lymph node in her groin, and the node was removed by another surgeon (Dr. Palmer) at Sibley Memorial Hospital.

**EXHIBIT**

tabbies®

A

Ms. Kiran Sharma
December 27, 2007
Page Two

Re:  Maria O. Pryshlak, Ph.D.


Following that procedure Dr. Pryshlak underwent interferon therapy administered by Dr. Frederick Smith, an oncologist located at The Washington Clinic (which reportedly is no longer in existence; Dr. Smith now has his own office, located in Chevy Chase).  There has been no radiation therapy, and no further recurrence of melanoma.

Recalling her response to interferon treatment, Dr. Pryshlak stated, "It made me feel ill."  She was treated over a period of approximately nine to ten months and had "some headaches associated with that."  She also developed "shakes" during the initial (and most intensive) portion of her treatment, as well as occasional nausea (for which she used a medication in suppository form).

In 1987, while in California, Dr. Pryshlak underwent pelvic surgery at Beverly Hills Hospital for removal of fibroid tumors.  Her ovaries were left intact.  She began experiencing symptoms of menopause ten-plus years ago, and she noted "from time to time, still some hot flashes."  She has not used hormone replacement therapy.

Dr. Pryshlak also has a background of elevated cholesterol for which she has been taking Lipitor for approximately one year.  She had appendectomy at age six.  She denied any additional prior surgery, or any other overnight hospitalization in the past.

Dr. Pryshlak described having had headaches in the past, which she regarded as stress-related and first discussed with her primary physician (Dr. Dennis Cullen, located in Bethesda) approximately two years ago.  She reported the frequency of her previous headaches as being variable, occurring anywhere from every two to three months to coming more often in "clusters."  She denied any other prior medical attention for headaches (from either Dr. Cullen or any other healthcare provider) before speaking with Dr. Cullen approximately two years ago.

With regard to her headache problem in the past, Dr. Pryshlak reported, "He [Dr. Cullen] didn't know what to call it."  An MRI study (performed at Georgetown?) was "fine."  No treatment for headaches was administered – including any medication prescribed by either Dr. Cullen or any other physician – although the possibility of Imitrex was discussed.  Dr. Pryshlak took Advil and Extra-Strength Tylenol (but not Excedrin), and "sometimes it helped – most times it did not."

Dr. Cullen reportedly advised that she keep track of her prior headaches, which occurred "usually after a very stressful time at work."  Dr. Pryshlak also recognized inadequate intake of food or drink as a trigger, but she did not observe any particular dietary item that seemed to stimulate headaches.

Ms. Kiran Sharma
December 27, 2007
Page Three

Re:  Maria O. Pryshlak, Ph.D.


Headaches in the past were in the right occipital/suboccipital region (according to her gesture), and she mentioned that when headache occurred, she would attempt to relieve it by massaging that area. Her previous headaches would spread to both temples, and were accompanied by "a feeling of malaise" (as well as nausea "a few times," which is reportedly why she raised the issue of headaches with Dr. Cullen approximately two years ago). She recalled, "He [Dr. Cullen] said, 'That sounds like a migraine – [but] why now?'" Dr. Pryshlak added, "I said, 'I'm just very stressed.'"

Dr. Pryshlak indicated that Dr. Cullen advised her to relax and to exercise. She tried changing from jogging to walking, and she also did some stretching and deep breathing. Asked about any previous headache problem prior to that described above, Dr. Pryshlak responded, "Maybe when I was 16 or 17 or 18, I ate something and my stomach hurt" (reportedly leading her to wonder about a possible dietary connection).

With respect to her symptoms as a teenager, Dr. Pryshlak clarified that she experienced "a feeling of indigestion from which my head would hurt." She denied having had any continuing, similar problem beyond that time period, and referred to her overall headache activity from those teenage years until approximately two years ago as "nothing that I recall."

Asked about any other chronic or ongoing health problem for which she periodically visited a doctor or took medication in the past, Dr. Pryshlak replied, "Way back I had some gastrointestinal problems after traveling overseas." She saw a GI specialist – Dr. Lila Amsterdamska (affiliated with New York Hospital) – who recommended dietary modification, and the symptoms resolved.

In addition, approximately four years ago Dr. Pryshlak was referred by Dr. Cullen for an upper GI series that demonstrated "mild reflux." She has not been treated with medication for reflux, but she does use a special, elevated pillow in bed.

Dr. Pryshlak denied any prior injury for which she received medical care, including as a result of any previous motor vehicle accident, slip/fall incident, work occurrence, sports activity, or fight. She denied having had any emotional or mental health problem in the past, as well as treatment for any such problem, such as medication for anxiety or depression, or with counseling or therapy.

Dr. Pryshlak denied ever having a problem with drug or alcohol abuse. She has no known medication allergy. Family history is positive for cancer and heart disease, but reportedly negative for any headache problem, emotional or mental health problem (such as depression or suicide), or drug or alcohol abuse.

Ms. Kiran Sharma
December 27, 2007
Page Four

Re:  Maria O. Pryshlak, Ph.D.

At approximately 10:45 a.m. on Wednesday, 4/18/07, Dr. Pryshlak was in her office at work, sitting at her desk, and meeting with another person.  (At this point in relating her history, Dr. Pryshlak briefly became tearful.)  In the process of making a point to her visitor on 4/18/07, Dr. Pryshlak was leaning forward and said, "You know..." – just as "I heard a huge 'boom.'"

Dr. Pryshlak continued, "I thought a bomb exploded."  She began to turn her head to the left (toward the window behind her), and "I saw something white hurtling toward me – I thought it was fragments of the bomb – I thought I was dying – I was going to be killed by this – then I felt a huge 'thud' – something hit me with great violence from the back, and threw me."

Dr. Pryshlak expressed uncertainty as to what was the "something white" that she saw, except to mention that it might have been the back of a bus (which had struck the building), or perhaps the frame from the window behind her.  She said that she was struck by "the huge windowpane – a double storm window" (as well as "the bricks and the wall," which she said caused her legs to be bruised and cut).

Dr. Pryshlak clarified that she was struck "on the shoulders – on the back [of the head] here – [and] on my [left] arm."  She also gestured to her upper back as an area of impact.

Dr. Pryshlak recalled, "It threw me completely forward."  She explained that as a result, the upper part of her trunk, and also her face, struck the top of her desk (although she noted, "I wasn't bruised on my face").

Asked if she lost consciousness during the incident, Dr. Pryshlak responded, "They asked me that several times, and I said, 'I don't think so' – unless it was for a split-second."  She described awareness of being underneath the windowpane, and added, "I couldn't move my legs [because of 'bricks and sheetrock and everything around me'], and I was burning from the cuts."

Dr. Pryshlak indicated that she was worried about getting out of the office before anything else happened to her.  She asked for help from people whom she heard were present in the room.  Those individuals moved the window frame and debris so as to extract Dr. Pryshlak.  She recalled, "I was very wobbly, but I was standing on my own."

Dr. Pryshlak described her visible injuries as being "black and blue on my [upper] back and shoulders – huge black and blue here [in the left hip region, according to her gesture] – cuts and bruises down my legs and near my ankles."  There was no cut, lump or bruise on her head.

Ms. Kiran Sharma
December 27, 2007
Page Five

Re:  Maria O. Pryshlak, Ph.D.


Dr. Pryshlak was taken by ambulance to The George Washington University Hospital, and was released that evening.  While at the hospital she had difficulty breathing, associated with "sharp, stabbing pains" in the chest (which was her primary concern at the time).  She also had "aches and pains," especially in the left hip and left shoulder.

Dr. Pryshlak stated, "I didn't have a headache at the hospital."  She mentioned that initially at the hospital she had to wear a hard neck collar, which felt "darn uncomfortable."  She was given a prescription for a pain medication that contained codeine, which she did subsequently take.

Dr. Pryshlak was advised to return to be seen by a neurosurgeon, and subsequently she saw an "R.N." in the department of neurosurgery at GWU.  That individual advised "neck therapy," and Dr. Pryshlak did receive physical therapy at a GWU facility located on K Street (and 21st Street?).  She was also referred to "GW Associates," where she saw two different physicians.

Dr. Pryshlak called Dr. Cullen's office the day after the incident and reportedly complained of "severe neck pain and headaches that were coming from it."  She saw Dr. Cullen the following day (Friday, 4/20/07), and "he said, 'You've had a trauma – like a really bad whiplash reaction – your muscles are all tied up.'"  He recommended that Dr. Pryshlak continue the narcotic medication and add Flexeril, as well as physical therapy.

Chest pain reportedly worsened and was associated with increased difficulty breathing.  She noted, "They gave me something that would relax me," although she expressed uncertainty as to the name or specific nature of that medication.  She added, "I developed very bad headaches," for which she returned to Dr. Cullen.

Dr. Pryshlak continued, "I was getting anxious – I wasn't sleeping at all – I was getting very stressed with the slightest thing – he [Dr. Cullen] said I had posttraumatic stress syndrome and a touch of depression."  Dr. Cullen reportedly offered treatment options of either "something chemical" or therapy, and Dr. Pryshlak pursued the latter (with Dr. Eileen Dunn, a psychologist whom she continues to see twice weekly).

Asked to list the problems that she relates to the incident of 4/18/07, Dr. Pryshlak stated, "Headaches which got violent" ("and neck problems" seemingly related to headaches); "the shooting pain from my [low] back into my [left] hip and legs;" and "problems with my left arm – tingling."

Ms. Kiran Sharma
December 27, 2007
Page Six

Re: Maria O. Pryshlak, Ph.D.


Dr. Pryshlak concluded, "Those are the physical parts of things." Asked about any nonphysical problem, she replied, "I think I have depression – enormous sleeplessness – horrendous dreams – anxiety." She confirmed that the problems listed above constitute the entirety of her areas of complaint related to the incident of 4/18/07.

With regard to headaches and related neck pain, Dr. Pryshlak reaffirmed that we had already covered her prior headache history. She said that she had not had any problem with (or injury to) her neck in the past, or any neck pain associated with headaches previously.

Following the incident of 4/18/07, according to Dr. Pryshlak, she felt "like a spasm in the area [by her gesture, the left – and she added verbally, sometimes right – occipital/suboccipital region] – it almost feels like something pressing on a nerve," in response to which she massages the area and stretches her neck. She described the pain "shooting into the head," and becoming a "really full-blown headache."

Dr. Pryshlak added, "Recently, my left eye started hurting." She described associated nausea and vomiting that "at one point was so severe for three days" (although she also noted that she had not experienced nausea or vomiting during the four weeks prior to her examination on 12/18/07). Sometimes she prefers to be in a dark, quiet room while having a headache. There has been no accompanying visual disturbance, and she has not recognized any specific headache trigger.

Dr. Pryshlak indicated that on a virtually constant basis she has "a feeling of constriction and tightness" in her head, such that "if I'm not careful, here it [headache] comes again." According to her gesture, the feeling that she described is located in the occipital/suboccipital region bilaterally, but more so on the left.

Dr. Pryshlak said that her initial rise in headache activity following the incident of 4/18/07 subsided, but later headaches began to worsen, as a result of which she obtained a referral from Dr. Cullen to The Neurology & Headache Treatment Center (which she herself had found). She mentioned that she is also scheduled to be seen by a neurologist at The Headache Center at Johns Hopkins Bayview Medical Center in January, 2008, and she has a letter at home with a form to fill out prior to that visit (although she expressed uncertainty as to the name of the neurologist whom she is to see).

Ms. Kiran Sharma
December 27, 2007
Page Seven

Re:  Maria O. Pryshlak, Ph.D.

With regard to her recent headache activity and treatment, Dr. Pryshlak reported, "They [headaches] quieted down a bit with the occipital nerve blocks – the minute I stopped the occipital nerve blocks and the Neurontin, they came back."  She specified that she had stopped taking Neurontin for four to five days because her prescription temporarily ran out.

Dr. Pryshlak explained that she received occipital nerve blocks "twice a week for three weeks."  Her last occipital nerve injection was on 11/27/07.  With respect to the reported flare-up of headaches when she temporarily stopped taking Neurontin, Dr. Pryshlak described having had three severe headaches within one week, "two of them almost incapacitating."

As of 12/18/07 Dr. Pryshlak had most recently seen her neurologist, Dr. Chehrenama, the day before (12/17/07), and was advised to increase her Neurontin dosage gradually from 300 mg twice daily to 600 mg three times daily, but she had not begun to do so yet.  Asked about her tolerance of Neurontin so far, she described feeling "a little drowsy at first – then I was fine."

Dr. Pryshlak mentioned that she has also used Imitrex (initially prescribed by a doctor-friend) on an as-needed basis for headaches.  The first and second times she took Imitrex it seemed to help, but the third and fourth times (in close succession) it provided only brief, if any, relief.  She also used propoxyphene on one occasion, without benefit.

Presently Dr. Pryshlak takes Neurontin and Lipitor (10 mg daily?), but no other medication on a regular basis.  She indicated that she had received a prescription for Imitrex 100 mg as of 12/17/07, and had last used Imitrex (a single dose of 50 mg) on approximately 12/13 or 12/14/07.  Prior to that she had most recently taken Maxalt (similar to Imitrex) around Thanksgiving, without relief.  Combining Imitrex and Maxalt, according to Dr. Pryshlak, she had used six tablets total during the two months prior to 12/18/07.

Dr. Pryshlak said that she does not use any over-the-counter medication.  She commented, "I'm supposed to get the Robaxin" (which was prescribed by an associate of Dr. Chehrenama, although Dr. Pryshlak has not yet filled the prescription).

Dr. Pryshlak mentioned that previously she tried Flexeril, Lyrica (without benefit), ibuprofen 600 mg, and prednisone (which helped).  Based on advice from Dr. Cullen, she stopped taking narcotic medication (which had been prescribed at the time of her emergency department visit on 4/18/07), because he said it could aggravate depression.

Ms. Kiran Sharma
December 27, 2007
Page Eight

Re:  Maria O. Pryshlak, Ph.D.


Dr. Pryshlak reported that Lyrica was prescribed by Steven C. Scherping, M.D., an orthopedic surgeon at Georgetown. She also noted that she had seen Dr. Edwards – a hand specialist at Georgetown – regarding her left arm and hand.  She said that she has not been advised by either of them (or any other physician) to undergo surgery.

On 12/17/07 Dr. Pryshlak received a referral from Dr. Chehrenama for "some muscle work and manipulation" to be performed by Dr. Roy Heaton (spelling?; an osteopath?), located in North Arlington, VA.  As of 12/18/07, Dr. Pryshlak did not yet have an appointment scheduled with Dr. Heaton.

Currently Dr. Pryshlak is under the care of Dr. Cullen, Dr. Dunn and Dr. Chehrenama.  She does not smoke cigarettes.  She drinks wine approximately two days per week.  She had been drinking one to two regular lattes daily, but as of 12/18/07 was consuming only decaffeinated coffee and tea.  (She explained that one and one-half weeks earlier she had read "my article" online – in the process of researching me – and had thereby learned that caffeine tends to promote headaches.)

With regard to pain in the back and left leg, Dr. Pryshlak denied having had any prior problem or injury involving those areas.  She described pain extending from the low back into the left buttock, posterolateral thigh, and sometimes lateral calf and ankle, unaccompanied by any numbness or tingling.  She also said that pain extends into the left hip and groin region.

Asked about the overall course of low back and left leg complaints subsequent to onset, Dr. Pryshlak replied, "It goes in and out – it flares up horrendously – calms down a bit – then flares up again."  She said that low back and left leg complaints have "cycled around three or four times."

Dr. Pryshlak further described low back and left leg discomfort as "stabbing, sharp pain that really, really hurts."  She reported "gnawing – sweet, nauseating pain" as well as "something pulsating" – aggravated by weight-bearing on the left leg, prolonged walking, and lying in bed.

Dr. Pryshlak said that while lying in bed (on either her back or front), she feels "burning in the soles of my feet."  She indicated that she first noticed that sensation in her feet only approximately five weeks prior to her examination on 12/18/07.  She remarked, "I wiggle [the feet] to relieve the burning."  She denied any other symptom involving the right lower extremity aside from burning in the sole of the right foot within the past five weeks.

Ms. Kiran Sharma
December 27, 2007
Page Nine

Re:  Maria O. Pryshlak, Ph.D.

Dr. Pryshlak has been treated for back and left leg complaints with Neurontin as well as physical therapy (including traction), initially at a GWU facility located on K Street (which she described as "not very helpful – [because of] no continuity").  Subsequently Dr. Pryshlak was referred to a different facility (C.O.R.E., located at M and 24th Streets) by Dr. Scherping, and treatment there reportedly "helped" but was discontinued in August, 2007, "because of Workers' Compensation."

At present Dr. Pryshlak receives no treatment for her back and left leg complaints aside from Neurontin.  She has not been treated with any injection, or been advised to have surgery.

With regard to her left arm and hand, Dr. Pryshlak denied having had any prior problem or injury.  Asked about the overall course of left arm and hand complaints subsequent to onset, Dr. Pryshlak stated, "It got a little bit better and stayed there."  She described feeling "a little bit of numbness and 'ants walking' down here" (gesturing to the ulnar aspect of her left hand).

Dr. Pryshlak continued, "I still have a problem with my left elbow," such that if she moves her left elbow a certain way "it shoots a current down" (into the ulnar aspect of the left forearm and hand, according to her gesture).  She denied any other symptom involving the left arm or hand.

Dr. Pryshlak has been treated for left arm and hand complaints with physical therapy directed at her shoulders – but not at the left elbow.  She wore a "soft splint" on the left elbow for "a number of weeks."  She also received an injection of cortisone into the flexor aspect of the left wrist for possible carpal tunnel syndrome (but "it wasn't").

Dr. Pryshlak has not received any other injection to her left upper extremity.  Dr. Edwards mentioned possible surgery to relieve "some compaction of the nerve" at the left elbow.  Dr. Pryshlak noted, "I said absolutely not."

Dr. Pryshlak confirmed that there was no visible injury to her left elbow at the time of the incident of 4/18/07.  She then mentioned "some soreness on this [left] arm from being hit," but not specifically localized to the region of the elbow.

With regard to the nonphysical complaints that she relates to the incident of 4/18/07, Dr. Pryshlak denied having had any similar problem in the past.  She specifically denied any previous difficulty sleeping for which she received medical attention or took sleeping medication (aside from an occasional over-the-counter agent when traveling across time zones).

Ms. Kiran Sharma
December 27, 2007
Page Ten

Re: Maria O. Pryshlak, Ph.D.


Asked about the overall course of her nonphysical complaints since onset, Dr. Pryshlak indicated that anxiety attacks at night have decreased, and she is now better able to fall asleep. She commented, "At first I didn't want to admit I was depressed – now I think I was denying it – it goes in and out – I have this sense of disconnection."

Dr. Pryshlak explained that, for example, she feels disconnected from friends. She added, "The world outside – it looks so far away." She said that overall, she has been somewhat better ("I'm feeling hopeful – which is more than before"). She has not been treated with any antidepressant or anti-anxiety medication whatsoever.

Asked if she believes she has had any cognitive problem subsequent to 4/18/07, Dr. Pryshlak replied, "My memory is affected." She has not, however, been evaluated or treated for any memory problem subsequent to 4/18/07.

Asked about any impact of her complaints on her ability to work, Dr. Pryshlak indicated that she has reduced her travel, both overseas and within the United States. She clarified that she was out of work until September, 2007 – during which time she received Workers' Compensation disability income payments – and she initially returned on a part-time basis for approximately two weeks, then resumed full-time duties as of 9/26/07.

Dr. Pryshlak reported that there has been no criticism of her work performance since she returned to the job ("they're happy I came back"). She has not been reinjured since 4/18/07. She denied the onset of any new medical problem, unrelated to the incident, subsequent to that date.

Asked about any change in her activities as a result of her complaints, Dr. Pryshlak indicated that she has less tolerance for prolonged computer work, or traveling for business. She also remarked on "how quickly I get stressed out if there's a lot of pressure" (as a result of which she reportedly works on less stressful projects than in the past). She also said that she has stopped walking to work, and that she had gone swimming less, but plans to resume swimming more.

The day after her examination on 12/18/07, Dr. Pryshlak spontaneously forwarded a three-page fax (attached) to supplement her history.

Ms. Kiran Sharma
December 27, 2007
Page Eleven

Re: Maria O. Pryshlak, Ph.D.


## EXAMINATION OF DR. PRYSHLAK

Dr. Pryshlak appeared healthy and comfortable, and had normal posture and movements. On a single occasion she stood, walked briefly, and sat down (within approximately ten seconds). She demonstrated intact cognition, with no indication of memory impairment. She had normal alertness, attention and concentration, and appeared very intelligent. Her responses to questions were prompt, appropriate, organized, detailed, thorough and articulate.

Dr. Pryshlak exhibited neutral affect other than once becoming briefly tearful (as noted above). She did not otherwise appear either depressed or anxious.

Dr. Pryshlak reported tenderness to light palpation of the posterior neck and trapezius muscle regions bilaterally, but there was no palpable cervical paraspinal or trapezius muscle spasm. There was no other tenderness around the face or head. Cervical spine passive range of motion was full, unresisted, and unaccompanied by any complaint of pain.

There was no thoracic spinal or paraspinal tenderness, or paraspinal muscle spasm. Dr. Pryshlak complained of lumbar spinal and paraspinal tenderness, but there was no lumbar paraspinal muscle spasm. Seated straight leg raising to 90 degrees on the right produced complaint of posterior thigh tightness, and on the left provoked complaint of (by gesture) low back, buttock and posterior thigh pain.

Dr. Pryshlak had giveaway weakness of finger abduction on the left. She denied any associated pain, and explained that the hand was "just a little weak." There was no left upper extremity muscular atrophy. She described decreased pinprick sensation involving the left upper extremity diffusely below the elbow – except *sparing* the left ulnar nerve distribution – compared with the right.

Tinel's sign was markedly positive over the ulnar nerve at the left elbow, with radiation into the ulnar aspect of the left forearm and the left little finger. Tinel's testing was mildly positive over the ulnar nerve at the right elbow, with "a little bit of tingling" in the right little finger. There was no Tinel's sign over the median nerve at either wrist.

Dr. Pryshlak's gait was normal, including heel walking, toe walking and tandem walking. She was able to hop on each foot alone. Asked to bend at the waist and reach as far as she comfortably could toward her toes (while keeping her knees straight), Dr. Pryshlak extended her fingertips to within approximately six inches of the floor.

Ms. Kiran Sharma
December 27, 2007
Page Twelve

Re:  Maria O. Pryshlak, Ph.D.


        The remainder of Dr. Pryshlak's neurological examination was normal, including her pupils, optic discs, visual fields, eye movements, facial pinprick sensation, facial strength, hearing, speech, palatal rise, shoulder shrug, tongue movements, limb muscle strength (other than giveaway weakness with finger abduction of the left hand), finger-to-nose testing, rapid alternating movements of the hands, deep tendon reflexes, plantar responses, and distal lower extremity pinprick and vibratory sensation.

## OPINIONS

        The following opinions are held by me within reasonable medical probability and are based upon the findings of my comprehensive neurological examination of Dr. Pryshlak on 12/18/07 and my review of the records that accompanied your cover letters dated 12/13/07 and 12/14/07.  My opinions are subject to modification pending additional pertinent information.

        As a result of the incident of 4/18/07, Dr. Pryshlak sustained no neurological injury other than (at most) temporary soft tissue injury – strain – and a transient flare-up of her preexisting migraine tendency.  She did not suffer any more serious injury, such as to her brain, spine, or any peripheral nerve.  Her ongoing complaints are encouraged by psychological and emotional factors including influences of her role in this injury claim.

        These conclusions are evidenced by the following references from Dr. Pryshlak's available medical records, as well as her recent neurological examination on 12/18/07.  Italics appearing within quotation marks have been added for emphasis.

- Comparison of Dr. Pryshlak's pre- and post-incident status is limited by the absence of pertinent prior medical records – including those of her primary care physician (Dr. Dennis Cullen), as well as records of chiropractic treatment as recently as two years ago – but the report of MRI of the brain performed three years ago (on 12/2/04) indicates that the study was prompted by Dr. Pryshlak's headache complaints at that time.  The study was normal, and the basis for her headache complaints was migraine.

- The absence of any brain injury on 4/18/07 is indicated by the absence of unconsciousness, amnesia, or any apparent cognitive impairment when Dr. Pryshlak was initially evaluated – at which time her head was "Atraumatic," her neurological examination was completely normal, and she was also noted to appear comfortable and "emotionally controlled," with "Normal affect."

Ms. Kiran Sharma
December 27, 2007
Page Thirteen

Re: Maria O. Pryshlak, Ph.D.

- With respect to Dr. Pryshlak's current complaints, it should be noted that upon initial evaluation, she "denie[d] pain to head and face," "Denie[d] neck pain" (her neck was "atraumatic," and her cervical spine was "non tender"), and "Denie[d] pain to back" (which was also "atraumatic and non tender"). Additionally, there was no complaint in – or apparent injury to – the left upper extremity whatsoever, and she specifically "denie[d] elbow pain...denie[d] wrist pain," and had "negative neurologic review of systems."

- CT and MRI of the cervical spine revealed "No fracture or subluxation," with "no fluid collections to suggest ligamentous injury," and otherwise only "small," "mild" degenerative changes (such as are routinely present in one-half or more of uninjured, non-complaining adults) that were preexisting and have remained asymptomatic.

- When Dr. Pryshlak was evaluated by Dr. Cullen two days later (on 4/20/07) she had bruises of the right shoulder and left thigh, but review of systems revealed *no* complaint of myalgia (muscle pain) or *any* neurological complaint (specifically including *no* headache, paresthesia or weakness). Aside from bruising, her neurological and musculoskeletal examinations were normal.

- Dr. Cullen referred Dr. Pryshlak to physical therapy for "whiplash," and PT notes indicate complaints including "stiffness in neck and shoulders" (but *no* problem with the left elbow, forearm or hand, low back, or left leg). Her symptoms of neck and shoulder stiffness at that time were attributable to soft tissue injury (strain) from the incident of 4/18/07, which is self-limited and naturally, spontaneously resolves within no more than a few weeks to months of onset.

- Dr. Pryshlak returned to Dr. Cullen on 5/4/07 in order to "discuss concerns" ("Stressed by accident"). Again, neurological review of systems revealed *no* complaint (including *no* headache, paresthesia or weakness). Neurological and musculoskeletal examinations were again normal – specifically including examination of the left upper and lower extremity. Dr. Pryshlak was referred by Dr. Cullen to a psychologist, Dr. Eileen Dunn.

- The first reference in the available records to any renewed headache issue whatsoever appears over three weeks post-incident in a PT note from 5/10/07 stating, "Patient reports she is getting *less* headaches and pulling in her neck." Assuming that Dr. Pryshlak did have a transient rise in headache activity prior to then, it was the result of a brief posttraumatic flare-up of her preexisting migraine tendency, but had already begun to subside – as would be expected.

Ms. Kiran Sharma
December 27, 2007
Page Fourteen

Re:  Maria O. Pryshlak, Ph.D.

- Dr. Pryshlak's initial evaluation by Steven C. Scherping, M.D. (an orthopedic surgeon) on 5/14/07 yielded the novel history of "a sensation of numbness and tingling along the ulnar border of the forearm and [especially] ulnar digits of the left hand" (which had reportedly "improved" over the past several weeks), suggestive of mild ulnar nerve irritation at the left elbow – which usually develops spontaneously, and in Dr. Pryshlak's case did not follow any apparent injury to the left elbow on 4/18/07.

- Dr. Scherping confirmed Dr. Pryshlak's recovery from any temporary flare-up of migraine attributable to the incident of 4/18/07:  "She was *originally* having a number of headaches and these have *dramatically improved*."  Any subsequent recurrence of headaches has been unrelated to neurological injury on 4/18/07 and instead has been a product of Dr. Pryshlak's preexisting migraine tendency triggered by psychological and emotional factors (including her role in this injury claim).

- On 5/14/07 Dr. Scherping also reviewed imaging studies of the cervical spine and concluded, "There is no significant stenosis. I do not see other areas of significant stenosis or other areas of significant trauma.... At this point, I do not see anything worrisome in her cervical spine." He diagnosed "Cervical strain" (soft tissue injury).

- Elaborative behavior was demonstrated by Dr. Pryshlak during examination by Scott Edwards, M.D. (another orthopedic surgeon) on 5/23/07, when in the course of a variety of *subjective* measures she reported a "strong positive exam for just about every neuropathy" – in contrast with *objective* electrodiagnostic testing on 5/29/07 "suggestive of a mild left carpal tunnel syndrome, which does not correlate with patient's symptoms.  There was no evidence of ulnar neuropathy or cervical radiculopathy."

- Low back and proximal left leg pain emerged as a complaint *for the very first time* during initial evaluation at a second physical therapy facility on 5/25/07 – *five and one-half weeks* post-incident (and consequently, given that lengthy delay, unrelated to any injury on 4/18/07).

- On 7/18/07 Dr. Pryshlak was reevaluated by Dr. Edwards with respect to her "fairly mild" symptoms "consistent with a cubital tunnel syndrome" (that is, ulnar neuropathy at the left elbow – but in the absence of any apparent left elbow injury on 4/18/07). Dr. Edwards noted, "At this point I offered her surgical solution and she declined. I think this is reasonable given her mild nature of symptoms.  She is released to full duty from my standpoint."

Ms. Kiran Sharma
December 27, 2007
Page Fifteen

Re: Maria O. Pryshlak, Ph.D.

- On 8/6/07 Dr. Scherping wrote a letter detailing "some more headaches of late. Last week this was associated with some photophobia and emesis" – as is typical of migraine, which by then had nothing to do with any transient flare-up that resolved soon after the incident, but instead was being fueled by other, ongoing influences.

- Dr. Scherping also documented, "However, *what is bothering her most consistently now* is pain beginning in the buttocks, usually extending down the left thigh and then to the lateral border of the left leg from the knee to the ankle" – complaints that not only didn't appear until long after the incident of 4/18/07 (and were therefore unrelated to it) but also have defied explanation on any physical basis whatsoever. *For the first time* Dr. Pryshlak was noted to have an "antalgic gait."

- MRI of the lumbar spine performed on 8/15/07 revealed no anatomical basis for Dr. Pryshlak's low back and left leg pain complaints. There were only two "small" areas of degenerative disc bulge/herniation – which were neither caused nor exacerbated by the incident of 4/18/07 – with "no contact of the exiting L1 or descending L2 nerve roots...[and] no contact of the exiting L4 or descending L5 nerve roots."

- On 8/28/07 Dr. Pryshlak returned to Dr. Scherping (now "walking with a normal gait in the office" once again). Dr. Scherping reviewed the MRI of the lumbar spine, and (as was the case with the cervical study) he observed "some mild disc desiccation with a slight protrusion of the 4-5 level. I really do not see any significant stenosis. There is perhaps a very small foraminal-type herniation towards the left side, though, I really do not see any significant compression of the nerve root sleeve at either the L4-L5 root level. Other levels look to be essentially unremarkable.... At this point, I do not see anything worrisome in the lumbar spine."

- On 8/28/07 Dr. Scherping released Dr. Pryshlak to return to work. He additionally noted, "The headaches that she was experiencing have also improved" – indicative of the continuing fluctuation of Dr. Pryshlak's migraine activity in relation to waxing and waning of migraine triggers, but having nothing to do with any residual neurological injury from 4/18/07.

Ms. Kiran Sharma
December 27, 2007
Page Sixteen

Re:  Maria O. Pryshlak, Ph.D.

- On 9/11/07 Dr. Pryshlak was evaluated by another orthopedic surgeon, Robert O. Gordon, M.D., who noted, "She said that she had seen a chiropractor named Mehring (who used to be in Northern Virginia, but has recently retired) because her neck bothered her at times, particularly after she worked in the garden...."  In contrast, during her recent neurological examination on 12/18/07 Dr. Pryshlak specifically *denied* having had *any* problem with her neck in the past.

- Dr. Scherping reevaluated Dr. Pryshlak on 10/15/07 – nearly six months post-incident – and documented yet another brand-new complaint ("a sensation of burning and tingling in both of her feet [that] is far more problematic in the evening than during the day.")  During her recent neurological examination on 12/18/07 Dr. Pryshlak further described, "I wiggle to relieve the burning," which in concert with the nocturnal pattern of symptom exacerbation is characteristic of restless legs syndrome – and has nothing to do with any injury on 4/18/07.

- At that visit Dr. Scherping concluded, "I do not think anything in the lumbar spine is anything that should be addressed with any further invasive therapies....  At this point I think we continue to believe that this is a strain type injury....  With regard to the symptoms in her feet, particularly the sensation of burning in the evening, I think she needs to bring this to the attention of the neurologist that she sees.  I do not see anything in the lumbar spine that I think could readily explain this" – which was an accurate assessment by Dr. Scherping, aside from his attribution of Dr. Pryshlak's left hip pain complaints to "a strain type injury" given that:  a) no such complaint appeared until five and one-half weeks after 4/18/07, and b) any alleged strain type injury on that date would have naturally, spontaneously resolved *long* before six months later.

- On 10/15/07 Dr. Pryshlak told Dr. Scherping that she had only "been having *minimal* neck pain," and headaches had "actually been *better* in the past week...."

- On the very same date -- 10/15/07 (report dated 10/16/07) – Dr. Pryshlak was initially evaluated (based on referral from her attorney) by Susan B. Trachman, M.D., a forensic psychiatrist.  In that context -- and in contrast with what she told Dr. Scherping the same day – Dr. Pryshlak reported "*severe* headaches which recently have *increased* in frequency," and "also complain[ed] of a stiff neck."

Ms. Kiran Sharma
December 27, 2007
Page Seventeen

Re:  Maria O. Pryshlak, Ph.D.

- Dr. Pryshlak again reported "headaches in an increasing fashion up to twice a week, at times disabling for 3 days" when she was initially evaluated by Mahan Chehrenama, D.O. (a neurologist) on 10/29/07 – over five months after headaches had "dramatically improved" within just four weeks of the incident of 4/18/07, and as of 10/29/07 having nothing to do with any residual neurological injury.

- Whatever headaches (and associated neck pain) Dr. Pryshlak actually continues to experience remain a product of her preexisting migraine tendency – fueled and amplified by psychological and emotional factors including her role in this injury claim, but unrelated to any ongoing injury from the incident of 4/18/07 – and could be effectively controlled with a proper preventive approach (which would be aided by resolution of her claim).

- Dr. Pryshlak's current complaints otherwise consist of relatively minor sensory symptoms typical of incidental ulnar neuropathy at the left elbow and restless legs syndrome, having nothing to do with any injury on 4/18/07.  Her low back and left leg pain complaints cannot be explained on a physical basis, either related to the incident of 4/18/07 or otherwise.

- Finally, Dr. Pryshlak again demonstrated elaborative examination behavior recently on 12/18/07 in the form of painless, factitious "giveaway" weakness of the left hand.

Yours sincerely,

David Buchholz, M.D.

DB:CM

Enclosures



### GEORGETOWN UNIVERSITY
### CENTER FOR INTERCULTURAL EDUCATION AND DEVELOPMENT
### (CIED)

Box 579400 Washington, DC 20057-9400
CIED Tel: (202) 687-1400 ~ Fax: (202) 687-2555 or (202) 687-2532

To:
Department: _Dr. David Buchholz_

From:
Department: _MARIA PRYSYLAK_   CIED/Georgetown University

Reference:

Date: _Dec. 19 2007_

Fax:
_410 583 2835_

Tel:

Total Pages: _3_

Please kindly forward to
Dr. Buchholz — This is time
sensitive material

Thank You

M P.

Dear Dr. Buchholz

Yesterday I was unable to provide some of the answers to your questions regarding medication. Here is a list of the medications that I was taking within the past two to three months:

**Prednisone**     10 mg  Dr. Chehrenama
Prescribed when occipital nerve blocks and trigger point shots ended and I had an explosion of severe headaches, one after the other; Imitrex as well as Maxalt did not help for this type of headache.

**Maxalt**     Dr. Chehrenama.  Took once and it did not help for this type of headache. When headaches got much worse called Dr. Chehrenama who prescribed the prednisone.

**Neurotin**     300mg 2x a day   Dr. Chehrenama

**Flexiril**     5 mg  Dr. Cullen

**Flexiril**     10 mg  Dr. Scherping

**Lyrica**     7 mg  Dr. Edwards (took that until finished )
For left arm symptoms

**Ibuprofen**     600 mg. Was prescribed by George Washington University Associates for my chest pain. However, I tried taking it several times –most notably when the new series of headaches exploded—didn't help

**Darvocet**     (generic substitute Propoxy N/APA 100-650 TAB TEV) Dr. Cullen for headaches—did not help

**Imitrex**     50 mg   In last 7-8 weeks took 4-5—sometimes helped and sometimes did not – depended on the type of headache I had. The occipital nerve block which I took over a period of 3.5 weeks seemed to decrease acuteness and duration of headaches so I did not need to take anything else.

**Ambien**     10 mg  for sleeping.

**Lidoderm-lidocaine patch**     Dr. Khosla at Neurology and Headache Clinic prescribed for muscles which he said were extending from my neck–particularly on the left side—and very tight.

**Lipitor**     40 mg take on a daily basis

**Multivitamins—Centrum Silver**

**Newest prescriptions**

**Roboxin***      I did not take until checking with Dr. Chehrenama since she was the treating physician. This was prescribed by Dr. Khosla when Dr. Chehrenama was away one day.

**Neurotin 600 mg  - am picking up**

**Imitrex**        100 mg to help with "migraine" type of headaches

I forgot to add that I started acupuncture treatment with Xiao Ming Tian who has conducted research and works in cooperation with NIH. I am paying out of pocket for these treatments since they are not covered by any insurance. I am truly hoping this course of treatment may help as well....Just want to get better.

I regret that I was unable to think quickly and clearly yesterday....my head felt very heavy and the thought process was fuzzy....I was a bit concerned as to how I would make it home driving. But I reiterate as I did yesterday, that I did have headaches previously. They did not come often but were very much associated with intensity of work and stress...Towards more recent months, prior to the accident—I had nausea develop and some vomiting. That is why I went to see Dr. Cullen. After the accident, as I stated, there were two types of headaches....some resembling what I had experienced previously but much more intense and longer in duration with extensive vomiting...others as I described to you, starting in the neck with spasm like contractions and proceeding to a full blown headache for which none of the medications seemed to help. When I began taking the shots at the Neurology and Headache Institute in Alexandria, the headaches seemed to subside in terms of intensity -- although I still had headaches.

You asked me what are my chief complaints at present and I reiterate again that they are the various headaches, the pain shooting down my left leg and going into the groin area at times but also shooting down the left side into the knee and straight down the left side of the leg. Putting weight on the leg or sitting for extended periods of time is difficult and I have to stand up from time to time. Sometimes the pain is strong and I jump out of bed or out of my seat and try to find a way of quieting it down. I also have burning in the soles of my feet which arises when I lie on my back or on my stomach. The sensation is a combination of hollowness and burning. It usually starts with pressure to my very lower back (not around the waist but significantly below—but somewhat above the tail bone). My left hand is a bit better but continues to have needle like or ant crawling like sensation with burning in the plain below the pinky. If I place my elbow down in a certain position or twist my arm in a certain position—especially during sleep—my arm can hurt quite a bit and I have to change position. I have on occasion put on the soft splint Dr. Edwards gave me to ensure that the pain subsides.

That's all for a recapitulation.
Wishing you joyful holiday season

<u>CURRICULUM VITAE</u>

<u>DAVID BUCHHOLZ, M.D.</u>

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, Maryland 21093
(410) 583-2830
(410) 583-2835 (fax)

## <u>EDUCATION</u>

| | | |
|---|---|---|
| University of Pennsylvania<br>Philadelphia, PA | B.A. | 1973 - 1977 |
| University of Pennsylvania<br>Philadelphia, PA | M.D. | 1975 - 1979 |

## <u>POSITIONS</u>

| | |
|---|---|
| Intern in Medicine<br>Pennsylvania Hospital<br>Philadelphia, PA | 1979 - 1980 |
| Resident in Neurology<br>The Johns Hopkins Hospital | 1980 - 1982 |
| Chief Resident in Neurology<br>The Johns Hopkins Hospital | 1982 - 1983 |
| Assistant Professor of Neurology<br>The Johns Hopkins University | 1983 - 1990 |
| Director, Neurological Consultation Center<br>The Johns Hopkins Outpatient Center | 1983 - 1997 |
| Director of Ambulatory Services<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1989 - 1997 |

EXHIBIT

B

tabbies

Director, General Neurology Division                                   1989 - 1997
Department of Neurology
The Johns Hopkins University

Associate Professor of Neurology                                      1991 -
The Johns Hopkins University

Private Practice in Neurology                                        1997 -
Johns Hopkins at Green Spring Station


HONORS

Benjamin Franklin Scholar                                            1973 - 1975
University of Pennsylvania

University Scholar                                                   1974 - 1979
University of Pennsylvania

Phi Beta Kappa                                                       1977
University of Pennsylvania

Summa Cum Laude                                                      1977
University of Pennsylvania

Alpha Omega Alpha                                                    1979
University of Pennsylvania School of Medicine

Dr. Spencer Morris Prize                                             1979
University of Pennsylvania School of Medicine


CERTIFICATIONS

National Board of Medical Examiners                                  1980

State of Maryland License #D25089                                    1980

Accredited Clinical Polysomnographer                                 1983

American Board of Psychiatry and Neurology (Neurology)              1984

American Board of Sleep Medicine                                     1991

2

## SOCIETIES

| | |
|---|---|
| American Academy of Neurology | 1980 - |
| Sleep Research Society | 1982 - 1999 |
| The Johns Hopkins Medical and Surgical Association | 1983 - |
| Clinical Sleep Society | 1985 - 2000 |
| American Academy of Sleep Medicine<br>(Formerly American Sleep Disorders Association) | 1987 - 2000 |
| American Headache Society | 1991 - |
| Stroke Council | 1991 - 1997 |
| Dysphagia Research Society | 1992 - 2001 |
| International Headache Society | 1993 - 2003 |

## COMMITTEES

| | |
|---|---|
| Chairman, Performance Improvement Committee<br>(formerly Quality Assurance Committee)<br>Clinical Neurosciences (Neurology and Neurosurgery)<br>The Johns Hopkins Hospital | 1984 - 1997 |
| Medical Care Evaluation Committee<br>The Johns Hopkins Hospital | 1984 - 1989 |
| Ad Hoc Neurology Committee<br>on Criteria for Brain Death<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Enteral Feeding Tube Subcommittee<br>The Johns Hopkins Hospital | 1986 - 1987 |
| Ambulatory Care Information Systems<br>Task Force<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Committee to Review Ambulatory Care Plans<br>The Johns Hopkins Hospital | 1987 - 1988 |

| | |
|---|---|
| Chairman, Quality Assurance/<br>  Risk Management Integration Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Agenda Committee of the Medical Care<br>  Evaluation Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Medical Board (ex officio)<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Executive Committee of the Medical Board (ex officio)<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Clinical Data and Documentation Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Risk Management Committee<br>The Johns Hopkins Hospital | 1987 - 1988 |
| Ad Hoc Subcommittee on Admission Test Ordering<br>The Johns Hopkins Hospital | 1989 |
| AUTRES Users Group<br>The Johns Hopkins Hospital | 1989 - 1991 |
| Financial Advisory Committee<br>Department of Neurology | 1989 - 1991 |
| Performance Improvement Committee<br>  (formerly Physician Advisors Committee)<br>The Johns Hopkins Hospital | 1989 - 1997 |
| Outpatient Center Advisory Council<br>The Johns Hopkins Medical Institutions | 1989 - 1992 |
| Outpatient Center Project Team<br>The Johns Hopkins Medical Institutions | 1989 - 1992 |
| Competitive Performance Committee<br>Department of Neurology | 1990 - 1991 |
| Committee on Outpatient Center Functions<br>The Johns Hopkins Medical Institutions | 1990 - 1991 |

| | |
|---|---|
| Executive Committee<br>Department of Neurology | 1990 - 1994 |
| Automated Outpatient Record Committee<br>The Johns Hopkins Medical Institutions | 1991 |
| Governance Committee<br>The Johns Hopkins Outpatient Center | 1993 - 1994 |
| Subcommittee on Clinical Services<br>The Johns Hopkins Outpatient Center | 1993 - 1994 |
| Quality Council<br>The Johns Hopkins Outpatient Center | 1993 - 1994 |
| Ad Hoc Committee on the Electronic Patient Record<br>The Johns Hopkins Medical Institutions | 1993 - 1994 |
| Outpatient Center Advisory Council<br>The Johns Hopkins Medical Institutions | 1996 - 1997 |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Neurologic Consultant<br>The Johns Hopkins Swallowing Center | 1982 - 2001 |
| Editorial Advisory Board<br>*Dysphagia* | 1985 - 2002 |
| Reviewer<br>*Medicine* | 1985 |
| Neurologic Consultant<br>The Johns Hopkins Facial Pain Clinic | 1985 - 1987 |
| Medical Advisory Board<br>Maryland Motor Vehicle Administration | 1986 - 1988 |
| Board of Advisors<br>Post-Polio League, Inc. | 1986 - 1988 |
| Neurologic Consultant<br>The Jacob and Hilda Blaustein Pain<br>  Treatment Center<br>The Johns Hopkins Hospital | 1986 - 1990 |

| | |
|---|---|
| Neurologic Consultant<br>The Johns Hopkins Stereotactic Center | 1986 - 1990 |
| Optic Neuritis Study Group<br>(Optic Neuritis Treatment Trial and<br>   Longitudinal Optic Neuritis Study) | 1988 - 1997 |
| Reviewer<br>*Saudi Medical Journal* | 1989 |
| Neurologic Consultant<br>The Johns Hopkins Sleep Disorders Center | 1989 -1991 |
| Board of Advisors<br>*Courts, Health Science and the Law* | 1989 - 1991 |
| Reviewer<br>*AIDS* | 1990 |
| Reviewer<br>*Journal of Neurologic Rehabilitation* | 1990 |
| Course Director<br>First Annual Johns Hopkins Neurology for the Primary Practitioner | 1990 |
| Active Medical Staff<br>Francis Scott Key Medical Center | 1990 - 1992 |
| Neurology Section Advisor<br>*The Principles and Practice of Medicine* | 1990 - 1996 |
| Coinvestigator<br>Young Stroke Incidence Study | 1990 - 1997 |
| Course Director<br>Second Annual Johns Hopkins Neurology for the Primary Practitioner | 1991 |
| Reviewer<br>The Johns Hopkins University Press | 1991 |
| Course Director<br>Third Annual Johns Hopkins Neurology for the Primary Practitioner | 1992 |
| Medical Advisory Board<br>Restless Legs Syndrome Foundation, Inc. | 1992 -1998 |

| | |
|---|---|
| Coinvestigator<br>Stroke Prevention in Young Women | 1992 - 1997 |
| Facilitator<br>Assessment of Evaluation and Management of<br>  Swallowing Dysfunction<br>TTA Subcommittee, American Academy of Neurology | 1993 |
| Course Director<br>Fourth Annual Johns Hopkins Neurology for the Primary Practitioner | 1993 |
| Reviewer<br>The Neurologist | 1994 |
| Course Director<br>Fifth Annual Johns Hopkins Neurology for the Primary Practitioner | 1994 |
| Program Committee<br>Third Annual Dysphagia Research Society Meeting | 1994 |
| Course Director<br>Sixth Annual Johns Hopkins Neurology for the Primary Practitioner | 1995 |
| Program Committee<br>Fourth Annual Dysphagia Research Society Meeting | 1995 |
| Nominating Committee<br>Dysphagia Research Society | 1995 |
| Peer Reviewer<br>Clinical Practice Guidelines on Chronic Pain: Headache<br>  Agency for Health Care Policy and Research<br>  and American Academy of Neurology | 1995 |
| International Restless Legs Syndrome Study Group | 1995 - 2000 |
| Program Committee<br>Fifth Annual Dysphagia Research Society Meeting | 1996 |
| External Examiner<br>Higher Degree Committee<br>The University of New South Wales, Sydney, Australia | 1996 |
| Course Director<br>Seventh Annual Johns Hopkins Neurology for the Primary Practitioner | 1996 |

| | |
|---|---|
| Councillor<br>Dysphagia Research Society | 1996 - 1998 |
| Reviewer<br>*Southern Medical Journal* | 1996 |
| Reviewer<br>*Journal of Neurology, Neurosurgery and Psychiatry* | 1997 |
| Expert Reviewer<br>*The Essentials of Contraceptive Technology* | 1997 |
| Technical Expert<br>Technology Assessment of Diagnosis and<br>   Treatment of Swallowing Disorders in Older Patients<br>Agency for Health Care Policy and Research | 1997 |
| Course Director<br>Eighth Annual Johns Hopkins Neurology for the Primary Practitioner | 1997 |
| Reviewer<br>*Sleep* | 1998 |
| Program Committee<br>Seventh Annual Dysphagia Research Society Meeting | 1998 |
| Faculty Opponent<br>Dissertation of Håkon Nilsson<br>Malmö, Sweden | 1998 |
| Reviewer<br>*Women's Health in Primary Care* | 1998 |
| Course Director<br>Ninth Annual Johns Hopkins Neurology for the Primary Practitioner | 1998 |
| Course Director<br>Tenth Annual Johns Hopkins Neurology for the Primary Practitioner | 1999 |
| Course Director<br>Eleventh Annual Johns Hopkins Neurology for the Primary Practitioner | 2000 |

PUBLICATIONS

1.   Allen RP, Smith PL, Buchholz DW, Gottleib S: Sleep terrors associated with severe cardiac brady-arrhythmias in phasic REM during withdrawal from phenelzine (MAO inhibitor) and lithium: A case report. Presentation to The Association for the Psycho-physiological Study of Sleep, 1982. (abstract)

2.   Hilt DC, Buchholz D, Krumholz A, Weiss H, Gale A, Wolinsky J: Post zoster ophthalmicus cerebral angiitis and delayed contralateral hemiparesis: Diagnosis and treatment. Neurology (NY) 32(2):198, 1982. (abstract)

3.   Buchholz D: Snoring and sleep apnea. Journal of the National Medical Association 75(5): 456, 1983. (letter)

4.   Buchholz DW, White CL, III, Bergey, GK, Griffin, JW, McKhann, GM, Clark, AW: Relapsing and remitting neuropathy caused by "occult" lymphoma in the peripheral nervous system. Journal of Neuropathology and Experimental Neurology, 1983. (abstract)

5.   Allen RP, Smith P, Alexander G, Buchholz D: Assessing the dormouse effect (impaired subjective awareness of sleepiness): Objective vs. subjective sleep onset times for the MSLT in various sleep disorders. Sleep Research. 2:220-1983. (abstract)

6.   Buchholz D, Kariya S: Metoclopramide-induced parkinsonism. Archives of Neurology 40:528-9, 1983. (letter)

7.   Hilt DC, Buchholz D, Krumholz A, Weiss H, Wolinsky J: Herpes zoster ophthalmicus and delayed contralateral hemiparesis caused by cerebral angiitis: Diagnosis and management approaches. Annals of Neurology 14(5): 543-53, 1983.

8.   Buchholz DW: Approach to stroke. The Johns Hopkins Medical Grand Rounds, vol. X, program 10, 1984. (audiotape)

9.   Rosenbloom S, Buchholz D, Kumar AJ, Kaplan R, Moses H, III, Rosenbaum A: Evolution of central pontine myelinolysis on CT. American Journal of Neuro-Radiology 5:110-112, 1984.

10.  Buchholz D, Niedermeyer E: Sleep disorders. In Harvey, AM, et al. (eds) The Principles and Practice of Medicine, 21st edition. Appleton-Century-Crofts, Norwalk 1984.

11.  Buchholz D: Sleep disorders. In Margolis, S (ed.) The Practice of Medicine: A Self-Assessment Guide, 3rd edition, 1984. Appleton-Century-Crofts, Norwalk, 1984. (questions)

12.  Ravich WJ, Donner MW, Kashima H, Buchholz DW, March BR, Hendrix TR, Kramer SS, Jones B, Bosma JF, Siebens AA, Linden P: The Swallowing Center: Concepts and procedures. *Gastrointestinal Radiology* 10:255-261, 1985.

9

13.  Buchholz DW, Bosma JF, Donner MW: Adaptation, compensation and decompensation of the pharyngeal swallow. *Gastrointestinal Radiology* 10:235-239, 1985.

14.  Buchholz DW, Marsh BR: Case report: Multifactorial dysphagia - Looking for a second, treatable cause. *Dysphagia* 1:88-90, 1986.

15.  Buchholz D: Dysphagia in post-polio patients. In Halstead LS, Wiechers DO (eds.) Research and Clinical Aspects of the Late Effects of Poliomyelitis, March of Dimes Birth Defects Foundation, White Plains, 1987.

16.  Buchholz D: Neurologic evaluation of dysphagia. *Dysphagia* 1:187-192, 1987.

17.  Buchholz D: Neurologic causes of dysphagia. *Dysphagia* 1:152-156, 1987.

18.  Buchholz D: Sleep disorders. In Johnson RT (ed.) Current Therapy in Neurologic Disease, second edition, B.C. Decker, Philadelphia, 1987.

19.  Buchholz D: Sleep disorders. In Bayless T, et al. (eds.) Current Therapy in Internal Medicine-2, B.C. Decker, Philadelphia, 1987.

20.  Kim WS, Buchholz D, Kumar AJ, Donner MW, Rosenbaum AE: Magnetic resonance imaging for evaluating neurogenic dysphagia. *Dysphagia* 2:40-45, 1987.

21.  Buchholz DW: Lumbar spinal stenosis. The Johns Hopkins Medical Grand Rounds, vol. XIV, program 5, 1988. (audiotape)

22.  Buchholz D: Sleep Disorders. In Harvey, et al. (eds.) The Principles and Practice of Medicine, 22nd edition, Appleton and Lange, Norwalk, 1988.

23.  Beck RW, Optic Neuritis Study Group: The Optic Neuritis Treatment Trial. *Archives of Ophthalmology* 106:1051-1053, 1988.

24.  Buchholz D: Sleep Disorders. In Margolis S (ed.) The Practice of Medicine: A Self-Assessment Guide, 4th edition, Appleton and Lange, Norwalk, 1989. (questions)

25.  Buchholz DW: Neurogenic dysphagia. In Johnson RT (ed.) Current Therapy in Neurologic Disease, third edition, B.C. Decker, Philadelphia, 1990.

26.  Jones B, Buchholz D, Ravich WJ, Donner MW: Dysphagia and the post-polio syndrome. American Roentgen Ray Society, 1990. (abstract)

27.  Kaplan PW, Allen RP, Buchholz DW, Walters K: Double-blind comparison of L-dopa vs. propoxyphene in patients with periodic limb movements in sleep. *American Electroencephalographic Society*, 1990. (abstract)

28.     Buchholz DW: Central pontine myelinolysis. The Johns Hopkins Medical Grand Rounds, vol. XVII, program 1, 1990. (audiotape)

29.     Buchholz DW: Dementia. In Spivak, JL and Barnes, HV (eds.) <u>Manual of Clinical Problems in Internal Medicine,</u> 4th edition, Little Brown and Co., Boston, 1990.

30.     Buchholz D, Jones B: Dysphagia occurring after polio. *Dysphagia* 6:165-169, 1991.

31.     Stern BJ, Kittner SJ, Sloan MA, Meyd C, Buchholz D, Rigamonti D, Woody R, Meyerhoff J, Bell W, Price TR: Stroke in the young: Part I. *Maryland Medical Journal* 40:453-462, 1991.

32.     Stern BJ, Kittner SJ, Sloan MA, Meyd C, Buchholz D, Rigamonti D, Woody R, Meyerhoff J, Bell W, Price TR: Stroke in the young, Part II. *Maryland Medical Journal* 40:565-571, 1991.

33.     Mason KJ, Seipp MJ, Kittner SJ, Meyd CJ, Buchholz D, Stern BJ, Sloan M, Price TR: Hospital discharge surveillance for stroke in young adults. *Circulation* 83:730, 1991. (abstract)

34.     Burnstine TH, Allen RP, Buchholz DW: Nocturnal and daytime sleep of narcoleptics revisited. *Sleep Research* 20:214, 1991. (abstract)

35.     Kaplan PW, Allen RP, Buchholz DW, Walters K: Double-blinded, placebo controlled comparison of propoxyphene and carbidopa/levodopa for treatment of periodic limb movements in sleep. *Sleep Research* 20:199, 1991. (abstract)

36.     Sloan MA, Kittner SJ, Buchholz D, Meyd CJ, Stern BJ, Mason KJ, Seipp MJ, Price TR: Evidence for illicit drug use among young adults with first ischemic stroke. *Neuroepidemiology* 10:98, 1991. (abstract)

37.     Buchholz DW: Modern Management of migraine. The Johns Hopkins Medical Grand Rounds, vol. XVII, program 1991. (audiotape)

38.     Buchholz DW, Jones B: Post-polio dysphagia: Alarm or caution? *Journal of Orthopedics* 14(12):1303-1305, 1991.

39.     Optic Neuritis Study Group: The clinical profile of acute optic neuritis: Experience of the Optic Neuritis Treatment Trial. *Archives of Ophthalmology* 109:1673-1678, 1991.

40.     Jones B, Buchholz DW, Ravich WJ, Donner MW: Swallowing dysfunction in the post-polio syndrome: A cinefluorographic study. *American Journal of Roentgenology* 158:283-286, 1992.

41.     Buchholz DW:  Editorial:  Periventricular white matter changes and oropharyngeal swallowing in normal individuals. *Dysphagia* 7:148-149, 1992.

42.     Allen RP, Kaplan PR, Buchholz DW, Earley CJ, Walters JK:  Double-blinded, placebo controlled comparison of high dose propoxyphene and moderate dose carbidopa/levodopa for treatment of periodic limb movements in sleep. *Sleep Research* 21:166, 1992. (abstract)

43.     Allen RP, Kaplan PR, Buchholz DW, Earley CJ, Walters JK:  Accuracy of physical activity monitor (PAM) worn on the ankle for assessment of treatment response for periodic limb movements in sleep. *Sleep Research* 21:329, 1992. (abstract)

44.     Beck RW, Cleary PA, Anderson MA, et al. (including The Optic Neuritis Study Group):  A randomized, controlled trial of corticosteroids in the treatment of acute optic neuritis. *New England Journal of Medicine* 326:581-588, 1992.

45.     Beck RW, Optic Neuritis Study Group:  The Optic Neuritis Treatment Trial:  Implications for clinical practice. *Archives of Ophthalmology* 110:331-332, 1992.

46.     Beck RW, Optic Neuritis Study Group:  Corticosteroid treatment of optic neuritis: A need to change treatment practices. *Neurology* 42:1133-1135, 1992.

47.     Buchholz DW, Jones B, Ravich WJ:  Dysphagia following anterior cervical fusion. *Dysphagia* 8:390, 1993. (abstract)

48.     Buchholz DW, Prosiegel M:  Hausige mit Dysphagie einhergehende Neurologische Erkrankungen.  In Bartolome G, Buchholz DW, Hannig C, Neumann S, Prosiegel M, Schröter-Morasch H, and Wuttge-Hannig A (eds.) Diagnostik und Therapie neurologisch bedingter Schluckstörungen, Gustav Fischer Verlag, Stuttgart, 1993.

49.     Buchholz DW: Clinically-probable brainstem stroke presenting primarily as dysphagia and nonvisualized by MRI. *Dysphagia* 8:235-238, 1993.

50.     Baltimore-Washington Cooperative Young Stroke Study Group.  Distribution of probable and possible causes of cerebral infarction in young adults.  The Baltimore-Washington Young Stroke Study. *Neurology* 43 (Suppl):A390, 1993.  (abstract)

51.     Baltimore-Washington Cooperative Young Stroke Study Group.  Illicit drug use among young adults with first ischemic stroke.  The Baltimore-Washington Young Stroke Study. *Neurology* 43 (Suppl):A394, 1993.  (abstract)

52.     Kittner SJ, McCarter RJ, Sherwin RW, Sloan MA, Stern BJ, Meyd CJ, Buchholz D, Seipp MJ, Price TR:  Black-white differences in stroke risk among young adults. *Stroke* 24 (Suppl I):I-13-I-15, 1993.

53.  Beck RW, Kupersmith MJ, Cleary PA, Katz B, Optic Neuritis Study Group: Fellow eye abnormalities in acute unilateral optic neuritis: experience of the optic neuritis treatment trial. *Ophthalmology* 100:691-698, 1993.

54.  Keltner JL, Johnson CA, Spurr JO, Beck RW, Optic Neuritis Study Group: Baseline visual field profile of optic neuritis: the experience of the optic neuritis treatment trial. *Archives of Ophthalmology* 111:231-234, 1993.

55.  Beck RW, Arrington J, Murtagh FR, Cleary PA, Kaufman DI, Optic Neuritis Study Group: Brain MRI in acute optic neuritis: experience of the optic neuritis study group. *Archives of Neurology* 50:841-846, 1993.

56.  Cleary PA, Beck RW, Anderson MM, Kenny DJ, Backlund J, Gilbert PR, Optic Neuritis Study Group: Design, methods and conduct of the optic neuritis treatment trial. *Controlled Clinical Trials* 14:123-142, 1993.

57.  Keltner JL, Johnson CA, Beck RW, Cleary PA, Spurr JO, Optic Neuritis Study Group: Quality control functions of the Visual Field Reading Center (VFRC) for the optic neuritis treatment trial (ONTT). *Controlled Clinical Trials* 14:143-159, 1993.

58.  Beck RW, Cleary PA, Optic Neuritis Study Group: Recovery from severe visual loss in optic neuritis. *Archives of Ophthalmology* 111:300, 1993.

59.  Beck RW, Diehl L, Cleary PA, Optic Neuritis Study Group: The Pelli-Robson Letter Chart: normative data for young adults. *Clinical Vision Science* 8:207-210, 1993.

60.  Chrousos GA, Kattah JC, Beck RW, Cleary PA, Optic Neuritis Study Group: Side effects of glucocorticoid treatment: experience of the optic neuritis treatment trial. *Journal of the American Medical Association* 269:2110-2112, 1993.

61.  Beck RW, Cleary PA, Optic Neuritis Study Group: Optic neuritis treatment trial: one-year follow-up results. *Archives of Ophthalmology* 111:773-775, 1993.

62.  Beck RW, Cleary PA, Trobe JD, Kaufman DI, Kupersmith MJ, Paty DW, Brown CH, Optic Neuritis Study Group: The effect of corticosteroids for acute optic neuritis on the subsequent development of multiple sclerosis. *New England Journal of Medicine* 329:1764-69, 1993.

63.  Kaplan PW, Allen RP, Buchholz DW, Walters JK: A double-blind, placebo-controlled randomized study of the treatment of periodic limb movements in sleep using carbidopa/levodopa and propoxyphene. *Sleep* 16:717-723, 1993.

64.  Fisher RS, Buchholz DW: Migraine and epilepsy. In Fisher R (ed.) Imitators of Epilepsy, Demos Publications, New York, 1994.

65.    Buchholz DW: Editorial: Postpolio Dysphagia. *Dysphagia* 9:99-100, 1994.

66.    Sloan M, for the Baltimore-Washington Cooperative Young Stroke Study Group: Illicit drug use among young adults with intracerebral hemorrhage. *Stroke* 25:247, 1994. (abstract)

67.    Buchholz D, Barofsky I, Edwin D, Jones B, Ravich W: Psychogenic oropharyngeal dysphagia: Report of 26 cases. *Dysphagia* 9:267-268, 1994. (abstract)

68.    Barofsky I, Buchholz D, Edwin D, Jones B, Ravich W: Characteristics of patients who have difficulty initiating swallowing. *Dysphagia* 9:264, 1994. (abstract)

69.    Neumann S, Buchholz D, Wuttge-Hannig A, Hannig C, Prosiegel M, Schröter-Morasch H: Bilateral pharyngeal dysfunction after lateral medullary infarction. *Dysphagia* 9:263, 1994. (abstract)

70.    Keltner JL, Johnson CA, Spurr JO, Beck RW, Optic Neuritis Study Group: Visual field profile of optic neuritis: One-year follow-up in the optic neuritis treatment trial. *Archives of Ophthalmology* 112:946-953, 1994.

71.    Beck RW, Cleary PA, Backlund JC, Optic Neuritis Study Group: The course of visual recovery after optic neuritis: Experience of the optic neuritis treatment trial. *Ophthalmology* 101:1771-1778, 1994.

72.    Buchholz DW: Dysphagia associated with neurological disorders. *Acta Oto-Rhino-Laryngologica Belgica* 48:143-155, 1994.

73.    Buchholz DW: Neurogenic dysphagia: What is the cause when the cause is not obvious? *Dysphagia* 9:245-255, 1994.

74.    Buchholz DW: Neurogenic Dysphagia. In Bayless TM (ed.) Current Therapy in Gastroenterology and Liver Disease, 4th edition, Mosby-Year Book, Inc., St. Louis, 1994.

75.    Neumann S, Bartolome G, Buchholz DW, Prosiegel M: Swallowing therapy of neurologic patients: Correlation of outcome with pretreatment variables and therapeutic methods. *Dysphagia* 10:1-5, 1995.

76.    Neumann S, Buchholz D, Jones B, Palmer J: Pharyngeal dysfunction after lateral medullary infarction is bilateral: Review of 15 additional cases. *Dysphagia* 10:136, 1995. (abstract)

77.    Buchholz D, Neumann S, Jones B, Ravich W: Neurogenic dysphagia: Results of swallowing center evaluation of 228 cases. Dysphagia 10:137, 1995. (abstract)

78.    Buchholz D, Jones B, Neumann S, Ravich W: Benzodiazepine-induced pharyngeal dysphagia: Report of two possible cases. *Dysphagia* 10:142, 1995. (abstract)

14

79.     Buchholz DW:  Oropharyngeal dysphagia due to iatrogenic neurological dysfunction. *Dysphagia* 10:248-254, 1995.

80.     Buchholz DW: Cricopharyngeal myotomy may be effective treatment for selected patients with neurogenic dysphagia. *Dysphagia* 10:255-258, 1995.

81.     Buchholz DW: Headache and rhinosinusitis. *Audio-Digest, Otolaryngology Head and Neck Surgery,* Vol. 28, No. 8, 1995. (audiotape)

82.     Johnson CJ, Kittner SJ, McCarter RJ, Sloan MA, Stern BJ, Buchholz D, Price TR: Interrater reliability of an etiologic classification of ischemic stroke. *Stroke* 26:46-51, 1995.

83.     Rohr J, Kittner S, Feeser B, Whyte M, Weinstein A, Kanerak N, Buchholz D, Earley C, Johnson C, Macko R, Price T, Rosario J, Sloan M, Stern B, Wityk R, Wozniak M: risk factors and stroke in young adults: The Baltimore-Washington cooperative young stroke study. *Circulation* 91:927, 1995. (abstract)

84.     Sloan MA, Kittner S, Feeser B, Gardner J, Wozniak M, Wityk R, Stern B, Rosario J, Price T, Macko R, Johnson C, Earley C, Buchholz D:  Localization and etiology of intracerebral hemorrhage in young adults:  the Baltimore-Washington cooperative young stroke study. *Annals of Neurology*, October, 1995.

85.     Kittner SJ, Hebel R, Feeser B, Buchholz D, Earley C, Johnson C, Macko R, Price T, Rosario J, Sloan MA, Stern B, Wityk R, Wozniak M: Stroke risk associated with pregnancy and the post-partum period. *Stroke*, January, 1995 (Presented at Stroke Meeting).

86.     Kittner S, Hebel JR, Feeser B, Rohr J, Malinow MR, Upson B, Buchholz D, Earley C, Johnson C, Macko R, Price T, Rosario J, Sloan M, Stern B, Wityk R, Wozniak M, Sherwin R, Stolley P:  Plasma homocyst(e)ine and risk of cerebral infarction: the stroke prevention in young women study. *Circulation* 91:927, 1995. (abstract)

87.     Walters AS, The International Restless Legs Syndrome Study Group:  Toward a better definition of restless legs syndrome. *Movement Disorders* 10:634-642, 1995.

88.     Beck RW, Optic Neuritis Study Group:  The optic neuritis treatment trial:  Three-year follow-up results. *Archives of Ophthalmology* 113:136-137, 1995.

89.     Beck RW, Trobe JD, Optic Neuritis Study Group: The optic neuritis treatment trial: putting the results in perspective. *Journal of Neuro-Ophthalmology* 15:131-135, 1995.

90.     Beck RW, Trobe JD, Optic Neuritis Study Group.  What we have learned from the optic neuritis treatment trial. *Ophthalmology* 102:1504-1508, 1995.

91.     Buchholz DW: Headache. In Stobo, et al. (eds.) The Principles and Practice of Medicine, 23rd edition, Appleton and Lange, Norwalk, 1996.

92.    Buchholz DW:  Sleep Disorders.  In Stobo, et al. (eds.) The Principles and Practice of Medicine, 23rd edition, Appleton and Lange, Norwalk, 1996.

93.    Buchholz DW, Reich SR:  The menagerie of migraine.  *Seminars in Neurology* 16:83-93, 1996.

94.    Buchholz DW:  Editorial:  What is dysphagia? *Dysphagia* 11:23-24, 1996.

95.    Buchholz DW:  Editorial: Esophageal dysfunction due to neurological disorders. *Dysphagia* 11:30-33, 1996.

96.    Rolak LA, Beck RW, Paty DW, Tourtellotte WW, Whitaker JN, Rudick RA, Optic Neuritis Study Group:  Cerebrospinal fluid in acute optic neuritis: experience of the optic neuritis treatment trial. *Neurology* 46:368-372, 1996.

97.    Trobe JD, Beck RW, Moke PS, Cleary PA, Optic Neuritis Study Group: Contrast sensitivity and other vision tests in the optic neuritis treatment trial.    *American Journal of Ophthalmology* 121:547-553, 1996.

98.    Barofsky I, Ravich W, Buchholz D, Jones B:  Oral findings on video swallowing study in neurogenic and psychogenic dysphagia. Presented to Society of Gastrointestinal Radiologists 25th Annual Meeting, 1996.

99.    Kittner S, Macko R, Hebel JR, Feeser B, Rohr J, Malinow MR, Upson B, Buchholz D, Earley C, Johnson C, Price T, Sloan M, Stern B, Wityk R, Wozniak M, Sherwin R, Stolley P:  Plasma homocysteine and risk of cerebral infarction:  the stroke prevention in young women study.  Presented at 21st International Joint Conference on Stroke and Cerebral Circulation, San Antonio. *Stroke* 27 (1):179, 1996.

100.    Macko R, Kittner S, Feeser B, Cox DK, Hebel JR, Buchholz D, Earley C, Johnson C, Price T, Sloan M, Stern B, Wityk R, Wozniak M, Sherwin R, Stolley P:  Elevated tissue plasminogen activator (tPA) antigen and stroke risk: the stroke prevention in young women study. Presented at 36th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, San Francisco, CA, March 13-16, 1996.

101.    Ravich W, Buchholz D, Neumann S, Jones B:  Dilatation of pharyngoesophageal (PE) segment narrowing for treatment of neurogenic pharyngeal dysphagia (NPD):  Report of 5 cases. *Dysphagia* 11:159, 1996.  (abstract)

102.    Neumann S, Reich S, Buchholz D, Purcell L, Jones B:  Progressive supranuclear palsy (PSP):  Characteristics of dysphagia in 14 patients. Dysphagia 11:164, 1996.  (abstract)

103. Wozniak MA, Kittner SJ, Price TR, Feeser BR, Guerriero A, McCarter RJ, Sloan MA, Macko RF, Buchholz DW, Earley CJ, Johnson CJ, Wityk RJ, Stern BJ: Clinical relevance and complications of cerebral angiography in a population based study of young patients with ischemic stroke. Presented at the 121st Annual Meeting of the American Neurological Association in Miami, FL, October 14, 1996.

104. Buchholz D, Neumann S: Comments on selected recent dysphagia literature. *Dysphagia* 11:217-221, 1996.

105. Buchholz D: Letter to the editor: Response to "A prospective psychological evaluation of patients with dysphagia of various etiologies" by Kim, et al. (*Dysphagia* 11:34-40, 1996). *Dysphagia* 11:222, 1996.

106. Buchholz D, Neumann S: Comments on selected recent dysphagia literature. *Dysphagia* 11:270-273, 1996.

107. Rohr J, Kittner SJ, Feeser BR, Whyte MG, Kanarak N, Buchholz DW, Earley CJ, Johnson CJ, Macko RF, Price TR, Sloan MA, Stern BJ, Wityk RF, Wozniak MA, Sherwin R: Traditional risk factors and ischemic stroke in young adults: the Baltimore-Washington cooperative young stroke study. *Archives of Neurology* 53:603-607, 1996.

108. Kittner SJ, Stern BJ, Feeser BR, Hebel JR, Nagey DA, Buchholz DW, Earley CJ, Johnson CJ, Macko RF, Sloan MA, Wityk RJ, Wozniak MA: Pregnancy and the risk of stroke. *New England Journal of Medicine* 335:768-774, 1996.

109. Anderson MM, Boly LD, Beck RW, Optic Neuritis Study Group. Remote clinic/patient monitoring for multicenter trials. *Controlled Clinical Trials* 17:407-114, 1996.

110. Buchholz D: The relationship of RLS and PLMS. In Wilson VN & Walters AS (ed.) Sleep Thief, Restless Legs Syndrome. Galaxy Books, Inc., Orange Park, FL, 1996.

111. Sloan MA, Kittner SJ, Feeser B, Guerrerio A, Wozniak MA, Stern B, Rosario J, Price TR, Macko RF, Johnson C, Earley C, Buchholz D: Mechanisms of drug-associated ischemic stroke in the Baltimore-Washington cooperative young stroke study. Presented at the 69th Scientific Servants of the American Heart Association, Anaheim, CA, November 10-13, 1996.

112. Sloan MA, Kittner SJ, Feeser B, Guerrerio A, Wozniak MA, Stern B, Rosario J, Price TR, Macko RF, Johnson C, Earley C, Buchholz D: Mechanisms of drug-associated intracerebral hemorrhage in the Baltimore-Washington cooperative young stroke study. Presented at the 69th Scientific Servants of the American Heart Association, Anaheim, CA, November 10-13, 1996.

113. Buchholz DW: Sleep Disorders. In Johnson RT and Griffin JW (eds.): Current Therapy in Neurologic Disease, Fifth Edition. Mosby-Year Book, St. Louis, 1997.

17

114.  Sloan M, Stern B, Kittner S, Buchholz D, Earley C, Gardner J, Macko R, McCarter B, Johnson C, Price T, Sherwin R, Wityk B, Wozniak M: Cerebral infarction in young adults: the Baltimore-Washington cooperative young stroke study.  22nd International Joint Conference on Stroke and Cerebral Circulation, Anaheim, CA, accepted for presentation, 1997.

115.  Wityk RJ, Kittner SJ, Jenner JL, Hebel RJ, Guerriero AM, Wozniak MA, Stern BJ, Sloan MA, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz DW, Schaeffer EJ:  Is lipoprotein (a) a risk factor for stroke in young women?  the Baltimore-Washington cooperative young stroke study. 22nd International Joint Conference on Stroke and Cerebral Circulation, Anaheim, CA, accepted for presentation, February 6-8, 1997.

116.  Sloan MA, Kittner SJ, Magder L, Gardner J, Feeser R, Wozniak MA, Wityk RJ, Stern BJ, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz DW: Is ethanol use a risk factor for ischemic stroke in young women?  The Stroke Prevention in Young Women Study. Submitted for presentation to the American Academy of Neurology, 1997.  (abstract)

117.  Buchholz DW: Dysphagia following anterior cervical spine surgery. *Dysphagia* 12:9-10, 1997. (editorial)

118.  Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 12:57-60, 1997.

119.  Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 12:100-105, 1997.

120.  Neumann S, Buchholz D, Reich S, Goldberg P, Purcell L, Lenz F, Jones B:  Dysphagia following pallidotomy for Parkinson's disease. Fifth Annual Meeting of The Dysphagia Research Society, 1996. Dysphagia 12:110, 1997. (abstract)

121.  Buchholz D, Neumann S, Ravich W, O'Brien R, Jones B: Inclusion body myositis presenting as dysphagia: Report of 3 cases. Fifth Annual Meeting of The Dysphagia Research Society, 1996. Dysphagia 12:110, 1997. (abstract)

122.  Buchholz DW: Sleep Disorders.  In Kassirer J and Greene HL (eds.):  Current Therapy in Adult Medicine, Fourth Edition, Mosby-Year Book, St. Louis, 1997.

123.  Buchholz D: Migraine and rhinosinusitis. *Audio-Digest* 30(7),1997. (audiotape)

124.  Cleary PA, Beck RW, Bourque LB, Backlund JC, Mislaka PH, Optic Neuritis Study Group: Visual symptoms after optic neuritis. Results from the Optic Neuritis Treatment Trial. *Journal of Neuro-Ophthalmology* 17:18-28, 1997.

125.  Neumann S, Buchholz D, Ravich W, Heitmiller R, Yang S, Eisele D, Purcell Verdun L, Young, G, Jones B: Swallowing center database. Submitted for presentation to the Sixth Annual Meeting of the Dysphagia Research Society, 1997. (abstract)

126.  Buchholz D, Neumann S, Ravich W, Purcell Verdun L, Kuhlemeier K, Gayler B, Jones B: Swallowing symptom rating scale. Submitted for presentation to the Sixth Annual Meeting of the Dysphagia Research Society, 1997. (abstract)

127.  Optic Neuritis Study Group:  The 5-year risk of multiple sclerosis after optic neuritis: experience of the Optic Neuritis Treatment Trial.  Neurology 49:1404-1413, 1997.

128.  Optic Neuritis Study Group:  Visual function five years after optic neuritis:  experience of the Optic Neuritis Treatment Trial.  Archives of Ophthalmology 115:1545-1552, 1997.

129   Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 13:62-67, 1998.

130.  Epstein A, Kittner S, Hebel JR, Sherwin R, Wozniak M, Wityk R, Stern B, Sloan M, Macko R, Johnson C, Earley C, Buchholz D, Price T:  Black-white differences in stroke risk: the Baltimore-Washington cooperative young stroke study. Accepted for presentation to the 23rd International Joint Conference on Stroke and Cerebral Circulation, February 5-7, 1998. (abstract)

131.  Brey RL, Kittner SJ, Johnson CJ, Wozniak MA, Wityk RJ, Stern BJ, Sloan MA, Price TR, Macko RF, Earley CJ, Buchholz DW: Antiphospholipid antibodies and stroke risk: The Stroke Prevention in Young Women Study.  Accepted for presentation to the 23rd International Joint Conference on Stroke and Cerebral Circulation, February 5-7, 1998. (abstract)

132.  Kittner SJ, Stern BJ, Wozniak M, Buchholz DW, Earley CJ, Feeser BR, Johnson CJ, Macko RF, McCarter RJ, Price TR, Sherwin R, Sloan MA, Wityk RJ:  Cerebral infarction in young adults: the Baltimore-Washington cooperative young stroke study.  Neurology 50:890-894, 1998.

133.  Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. *Dysphagia* 13:116-120, 1998.

134.  Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 13:185-190, 1998.

135.  Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 13:235-236, 1998.

136.    Giles WH, Kittner SJ, Ou C-Y, Croft JB, Brown V, Buchholz DW, Earley CJ, Feeser BR, Johnson CJ, Macko RF, McCarter RJ, Price TR, Sloan MA, Stern BJ, Wityk RJ, Wozniak MA, Stolley PD: Thermolabile Methylenetetrahydrofolate Reductase Polymorphism (C677t) and Total Homocysteine Concentration among African-American and White Women. *Ethnicity & Disease* 8:149-157, 1998.

137.    Wagner KR, Giles WH, Johnson CJ, Ou C-Y, Bray PF, Goldschmidt-Clermont PJ, Croft JB, Brown VK, Stern BJ, Feeser BR, Buchholz DW, Earley CJ, Macko RF, McCarter RJ, Sloan MA, Stolley PD, Wityk RJ, Wozniak MA, Price TR, Kittner SJ:  Platelet glycoprotein receptor IIIa polymorphism PIA2 and ischemic stroke risk: the stroke prevention in young women study. *Stroke* 29:581-585, 1998.

138.    Sloan MA, Kittner SJ, Feeser BR, Gardner J, Epstein A, Wozniak MA, Wityk RJ, Stern BJ, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz D: Illicit drug-associated ischemic stroke in the Baltimore-Washington young stroke study. *Neurology* 19:1688-1693, 1998.

139.    Cole SR, Beck RW, Moke PS, Kaufman DI, Tourtellotte WW, Optic Neuritis Study Group: The predictive value of CSF oligoclonal banding for MS 5 years after optic neuritis. *Neurology* 51:885-887, 1998.

140.    Earley CJ, Kittner SJ, Feeser BR, Gardner J, Epstein A, Wozniak MA, Wityk R, Stern BJ, Price TR, Macko RF, Johnson C, Sloan MA, Buchholz D: Stroke in children - the importance of sickle cell disease.  The Baltimore-Washington Cooperative Young Stroke Study. *Neurology* 51:169-176, 1998.

141.    Buchholz DW: Letter in response to letter to the editor: False-positive results on videofluoroscopy [Letter to the Editor],  by Warms TL, *Dysphagia* 13:191-192, 1998. *Dysphagia* 14:52-53, 1999.

142.    Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 14:55-59, 1999.

143.    Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. Dysphagia 14:113-115, 1999.

144.    Ravich W, Neumann S, Buchholz, Jones B:    Botulinum toxin injection for pharyngo-esophageal segment (PES) narrowing in post-stroke dysphagia. *Dysphagia* 14:126, 1999.

145.    Neumann S, Buchholz D, Ravich W, Jones B:  Psychogenic dysphagia: a long-term follow-up study. *Dysphagia* 14:128, 1999.

146.    Macko RF, Kittner SJ, Epstein A, Cox DK, Wozniak MA, Wityk RJ, Stern BJ, Sloan MA, Sherwin R, Price TR, McCarter RJ, Johnson CJ, Earley CJ, Buchholz DW, Stolley PD: Elevated tissue plasminogen activator antigen and stroke risk:  The Stroke Prevention in Young Women Study. *Stroke* 30:7-11, 1999.

147. Buchholz DW, Prosiegel M:  Hausige mit Dysphagie einhergehende Neurologische Erkrankungen.  In Bartolome G, Buchholz DW, Hannig C, Neumann S, Prosiegel M, Schröter-Morasch H, and Wuttge-Hannig A (eds.) Diagnostik und Therapie neurologisch bedingter Schluckstörungen, 2nd Edition, Gustav Fischer Verlag, Stuttgart, 1999.

148. Giles WH, Kittner SJ, Croft JB, Wozniak MA, Wityk RJ, Stern BJ, Sloan MA, Price TR, McCarter RJ, Macko RF, Johnson CJ, Feeser BR, Earley CJ, Buchholz DW, Stolley PD: the distribution and correlates of elevated total homocyst(e)ine: The Stroke Prevention in Young Women Study. *Annals of Epidemiology* 9:307-313, 1999.

149. Macko RF, Kittner SJ, Epstein A, Cox DK, Wozniak MA, Wityk RJ, Stern BJ, Sloan MA, Sherwin R, Price TR, McCarter RJ, Johnson CJ, Earley CJ, Buchholz DW, Stolley PD: Elevated tissue plasminogen activator (t-PA) antigen and stroke risk: The Stroke Prevention in Young Women Study. *Stroke* 30:7-11, 1999.

150. Kittner SJ, Giles WH, Macko RF,  Hebel JR, Wozniak MA, Wityk RJ, Stolley PD, Stern BJ, Sloan MA, Sherwin R, Price TR, McCarter RJ, Johnson CJ, Earley CJ, Buchholz DW, Malinow MR:  Homocyst(e)ine and risk of cerebral infarction in a biracial population: The Stroke Prevention in Young Women Study.  *Stroke* 30:1554-1560, 1999.

151. Buchholz D, Neumann S:  Comments on selected recent dysphagia literature. *Dysphagia* 14:237-241, 1999.

152. Wityk RJ, Kittner SJ, Jenner JL, Hebel RJ, Epstein A, Wozniak MA, Stolley PD, Stern BJ, Sloan MA, Price TR, McCarter RJ, Macko RF, Johnson CJ, Earley CJ, Buchholz DW, Schaeffer EJ:  Lipoprotein (a) and the risk of ischemic stroke in young women. *Artherosclerosis* 150:389-396, 2000.

153. Buchholz D: The patient who has headaches.  In Hurko O, Slavney PR (eds.) The Primary Care Physician's Guide to Common Psychiatric and Neurologic Problems, The Johns Hopkins University Press, Baltimore and London, 2001.

154. Malarcher AM, Giles WH, Croft JB, Wozniak MA, Wityk RJ, Stolley PD, Stern BJ, Sloan MA, Sherwin R, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz DW, Kittner SJ: Alcohol intake, type of beverage, and the risk of cerebral infarction in young women. *Stroke* 32:77-83, 2001.

155. Buchholz, D:  Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain. Workman Publishing, New York, 2002.

156. Brey RL, Stallworth CL, McGlasson DL, Wozniak MA, Wityk RJ, Stern BJ, Sloan MA, Sherwin R, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz DW, Hebel JR, Kittner SJ:  Antiphospholipid antibodies and stroke in young women. *Stroke* 33:2396-2401, 2002.

157. Kittner SJ, Cole JW, Hebel JR, Wozniak MA, Macko RF, Wityk RJ, Stern BJ, Sloan MA, Price TR, Johnson CJ, Earley CJ, Buchholz DW, Sherwin R: Black-white differences in stroke risk: the Baltimore-Washington Cooperative Young Stroke Study. Abstract and poster for the AHA stroke meeting on black-white differences, 2003.

158. Cole JW, Pinto AN, Hebel JR, Buchholz DW, Earley CJ, Johnson CJ, Macko RF, Price TR, Sloan MA, Stern BJ, Wityk RJ, Wozniak MA, Kittner SJ: Acquired immunodeficiency syndrome and the risk of stroke. *Stroke* 35:51-56, 2004.

159. Prosiegel M, Buchholz DW: Mit Schluckstörungen assoziierte neurologische Erkrankungen. In Bartolome G, Schröter-Morasch H (eds.) Schluckstörungen: Diagnostik und rehabilitation, 3rd edition, Urban & Fischer, München, 2006.

160. Buchholz DW, Bryan RN, Rance N: Clinicopathologic conference at Johns Hopkins: A 42-year-old man with acquired immunodeficiency syndrome and multifocal neurological deficits. *Maryland Medical Journal*, in press.

161. Sloan MA, Kittner SJ, Feeser BR, Gardner J, Epstein A, Wozniak MA, Wityk R, Stern BJ, Price TR, Macko RF, Johnson C, Earley CJ, Buchholz DW: Illicit drug-associated intracerebral hemorrhage in the Baltimore-Washington young stroke study. *Journal of Stroke and Cerebrovascular Diseases* (submitted for publication).

162. Sloan MA, Kittner SJ, Magder LS, Gardner J, Feeser BR, Wozniak MA, Wityk RJ, Stern BJ, Price TR, Macko RF, Johnson CJ, Earley CJ, Buchholz DW: Association between cocaine use and ischemic stroke in young woman: The Stroke Prevention in Young Women Study. *Journal of the American Medical Association* (submitted for publication).

163. Cole SR, Beck RW, Moke PS, Kaufman DI, Tourtellotte WW, Optic Neuritis Study Group: The value of CSF analysis for predicting the development of multiple sclerosis after optic neuritis: experience of the Optic Neuritis Treatment Trial. *Neurology* (submitted for publication).

INVITED LECTURES

11/9/82     "Sleep Disorders"
            Psychiatry Clinical Conference
            Sinai Hospital of Baltimore

2/6/83      "Insomnia and Hypersomnia"
            A Symposium on Sleep Problems
            Sinai Hospital of Baltimore

| | |
|---|---|
| 4/16/83 | "Physiology of Sleep and Assessment of Sleepiness"<br>The Sleepy Patient: Recognition, Clinical<br>  Assessment and Management<br>The Johns Hopkins Medical Institutions |
| 5/6/83 | "Sleep Disorders"<br>Medical Grand Rounds<br>South Baltimore General Hospital |
| 7/19/83 | "Physiology of Sleep and Assessment of Sleepiness"<br>Neurology Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 10/11/83 | "Clinical Observations of the Swallowing Center"<br>Topics in Gastroenterology<br>The Johns Hopkins Medical Institutions |
| 11/11/83 | "Sleep Disorders"<br>Neurology Grand Rounds<br>University of Maryland Hospital |
| 2/8/84 | "Sleep Disorders"<br>Medical Staff Conference<br>Nanticoke Memorial Hospital, Seaford, DE |
| 5/17/84 | "Sleep Disorders"<br>Harford County Medical Society<br>Aberdeen, MD |
| 5/22/84 | "Sleep Disorders"<br>Medical Staff Conference<br>The Mount Vernon Hospital, Alexandria, VA |
| 5/24/84 | "Sleep Disorders"<br>The Neurology Center<br>Chevy Chase, MD |
| 9/18/84 | "Neurosyphilis"<br>Medical Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 9/20/84 | "Sleep Disorders"<br>Medical Grand Rounds<br>Franklin Square Hospital, Baltimore, MD |

9/26/84      "Sleep Disorders"
             Medical Staff Conference
             Spring Grove Hospital, Baltimore, MD

11/25/84     "Sleep Disorders"
             Education Seminar:  What's New in Medicine?
             Second Presbyterian Church, Baltimore, MD

12/13/84     "Sleep Disorders and Use of Hypnotics"
             Medical Staff Conference
             Greater Laurel Beltsville Hospital, Baltimore, MD

3/9/85       "Insomnia and Hypersomnia"
             Symposium on Practical Neurology for the
                Primary Care Physician
             St. Joseph Hospital, Towson, MD

3/15/85      "Sleep Disorders"
             Psychiatry Grand Rounds
             Medical College of Virginia

5/11/85      "Neurologic Complications of Thyroid Disease"
             Medical Grand Rounds
             The Johns Hopkins Medical Institutions

5/15/85      "Insomnia"
             Topics in Clinical Medicine
             The Johns Hopkins Medical Institutions

8/2/85       "Sleep Disorders:  Diagnosis and Management
                by the Primary Care Physician"
             Medical Grand Rounds
             Roanoke Memorial Hospital, Roanoke, VA

10/2/85      "Sleep Disorders"
             Medical Grand Rounds
             St. Joseph Hospital, Towson, MD

10/11/85     "Clinical Approach to Sleep Disorders"
             Medical Grand Rounds
             Greater Baltimore Medical Center

2/27/86      "Neurologic Evaluation of Dysphagia"
             Symposium on Dysphagia
             The Johns Hopkins Medical Institutions

2/28/86  "Neurologic Causes of Dysphagia"
     Symposium on Dysphagia
     The Johns Hopkins Medical Institutions

3/1/86   "Sarcoid Myopathy Presenting as Dysphagia"
     Medical Grand Rounds
     The Johns Hopkins Medical Institutions

3/21/86  "New Lessons about Migraine"
     ACS Rounds
     The Johns Hopkins Medical Institutions

3/25/86  "Insomnia"
     30th Annual Post-Graduate Seminar
     Greenville, SC

3/26/86  "Hypersomnia"
     30th Annual Post-Graduate Seminar
     Greenville, SC

3/26/86  "Approach to Stroke"
     30th Annual Post-Graduate Seminar
     Greenville, SC

5/3/86   "The Ubiquity and Variety of Migraine"
     Medical Grand Rounds
     The Johns Hopkins Medical Institutions

6/26/86  "Sleep Disorders"
     Grand Rounds
     Petersburg General Hospital, Petersburg, VA

7/10/86  "Sleep Disorders"
     Grand Rounds
     Shady Grove Adventist Hospital, Rockville, MD

9/5/86   "Dysphagia in Post-Polio Patients"
     2nd Research Symposium on the Late Effects
      of Poliomyelitis
     Warm Springs, GA

9/26/86  "Is It Narcolepsy or Not?"
     Sleep/Wake Disorders in Primary Care Practice
     Community Hospitals, Indianapolis, IN

| 10/2/86 | "Post-Polio Syndrome"<br>Neurology Grand Rounds<br>The Johns Hopkins Medical Institutions |
|---------|------------------------------------------------------------------------------------------|
| 10/20/86 | "Sleep Disorders"<br>Medical Staff Conference<br>John Randolph Hospital, Hopewell, VA |
| 10/29/86 | "Sleep Disorders"<br>Family Practice Residency Program<br>Lynchburg, VA |
| 11/5/86 | "Approach to Stroke"<br>Medical Housestaff Conference<br>The Johns Hopkins Medical Institutions |
| 11/14/86 | "Swallowing Disorders"<br>Grand Rounds<br>Greater Baltimore Medical Center |
| 11/19/86 | "Sleep Disorders"<br>Grand Rounds<br>Eastern Shore Hospital Center, Cambridge, MD |
| 12/4/86 | "Sleep Disorders in the Elderly"<br>Symposium on Problems in the Elderly<br>Washington County Hospital, Hagerstown, MD |
| 1/8/87 | "Sleep Disorders"<br>Neurology Grand Rounds<br>Medical Center of Delaware |
| 1/9/87 | "Sleep Disorders"<br>Medical Staff Conference<br>Springfield Hospital Center, Sykesville, MD |
| 3/13/87 | "Headache"<br>Emergency Medicine Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 3/17/87 | "Sleep Disorders"<br>Grand Rounds<br>Peninsula General Hospital, Salisbury, MD |

| 3/19/87 | "Sleep Disorders"<br>Medical Staff Conference<br>North Arundel Hospital, MD |
|---------|-----------------------------------------------------------------------------|
| 3/31/87 | "Sleep Disorders"<br>Medical Grand Rounds<br>Medical Center of Delaware |
| 4/1/87 | "Approach to Stroke"<br>Emergency Medicine Staff Conference<br>The Johns Hopkins Medical Institutions |
| 4/21/87 | "Post-Polio Syndrome"<br>Grand Rounds<br>Holy Cross Hospital, MD |
| 5/5/87 | "Sleep Disorders"<br>Medical Grand Rounds<br>Pennsylvania Hospital |
| 5/15/87 | "Update in the Management of Cerebrovascular Disease"<br>Topics in Clinical Medicine<br>The Johns Hopkins Medical Institutions |
| 6/11/87 | "Sleep Disorders"<br>Medical Staff Conference<br>The Johns Hopkins Health Plan |
| 7/15/87 | "The Ubiquity and Variety of Migraine"<br>11th Annual Virginia Beach Update in Neuroscience<br>Virginia Beach, VA |
| 8/26/87 | "Sleep Disorders"<br>Guest Lecture Series<br>The Sheppard and Enoch Pratt Hospital, Baltimore |
| 9/30/87 | "Migraine"<br>Family Practice Residency Program<br>Lynchburg, VA |
| 9/30/87 | "Stroke Management"<br>Family Practice Residency Program<br>Lynchburg, VA |

| 10/3/87 | "Controversies in Neurovascular Disorders"<br>Virginia Academy of Family Physicians<br>Williamsburg, VA |
|---|---|
| 10/3/87 | "Sleep Disorders"<br>Virginia Academy of Family Physicians<br>Williamsburg, VA |
| 10/3/87 | "The Ubiquity and Variety of Migraine"<br>Virginia Academy of Family Physicians<br>Williamsburg, VA |
| 10/10/87 | "Lumbar Spinal Stenosis"<br>Medical Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 10/15/87 | "Neurogenic Dysphagia"<br>Topics in Gastroenterology<br>The Johns Hopkins Medical Institutions |
| 10/20/87 | "Sleep Disorders"<br>Medical Lecture Series<br>Fallston General Hospital, Fallston, MD |
| 10/23/87 | "Sleep Disorders"<br>Monthly Mini-symposium<br>The Memorial Hospital, Danville, VA |
| 10/23/87 | "Migraine"<br>Monthly Mini-symposium<br>The Memorial Hospital, Danville, VA |
| 10/23/87 | "Approach to Stroke"<br>Monthly Mini-symposium<br>The Memorial Hospital, Danville, VA |
| 10/28/87 | "Sleep Disorders in the Elderly"<br>Medical Manifestations of Anxiety Syndromes<br>St. Joseph Hospital, Towson, MD |
| 12/4/87 | "Sleep Disturbances in the Elderly:<br>  What are the Problems and New Treatment Advances?"<br>Sleep Problems and Solutions: 1987<br>Medlantic Institute, Washington, DC |

| | |
|---|---|
| 12/10/87 | "Sleep Disorders"<br>Medical Grand Rounds<br>Hampton General Hospital, Hampton, VA |
| 12/10/87 | "Sleep Disorders"<br>Weekly Medical Conference<br>Portsmouth Naval Hospital, Portsmouth, VA |
| 12/10/87 | "Sleep Disorders"<br>Psychiatry Grand Rounds<br>East Virginia Medical School |
| 1/20/88 | "Sleep Disorders"<br>Guest Lecture Series<br>Taylor Manor Hospital, Ellicott City, MD |
| 1/26/88 | "Sleep Disorders"<br>Tidewater Academy of Family Physicians<br>Norfolk, VA |
| 2/16/88 | "Sleep Disorders"<br>Medical Staff Conference<br>Richmond Memorial Hospital, Richmond, VA |
| 2/17/88 | "Migraine"<br>Medical Grand Rounds<br>University of Maryland Hospital |
| 3/2/88 | "Sleep Disorders"<br>Portsmouth Academy of Family Practice<br>Portsmouth, VA |
| 3/3/88 | "Sleep Disorders"<br>Medical Staff Conference<br>Humana Hospital Bayside, Virginia Beach, VA |
| 3/3/88 | "Sleep Disorders"<br>Portsmouth Family Medical Center<br>Portsmouth, VA |
| 3/10/88 | "Causes of Unexplained Neurogenic Dysphagia"<br>Second Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |

| | |
|---|---|
| 3/11/88 | Panel Moderator - "The Radiographic Assessment from a Clinician's Perspective"<br>Second Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 3/23/88 | "Neuropathologic Mechanisms of Dysphagia Resulting from Severe Brain Injury"<br>4th National Traumatic Brain Injury Symposium<br>Maryland Institute for Emergency Medical Services Systems |
| 4/13/88 | "Sleep Disorders"<br>Continuing Education Program<br>Frostburg Community Hospital, Frostburg, MD |
| 5/5/88 | "Sleep Disorders"<br>United Methodist Church<br>Bel Air, MD |
| 5/6/88 | "Migraine and Epilepsy"<br>Epilepsy and Its Imitators<br>Epilepsy Association of Maryland |
| 5/11/88 | "Lumbar Spinal Stenosis"<br>Topics in Clinical Medicine<br>The Johns Hopkins Medical Institutions |
| 5/12/88 | "Sleep Disorders"<br>Staff Conference<br>Williamsburg Community Hospital, Williamsburg, VA |
| 5/19/88 | "Post-Polio Syndrome"<br>Medical Staff Conference<br>Greater Laurel Beltsville Hospital, Laurel, MD |
| 5/27/88 | "Migraine"<br>38th Annual Scientific Assembly<br>Virginia Academy of Family Physicians |
| 6/10/88 | "Neurologic Disorders That Cause Dysphagia"<br>A Multidisciplinary Approach to the Evaluation<br>and Management of Dysphagia<br>Community Hospitals, Indianapolis, IN |
| 6/10/88 | "Demonstration and Discussion of Normal and<br>Abnormal Videofluoroscopies"<br>A Multidisciplinary Approach to the Evaluation<br>and Management of Dysphagia<br>Community Hospitals, Indianapolis, IN |

6/24/88    "Sleep Disorders"
75th Anniversary Conclave
Grand Chapter, Chi Delta Mu Fraternity,
Washington, DC

8/12/88    "Diagnosis and Management of Common Sleep Disorders"
6th Annual Continuing Medical Education Conference
Virginia Academy of Physician Assistants

9/21/88    "Sleep Disorders"
Family Practice Residency Program
Lynchburg, VA

9/21/88    "Lumbar Spinal Stenosis"
Family Practice Residency Program
Lynchburg, VA

9/28/88    "Headaches"
Department of OB/GYN Grand Rounds
Georgetown University Medical Center

9/30/88    "Sleep Disorders"
Medical Grand Rounds
Memorial Medical Center, Savannah, GA

9/30/88    "Migraine"
Medical Staff Noon Conference
Memorial Medical Center, Savannah, GA

10/21/88    "Sleep-Wake Disorders"
Teleconference
The South Dakota Medical Information
  Exchange Teleconferencing Network

11/1/88    "Sleep Disorders"
Washington County Medical Society
Abingdon, VA

11/9/88    "Sleep Disorders"
22nd Annual William R. Whitman Lecture
Lewis-Gale Foundation, Roanoke, VA

12/14/88    "Sleep-Wake Disorders"
Teleconference
South Dakota Medical Information Exchange Teleconferencing Network

12/14/88     "Sleep-Wake Disorders"
Teleconference
South Dakota Medical Information Exchange Teleconferencing Network

2/22/89     "Migraine Headaches"
Guest Lecture Series
Taylor Manor Hospital, Ellicott City, MD

3/2/89     "Sleep Disorders in the Geriatric Population:
Diagnosis and Treatment"
The Second Annual Conference on Meeting the Mental
Health Needs of the Elderly
The Health and Education Council, Baltimore, MD

3/11/89     "Sleep Disorders"
Symposium on Practical Neurology for the
Primary Care Physician
St. Joseph Hospital, Towson, MD

3/15/89     "Sleep Disorders in the Elderly"
American Geriatrics Society
Washington, DC

3/22/89     "Sleep Disorders"
Sleep and Epilepsy Diagnostic Center
Westminster, MD

4/5/89     "Sleep Disorders"
St. Timothy's School
Stevenson, MD

4/10/89     "Migraine and Epilepsy"
Neurology Center
Chevy Chase, MD

4/13/89     "Migraine and Stroke in the Young"
191st Annual Meeting
Medical and Chirurgical Faculty of Maryland

4/27/89     "Sleep Disorders"
Grand Rounds
Shady Grove Adventist Hospital, Rockville, MD

5/13/89     "Migrainous Syncope"
Medical Grand Rounds
The Johns Hopkins Medical Institutions

| | |
|---|---|
| 5/15-19/89 | Visiting Professor<br>Memorial Medical Center<br>Savannah, GA<br>"Dementia"<br>"Post-polio Syndrome"<br>"Neurogenic Dysphagia"<br>"Acute Management of Stroke"<br>"Lumbar Spinal Stenosis"<br>"Sleep Disorders"<br>"The Ubiquity and Variety of Migraine"<br>"Migrainous Syncope" |
| 5/24/89 | "Neurological Vignettes"<br>Medical Grand Rounds<br>Walter Reed Army Medical Center |
| 5/29/89 | "Assessing Migraines and Their Variants"<br>17th Annual Physician Assistant Conference<br>American Academy of Physician Assistants |
| 6/6/89 | "Headache"<br>Johns Hopkins Health Plan<br>Baltimore, MD |
| 6/15/89 | "Sleep Disorders"<br>Baton Rouge General Medical Center<br>Baton Rouge, LA |
| 6/16/89 | "Insomnia"<br>42nd Annual Meeting of Louisiana<br>  Academy of Family Physicians<br>Lafayette, LA |
| 9/14/89 | "Migraine"<br>Medical Ambulatory Care Rounds<br>The Johns Hopkins Medical Institutions |
| 9/15/89 | "Headaches"<br>Medical Grand Rounds<br>McGuire VA Medical Center, Richmond, VA |
| 9/15/89 | "Sleep Disorders in the Elderly"<br>Geriatric Medicine Conference<br>McGuire VA Medical Center, Richmond, VA |

| | |
|---|---|
| 9/21/89 | "Sleep-Wake Disorders"<br>Teleconference<br>Georgia Hospital Association<br>  Teleconferencing Network |
| 9/27/89 | "Migraine"<br>Family Practice Residency Program<br>Lynchburg, VA |
| 9/27/89 | "Swallowing Disorders"<br>Family Practice Residency Program<br>Lynchburg, VA |
| 10/5/89 | "The Ubiquity and Variety of Migraine"<br>Pediatric Grand Rounds<br>Sinai Hospital of Baltimore |
| 10/18/89 | "Neurogenic Dysphagia"<br>Neurosurgery Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 10/24/89 | "Sleep Disorders"<br>General Psychiatry Lecture Series<br>The Sheppard and Enoch Pratt Hospital,<br>  Baltimore, MD |
| 11/1/89 | "Sleep Disorders in the Elderly"<br>Successful Aging Symposium<br>Providence Hospital, Washington, DC |
| 11/4/89 | "Migraine"<br>The Interface of Medicine and Psychiatry<br>St. Joseph Hospital, Towson, MD |
| 11/9/89 | "Sleep Disorders"<br>Roanoke Valley Psychiatric Center<br>Roanoke, VA |
| 11/9/89 | "Sleep Disorders"<br>Medical Conference<br>Radford, VA |
| 12/19/89 | "Sleep Disorders"<br>Grand Rounds<br>Holy Cross Hospital, Silver Spring, MD |

| 1/13/90 | "Central Pontine Myelinolysis"<br>Medical Grand Rounds<br>The Johns Hopkins Medical Institutions |
|---------|--------|
| 1/25/90 | "Sleep Disorders"<br>Tidewater Academy of Psychiatry<br>Norfolk, VA |
| 1/26/90 | "Sleep Disorders"<br>Grand Rounds<br>Chesapeake General Hospital, Chesapeake, VA |
| 1/26/90 | "Sleep Disorders"<br>Psychiatry Visiting Professor Lecture Series<br>Portsmouth Naval Hospital, Norfolk, VA |
| 1/26/90 | "Migraine"<br>Psychiatry Resident Conference<br>Portsmouth Naval Hospital, VA |
| 1/31/90 | "Sleep Disorders"<br>Medical Grand Rounds<br>Mercy Hospital, Baltimore, MD |
| 2/2/90 | "Migraine"<br>Family Practice Residency Program<br>Franklin Square Hospital, Baltimore, MD |
| 3/6/90 | "Sleep Disorders"<br>Teleconference<br>University of Massachusetts Teleconferencing Network |
| 3/7/90 | "Migraine Headaches"<br>Medical Grand Rounds<br>Wadsworth Veterans Administration Medical Center<br>Los Angeles, CA |
| 3/7/90 | "Insomnia"<br>Psychiatry Conference<br>St. John's Medical Center and Santa Monica Hospital<br>Los Angeles, CA |
| 3/8/90 | "Sedative/Hypnotics"<br>Medical Grand Rounds<br>Cedars Sinai Medical Center, Los Angeles, CA |

| | |
|---|---|
| 3/13/90 | "Sleep Disorders"<br>Dominion Hospital<br>Falls Church, VA |
| 3/15/90 | "Migraine and Stroke"<br>Neurology Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 3/21/90 | "Headache"<br>Neurosurgery Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 3/21/90 | "Dysphagia from a Neurologist's Perspective"<br>Third Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 3/22/90 | "Diagnosis of Neurogenic Dysphagia"<br>Third Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 3/28/90 | "Sleep-Wake Disorders"<br>Teleconference<br>South Dakota Medical Information Exchange<br>  Teleconferencing Network |
| 4/19/90 | "Sleep Disorders"<br>Medical Resident Conference<br>Union Memorial Hospital, Baltimore, MD |
| 5/3/90 | "Migraine"<br>Grand Rounds<br>Union Memorial Hospital, Baltimore, MD |
| 5/9/90 | "Sleep-Wake Disorders"<br>Teleconference<br>Virginia Hospital Television Network |
| 5/31/90 | "Sleep Disorders<br>Spring Grove Hospital Center<br>Catonsville, MD |
| 6/7/90 | "Hypersomnia"<br>Medical Grand Rounds<br>Portsmouth VA Medical Center |

| | |
|---|---|
| 6/12/90 | "Sleep Disorders"<br>Medical Grand Rounds<br>Maryland General Hospital, Baltimore, MD |
| 6/14/90 | "Migraine"<br>Medical Grand Rounds<br>Franklin Square Hospital, Baltimore, MD |
| 6/15/90 | "Diagnosis & Management of Sleep Disorders"<br>Medical Grand Rounds<br>Roanoke Memorial Hospital, Roanoke, VA |
| 6/29/90 | Meet the Professor: "Wrestling with Restless<br>  Legs and Periodic Movements in Sleep"<br>4th Annual Meeting of the Association of<br>  Professional Sleep Societies, Minneapolis, MN |
| 7/20/90 | "Headaches"<br>Annual Scientific Assembly<br>Arkansas Academy of Family Physicians<br>Little Rock, AK |
| 7/21/90 | "Insomnia"<br>Annual Scientific Assembly<br>Arkansas Academy of Family Physicians<br>Little Rock, AK |
| 9/13/90 | "Sleep Disorders"<br>Medical Grand Rounds<br>North Arundel Hospital, Baltimore, MD |
| 9/18/90 | "The Ubiquity and Variety of Migraine"<br>Medical Grand rounds<br>Pennsylvania Hospital, Philadelphia, PA |
| 9/18/90 | "Sleep Disorders"<br>Neurology Conference<br>Pennsylvania Hospital, Philadelphia, PA |
| 10/27/90 | "Modern Management of Migraine"<br>Conjoint Clinic<br>The Johns Hopkins Medical Institutions |
| 11/3/90 | "Headaches"<br>Maryland Academy of Physician Assistants<br>Annapolis, MD |

| | |
|---|---|
| 11/17/90 | "Headaches"<br>Neurology for the Primary Practitioner<br>Baltimore, MD |
| 11/17/90 | "Sleep Disorders"<br>Neurology for the Primary Practitioner<br>Baltimore, MD |
| 12/7/90 | "Headaches"<br>American College of Physicians<br>Annapolis, MD |
| 2/11/91 | "Headaches"<br>Medical Grand Rounds<br>Homewood Hospital North, Baltimore, MD |
| 3/4/91 | "Spinal Injuries"<br>Association of Ski Defense Attorneys<br>Beaver Creek, CO |
| 3/7/91 | "Sleep Disorders"<br>Grand Rounds<br>St. Elizabeth's Hospital, Washington, DC |
| 3/13/91 | "Post-traumatic Dysphagia"<br>7th National Traumatic Brain Injury Symposium<br>Maryland Institute for Emergency Medical Services Systems<br>Baltimore, MD |
| 3/21/91 | "Headaches"<br>Grand Rounds<br>St. Agnes Hospital, Baltimore, MD |
| 3/22/91 | "Sleep Disorders"<br>Grand Rounds<br>Malcolm Grow Medical Center, Suitland, MD |
| 3/27/91 | "An Approach to the Diagnosis and Management<br>of Headaches"<br>Medical Grand Rounds<br>Suburban Hospital, Bethesda, MD |
| 4/9/91 | "Sleep Disorders"<br>Teleconference<br>University of Massachusetts<br>Teleconferencing Network |

4/16/91    "Sleep-Wake Disorders"
Teleconference
St. Luke's Hospital Institute for
  Health Education

4/17/91    "Migraine and Stroke"
Neurology Grand Rounds
University of Maryland Hospital, Baltimore, MD

4/18/91    "Treatment of Headache Pain"
Family Practice Residency Program
Medical Center of Delaware, Wilmington, DE

4/26/91    "The Ubiquity and Variety of Migraine"
Fifth Annual Symposium
Touro Infirmary, New Orleans, LA

5/1/91    "Update on Sleep Disorders"
Medical-Chiurgical Society of Maryland
Solomons Island, MD

5/2/91    "Neurologic Aspects of Dysphagia"
Basic Concepts of Dysphagia
The Johns Hopkins Medical Institutions

5/3/91    "Neurogenic Dysphagia Workshop"
Basic Concepts of Dysphagia
The Johns Hopkins Medical Institutions

5/4/91    "Management of Migraine"
Grand Rounds
Harford Memorial Hospital, Havre de Grace, MD

5/8/91    "Migraine"
Neurosurgery Grand Rounds
The Johns Hopkins Medical Institutions

5/9/91    "Headache Management"
Topics in Clinical Medicine
The Johns Hopkins Medical Institutions

5/29/91    "Insomnia"
Maryland Society of Consulting Pharmacists
Columbia, MD

| | |
|---|---|
| 6/7/91 | "Rethinking the Approach to Headache"<br>Seventh Annual EVMS Family Medicine Review Course<br>Virginia Beach, VA |
| 6/18/91 | Meet the Professor: "Wrestling with Restless<br>    Legs and Periodic Limb Movements"<br>5th Annual Meeting of the Association of<br>    Professional Sleep Societies<br>Toronto, Canada |
| 6/27/91 | "Migraine"<br>Ophthalmology Conference<br>The Johns Hopkins Medical Institutions |
| 7/3/91 | "Swallowing Disorders"<br>Neurosurgery Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 7/18/91 | "A New Approach to Migraine"<br>Medical Grand Rounds<br>Shady Grove Adventist Hospital, Shady Grove, MD |
| 9/3/91 | "New Approaches to Insomnia"<br>Grand Rounds<br>Holy Cross Hospital, Silver Spring, MD |
| 9/11/91 | "Sleep Disorders"<br>Southwest Virginia Psychiatric Society<br>Veterans Administration Medical Center, Salem, VA |
| 9/26/91 | "When Counting Sheep Doesn't Work...Evaluation<br>    of Insomnia"<br>Maryland Academy of Physician Assistants<br>Columbia, MD |
| 9/28/91 | "The Ubiquity and Variety of Migraine"<br>Annual Neuroscience Update for Primary Care Physicians<br>Our Lady of the Lake Regional Medical Center,<br>    Baton Route, LA |
| 10/1/91 | "Insomnia"<br>Medical Lecture Series<br>Fallston General Hospital<br>Fallston, MD |

| 10/15/91 | "Diagnosis and Management of Sleep Disorders"<br>HCA Valley Hospital<br>Chattanooga, TN |
|---|---|
| 10/17/91 | "Insomnia: New Approaches"<br>Medical Grand Rounds, George Washington University<br>  Medical Center, Washington, DC |
| 10/18/91 | "The Ubiquity and Variety of Migraine"<br>Continuing Education Conference<br>Frederick Memorial Hospital, MD |
| 10/23/91 | "Insomnia:  An Approach to Diagnosis and Management"<br>Medical Grand Rounds<br>Suburban Hospital, Bethesda, MD |
| 10/31/91 | "Neurologic Causes and Evaluation of Oropharyngeal Dysphagia"<br>First International Multidisciplinary Symposium on Dysphagia<br>Technical University of Munich, Germany |
| 11/5/91 | "Sleep Disorders"<br>Grand Rounds<br>Richmond Memorial Hospital, Richmond, VA |
| 11/11/91 | "Insomnia"<br>Medical Staff Conference<br>Homewood Hospital North, Baltimore, MD |
| 11/14/91 | "Sleep-Wake Disorders"<br>Teleconference<br>South Dakota Medical Information Exchange<br>  Teleconferencing Network |
| 1/21/92 | "Sleep Disorders"<br>Continuing Medical Education Committee of Acadiana<br>Lafayette, LA |
| 1/30/92 | "Sleep-Wake Disorders"<br>Teleconference<br>California Pacific Medical Center<br>  Teleconferencing Network |
| 2/18/92 | "Migraine Headaches:  Signs, Symptoms, and Relief"<br>HCA Valley Hospital<br>Chattanooga, TN |

| | |
|---|---|
| 2/19/92 | "The Ubiquity and Variety of Migraine"<br>HCA Valley Hospital<br>Chattanooga, TN |
| 3/5/92 | "The Ubiquity and Variety of Migraine"<br>Grand Rounds<br>St. Elizabeth's Hospital, Washington, DC |
| 3/10/92 | "Head Injury: Post-concussive Syndrome"<br>Association of Ski Defense Attorneys<br>Squaw Valley, CA |
| 3/18/92 | "Sleep-Wake Disorders"<br>Teleconference<br>Georgia Hospital Association Telenet/Meeting Point |
| 3/21/92 | "New Approaches to Insomnia"<br>Saturday Medicine<br>The Johns Hopkins Medical Institutions |
| 3/25/92 | "Sleep Disorders in the Elderly: Prevention and Management"<br>ASCO's Second Annual Seminar<br>College Park, MD |
| 4/15/92 | "Insomnia"<br>Grand Rounds<br>Franklin Square Hospital, Baltimore, MD |
| 4/22/92 | "A Neurologist's Approach to Dysphagia"<br>Basic Concepts in Dysphagia<br>The Johns Hopkins Medical Institutions |
| 4/23/92 | "Neurologic Causes of Dysphagia"<br>Fourth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 4/24/92 | Moderator: "Neurogenic Dysphagia"<br>Fourth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 4/24/92 | "Iatrogenic Dysphagia"<br>Fourth Disciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |

| 4/28/92 | "Insomnia"<br>Psychiatry Conference<br>Sheppard and Enoch Pratt Hospital, Baltimore, MD |
|---------|-----|
| 4/29/92 | "Sleep Disorders"<br>Grand Rounds<br>Perry Point Veterans Administration Hospital, MD |
| 5/1/92 | "Sleep Disorders"<br>Neurology Grand Rounds<br>Vanderbilt University, Nashville, TN |
| 5/5/92 | "Hypersomnia"<br>Psychiatry Conference<br>Sheppard and Enoch Pratt Hospital, Baltimore, MD |
| 5/7/92 | "Insomnia and Excessive Sleepiness"<br>Continuing Education Series<br>Lynchburg, VA |
| 6/1/92 | Meet the Professor: "Wrestling with Restless Legs<br>    and Periodic Movements in Sleep"<br>6th Annual Meeting of the Association of<br>    Professional Sleep Societies<br>Phoenix, AZ |
| 6/5/92 | "Sleep Apnea"<br>Eighth Annual EVMS Family Medicine Review Course<br>Virginia Beach, VA |
| 6/23/92 | "Sleep Disorders"<br>Maryland Drug Utilization Review Program<br>Baltimore, MD |
| 7/23/92 | "Diagnosis and Management of Headaches"<br>16th Annual Virginia Beach Update in Neuroscience<br>Virginia Beach, VA |
| 7/30/92 | "Excessive Sleepiness"<br>Annual Scientific Assembly<br>  Arkansas Academy of Family Physicians<br>Little Rock, AK |

| | |
|---|---|
| 7/31/92 | "Migraine Headaches"<br>Annual Scientific Assembly<br> Arkansas Academy of Family Physicians<br>Little Rock, AK |
| 9/24/92 | "Sleep Disorders"<br>Teleconference<br>AudioPlus Teleconference Network |
| 10/3/92 | "Sleep Disorders in Parkinson's Disease"<br>Fourth Biennial Conference on Parkinson's Disease<br>BWI Airport, MD |
| 10/6/92 | "Management of Headaches"<br>Medical Grand Rounds<br>Richmond Memorial Hospital, VA |
| 10/19/92 | "Migraine Syndromes"<br>Texas Club of Internists<br>Baltimore, MD |
| 11/10/92 | "New Approaches to Migraine"<br>26th Annual William R. Whitman Lecture<br>Lewis-Gale Foundation, Roanoke, VA |
| 11/17/92 | "Sleep Disorders"<br>Grand Rounds<br>St. John's Mercy Hospital, Washington, MO |
| 11/17/92 | "Sleep Disorders"<br>Continuing Medical Education<br>Baton Rouge General Medical Center, LA |
| 1/14/93 | "Migraine"<br>Medical Grand Rounds<br>Greater Baltimore Medical Center, MD |
| 2/17/93 | "The Ubiquity and Variety of Migraine"<br>Medical/Surgical Meeting<br>Good Samaritan Hospital, Baltimore, MD |
| 3/27/93 | "Dysphagia Following Anterior Cervical Fusion"<br>Problems in the Diagnosis and Management of<br> the Dysphagic Patient: Transatlantic Perspectives<br>The Johns Hopkins Medical Institutions |

| | |
|---|---|
| 3/29/93 | "Neurogenic Dysphagia:  What is the cause when the cause is not obvious?"<br>Problems in the Diagnosis and Management of the Dysphagic Patient: Transatlantic Perspectives<br>The Johns Hopkins Medical Institutions |
| 3/29/93 | Panel Moderator:  "Neurogenic Dysphagia"<br>Problems in the Diagnosis and Management of the Dysphagic Patient:  Transatlantic Perspectives<br>The Johns Hopkins Medical Institutions |
| 3/30/93 | Panel:  "Psyche and Swallowing"<br>Problems in the Diagnosis and Management of the Dysphagic Patient: Transatlantic Perspectives<br>The Johns Hopkins Medical Institutions |
| 4/14/93 | "Current Diagnosis and Treatment of Migraine Headaches"<br>Continuing Medical Education Series<br>Rockingham Memorial Hospital,  Harrisonburg, VA |
| 4/15/93 | "Diagnosis and Management of Headaches"<br>Southwestern Virginia Medical Society Spring Conference<br>Pulaski, VA |
| 4/15/93 | "Diagnosis and Management of Headaches"<br>Roanoke Valley Primary Care Physicians<br>Roanoke, VA |
| 4/21/93 | "Swallowing Disorders"<br>Grand Rounds<br>Baystate Medical Center, Springfield, MA |
| 5/11/93 | "The Pathogenesis of Migraine"<br>Cecil County Medical Society<br>Elkton, MD |
| 5/18/93 | "Lessons Learned as Neurologic Consultant to a Dysphagia Clinic"<br>Neurology Dinner Meeting<br>The Washington Hospital Center, Washington, DC |
| 5/19/93 | "Migraine"<br>Family Practice Residency Program<br>Lynchburg, VA |

| 5/19/93 | "Hypersomnia"<br>Family Practice Residency Program<br>Lynchburg, VA |
|---------|---------|
| 5/22/93 | "Sleep Disorders: Diagnosis and Management"<br>45th Scientific Assembly of The Maryland<br>    Academy of Family Physicians<br>Ocean City, MD |
| 6/9/93 | "Migraine"<br>Continuing Medical Education Program<br>Alleghany Regional Hospital, Covington, WV |
| 6/11/93 | "Sleep Disorders in the Elderly"<br>9th Annual EVMS Family Medicine Review Course<br>Virginia Beach, VA |
| 6/15/93 | "Migraine"<br>Continuing Medical Education Program<br>Portsmouth General Hospital, Portsmouth, VA |
| 6/24/93 | Meet the Professor:  "Wrestling with Restless Legs<br>    and Periodic Movements in Sleep"<br>7th Annual Meeting of the Association of<br>    Professional Sleep Societies<br>Los Angeles, CA |
| 7/9/93 | "Headaches"<br>Blaustein Pain Treatment Center Conference<br>The Johns Hopkins Medical Institutions |
| 7/15/93 | "New Theories in the Diagnosis and Management of Migraine"<br>Internal Medicine Residency Program<br>University of North Carolina, Chapel Hill, NC |
| 7/15/93 | "Migraine"<br>Grand Rounds<br>Sentara Hampton General Hospital, VA |
| 8/5/93 | "Diagnosis and Treatment of Migraine"<br>Virginia Academy of Physician Assistants<br>    11th Annual CME Conference<br>Virginia Beach, VA |

| | |
|---|---|
| 8/10/93 | "Migraine Therapy"<br>112th Annual Meeting of the Virginia Pharmaceutical Association<br>Norfolk, VA |
| 8/13/93 | "Migraine: Diagnosis and Treatment"<br>Medical Education Program<br>Richmond, VA |
| 8/13/93 | "The Ubiquity and Variety of Migraine"<br>Medical Grand Rounds<br>Suburban Hospital, Bethesda, MD |
| 8/25/93 | "Diagnosis and Treatment of Migraine"<br>Northern Neck Medical Society<br>Warsaw, VA |
| 8/26/93 | "Diagnosis and Treatment of Migraine"<br>Hanover Family Practice Program<br>Richmond, VA |
| 9/1/93 | "Diagnosis and Treatment of Migraine"<br>Neurology Grand Rounds<br>Walter Reed Army Medical Center<br>Washington, DC |
| 9/28/93 | "Sleep Disorders"<br>Continuing Medical Education Conference<br>Baltimore, MD |
| 9/29/93 | "Sleep Disorders"<br>Continuing Medical Education Conference<br>Salisbury, MD |
| 10/1/93 | "Sinus Headache"<br>Medical Grand Rounds<br>Naval Medical Center, Portsmouth, VA |
| 10/1/93 | "Diagnosis and Treatment of Migraine"<br>4th Annual Conference on The Assessment<br>and Management of Chronic Pain Disorders<br>Maryview Medical Center, Portsmouth, VA |
| 10/5/93 | "Diagnosis and Treatment of Migraine"<br>Continuing Medical Education Conference<br>Columbia, MD |

10/7/93      "Migraine and Advances in Serotonin Research"
             Psychiatry Grand Rounds
             Roanoke Memorial Hospital, VA

10/12/93     "Insomnia"
             Psychiatry Conference
             Sheppard and Enoch Pratt Hospital, Baltimore, MD

10/13/93     "The Ubiquity and Variety of Migraine"
             Neurology Grand Rounds
             University of Alabama at Birmingham

10/19/93     "Hypersomnia"
             Psychiatry Conference
             Sheppard and Enoch Pratt Hospital, Baltimore, MD

10/19/93     "Sleep Disorders"
             Continuing Medical Education Conference
             Potomac, MD

10/23/93     "Neurogenic Dysphagia:  What is the Cause
                when the Cause is not Obvious?"
             Second Annual Scientific Meeting,
                Dysphagia Research Society
             Lake Geneva, WI

10/23/93     Panel Moderator: "Neurogenic Dysphagia:
                Diagnosis and Management Strategies"
             Second Annual Scientific Meeting,
                Dysphagia Research Society
             Lake Geneva, WI

10/26/93     "Sleep Disorders"
             Continuing Medical Education Conference
             Fairfax, VA

10/28/93     "Diagnosis and Treatment of Migraine"
             Wythe County Community Hospital
             Wytheville, VA

11/2/93      "Sleep Disorders"
             Continuing Medical Education Conference
             Wrightsville, PA

| 11/11/93 | "Sleep Disorders"<br>Continuing Medical Education Conference<br>Baltimore, MD |
|----------|----------|
| 11/30/93 | "Sleep Disorders"<br>Continuing Medical Education Conference<br>Frederick, MD |
| 12/2/93 | "Sleep Disorders"<br>Continuing Medical Education Conference<br>Baltimore, MD |
| 12/7/93 | "Diagnosis and Treatment of Insomnia"<br>Continuing Medical Education Conference<br>Bethesda, MD |
| 12/11/93 | "What's New about Headaches"<br>Neurology for the Primary Practitioner<br>Baltimore, MD |
| 12/14/93 | "Diagnosis and Treatment of Migraine"<br>Jefferson Chapter, Virginia Academy of Family Physicians<br>Orange, VA |
| 1/5/94 | "Insomnia"<br>Guest Lecture Series<br>The Sheppard and Enoch Pratt Hospital<br>Baltimore, MD |
| 1/5/94 | "Sleep Disorders"<br>Medical Grand Rounds<br>Mercy Medical Center, Baltimore, MD |
| 1/6/94 | "Sleep Disorders"<br>Medical Resident Conference<br>Union Memorial Hospital, Baltimore, MD |
| 1/14/94 | "Sleep Disorders"<br>Medical Grand Rounds<br>Harbor Hospital Center, Baltimore, MD |
| 2/2/94 | "Overview and Treatment of Migraine"<br>Clinical Pharmacy Rounds<br>The Johns Hopkins Hospital, Baltimore, MD |

| | |
|---|---|
| 2/17/94 | "New Approaches to Insomnia"<br>Continuing Medical Education Conference<br>Bethesda, MD |
| 2/21/94 | "Diagnosis and Treatment of Acute Migraine"<br>Virginia Society of Hospital Pharmacists<br>Virginia Beach, VA |
| 2/22/94 | "Diagnosis and Treatment of Insomnia"<br>Continuing Medical Education Conference<br>Bethesda, MD |
| 2/24/94 | "Insomnia"<br>Maryland Association of Private Practice Psychiatrists<br>Baltimore, MD |
| 3/1/94 | "Migraine"<br>Johns Hopkins Emergency Department Conference<br>Sparks, MD |
| 3/3/94 | "Current Treatment of Migraine"<br>Medical Grand Rounds<br>Howard University Hospital, Washington, DC |
| 3/3/94 | "Current Treatment of Migraine"<br>Continuing Medical Education Conference<br>Washington, DC |
| 3/10/94 | "Diagnosis and Treatment of Insomnia"<br>Medical Staff Conference<br>Church Hospital, Baltimore, MD |
| 3/15/94 | "Sleep Disorders"<br>Continuing Medical Education Committee of Acadiana<br>Lafayette, LA |
| 3/22/94 | "Current Therapies for Migraine and Chronic Recurrent Headache"<br>Continuing Medical Education Conference<br>Hagerstown, MD |
| 3/23/94 | "Approach to Insomnia"<br>Grand Rounds<br>Kimbrough Army Community Hospital, Fort Meade, MD |

| | |
|---|---|
| 3/26/94 | "The Ubiquity and Variety of Migraine"<br>Clinical Therapeutic Update for the Primary Care Physician<br>Williamsburg, VA |
| 4/1/94 | "Update on Current Migraine Therapies"<br>Grand Rounds<br>Martinsburg City Hospital, WV |
| 4/13/94 | "A Neurologist's Perspective"<br>Basic Concepts in Dysphagia Diagnosis and Management<br>The Johns Hopkins Medical Institutions |
| 4/13/94 | "Multidisciplinary Approach and Case Discussions"<br>Basic Concepts in Dysphagia Diagnosis and Management<br>The Johns Hopkins Medical Institutions |
| 4/14/94 | "Treatable Causes of Neurogenic Dysphagia:<br>   Diagnosis and Management"<br>Fifth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 4/15/94 | "Multidisciplinary Panel"<br>Fifth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 4/28/94 | "Diagnosis and Treatment of Acute Migraine"<br>Riverside Medical Center Family Practice Residency Program<br>Newport News, VA |
| 5/9/94 | "Insomnia:  Case Presentations"<br>Ambulatory Care Conference<br>University of Maryland Hospital, Baltimore, MD |
| 5/10/94 | "Diagnosis and Treatment of Insomnia"<br>Continuing Medical Education Conference<br>Bethesda, MD |
| 5/11/94 | "New Approaches to Insomnia"<br>Medical Grand Rounds<br>Suburban Hospital, Bethesda, MD |
| 5/21/94 | "Neurogenic Dysphagia"<br>Belgian ENT Society<br>Brugge, Belgium |

| | |
|---|---|
| 5/25/94 | "A Conceptual Understanding of the Relationship of Restless Legs Syndrome and Periodic Limb Movements in Sleep" Eurosleep 94 Meeting Florence, Italy |
| 6/7/94 | "The Ubiquity and Treatment of Insomnia" Continuing Medical Education Conference Bethesda, MD |
| 6/9/94 | "New Approaches to Insomnia" Capitol Area Permanente Medical Group Kensington, MD |
| 6/13/94 | "New Approaches to Insomnia" Continuing Medical Education Conference Annapolis, MD |
| 6/30/94 | "Diagnosis and Treatment of Insomnia" Continuing Medical Education Conference Phoenix, MD |
| 8/29/94 | "Neurogenic Dysphagia" University of Lund Malmö, Sweden |
| 8/29/94 | "Esophageal Dysfunction in Neurologic Disorders" University of Lund Malmö, Sweden |
| 9/16/94 | "Approach to Insomnia" Medical Conference Montebello Rehabilitation Center, Baltimore, MD |
| 10/5/94 | "Diagnosis and Treatment of Insomnia" Medical Forum Dominion Hospital, Falls Church, VA |
| 10/6/94 | "Restless Legs Syndrome and Periodic Leg Movements in Sleep" Neurology Grand Rounds The Johns Hopkins Medical Institutions |
| 10/12/94 | "The Ubiquity and Variety of Migraine" Neurology Grand Rounds Georgetown University, Washington, DC |

| | |
|---|---|
| 10/14/94 | "Cricopharyngeal Myotomy?  Pros and Cons"<br>Third Annual Dysphagia Research Society Meeting<br>McLean, VA |
| 10/15/94 | "Iatrogenic Oropharyngeal Dysphagia"<br>Third Annual Dysphagia Research Society Meeting<br>McLean, VA |
| 10/19/94 | "What's New About Migraines?"<br>Grand Rounds<br>Greater Southeast Hospital, Washington, DC |
| 10/24/94 | "Diagnosis and Treatment of Insomnia"<br>Grand Rounds<br>St. Elizabeth's Hospital, Washington, DC |
| 10/28/94 | "Headache and Rhinosinusitis"<br>Update on Rhinosinusitis for the Practitioner<br>The Johns Hopkins Medical Institutions |
| 11/9/94 | "Diagnosis and Treatment of Migraine"<br>Maryland Physician Assistants Association<br>Baltimore, MD |
| 11/16/94 | "Problems in Swallowing:  Sorting Out The Causes & Therapy"<br>50th Anniversary Medical Education Lecture Series<br>Suburban Hospital, Bethesda, MD |
| 11/21/94 | "Current Concepts in Migraine Therapy"<br>Maryland Medical and Chirurgical Resident Society<br>Baltimore, MD |
| 12/1/94 | "New Approaches to the Diagnosis and Treatment of Migraine"<br>Grand Rounds<br>Carroll County General Hospital, Westminster, MD |
| 12/3/94 | "Sleepless in Baltimore:  Diagnosis and Treatment of Insomnia"<br>Fifth Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 1/13/95 | "Headache and Rhinosinusitis"<br>Comprehensive Endoscopic Sinus Surgery Course<br>The Johns Hopkins Medical Institutions |

1/18/95      "Diagnosis and Treatment of Insomnia"
             Harford County Medical Society
             Aberdeen, MD

2/3/95       "A New Look At Post-Concussive Syndrome"
             Continuing Medical Education Program
             Montebello Rehabilitation Hospital, Baltimore, MD

2/8/95       "The Ubiquity and Variety of Migraine"
             Grand Rounds
             The Sheppard and Enoch Pratt Hospital, Baltimore, MD

2/9/95       "Headache"
             Internal Medicine Residents Lecture Series
             The Johns Hopkins Medical Institutions

2/16/95      "The Ubiquity and Variety of Migraine"
             Grand Rounds
             Greater Baltimore Medical Center, Baltimore, MD

2/24/95      "Diagnosis and Treatment of Insomnia"
             Continuing Medical Education Conference
             Kaiser Permanente, Lutherville, MD

3/8/95       "Neurogenic Dysphagia"
             Department of Medicine Grand Rounds
             The Graduate Hospital, Philadelphia, PA

3/22/95      "Diagnosis and Treatment of Insomnia"
             Grand Rounds
             University of Maryland Department of Family Medicine
             Baltimore, MD

3/23//95     "Diagnosis and Treatment of Insomnia"
             Continuing Medical Education Conference
             Kaiser Permanente, Gaithersburg, MD

4/7/95       "Diagnosis and Treatment of Insomnia"
             Continuing Medical Education Conference
             Kaiser Permanente, Camp Springs, MD

5/4/95       "New Approaches to Migraine"
             Continuing Medical Education Conference
             Eager Street Clinic, Baltimore, MD

| | |
|---|---|
| 5/15/95 | "Oropharyngeal Dysphagia and the Swallowing Team"<br>Annual AGA Meeting<br>San Diego, CA |
| 5/30/95 | "Relationship of Periodic Limb Movements in Sleep and<br>    Restless Legs Syndrome"<br>9th Annual Meeting of the Association of Professional Sleep Societies<br>Nashville, TN |
| 6/8/95 | "Diagnosis and Treatment of Insomnia"<br>Continuing Medical Education Conference<br>Baltimore, MD |
| 6/15/95 | "Clinical Aspects of Neurogenic Dysphagia"<br>The Southeastern Voice and Swallowing Symposium<br>Atlanta, GA |
| 6/26/95 | "Current Issues of Migraine and Its Treatment"<br>Glaxo/Wellcome<br>Boston, MA |
| 7/27/95 | "Sleep Disorders:  Diagnosis & Treatment"<br>Continuing Medical Education Conference<br>North Arundel Hospital, Glen Burnie, MD |
| 8/4/95 | "Current Issues in the Diagnosis and Treatment of Migraine"<br>Medical Grand Rounds<br>Suburban Hospital, Bethesda, Maryland |
| 9/21/95 | "Insomnia:  Case Analysis"<br>Continuing Medical Education Conference<br>Washington, DC |
| 9/28/95 | "Diagnosis and Treatment of Insomnia"<br>Anne Arundel Medical Center<br>Annapolis, Maryland |
| 10/13/95 | "Diagnosis and Treatment of Insomnia"<br>Continuing Medical Education Conference<br>Kaiser Permanente, Landover, MD |
| 10/14/95 | "Migraine Headaches:  What are the many symptoms<br>    and steps to effective control?"<br>A Women's Journey<br>Johns Hopkins Medical Institutions |

| | |
|---|---|
| 11/28/95 | Panel Discussion: "What Is Dysphagia?"<br>Fourth Annual Dysphagia Research Society Meeting<br>McLean, VA |
| 12/2/95 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Sixth Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 1/26/96 | "Headache and Rhinosinusitis"<br>Comprehensive Endoscopic Sinus Surgery Course<br>The Johns Hopkins Medical Institutions |
| 2/5/96 | Case Analysis: Sleep<br>Continuing Medical Education Conference<br>Baltimore, MD |
| 2/16/96 | "An Update in Headache Management"<br>Emergency Medicine Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 2/28/96 | "Insomnia"<br>Mercy Hospital Grand Rounds<br>Baltimore, MD |
| 3/2/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Headache Update: Current Trends in Headache Treatment<br>Inova Center for Quality and Health Education, Falls Church, VA |
| 3/23/96 | "Sleep Disorders-Insomnia"<br>13th Annual Symposium on Practical Neurology for the Primary Care Physician<br>St. Joseph Medical Center, Baltimore, MD |
| 4/2/96 | "Diagnosis and Treatment of Migraines"<br>Grand Rounds<br>Holy Cross Hospital, Silver Spring, MD |
| 4/5/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better<br>Grand Rounds<br>Harbor Hospital Medical Center, Baltimore, MD |
| 4/9/96 | "Insomnia"<br>General Psychiatry Lecture Series<br>Sheppard and Enoch Pratt Hospital, Baltimore, MD |

| | |
|---|---|
| 4/16/96 | "Hypersomnia"<br>General Psychiatry Lecture Series<br>Sheppard and Enoch Pratt Hospital, Baltimore, MD |
| 5/3/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Continuing Medical Education Conference<br>Carlisle Hospital, Carlisle, PA |
| 5/13/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Topics in Clinical Medicine<br>The Johns Hopkins Medical Institutions |
| 5/20/96 | "Neurogenic Dysphagia"<br>Dysphagia Club<br>Pomona, NJ |
| 5/23/96 | "Sleep Disorders"<br>Medical Grand Rounds<br>Franklin Square Hospital, Baltimore, MD |
| 5/29/96 | "Neurology Basics"<br>Basic Concepts in Dysphagia Diagnosis and Management<br>The Johns Hopkins Medical Institutions |
| 5/29/96 | Panel: "Interesting Cases"<br>Basic Concepts in Dysphagia Diagnosis and Management<br>The Johns Hopkins Medical Institutions |
| 5/30/96 | "The Esophagus in Neurological Disorders"<br>Sixth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 5/30/96 | "Treatment-Related Neurogenic Dysphagia"<br>Sixth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 5/30/96 | Panel: "Challenging Cases"<br>Sixth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |
| 5/31/96 | Panel: "Challenging Cases"<br>Sixth Multidisciplinary Symposium on Dysphagia<br>The Johns Hopkins Medical Institutions |

| 9/26/96 | "Diagnosis and Management of Headaches"<br>Obstetrics/Gynecology Resident Conference<br>Sinai Hospital of Baltimore, Baltimore, MD |
|---|---|
| 9/27/96 | "A Review of Clinical Neurology"<br>Florida Network for Neurogenic Communicative Disorders<br>South Seas Plantation, Captiva Island, FL |
| 9/27/96 | "Topics in Neurogenic Dysphagia"<br>Florida Network for Neurogenic Communicative Disorders<br>South Seas Plantation, Captiva Island, FL |
| 10/8/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Wellnet<br>The Johns Hopkins Medical Institutions |
| 11/1/96 | Moderator:  "Neurophysiological Aspects of Swallowing"<br>Fifth Annual Dysphagia Research Society Meeting<br>Aspen, CO |
| 11/10/96 | "Top Ten Reasons Why Your Headaches Don't Get Better"<br>Women's Health Conference, Staying Healthy Together<br>Sheppard Pratt Hospital, Baltimore, MD |
| 11/15/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Medical Grand Rounds<br>The Johns Hopkins Medical Institutions |
| 11/22/96 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Southern Medical Association<br>Baltimore, MD |
| 11/23/96 | "How to Avoid Headaches"<br>A Women's Journey<br>Johns Hopkins Medical Institutions |
| 12/14/96 | "Migraine: More Than Just Headaches"<br>Seventh Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 12/16/96 | "Sleep Disorders"<br>Johns Hopkins Health Plan, Wyman Park, Baltimore, MD |

| 12/19/96 | "Migraine Preceptorship"<br>The Johns Hopkins Medical Institutions |
|----------|---|
| 1/24/97 | "Headache and Rhinosinusitis"<br>Comprehensive Endoscopic Sinus Surgery Course<br>The Johns Hopkins Medical Institutions |
| 4/4/97 | "Dysphagia: A Neurologist's Perspective"<br>Maryland Speech-Language-Hearing Association Convention<br>Baltimore, MD |
| 4/16/97 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Grand Rounds<br>Good Samaritan Hospital, Baltimore, MD |
| 5/15/97 | "Restless Legs Syndrome"<br>Topics in Clinical Medicine<br>The Johns Hopkins Medical Institutions |
| 5/16/97 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>Maryland Academy of Family Physicians, 49th Annual Scientific Assembly<br>Ocean City, MD |
| 10/18/97 | "Implications of Outcomes Research"<br>A Multidisciplinary Panel Discussion<br>Sixth Annual Dysphagia Research Society Meeting<br>Toronto, Ontario, Canada |
| 11/2/97 | "Top Ten Reasons Why Your Headache Patients Don't Get Better"<br>St. Joseph Psychiatry Symposium<br>Baltimore, Maryland |
| 12/6/97 | "How to Handle Chronic Headaches"<br>Eighth Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 12/6/97 | "Curbside Consultations"<br>Eighth Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 12/13/97 | "Restless Legs Syndrome"<br>Saturday Medicine Rounds<br>The Johns Hopkins Medical Institutions |

1/9/98      "Headache and Rhinosinusitis"
            Comprehensive Endoscopic Sinus Surgery Course
            The Johns Hopkins Medical Institutions

2/11/98     "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Neurology Grand Rounds
            University of Maryland School of Medicine, Baltimore, MD

2/18/98     "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Grand Rounds
            St. Joseph Hospital, Baltimore, MD

2/27/98     "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Grand Rounds
            Frederick Memorial Hospital, Frederick, MD

3/4/98      "Neurology Basics"
            Seventh Multidisciplinary Symposium on Dysphagia
            Johns Hopkins Medical Institutions

3/4/98      Multidisciplinary Panel
            Seventh Multidisciplinary Symposium on Dysphagia
            Johns Hopkins Medical Institutions

3/6/98      " Diagnosis and Management of Neurogenic Dysphagia: What We Don't Know"
            Seventh Multidisciplinary Symposium on Dysphagia
            Johns Hopkins Medical Institutions

3/6/98      Moderator: Panel Discussion
            " Diagnosis and Management of Neurogenic Dysphagia: What We Don't Know"
            Seventh Multidisciplinary Symposium on Dysphagia
            Johns Hopkins Medical Institutions

5/6/98      "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Topics in Clinical Medicine
            The Johns Hopkins Medical Institutions

9/2/98      "Neurological Aspects of Dysphagia: Principles of
                Grading Life Quality and Outcome"
            International Society for Diseases of the Esophagus -  Seventh World Congress
            Montreal, Canada

10/9/98     "Clinical Neurology - What We Need to Know"
            European Study Group for Dysphagia and Globus - Fourth Scientific Meeting
            Vienna, Austria

10/10/98    "Outcome and Outcome Predictors in Patients with Neurogenic Dysphagia"
            - Panel Discussion
            European Study Group for Dysphagia and Globus - Fourth Scientific Meeting
            Vienna, Austria

10/10/98    "Future Aspects:   Where Are We Heading?" - Panel Discussion
            European Study Group for Dysphagia and Globus - Fourth Scientific Meeting
            Vienna, Austria

10/17/98    Moderator:  "Dysphagia in Age Related Diseases - Stroke"
            Seventh Annual Dysphagia Research Society Meeting
            New Orleans, LA

11/10/98    "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Maryland Academy of Physician Assistants
            Baltimore, MD

1/8/99      "Headache and Rhinosinusitis"
            Comprehensive Endoscopic Sinus Surgery Course
            The Johns Hopkins Medical Institutions

3/24/99     "Top Ten Reasons Why Your Headache Patients Don't Get Better"
            Grand Rounds
            Johns Hopkins Bayview Medical Center

7/14/99     "General Overview of Classification of Headaches and Treatment"
            Medical Policy Forum
            Social Security Administration Annual Meeting
            Annapolis, MD

7/19/99     "Neurogenic Dysphagia:   Etiology, Pathogenesis, Differential Diagnosis"
            Florida Dysphagia Institute - Evaluation and Management of Neurogenic
            Dysphagia in Adults and Children
            Orlando, FL

7/23/99     Panel Discussion - Q and A
            Florida Dysphagia Institute - Evaluation and Management of Neurogenic
            Dysphagia in Adults and Children
            Orlando, FL

12/9/99     "The Myth of Intractable Headache"
            Topics in Ambulatory Medicine X
            The Johns Hopkins Medical Institutions

| | |
|---|---|
| 12/11/99 | "The Myth of Intractable Headache"<br>Tenth Annual Neurology for the Primary Practitioner<br>The Johns Hopkins Medical Institutions |
| 1/28/00 | "The Myth of Intractable Headache"<br>Grand Rounds<br>Harbor Hospital Center |
| 4/19/00 | "The Myth of Intractable Headache"<br>Medical Grand Rounds<br>St. Agnes Hospital |
| 12/7/00 | "The Myth of Intractable Headache"<br>Topics in Ambulatory Medicine XI<br>The Johns Hopkins Medical Institutions |
| 11/13/02 | "The Truth About Headaches"<br>Metropolitan Area Association of<br>   Occupational Health Nurses<br>Baltimore, MD |
| 4/29/03 | "How to Heal Your Headache"<br>Johns Hopkins Wellnet<br>Baltimore, MD |
| 5/2/03 | "Vestibular Migraine"<br>Johns Hopkins Vestibular Conference<br>Baltimore, MD |
| 5/9/03 | "The Truth About Headaches"<br>"Hot Topics" in Advanced Practice Nursing Conference<br>Johns Hopkins University School of Nursing<br>Baltimore, MD |
| 5/20/03 | "Research Advances in Medicine:  Understanding the Latest Developments in Depression:  New and Improved Understanding of Headaches"<br>American Psychiatric Association 156th Annual Meeting<br>San Francisco, CA |
| 9/24/03 | "Headaches:  A Better Way"<br>Pediatric Neurology Grand Rounds<br>Johns Hopkins School of Medicine<br>Baltimore, MD |

| | |
|---|---|
| 9/30/03 | "Headaches and Bioethics in the 21st Century"<br>Johns Hopkins University<br>Rockville, MD |
| 1/31/04 | "Heal Your Headache"<br>Headache Symposium, Mary Washington Hospital<br>Fredericksburg, VA |
| 5/18/04 | "The Truth About Headaches"<br>Seneca Valley of Maryland Occupational Health Nurses Association<br>Columbia, MD |
| 9/21/04 | "Heal Your Headache"<br>Hughes Network Systems<br>Germantown, MD |
| 10/5/04 | "Heal Your Headache<br>Johns Hopkins Wellnet<br>Baltimore, MD |
| 11/12/04 | Migraine<br>Neurology Resident Lecture Series<br>University of Maryland<br>Baltimore, MD |
| 4/4/05 | "Diagnosis and Management of Headache in the Adult"<br>Nurse Practitioner Training Program, Johns Hopkins University<br>Baltimore, MD |
| 5/21/05 | Headache Seminar<br>Lebanon, PA |
| 5/28/05 | Headache Talk<br>Browseabout Books<br>Rehoboth Beach, DE |
| 11/27/06 | "Sinus Headache": Migraine from the OTO perspective (and what to do with it)<br>Johns Hopkins Otolaryngology Grand Rounds<br>Baltimore, MD |
| 12/13/06 | "Migraine: Recognition and Prevention<br>Neurology Resident Lecture Series<br>University of Maryland Medical System<br>Baltimore, MD |

MASS MEDIA

| | |
|---|---|
| 1982 | "Insomnia"<br>Elaine Stein<br>WBAL Radio |
| 1/31/83 | "Sleep Disorders:  They're More<br>  Common Than Physicians Realized"<br>Josephine Novak<br>*Baltimore Evening Sun* |
| 2/25/83 | "Mind over Mattress"<br>Carol Ukens<br>Baltimore Jewish Times |
| 1983 | "Insomnia"<br>Sheila Stainbach<br>WBAL TV |
| 8/27/84 | "Myths and Facts about Sleeplessness"<br>Anne McCracken<br>*York Daily Record* |
| 2/5/86 | "Migraines"<br>Ellen Beth Levitt<br>Johns Hopkins Health News Feed |
| 8/86 | "Baltimore's 159 Superdoctors"<br>John Pekkanen<br>*Baltimore Magazine* |
| 9/29/86 | "Long Nights: Lack of Sleep Poses a Common Problem"<br>Scott Lautenschlager<br>*Evening Capitol* (Annapolis, MD) |
| 11/86 | "The 357 Best Doctors in Town"<br>John Pekkanen<br>*Washingtonian* |
| 12/7/86 | "Headache"<br>Gerri Kobren<br>*Baltimore Sun Magazine* |
| 1987 | "Risk Factors for Stroke"<br>Anne Kellan<br>WJZ TV |

1/7/88  "Surgery for Snoring"
     Doug Levy
     Johns Hopkins Health News Feed

2/2/88  "Different as Night and Day"
     Alison Chaplin
     *Baltimore Sun*

4/5/88  "The Brain"
     Beverly Burke
     WMAR TV

5/23/88  "Rubik's Cube Causing Seizures?"
     Doug Levy
     Johns Hopkins Health News Feed

6/24/88  "Headache"
     Bodywatch
     WGBH TV Educational Foundation (PBS syndication)

7/15/88  "Snoring Linked to Strokes and Heart Attacks"
     Doug Levy
     Johns Hopkins Health News Feed

3/12/89  "In Search of a Deep Sleep"
     Stuart Faxon
     *Carroll County Times*

4/18/89  "Narcolepsy"
     Elizabeth Tracey
     The Heart of the Matter (radio series)

6/8/89  "Headache"
     Karen Yakovac
     WLIF-FM/WMAR-AM

7/1/89  "Insomnia"
     Joan Davis
     *Hammond Times* (Louisiana)

9/15/89  "Says Most Insomnia Can Be Managed
      in Family Physician's Office"
     *Family Practice News*

9/28/89     "Migraine"
            Carol Ann Strippel
            Johns Hopkins Health News Feed

12/89       "From A to Zzzzzzzz"
            Marilyn Dickey
            *Washingtonian*

1/8/90      "Sleep Restriction"
            Carol Ann Strippel
            Johns Hopkins Health News Feed

2/22/90     "Post-Polio Syndrome"
            Marie Hammontree
            Johns Hopkins Health News Feed

10/12/90    "Aspirin and Migraine"
            Carol Ann Strippel
            Johns Hopkins Health News Feed

10/29/90    "Migraine"
            Roseanne Skirble
            Voice of America

1/2-4/91    "Headaches"
            Winnie King, M.D.
            WMAR TV

1/27/91     "Sleep Disorders"
            John Stupak
            WBJC-FM Radio

2/11/91     "Headaches"
            Christopher Gaul
            WBAL TV

2/18/91     "Headaches"
            CBS This Morning
            CBS TV

2/91        "The SuperDoctors"
            Jon Alden
            *Baltimore Magazine*

| 2/16/91 | "Headaches"<br>Bob Cudmore<br>WGY Radio |
| 3/10/91 | "Sleep Disorders"<br>John Stupak<br>American Radio Network |
| 3/10/91 | "Headaches"<br>John Stupak<br>American Radio Network |
| 4/2/91 | "Migraine"<br>Donna Willis, M.D.<br>American Radio Network |
| 4/24/91 | "Post-Polio Dysphagia"<br>Christopher Gaul<br>WBAL TV |
| 4/28/91 | "Sleep Disorders"<br>John Stupak<br>WBAL Radio, Maryland's Medical Consultation |
| 5/91 | "Sleep Disorders"<br>John Stupak<br>The Heart of the Matter (syndicated radio series) |
| 6/17/91 | "Restless Legs Syndrome"<br>Carol Ann Strippel<br>Johns Hopkins Health News Feed |
| 6/24/91 | "Sumatriptan"<br>Carol Ann Strippel<br>Johns Hopkins Health News Feed |
| 6/27/91 | "Sumatriptan and Migraine"<br>Joan Hamburg<br>WOR Radio |
| 6/30/91 | "A Wide-eyed Look at Sleep"<br>A.M. Chaplin<br>*Sun Magazine* |

7/1/91          "Migraine"
                Chuck Christian
                KTAR Radio

7/3/91          "Headaches"
                Pat McMahon
                KTAR Radio

7/6/91          "Restless Legs Syndrome"
                Mason Essif
                Cable News Network

7/14/91         "Sunday Rounds:  Headaches"
                John Stupak
                WBJC-FM Radio

7/22/91         "Estrogen and Migraine"
                Carol Ann Strippel
                Johns Hopkins Health News Feed

9/91            "New Help for Headaches"
                Alexandra Tanski
                *McCall's*

9/9/91          "Headaches"
                Jack Blair
                KTAR Radio

10/91           "Post-polio Syndrome"
                Carol Ann Strippel
                Johns Hopkins Health News Feed

11/91           "580 Top Washington Physicians"
                Carol Stevens
                *Washingtonian*

11/91           "Restless Legs Get a Rest"
                *Better Homes and Gardens*

1/26/92         "Sleep Disorders"
                Elizabeth Tracey
                Heart of the Matter (radio)

8/92            "Restless Legs Responds to Parkinson's Drug"
                *Black Elegance*

9/24/92   "Sumatriptan:  Pros and Cons"
          Mason Essif
          Cable News Network

4/18/93   "Sleep Disorders"
          John Stupak
          Sunday Rounds

5/9/93    "Sunday Rounds:  Sleep Disorders"
          John Stupak
          WBJC-FM Radio

6/7/93    "Headaches"
          Sandra Pinckney
          WJZ-TV

11/28/93  "Headaches"
          John Stupak
          Sunday Rounds

10/94     "Headaches, Pains, Dizziness:  What Your Body's Saying"
          Elizabeth Austin
          *McCall's*

12/94     "Migraine Mania"
          Elizabeth Austin
          *McCall's*

2/12/95   "Sleep Disorders"
          John Stupak
          Consultation Radio Network

2/19/95   "Tissue Near Skull's Base is Tied to
             Some Tension Headaches"
          Warren Leary
          *New York Times National*

4/95      "Ask the Doctors"
          *The Night Walkers Newsletter*

8/7/95    "Caffeine-Containing Medications and Insomnia"
          Mason Essif
          Cable News Network

| | |
|---|---|
| 9/27/95 | "Headaches"<br>Mason Essif<br>Cable News Network |
| 1996 | "Managing Headache - Reevaluate Approach with Treatment Failures"<br>Lisa M. Orange<br>International Medical News Group |
| 1/96 | "Managing Migraines"<br>Johns Hopkins Wellnet<br>Baltimore, MD |
| 1/96 | "Migraines & Food Consumption:<br>   The Headache Hit-List"<br>*The Patriot, The Wellness Newsletter for USFHP Families* |
| 7/22/96<br>7/23/96 | "Headaches"<br>WUSA, Channel 9<br>Washington, DC |
| 7/23/96 | "Intranasal Lidocaine for Treatment of Migraine"<br>CNN TV |
| 7/23/96 | "Intranasal Lidocaine for Treatment of Migraine"<br>CNN Radio |
| 8/96 | "Intranasal Lidocaine for Treatment of Migraine"<br>Johns Hopkins Health NewsFeed |
| 8/96 | "Lack of Progression of Neurologic Deficit in Survivors of Paralytic Polio"<br>Johns Hopkins *Health NewsFeed* |
| Fall/<br>Winter<br>1996 | "Restless Legs Syndrome:<br>A Common Sleep Disorder Treatable with Medication for PD"<br>The Johns Hopkins Parkinson's Digest |
| 96-97 | "The Best Doctors in America"<br>Best Doctors Worldwide Healthcare Services<br>Southeast Regional Guide |
| 3/97 | "Headaches"<br>Electronic Publication<br>*InteliHealth*/Johns Hopkins World Wide Web Site<br>(http://www.InteliHealth.com) |

| 3/97 | "Headaches"<br>Electronic Publication<br>PointCast Network Interactive Screensaver<br>(http://www.PointCast.com) |
|---|---|
| 3/97 | "How To Avoid Headaches"<br>Electronic Publication<br>*InteliHealth*/Johns Hopkins World Wide Web Site<br>(http://www.InteliHealth.com) |
| 3/2/97 | "Why Your Headaches Don't Get Better"<br>John Stupak<br>Sunday Rounds |
| 4/9/97 | "Migraines"<br>Voice of America<br>Simulcast TV and Radio |
| 11/97 | "The Top Doctors"<br>Ken Iglehart, Bruce Goldfarb, and Hope Tarr<br>*Baltimore Magazine* |
| 11/97 | "Ask the Doctors"<br>The Night Walkers Newsletter |
| 12/13/97 | "Restless Legs Syndrome"<br>Johns Hopkins Saturday Medicine Rounds<br>Audionet |
| 12/25/97 | "Hangovers"<br>ABC Radio Interview |
| 2/3/98 | "Tension Headaches"<br>NBC Nightly News |
| 3/17/98 | "New Drugs May Help Ease Migraine Pain"<br>Therese S. Cook<br>*Charleston Daily Mail* |
| 3/98 | "All Headache is Migraine"<br>*Family Practice News* |
| 3/98 | "A Sharp Double-Edged Sword"<br>*Family Practice News* |

| 3/98 | "Doctors Should Explain and Support, Not Just Prescribe"<br>*Family Practice News* |
|---|---|
| 3/98 | "Commentary on Migraines"<br>*InteliHealth*<br>Johns Hopkins World Wide Web Site<br>PointCast Network<br>AOL<br>CBSNow |
| 4/98 | "A Sharp Double-Edged Sword"<br>*International Medical News Group* |
| 4/98 | "Doctors Should Explain and Support, Not Just Prescribe"<br>*International Medical News Group* |
| 5/3/98 | "Headaches"<br>Consumers Corner<br>Larry Cohen<br>Fox Channel 45<br>Baltimore, MD |
| 5/98 | "The Headache Connection"<br>Tracey Middlekauff<br>*Baltimore Magazine* |
| 6/19/98 | "Imitrex and Heart Attacks"<br>Johns Hopkins *Health NewsFeed* |
| 7/98 | "All Headache is Migraine"<br>International Medical News<br>*Family Practice News* |
| Fall/98 | "The Mechanism of Migraine"<br>*The Johns Hopkins Health Insider Special Migraine Edition* |
| Fall/98 | "First Things First"<br>*The Johns Hopkins Health Insider Special Migraine Edition* |
| Fall/98 | "What Kind of Headache?"<br>*The Johns Hopkins Health Insider Special Migraine Edition* |
| 98-99 | "The Best Doctors in America"<br>Best Doctors Worldwide Healthcare Services<br>Southeast Regional Guide |

| 4/99 | "Under the Weather"<br>Bill Stump<br>*Men's Health* |
|---|---|
| 6/99 | "A Different Way to Understand Your Headaches and Stop the Headache Cycle"<br>Sandy Werner<br>*Work & Life:* Cover Story |
| 9/02 | "A New Approach to Headache Relief"<br>Elizabeth Tracey<br>HopkinsHealth<br>www.hopkinshealth.com |
| 9/02 | "Johns Hopkins Commentary: Botox for Headaches"<br>Elizabeth Tracey<br>HopkinsHealth<br>www.hopkinshealth.com |
| 9/17/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>Fox 45 TV<br>Baltimore, MD |
| 9/17/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WUSA Noon News TV<br>Washington, DC |
| 9/17/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>Maryland Public Television<br>Baltimore, MD |
| 9/18/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WTTG TV<br>Washington, DC |
| 9/18/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WUSA Morning News TV<br>Washington, DC |
| 9/18/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WRQX-FM ABC Radio<br>Washington, DC |
| 9/19/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>CN8 Radio<br>Philadelphia, PA |

9/20/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WCAU Morning News 10 TV
Philadelphia, PA

9/20/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WHYY Radio Times
Philadelphia, PA

9/24/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
Martha Zoller
WDUN Radio
Atlanta, GA

9/26/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
KMSP TV
Minneapolis, MN

9/26/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
KSTP TV
Minneapolis, MN

9/27/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WFLD TV
Chicago, IL

9/27/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WMAQ TV
Chicago, IL

9/27/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WKRS Radio
Chicago, IL

10/__/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WABC
Washington, DC

10/3/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
WAGA TV
Atlanta, GA

10/6/02  *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
Charlotte Moore
Atlantic Journal Constitution
Atlanta, GA

| 10/6/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>WSB AM Radio<br>Atlanta, GA |
|---|---|
| 10/8/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KDFW TV "Good Day Dallas"<br>Dallas, TX |
| 10/8/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>PBS TV "Conversations"<br>Dallas, TX |
| 10/8/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>WFAA TV "Midday"<br>Dallas, TX |
| 10/8/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>TXCN Cable TV<br>Dallas, TX |
| 10/9/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KWGN TV "Morning News"<br>Denver, CO |
| 10/9/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Minnesota Public Radio |
| 10/9/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KMGH TV "News at 11 AM"<br>Denver, CO |
| 10/10/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KATU TV<br>Portland, OR |
| 10/11/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KBSG-AM "Conversations"<br>Seattle, WA |
| 10/11/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KUOW-FM NPR "The Human Condition"<br>Seattle, WA |
| 10/14/02 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>KARE TV<br>Minneapolis, MN |

| 10/23/02 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WUSA -TV<br>Washington, DC |
| --- | --- |
| 12/22/02 | "Sidestep Your Headaches"<br>Jean Carper<br>USA Weekend |
| 1/16/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>KXLO<br>Montana |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WELI-AM<br>New Haven, CT |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WXRK-FM<br>New York, NY |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>KCLD-FM<br>St. Cloud, MN |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WHAM-AM<br>Rochester, NY |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WHOC-FM<br>Rochester, NY |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WLW-AM<br>Cincinnati, OH |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>KDKA-AM<br>Pittsburgh, PA |
| 2/5/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>KSHA-FM<br>Redding, CA |

2/5/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              Cable Radio
              Regional (CA)

2/5/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              KTCZ-FM
              Minneapolis, MN

2/5/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WOGL-FM
              Philadelphia, PA

2/6/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WTVT Good Day Tampa
              Tampa, FL

2/6/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WFLA
              Tampa, FL

2/6/03        *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WTVT Your Turn
              Tampa, FL

2/10/03       *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WUSA Morning News TV
              Washington, DC

2/10/03       *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              WATR
              Waterbury, CT

2/11/03       *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              "Good Morning, Cincinnati" - WCPO-TV
              Kathleen Nero
              Cincinnati, OH

2/11/03       *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              "Early Morning Cincinnati" - WKRC-TV
              Cammy Dierking & John Lomax
              Cincinnati, OH

2/11/03       *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
              "19 in the Morning" - WXIX-TV
              Rob Williams & Sheila Gray
              Cincinnati, OH

| | |
|---|---|
| 2/11/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"Cover to Cover" - WRRS<br>Mark DeWitt<br>Cincinnati, OH |
| 2/11/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"Northern Kentucky Magazine" - INC-6<br>Louisville, KY |
| 2/12/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"Good Morning Kentuckiana" - WHAS-TV<br>Rachel Platt<br>Louisville, KY |
| 2/12/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"Fox in the Morning" -<br>Donna Evans<br>Louisville, KY |
| 2/12/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"The Tom and Judy Byron Show" - WMST<br>Louisville, KY |
| 2/13/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"The Breakfast Club" - WMIX Radio<br>Matt Yeager<br>Lexington, KY |
| 2/13/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"The Jack Pattie Show" - WVLK Radio<br>Lexington, KY |
| 2/13/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WKYT<br>Deann Stephens Health Reporter<br>Lexington, KY |
| 2/13/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>K-93 Radio<br>Lexington, KY |
| 2/13/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>"The Dave Baker Show"<br>Lexington, KY |

2/13/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WLEX "Noon Show"
                Lisa Kaplan and Lee Cruse
                Lexington, KY

2/13/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WLAP Radio
                "Live with Lee"
                Lexington, KY

2/13/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WMJK Radio
                "Drew Thomas Show"
                Lexington, KY

3/03            *Dome*
                Johns Hopkins Medicine Newsletter
                Baltimore, MD

3/27/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                KRWM Radio
                Seattle, WA

4/1/03          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WBCB-AM
                Dr. Mustello
                Philadelphia, PA

4/14/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                "It's A Fine Line – Book Review and Introduction"
                Chevy Chase Magazine, Linda Hinchcliffe
                Lexington, KY

4/16/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                KRON-TV and KSL [Salt Lake City, UT]
                San Francisco, CA

4/16/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                Ronn Owens Show
                KGO Radio
                San Francisco, CA

4/16/03         *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                Tech Nation
                Nationally syndicated radio, taped at KQED Radio
                San Francisco, CA

| 4/17/03 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>News Feature<br>KUTV-TV<br>Salt Lake City, UT |
|---|---|
| 4/17/03 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Good Things Utah<br>KTVX-TV<br>Salt Lake City, UT |
| 4/25/03 | "Heading Off Headaches"<br>Deseret News<br>Lois M. Collins<br>Salt Lake City, UT |
| 5/19/03 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Ronn Owens Show<br>KGO Radio<br>San Francisco, CA |
| 5/27/03 | "Turn Off Headache Pain!"<br>Brenda Kearns<br>*Woman's World* |
| 7/8/03 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Gary Null Show<br>WBAI Radio<br>New York, NY |
| 8/03 | "Stop Your Next Headache"<br>Camille Noe<br>*Marie Claire* |
| 8/4/03 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Mariko Thompson<br>LA Daily News<br>Los Angeles, CA |
| 9/30/03 | "Sinus" Headaches<br>WUSA-TV<br>Washington, DC |
| 12/1/03 | "How to Heal Your Headache"<br>Good Morning America<br>New York, NY |

| | |
|---|---|
| 12/1/03 | "Change Diet Dump Drugs to Ease Migraine"<br>abcnews.com |
| 12/2/03 | "Holiday Headaches"<br>*Woman's World* |
| 12/26/03 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WUSA-TV<br>Washington, DC |
| 1/04 | "What To Do When Your Head Aches"<br>Shari Roan<br>*Natural Health* |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>USA Radio Network<br>Daybreak USA, Al Lerner<br>National Syndication |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>KAIR FM<br>Jason and Brian Show<br>Kansas City, KS |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WWPD/WCFR-FM<br>Pauline and Company, Pauline Robins<br>Lebanon, NH |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WKSN-AM<br>The Morning Show, Rick Peters<br>Buffalo, NY |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WZLX-FM<br>Common Ground, Kimberley Jaeger<br>Boston, MA |
| 1/6/04 | *Heal Your Headache: The 1-2-3 Program for Taking Charge of Your Pain*<br>WDEV-AM & FM<br>Mark Johnson Show<br>Burlington, VT |

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WGTD-FM
                Morning Show, Greg Berg
                Milwaukee, WI

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WDDD-FM
                Wess and April in the Morning
                Marion/Southern IL

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WBAA-FM
                AM 920 Magazine, Dan Skinner
                West Lafayette, IN

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                KLIK-AM
                Daybreak, Warren Krech
                St. Louis, MO

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                KCMN-AM
                Tron in the Morning, Tron Simpson
                Colorado Springs, CO

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WDRC-AM
                Mary Jones Show
                Hartford, CT

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                Langer Broadcasting
                Franki Boyer Show
                National

1/6/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                KAHI-AM
                Popp Off, Mary Jane Popp
                Sacramento, CA

1/8/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                WFAN-AM
                K-Rock Magazine, Bob Salter
                New York, NY

1/10/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 WMAL-AM
                 Dave Burd Show
                 Washington, DC

1/14/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 Cable Radio Network
                 Cable Talk, Jack Roberts
                 Nationally Syndicated

1/14/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 CIGL-FM
                 The E File, Ingrid Moore
                 Ontario, Canada

1/28/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 KSWB-AM
                 The Morning Show, Buzz Kelley
                 Portland, OR

2/23/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 KPFA Radio
                 About Health, Dr. Michael Lenore
                 San Francisco, CA

3/04             "Stop a Headache Before it Starts"
                 Marcy Lovitch
                 *Essence* Magazine

3/30/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 KFOR Radio
                 Problems & Solutions, Cathy Blythe
                 Lincoln, NE

5/4/04           *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 Icicle Network
                 Your Healthy Family, Frankie Boyer
                 San Francisco, CA

5/14/04          *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 WUSA-TV
                 Washington, DC

8/1/04           *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*
                 CNN
                 Larry King Live

| | |
|---|---|
| 8/21/04 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Browseabout Books<br>Rehoboth Beach, DE |
| 8/21/04 | "Physician's book reveals ways to manage headaches"<br>Jim Westoff<br>Cape Gazette, Lewes, DE |
| 8/26/04 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>WGMD-AM<br>Lewes, DE |
| 11/11/04 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Your Healthy Family (Frankie Boyer)<br>Icicle Network and Sirius |
| 11/17/04 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Anna Karapetian<br>Radio Free Europe |
| 5/26/05 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>The Dan Gaffney Show<br>WGMD-AM<br>Lewes, DE |
| 8/28/05 | Food and Headaches<br>Health Radio Network<br>Jean Carper |
| 9/05 | "Stop Your Headaches"<br>Alexa Joy Sherman<br>*Shape* |
| 10/25/05 | "Headaches"<br>Meg Lundstrom<br>*Women's World* |
| 11/13/05 | "Low-carb diets can trigger headaches"<br>EatSmart, Jean Carper<br>*USA Weekend* |
| 3/4/06 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>"Temple of Health" Radio Show<br>Atlanta, GA |

| 4/27/06 | What's Triggering Your Migraine?<br>Morning Edition<br>National Public Radio |
|---|---|
| 5/10/06 | Headaches<br>The 700 Club<br>Christian Broadcasting Network |
| 8/06 | "Banish Headaches for Good"<br>Sari Harrar<br>*Marie Claire* |
| 9/30/06 | You The Owner's Manual<br>Michael F. Roezen, M.D.<br>Health Radio Network |
| 11/30/06 | "Foods that Trigger Migraines"<br>Judy Gruen<br>eDiets |
| 4/11/07 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>Health Talk Live (with Judy Foreman)<br>www.healthtalk.com |
| 6/07 | "The Great Headache Caper"<br>*Alternative Medicine*<br>Judy Gruen |
| 11/1/07 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>WTOP Radio<br>Washington, DC |
| 11/3/07 | *Heal Your Headache:  The 1-2-3 Program for Taking Charge of Your Pain*<br>NBC Weekend Today |
| 11/27/07 | Headaches<br>Nurse Practitioner Diagnosis, Symptom and Illness Management Course<br>Johns Hopkins University School of Nursing<br>Baltimore, MD |
| 12/19/07 | Healthtalk.com – Dietary Triggers<br>Webcast<br>www.healthtalk.com |

12/13, 15,      Headaches
  16/07         Life's Work with Lisa Belkin
                XM Satellite Radio Channel 155

1/1/08          Heal Your Headache Without Drugs
                Bottom Line/Personal (newsletter)

3/6/08          Headaches
                Seeking Solutions with Suzanne
                Comcast

                                                        12/11/07

### DAVID BUCHHOLZ, M.D.

Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830                                              Telecopier (410) 583-2835

December 27, 2007

Ms. Kiran Sharma
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland  21201-3723

Re:  Maria O. Pryshlak, Ph.D.

Dear Ms. Sharma:

My fee for all time expended in relation to evaluation of Dr. Pryshlak is $660 per hour.

Yours sincerely,

David Buchholz, M.D.

DB:CM

**EXHIBIT**

C

# DAVID BUCHHOLZ, M.D.

Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830

Telecopier (410) 583-2835

December 11, 2007

The following is as complete a list as I have of cases in which I have testified as an expert at trial or by deposition within the past four years.

| | | |
|---|---|---|
| Chartier v. Dow Agrosciences, et al.<br>Florida | 1/27/04 | deposition |
| Millender v. Narrow, et al.<br>Circuit Court for<br>  Baltimore County<br>Case No. 03-C-03-004013 | 2/26/04 | deposition |
| Fox/Henderson v. Moore<br>Case No. 08-C-02-002180 | 3/2/04 | deposition |
| Felts v. ? | 3/4/04 | trial |
| Casto v. CSX Transportation, Inc.<br>Circuit Court of<br>  Mingo County, WV<br>No. 02-C-190 | 3/10/04 | deposition |
| Carnato v. Novartis<br>Ft. Lauderdale, FL | 3/26/04 | hearing |
| Murray v. Muir | 3/31/04 | deposition |
| Allegro v. Baltimore County, et al.<br>U.S. District Court for the<br>  District of Maryland<br>Case No. WDQ03CV1715 | 4/12/04 | deposition |
| Maize v. Krause<br>Johnstown, PA | 4/20/04 | trial |

EXHIBIT

tabbies

D

-2-

| | | |
|---|---|---|
| Bozich v. ?<br>Pennsylvania | 4/22/04 | deposition |
| Curry v. Wyndham Hotel<br>Circuit Court for<br>  Baltimore City | 5/13/04 | deposition |
| Casto v. CSX Transportation, Inc.<br>Circuit Court of<br>  Mingo County, WV<br>No. 02-C-190 | 3/10/04 | video for trial |
| Curry v. Wyndham Hotel<br>Circuit Court for Baltimore City | 5/13/04 | deposition |
| Unger v. Cincinnati Ins. Co.<br>Pennsylvania | 5/25/04 | video for trial |
| Smith v. Beaver, et al.<br>Court of Common Pleas<br>Erie County, PA | 6/17/04 | trial |
| Sindler v. Litman<br>Circuit Court for Baltimore County | 8/12/04 | deposition |
| Sindler v. Litman<br>Circuit Court for Baltimore County | 9/14/04 | trial |
| Clay v. CSX Transportation<br>Circuit Court of<br>  Cabell County, WV<br>01-C-0106 | 9/16/04 | trial |
| Hager v. CSX Transportation<br>Circuit Court of Marshall<br>  County, WV<br>00-C-105K | 9/23/04 | deposition |

-3-

| | | |
|---|---|---|
| Engels v. Khan, M.D., et al.<br>Circuit Court for<br>Montgomery County<br>244425-V | 9/30/04 | deposition |
| Skehan v. Corporate Express<br>U.S. District Court for the<br>District of Maryland<br>RWT03CV1530 | 10/12/04 | deposition |
| Major v. Rite-Aid | 11/16/04 | video for trial |
| Engels v. Khan, M.D., et al.<br>Circuit Court for<br>Montgomery County<br>244425-V | 12/1/04 | trial |
| Cohen v. GBMC, et al.<br>Circuit Court for Baltimore County | 12/14/04 | deposition |
| Pappas v. Holland<br>Circuit Court for Frederick County<br>03-1134 | 1/4/05 | video for trial |
| Cignatta v. USAA<br>Circuit Court for Baltimore County | 1/6/05 | deposition |
| Conlon v. Shawan Hotel<br>Limited Partnership, et al.<br>Circuit Court for Baltimore County<br>03-C-03-009317 | 1/11/05<br>1/13/05 | deposition |
| Conlon v. Shawan Hotel<br>Limited Partnership, et al.<br>Circuit Court for Baltimore County<br>03-C-03-009317 | 2/1/05 | video for trial |
| Cohen v. GBMC, et al.<br>Circuit Court for Baltimore County | 2/3/05 | trial |

-5-

| | | |
|---|---|---|
| Miller, et al. v. Bradway<br>  Trucking, Inc.<br>RWT 05-CV-250<br>U.S. District Court for the<br>  District of Maryland | 11/29/05 | deposition |
| Leo and Leo v. Annapolis Motor<br>  Cars, LLC, et al.<br>C-05-003938<br>Circuit Court for Baltimore County | 2/7/06 | deposition |
| Praharaj, et al. v. Doyle, et al.<br>03-C-04-006856<br>Circuit Court for Baltimore County | 2/9/06 | deposition |
| Hirsch v. Pierce, et al.<br>24-C-05-006311 OT<br>Circuit Court for Baltimore City | 2/14/06 | deposition |
| Hirsch v. v. Pierce, et al.<br>24-C-05-006311 OT<br>Circuit Court for Baltimore City | 2/14/06 | video for trial |
| Miller, et al. v. Bradway<br>  Trucking, Inc.<br>RWT 05-CV-250<br>U.S. District Court for the<br>  District of Maryland | 2/15/06 | trial |
| Boykins v. Lowrey, LLC and Hoga<br>24-C-04-007415<br>Circuit Court for Baltimore City | 2/20/06 | deposition |
| Pilson-Smith v. ?<br>03-C-12588<br>Circuit Court for Baltimore County | 2/22/06 | trial |
| Fields v. Harrison Inn<br>  Sixty-Six, Inc.<br>Circuit Court for Worcester County<br>23-C-04-1199 | 2/28/06 | video for trial |

-6-

| | | |
|---|---|---|
| Lister v. Paul Revere Life Inc. Co.<br>U.S. District Court<br>Southern District of Indiana<br>Indianapolis Division<br>1:04-CV-1016 JDT-TAB | 4/7/06 | deposition |
| Glover v. Meletzke<br>Annapolis, Maryland | 7/21/06 | arbitration |
| Simpson, et al. v. Farha, et al.<br>Circuit Court for Baltimore County<br>24-C-05-000988 OT | 7/25/06 | deposition |
| Simmons v. Bowen<br>Circuit Court for<br>  Prince George's County<br>04-C05000198MT | 8/29/06 | arbitration |
| Fakhri v. J.F. Johnson, et al.<br>U.S. District Court for the<br>  District of Maryland | 9/15/06 &<br>9/20/06 | deposition |
| Quinn<br>West Virginia | 9/26/06 | deposition |
| Downer<br>Circuit Court for Baltimore City | 10/19/06 | trial |
| Gustafson v. UHHS Brown<br>  Memorial Hospital, et al.<br>Ashtabula County (OH) Court<br>  of Common Pleas<br>2001 CV 533 | 10/24/06 | deposition |
| Dent v. Wal-Mart Stores, Inc.<br>U.S. District Court for the<br>  District of Maryland<br>PJM-06-CV-0481 | 11/30/06 | deposition |

-7-

| | | |
|---|---|---|
| Schaeffer v. Mayor and City<br>    Council of Baltimore, et al.<br>Circuit Court for Baltimore City<br>24-C-06-000373OT | 2/15/07 | deposition |
| Gonski v. Neuhof<br>Circuit Court for Baltimore City<br>24-C-05-011218 | 3/6/07 | trial |
| Novak v, Capital Restaurant<br>    t/a Zei Club<br>U.S. District Court for the<br>    District of Columbia<br>1:01-CV00039 | 5/22/07 | trial |
| Bauerlein v. Evan Transportation,<br>    Inc., et al.<br>Circuit Court for Baltimore County<br>03-C-06-010458 | 5/25/07 | deposition |
| Casamento v. UPS<br>U.S. District Court, Southern<br>    Division, Greenbelt, MD<br>AW061865 | 6/15/07 | deposition |
| Biles v. Faust, et al.<br>Circuit Court for Anne<br>    Arundel County<br>02-C-06-115971 | 7/10/07 | deposition |
| Masters v. Unicco Service Co.<br>Superior Court of the<br>    District of Columbia<br>06-007559 | 9/14/07 | deposition |
| Glushko v. State Farm<br>Prince George's County<br>    Circuit Court<br>CAL06-13068 | 10/12/07 | video for trial |

-8-

Adams v. Zupan                          11/9/07              deposition
Prince William County
  Circuit Court
CL69973

Johnson v. Rite-Aid of MD, Inc.         11/16/07             deposition
Circuit Court for Baltimore City
24-C-06-001650 OT