IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA O. PRYSHLAK                         *

    Plaintiff                              *

v.                                       *        Civil Action No.: 1:07-cv-01204

FIRST TRANSIT, INC., et al.              *

    Defendants                             *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANTS, FIRST TRANSIT, INC. AND KELSEY WILSON'S,
SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES**

Defendants, First Transit, Inc. and Kelsey Wilson, by and through their undersigned

attorneys, Tamara B. Goorevitz, Kiran Sharma, and Franklin & Prokopik and pursuant to Fed.

R.Civ.P. 26(a)(2)(B), hereby designate the following experts to testify at trial:

    1.    Brian Schulman, M.D., C.I.M.E., 4400 East-West Highway, Suite G, Bethesda,

Maryland 20814.  It is expected that Dr. Schulman will be called to testify at trial regarding the

nature and extent of the Plaintiff's injuries, their causation, and the reasonableness and necessity of

the treatment received by the Plaintiff and the reasonableness and necessity of the associated medical

bills.  These opinions will be based on Dr. Schulman's examination of the Plaintiff, a review of the

records in this matter, and other testimony adduced during the discovery process and at trial.  It is

also expected that Dr. Schulman will be called to testify regarding the extent and nature of any future

medical treatment which the Plaintiff may require.  **Exhibit A**, Report prepared by Brian Schulman,

M.D., P.A., dated January 10, 2008; **Exhibit B**, Curriculum Vitae of Brian Schulman, M.D.,

C.I.M.E., (including a list of publications, p. 5); **Exhibit C**, Professional Fee Schedule, January

2008; and **Exhibit D**, List of Expert Testimony 2004-2007.

2.    Defendants reserve the right to supplement their Expert Designation and/or name additional experts upon completion of depositions of Plaintiff's expert witnesses.

3.    Defendants reserve the right to call any of Plaintiff, Maria Pryshlak's, medical care providers and/or treating physicians, including, but not limited to, medical examiners, doctors, nurses, therapists, psychologists, physicians, nurses or other health care providers, identified by Plaintiff in deposition testimony, Response to Request for Production of Documents or in Answers to Interrogatories, whose names may appear in medical records, or who may be subsequently identified in the course of discovery.

4.    Defendants reserve the right to supplement their Expert Designation and/or name additional experts if Plaintiff produces new, different, or modified information.

5.    Defendants reserve the right to supplement their Expert Designation and/or name additional experts upon receipt of all documents requested via subpoena.

6.    Defendants reserve the right to call any expert witness relied upon or identified by Plaintiff, Maria A. Pryshlak.

7.    Defendants incorporate their Disclosure of Expert Witnesses as if fully set forth herein.

8.    This designation will also serve to supplement any and all discovery responses of Defendants, First Transit, Inc., and Kelsey Wilson.

Respectfully submitted,

*Kiran Sharma*

Tamara B. Goorevitz
DC Bar No.: 465740
Kiran Sharma
DC Bar No.: 495077
The B&O Building
Two North Charles St., Ste. 600
Baltimore, Maryland 21201
Tel.: (410) 230-3625
Fax: (410) 752-6868
tgoorevitz@fandpnet.com
ksharma@fandpnet.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2008, a copy of the foregoing

Defendants' First Transit, Inc., and Kelsey Wilson's Supplemental Disclosure of Expert

Witnesses, and attached Exhibits, were e-filed, and mailed, first-class, postage pre-paid to:

> Peter C. Grenier, Esq.
> Michael K. Hibey, Esq.
> BODE & GRENIER L.L.P.
> 1150 Connecticut Avenue, N.W.
> Ninth Floor, Connecticut Building
> Washington, DC 20036
> *Attorneys for Plaintiff*

*Kiran Sharma*
Kiran Sharma

**BRIAN SCHULMAN, M.D., P.A.**
DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
CERTIFIED AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS
OCCUPATIONAL PSYCHIATRY

4400 EAST-WEST HIGHWAY, SUITE G
BETHESDA, MARYLAND 20814
TEL (301) 654-4221
FAX (301) 986-8723

January 10, 2008

Ms. Kiran Sharma
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, MD 21201-3723

Re:  Pryshlak, Ph.D., Maria
DOI:  April 18, 2007
DOB:  February 18, 1949

Personal and Confidential

Dear Ms. Sharma:

At your request, I performed a comprehensive psychiatric evaluation of Maria Pryshlak in my office on January 2, 2008. I utilized the Hamilton Psychiatric Rating Scales for Depression and Anxiety, and the Brief Psychiatric Rating Scale (BPRS).

Conditions of the Examination

Prior to beginning this examination, I advised Dr. Pryshlak that I had been requested to perform a comprehensive psychiatric evaluation, as well as a review of medical records pertaining to her care. She also was informed that the findings of the examination would not be held confidential and that a written report would be prepared with regard to same. I further advised Dr. Pryshlak that I would not establish a traditional doctor/patient relationship with her, nor would I provide medical treatment.

Dr. Pryshlak indicated that she understood the nature and purpose of the evaluation, and agreed to proceed.

**EXHIBIT**

**A**

Re:   Pryshlak, Ph.D., Maria
Page 2

Records reviewed on Dr. Pryshlak included documentation from the following sources:

1.   Georgetown University Hospital.
2.   The George Washington University Hospital.
3.   Cullen, Umosella, Cullen & Cullen, M.D., P.C., including Dennis Cullen, M.D., an internist.
4.   Supervisor's Report of Injury or Occupational Illness.
5.   Margaret Fiore, NP.
6.   C. Cuspo, MSPT.
7.   Steven Scherping, M.D., an orthopedic surgeon.
8.   Scott Edwards, M.D., an orthopedic surgeon.
9.   Adam Coen, M.D., a radiologist.
10.  Martin Khellner, M.D., a radiologist
11.  Jeff Robinson, P.T.
12.  Michael Sirdofsky, M.D., a neurologist.
13.  Eileen Dunn, Psy.D., a psychologist.
14.  Raymond Tu, M.D., a radiologist.
15.  Robert Gordon, M.D., an orthopedic surgeon.
16.  Susan Trachman, M.D., a psychiatrist.
17.  Mahan Chehrenama, D.O., a neurologist.
18.  Plaintiff's Responses to Defendant Kelsey Wilson's Interrogatories.
19.  Plaintiff's Responses to Defendant First Transit, Inc.'s, Interrogatories.
20.  Plaintiff's Preliminary Rule Disclosures.
21.  Plaintiff's Supplemental Rule Disclosures.

Identifying Information

Maria Pryshlak is a 58-year-old, single, Caucasian female. She does not have any children. She lives independently in Washington, DC.

For the past 20 years, Dr. Pryshlak has been employed by Georgetown University. Since 1990, she has been the Director for Eastern European and Eurasian Programs.

Currently, Dr. Pryshlak is working on a full-time, unrestricted schedule.

Dr. Pryshlak's Description of the Subject Incident

According to Dr. Pryshlak, on April 18, 2007, she was seated at her desk in her ground floor office talking to a student, when she heard a large "explosion." She felt the building shake. As she turned to her left to the window behind her, she saw a large white object approaching her. She was struck on her back by falling debris as the office wall collapsed on her, pinning her against her desk.

Re:  Pryshlak, Ph.D., Maria
Page 3


Initially, Dr. Pryshlak thought that what she heard and witnessed was due to a bombing. She was fearful of being crushed by other falling debris. After yelling for her colleagues, she was assisted out of her office. EMT personnel arrived on the scene and transported her for emergency medical care.

Review of Records

Incident of Review

On April 18, 2007, Maria Pryshlak, then a 58-year-old employee of the Georgetown University Center for Intercultural Education and Development, was at work, when she was struck by debris from an office building after a circulator bus impacted the building. (One record noted that she had been hit at low speed by the bus, although that was not the case.) She was transported from the scene via ambulance to The George Washington University Hospital.

Initial Medical Care

In the emergency department, Dr. Pryshlak recalled the events of the incident and denied a loss of consciousness. Her Glasgow Coma Scale was 15. She complained of pain in her right shoulder, left hip, and right lower extremity. Following a physical examination and multiple imaging studies, including a CT scan of her cervical spine, in which there was a central disk protrusion abutting the cord at C3-4, which was hyperdense; seemingly congenitally fused C2 and C3 vertebral bodies; and a heterogeneous thyroid gland, possibly secondary to small cysts; an MRI scan of her cervical spine, which revealed a small central disk protrusion at C3-4, which mildly abutted the cord, and a mild left central disk protrusion and/or vertebral hypertrophy at C6-7, causing mild neural foraminal narrowing; x-rays of her right tibia-fibula and ankle, and right shoulder (all normal), the final diagnoses were Hip and Arm Contusions secondary to being struck by a falling object. Dr. Pryshlak was advised to seek follow-up care with a neurosurgeon and in the trauma clinic.

Meanwhile, Dr. Pryshlak's medical history included high cholesterol, melanoma, and status post lymph node biopsy and resection. She denied a prior psychiatric history. Her psychiatric Review of Systems was negative. She was alert and oriented times three, with a normal affect, insight, and concentration. During her time in the emergency department, however, emotional support was needed and given.

Documented Medical Care Prior to the Date of Loss

The only record submitted for review referencing care rendered to Dr. Pryshlak prior to the subject event was an MRI scan report of her brain, performed on December 2, 2004, for the clinical history of headaches and melanoma. It was normal.

Re:  Pryshlak, Ph.D., Maria
Page 4


Documented Follow-up Medical Care After the Subject Event

Dr. Pryshlak sought care with Dr. Cullen on April 20, 2007, when her chief complaint was "Lipitor check & was at work & a bus came thru the wall." It now was documented that she had been "trapped beneath bus..." The assessment following a physical examination included Trauma of her Neck, Shoulder, Leg, and Back, and "'Whiplash,'" hyperlipidemia, and melanoma. Conservative treatment was recommended, including a trial of Flexeril and the use of moist heat, as well as physical therapy.

According to the Supervisor's Report of Injury or Occupational Illness, completed by Chantal Santelices on April 24, 2007, Dr. Pryshlak was in her office in the Harris Building, when an unmanned DC circulator bus rolled approximately 100 yards, struck the building, and broke through the brick wall, pinning her between the large window frames and her desk, with other debris on her.

Dr. Cullen indicated on April 27, 2007 that Dr. Pryshlak would be off work until further evaluation.

Therapist Cuspo initially evaluated Dr. Pryshlak on April 27, 2007. Treatment modalities were planned for the diagnosis of Neck Pain status post Whiplash. Subsequently, treatment was rendered on eight occasions between May 1 and 15, 2007. Her complaints included sleep disturbance, stiffness; left rib cage, midback, and right scapular pain; and a severe headache (noted on May 14, 2007).

Meanwhile, Dr. Cullen reevaluated Dr. Pryshlak on May 4, 2007, when she was there to "discuss concerns with MD/TAH, CMA Stressed by accident." Her medications included Lipitor and pain killers. She weighed 126 pounds. The impression was Hyperlipidemia and Melanoma. She was referred to Dr. Dunn.

Dr. Scherping initially evaluated Dr. Pryshlak on May 14, 2007. She reported that things had improved over the past several weeks, although posterior neck pain persisted, as did numbness and tingling along the ulnar border of the forearm and ulnar digits of her left hand. Her headaches had "dramatically improved." Her medical history was now noted to include not only melanoma, but also fibroid surgery. Dr. Pryshlak lived independently. She did not smoke cigarettes or drink significant amounts of alcohol.

Following a physical examination and a review of diagnostic studies, the impression included Cervical Strain and probable Brachial Neuropraxia versus Ulnar Nerve Neuritis. Dr. Scherping suggested more organized intensive therapy, as the treatment she currently was receiving was "less than ideal." Meanwhile, she was to continue on Flexeril, use anti-inflammatories and other local modalities, and be evaluated by Dr. Edwards.

Re:  Pryshlak, Ph.D., Maria
Page 5

In that regard, Dr. Edwards examined Dr. Pryshlak on May 23, 2007 as related to the numbness and tingling in her ulnar digits. His assessment was possible Ulnar Neuropathy and possible Double Crush Phenomena. He suggested diagnostic studies.

Also on May 23, 2007, Dr. Cullen saw Dr. Pryshlak in follow-up. She complained of a lump in the center of her chest, which had begun after trauma. She expressed worry about melanoma. The impression included Costochondritis; Insomnia, Questionable Posttraumatic Stress Disorder (PTSD); and Melanoma. Treatment recommendations included a chest x-ray, talk therapy, and a trial of Ambien and possibly an SRI.

Sternum x-rays, exposed on May 23, 2007, revealed no acute bony abnormality.

A chest x-ray, performed as well on May 23, 2007, was normal and unchanged since April 18, 2007.

An initial physical therapy evaluation was done at C.O.R.E. Physical Therapy on May 25, 2007. Her complaints included neck/shoulder and low back pain. Under the header Past History (and Prior Rx), it was documented that she had had carpal tunnel syndrome on the right five to six years ago, which had resolved; and a history of general aches and pains. It appeared that she remained off work. Short and long-term goals were determined after a physical examination. Subsequently, Dr. Pryshlak continued to receive physical therapy modalities through at least July, 2007.

Meanwhile, EMG/NCV studies, performed by Dr. Sirdofsky on May 29, 2007, revealed findings suggestive of a mild left carpal tunnel syndrome, which did not correlate with her symptoms. There was no evidence of ulnar neuropathy or cervical radiculopathy.

In follow-up with Dr. Scherping on June 4, 2007, Dr. Pryshlak reported ongoing neck and left posterior shoulder girdle pain (improved since her last visit). She was advised to continue treating her cervical and lumbar regions as if she had sustained a strain type injury; remain in physical therapy, take Advil and Flexeril as prescribed; and follow up with Dr. Edwards.

On June 6, 2007, Dr. Edwards reevaluated Dr. Pryshlak. He offered her and then administered a local injection of the carpal tunnel to "neutralize from the differential." He did not think it would do much for her, however.

According to Dr. Dunn's June 13, 2007 letter to Bonita Formwald of Gallagher Bassett Services, she had evaluated Dr. Pryshlak initially on May 9, 2007. In that regard, she had survived a "freak and gigantic accident," prompting her to experience "mental, physical, and emotional fallout" that was consistent with PTSD. Dr. Pryshlak had not been able to return to work. Additional treatment was needed to "absorb the tremendous shock she sustained while on the job and working for her employer."

Re:   Pryshlak, Ph.D., Maria
Page 6

As of June 20, 2007, Dr. Pryshlak denied any relief whatsoever from the carpal tunnel injection. Dr. Edwards suggested that she use Lyrica and participate in additional physical therapy. A long arm splint for nighttime use also was ordered.

Then, on July 18, 2007, Dr. Edwards felt that Dr. Pryshlak's symptoms (mild) were consistent with a cubital tunnel syndrome. Surgical intervention was discussed, but she declined. From his perspective, she was released to full duty.

Dr. Pryshlak returned to Dr. Scherping on August 6, 2007. She offered ongoing pain complaints, although she acknowledged that things had been stable with regard to her pain, as well as the numbness and tingling in her left upper extremity. Meanwhile, she described some recent headaches, which had been associated with some photophobia and emesis the week prior. Her chief complaint at this point was buttock pain, which extended from her left thigh and then to the lateral border of her left leg from her knee to her ankle. She walked with a mildly antalgic gait. Following a physical examination, Dr. Scherping recommended an evaluation by a neurologist and a lumbar MRI scan.

An MRI scan of her lumbar spine, done on August 15, 2007, revealed a small far left foraminal disk herniation at L4-5 and a small central disk herniation at L1-2.

On August 28, 2007, Dr. Pryshlak returned to Dr. Scherping. Her pain was ongoing, although better, as were her headaches. Her gait was normal. He felt that her lumbar symptoms would continue to resolve over time. Further, she was released to return to work, with restrictions, beginning next week times two weeks and then to her normal work schedule.

Dr. Gordon evaluated Dr. Pryshlak on September 11, 2007, at which time she indicated that she was "better than she was and finally returned to her regular work activity..." However, she continued to see her family doctor, who prescribed some muscle relaxant medications; and a psychologist due to her bad dreams. Reportedly, she had seen a chiropractic (apparently prior to the date of loss) to address occasional problems with her neck, especially after she worked in the garden. She denied previous problems with her lower back or left hip area.

The impression following a physical examination was History of Soft Tissue Injuries. Dr. Gordon opined that Dr. Pryshlak's prognosis was excellent, adding that her complaints were "significantly out of proportion to what one would expect this long after soft tissue injuries." He felt she had reached maximum medical improvement (MMI), and that she could do any work or recreational activity she was doing before the date of loss.

On perhaps October 4, 2007, Dr. Pryshlak asked Dr. Cullen to refer her to the Johns Hopkins Headache Clinic as her headaches had increased since the subject event.

Re:  Pryshlak, Ph.D., Maria
Page 7

Dr. Pryshlak advised Dr. Scherping on October 15, 2007 that she was experiencing pain around her left hip girdle, although it had improved.  Meanwhile, her headaches persisted (better in the past week).  She was to be evaluated at Hopkins by a neurologist, to whom she was to discuss her symptoms of burning and tingling in her feet in the evenings. In the meantime, she was to remain on Flexeril.

At the request of Dr. Pryshlak's counsel, Dr. Trachman evaluated her on October 15, 2007.  With regard to the subject event, she indicated that when it occurred, she thought a bomb had exploded.  She was worried that "'whatever was on me would crush me.'"  When paramedics arrived, she was able to leave the building on her own two feet with their help.  Subsequently, her symptoms of pain increased, including headaches, and neck and back pain.  She also developed psychiatric symptoms.

Her medical history included melanoma, diagnosed in 1996, with metastases three months later.  She received aggressive chemotherapy and was disease-free at present.  She drank socially.

With regard to Dr. Pryshlak's social/familial history, she indicated that she had immigrated to the United States from Europe with her family when she was one and one-half years old.  Her parents were World War II refugees and had spent time in refugee camps. When Dr. Pryshlak was a child, her mother reportedly had told her stories about escaping from the Nazis and the Soviets.  A great deal of her family had been killed in Siberia. Although Dr. Pryshlak had never gotten married, she had been in a long-term relationship. She had been working full time for two weeks.  (Her prior office was being remodeled.) She remained in therapy with Dr. Dunn twice weekly.

Following a mental status examination and record review, the Axis I diagnosis was Posttraumatic Stress Disorder, with symptoms including sleep disturbance; nightmares, diminished appetite, with a 13-pound weight loss; decreased energy, tearfulness, and impaired short-term memory.  Dr. Trachman added that Dr. Pryshlak had no previous risk factors and no history of prior trauma or abuse.  She opined that her current symptoms were directly related to the subject event.  Her current treatment with Dr. Dunn was deemed to be appropriate.  Concomitantly, however, a trial of antidepressant medication was suggested.

In a To Whom It May Concern report, dated October 23, 2007, Dr. Scherping indicated that he had reviewed medical records provided to him by Dr. Pryshlak's attorney. In that regard, he opined that the subject event was the immediate and proximate cause of her strain-type injury to her cervical and lumbar spine.  He hoped and anticipated that her residual symptoms would continue to improve over time.

Re:   Pryshlak, Ph.D., Maria
Page 8

On October 29, 2007, Dr. Chehrenama evaluated Dr. Pryshlak, whose chief complaint was neck and leg pain, and headaches.  Her other symptoms included sleep disturbance, and problems with her memory and recall.  Ambien caused frequent awakenings.  She had been postmenopausal times one year.  Her medical history also included "remote migraine which occurred rarely."  (Her mother had had occasional headaches.)  Currently, her medications included Lipitor and Flexeril, as well as Imitrex.

Following a physical examination, the impression included Posttraumatic Pain Syndrome, with the Constellation of Headaches of Mixed Type, with Occipital Neuralgia and Migraine, in addition to Cervical and Trapezii Spasms, with Exacerbation of Preexisting Migraines; Posttraumatic Sleep Disorder, and Posttraumatic Lumbar Radiculopathy.  In treatment, occipital nerve blocks and trigger point injections; a trial of Neurontin, and the use of Phenergan suppositories were recommended, while future options were considered.

Dr. Cullen authored a To Whom It May Concern note on November 4, 2007, in which he reviewed Dr. Pryshlak's course of treatment in his office.  He opined that she had a Posttraumatic Headache Syndrome secondary to a Cervical Strain; and Significant Insomnia due to the trauma from her accident.  Her prognosis was guarded.  Treatment suggestions included her ongoing use of muscle relaxants, physical therapy, and her possible use of medication to address her sleep disturbance and/or PTSD.

Dr. Pryshlak returned to Dr. Chehrenama on November 19 and 27, 2007.  On both occasions, injections were administered (with lidocaine and Depo-Medrol).  As of the latter date, she offered no new complaints or symptoms.

The records end here.

Dr. Pryshlak's History of her Subsequent Treatment

By Dr. Pryshlak's account, she was transported by ambulance to the trauma center at The George Washington University Hospital.  After an initial evaluation, including numerous imaging studies, she was advised that she had not sustained any fractures.  She was observed and then discharged to home.

Dr. Pryshlak described having had pain in her chest; both shoulders, right greater than left; left hip contusions and bruising, and multiple abrasions from being struck by the falling debris.  During the night, she experienced severe neck pain and headaches.  She also had difficulty breathing and became very anxious.  She was unable to sleep.  Her anxious reaction persisted as she had been frightened by the incident.

Re:  Pryshlak, Ph.D., Maria
Page 9

Within the next several days, she experienced recurrent nightmares, which were disturbing her sleep, such as climbing up a mountain, being struck by a car, and falling off a cliff, as well as of people "trying to kill me." She often awakened with concern that an intruder was in her home.

Dr. Pryshlak sought a consultation with Dr. Cullen, her primary care physician, who recommended the "Band-Aid" of using Ambien to help her sleep. Concomitantly, he advised her to consider taking an antidepressant and/or beginning talk therapy. She declined medications (other than Ambien), but was referred to Dr. Dunn for therapy.

Dr. Pryshlak's History of her Mental and Behavioral Treatment

According to Dr. Pryshlak, she has met with Dr. Dunn twice per week since May, 2007. During those sessions, she has discussed her dreams, visions, anxiety, and persistent sleep disturbance. Reportedly, Dr. Dunn has not yet referred her for a psychiatric evaluation for medication management.

Dr. Pryshlak's Description of her Recent Symptomatology

Dr. Pryshlak stated that she continues to have pain in her neck, as well as daily headaches. Meanwhile, she acknowledged a prior history of migraine and stress-related headaches, which often appeared following the completion of projects.

During this evaluation, she reported that she has experienced a worsening of her preexistent headaches, which are associated with pain around her eyes, as well as light sensitivity. Her other type of headache, a contracture type headache, in which she has pain radiating from her neck throughout her entire cranium, has occurred since the subject incident.

Further, Dr. Pryshlak described having developed psychological symptoms since the incident, including persistent anxiety and generally feeling overwhelmed with projects that she previously considered to be routine. (Nonetheless, she recovered sufficiently to return to her job in September, 2007).

Dr. Pryshlak added that she has occasional "flashbacks," in which she feels as if something is hitting her back. She denied visual revivifications of the traumatic incident, however.

Prior to falling asleep, Dr. Pryshlak has a "rising anxiety" that keeps her awake. Often, she has racing thoughts, with the perception that "something terrible is about to happen." Her additional symptoms included her reluctance to be in crowds (although she is able to do so); a heightened startle response (less severe at this time); "fear of the

Re:   Pryshlak, Ph.D., Maria
Page 10

unexpected;" sometimes feeling that she is living in a "black tunnel," with the need to "turn up the color and vibrance of my world;" and diminished energy, which tended to "come in spurts."

Other ongoing problems include recurrent dreams and nightmares, in which she is either falling off a hill and/or someone is chasing her in an attempt to kill her. The duration and quality of her sleep are diminished.

<u>Significant Health History</u>

Dr. Pryshlak indicated that prior to the date of loss, she had experienced migraine headaches, which were "stress related."

In 1996, she was diagnosed with a malignant melanoma. She underwent chemotherapy and interferon treatment, as well as surgical excision of lymph nodes in her groin. She has been cancer-free since 1996.

Her hypercholesterolemia is treated with Lipitor.

Dr. Pryshlak denied any other prior history of trauma, such as motor vehicle or motorcycle accidents, assaults, or falls.

Her surgical history was positive for an appendectomy at age six and the removal of fibroids in 1987.

She denied any hospitalizations other than for the conditions/illnesses noted above.

In addition, Dr. Pryshlak denied a history of mental or behavioral disorders or previous mental treatment or counseling before the date of loss.

Her current medications include Neurontin, 1200 mg daily (prescribed by Dr. Chehrenama), as well as Imitrex or Maxalt as needed to address her headache.

Recently, she received a prescription for Robaxin. However, she is not taking that medication at present. Meanwhile, she has been using lidocaine patches on her shoulders and neck.

Although Dr. Pryshlak also has been prescribed Ambien, she is reluctant to use a sleeping medication.

She does not smoke cigarettes or use other tobacco products.

Re:  Pryshlak, Ph.D., Maria
Page 11

Reportedly, Dr. Pryshlak drinks a glass of wine with meals three or four nights per week.  She denied alcohol abuse or dependence.  She also denied a prior history of substance abuse or dependence.

Significant Past History

Maria Pryshlak was born in a displaced persons camp in Munich, Germany on February 18, 1949.  Her parents, who were originally from Poland in the area of the Ukraine, had been displaced subsequent to the war.  At age two, she immigrated with her family to the United States.

Dr. Pryshlak's parents are both deceased.  Her mother died approximately five years ago at age 95.  Her father died of heart disease at age 77 in 1989.

Dr. Pryshlak is the second of two siblings.  In that regard, she has an older brother, age 63, who has diabetes and heart failure.  He lives in New York.  She provides him with ongoing supportive care; i.e., she travels to New York City several times per month to attend to him, as well as to an elderly aunt.

She was raised in New York City, New York, where reportedly she had a good childhood.  She offered no recollection of being emotionally, physically, or sexually abused.

She attended a local parochial school, as well as a private high school.  After graduating in 1966, she attended Hunter College, from which she earned a degree in history.  Subsequently, she received a Ph.D. from Columbia University in history and political philosophy.

After studying abroad for six months and working as a teaching assistant, Dr. Pryshlak came to Washington, DC in the fall of 1985.  She was an editor for a journal entitled "Problems of Communism."  She also taught part time at Georgetown University in the history department.  Since 1986, she has been a full time faculty member at Georgetown.  Currently, she is the Director for Eastern European and Eurasian Programs.

Mental Status Examination

Dr. Pryshlak arrived promptly for this examination.  She was a neatly dressed, Caucasian female, who appeared to be her stated age.  She seemed to be mildly uncomfortable, and moved slowly and cautiously.  After taking a seat in my office, she occasionally got up to stretch or walk about the room.  She was not in acute distress.

Nonetheless, Dr. Pryshlak was able to focus and sustain her attention on the examination.  She maintained good eye contact; and spoke at a normal rate, in a normal tone and volume.  Her speech was clear and articulate.

Re:  Pryshlak, Ph.D., Maria
Page 12

Dr. Pryshlak demonstrated some fixity of expression and slight blunting of her affect. She acknowledged, however, that her mood recently had "improved" and that she was "more chipper with the holidays." However, she described having had periods of intermittent "grayness and sadness."

She denied feelings of guilt or self-reproach.

She also denied suicidal ideation, intention, or plan. She offered no history of self-injurious behavior.

A review of endogenous symptoms revealed that Dr. Pryshlak experienced initial and middle insomnia. In that regard, she became drowsy with the use of Neurontin and/or Ambien, but had difficulty falling and remaining asleep. As she lied in bed, she often had a "rising anxiety" and the "fear of dying." She generally slept for three to four hours per night (prior to the date of loss, she had slept seven or eight hours).

Dr. Pryshlak was capable of performing almost all activities of daily living, including self-care, personal hygiene, maintaining herself in public venues, and working full time. On occasion, however, she reportedly feels "overwhelmed" and becomes more anxious by projects that she had routinely managed in the past.

According to Dr. Pryshlak, she has stopped jogging. (She had been advised not to exercise in light of her neck and shoulder pain.) She enjoyed walking, meanwhile.

During this evaluation, she was somewhat restless and fidgety. She exhibited some pain behaviors, such as posturing and pacing. Nonetheless, she did not exhibit a psychomotor abnormality, i.e., acceleration or retardation of speech, thought, or movement.

She acknowledged feeling tense, having occasional difficulty relaxing, and feeling irritable. She was slightly anxious and complained of feeling nervous. Further, she reported being easily startled, and added that she was worried about her health and about the possibility of her life ending.

Dr. Pryshlak did not display any physiological concomitants of anxiety, such as shortness of breath, diaphoresis, flushing, or tremor. She complained, however, of a headache, as well as the sensation of feeling "seized up" at times.

She noted that while her appetite had decreased following the accident, it recently had recovered. Her prior weight was 126 pounds. Her current weight is 117 pounds. She is 5'3" tall.

Re:   Pryshlak, Ph.D., Maria
Page 13

She described feeling some mild anergia, noting that on "some days" it was "hard to get started."  She felt that her "energy comes in spurts."

Although she was notably preoccupied with her physical complaints, she was not hypochondriacal.

Upon cognitive examination, Dr. Pryshlak was alert and attentive, and able to focus her attention and sustain her concentration.  Her stream of thought was linear, goal-directed, and logical, without evidence of thought intrusion, deletion, or interruption.  The persistence, pace, and continuity of her thoughts were within normal limits.

She was articulate and presented her history in a comprehensive, chronological manner.  She indicated, nonetheless, that in recent months, she had had less ability to stay on task, as well as a diminished ability to handle multiple tasks.  She also reported some short-term memory problems.  On examination, her recent and remote recall as well as her declarative memory were within normal limits.

She did not demonstrate a thought disorder, i.e., loosening of associations, flight of ideas, or racing thoughts.

She was not suspicious, paranoid, or delusional.  No hallucinations were reported or noted.

The Hamilton Psychiatric Rating Scale for Depression was mildly elevated.  The Rating Scale for Anxiety was mildly elevated.

The Brief Psychiatric Rating Scale (BPRS), which is a general measure of psychopathology, was mildly elevated.

Diagnostic Impression

| | | |
|---|---|---|
| Axis I | 1. | Posttraumatic Stress Disorder (PTSD), with Mild Residual Symptoms. |
| | 2. | Pain Disorder associated with Both Physical and Psychological Factors. |
| Axis II | 1. | None. |
| Axis III | 1. | History of Cervical, Thoracic, and Lumbar Sprains, with Residual Pain. |
| | 2. | History of Metastatic Melanoma, in Remission times 11 Years. |
| | 3. | History of Migraine Headaches. |
| | 4. | History of Chronic Tension Headaches. |

Re:  Pryshlak, Ph.D., Maria
Page 14

        Axis IV     1.     Psychosocial and Environmental Problems

                                 A.     Primary Support System - Dr. Pryshlak has an attenuated social support system.  She provides care to her older brother and an elderly aunt, both of whom reside in New York City.  In the initial months after the subject event, she was less able to make frequent trips to New York to look in on them.

Impression

     1.     On April 18, 2007, Maria Pryshlak, then a 58-year-old employee of the Georgetown University Center for Intercultural Education and Development, was seated at her desk at work, when a circulator bus struck the building.  Upon impact, she thought "a bomb had exploded."  Subsequently, she was struck by falling debris and fell forward against her desk.  Reportedly, she did not strike her head or sustain a loss of consciousness.  With the assistance of her coworkers, she was able to extricate herself from her office.

     Dr. Pryshlak received emergent care in The George Washington University Department, where her Glasgow Coma Scale, which is a measure of her level of alertness, was normal.  She complained of pain in her right shoulder, left hip, and right lower extremity.  Following extensive imaging studies, she was advised that she had not sustained any acute fractures.  She was released to her home.

     Over the next several nights, Dr. Pryshlak experienced not only neck and shoulder pain, but also heightened anxiety, sleep disturbance, and nightmares, in which she was struck and falling off a mountain, or imagining an intruder in her apartment trying to kill her.  Her sleep was frequently interrupted.

     Dr. Pryshlak also reported having hypervigilance, an exaggerated startle response, and cognitive difficulties, including problems maintaining her level of alertness and sustaining her attention on mental tasks.  Further, she felt overwhelmed by complex work assignments upon her return to work.  She described developing as well a "fear of the unexpected" and "a fear of dying."

     Within a reasonable degree of medical probability, Dr. Pryshlak experienced an Acute Stress Disorder consequent to the subject event of April 18, 2007.  It is also likely that she had persistent symptoms and has now developed some residual, albeit mild, signs of Posttraumatic Stress Disorder (PTSD).

Re:   Pryshlak, Ph.D., Maria
Page 15


2.     Dr. Pryshlak denied a prior history of behavioral disorders and/or treatment.
Based upon this clinical examination, I found no evidence of a concomitant or preexisting
mental disorder.

3.     Dr. Pryshlak offered multiple pain complaints, including chronic headaches,
which have been extensively evaluated.  Meanwhile, she acknowledges a preexistent history
of migrainous headaches, manifest primarily after the completion of stressful projects.
She describes not only a slight worsening of these headaches more recently, but also residual
holocephalic headaches; as well as neck, shoulder, and lumbar pain, with radiation into her
buttocks.

Within a reasonable degree of medical probability, Dr. Pryshlak's persistent anxiety is
contributing to her physical complaints, particularly her neck pain and headaches.  It is likely
that better control of her anxiety will lessen her pain complaints and reduce the frequency
and severity of her headaches.

4.     Over the past seven months, Dr. Pryshlak has received twice-weekly
psychotherapy with Dr. Dunn.  Her condition appears to have plateaued.  No
contemporaneous records or treatment plan were submitted for review.  However, based on
this examination and a review of the available medical records, Dr. Pryshlak would, in all
medical likelihood, benefit from treatment with an anxiolytic medication to address her
residual symptoms.  It is unlikely that continued counseling will result in additional
symptomatic improvement.

However, Dr. Pryshlak has been cautiously resistant to the use of medication.
Nonetheless, I recommend that she be referred to a psychiatrist for pharmacotherapy with an
agent such as Cymbalta and/or sertraline, as well as a hypnotic to facilitate sleep.
Additionally, Minipress (prazosin), 4 mg at bedtime, has been shown to be an effective
treatment for nightmares subsequent to traumatic events.  A nine-month course of
pharmacotherapy under psychiatric supervision is recommended, perhaps twice per month or
once every month for approximately nine to 12 months.

5.     Meanwhile, Dr. Pryshlak has recovered sufficiently to return to work, albeit
with some reported diminished ability to handle complex work-like functions or multitasking.
Treatment of her residual anxiety with pharmacotherapy, as noted above, will likely improve

Re:  Pryshlak, Ph.D., Maria
Page 16

her ability to handle those types of situations.  Moreover, she has no evidence of a preexisting mental or behavioral disorder or diathesis that would render her more vulnerable to develop permanent sequelae of PTSD.  It is medically likely that following pharmacotherapy, she will recover without residual mental impairment.

Very truly yours,

Brian Schulman, M.D., C.I.M.E.

BS:mdi:vc514575/514672

# Curriculum Vitae

## Brian Schulman, M.D., C.I.M.E.
4400 East-West Highway, Suite G
Bethesda, Maryland 20814
Telephone: (301) 654-4221
Fax: (301) 986-8723
e-mail Brian @ occupationalpsychiatry.com

## Education

- The George Washington University School of Medicine, 1967-1971, M.D.
- The George Washington University, 1964-1968, B.A., with academic distinction.
- The Horace Mann School, 1960-1964, Diploma.

## Professional Training

- Internship in Medicine, Metropolitan Hospital, New York Medical College, 1971-1972.
- Residency in Psychiatry, The Payne Whitney Clinic, The New York Hospital- Cornell Medical Center, 1972-1975.

## Board Certification

- National Board of Medical Examiners, July, 1972
- Diplomate, The American Board of Psychiatry and Neurology, in Psychiatry, April, 1977
- Certification by the American Board of Independent Medical Examiners, November, 1995
- Recertification: American Board of Independent Medical Examiners, April, 2000, and October, 2005

## Professional Activities

### Occupational Psychiatry, 1977-present

- Consultation in Occupational Psychiatry: including Fitness-for-Duty Evaluations, the assessment of mental impairment as it affects workplace performance, the assessment of threat and the potential for workplace

**EXHIBIT**

B

violence, the assessment of the capacity for safety sensitive work, application of DOT standards, determination of response to treatment, supervision and medical management of work-related injuries.

- Independent Psychiatric Examinations: (ABIME certification through November, 2010): Performance of independent psychiatric examinations, including the determination of psychiatric impairments; medical record reviews, multi-axial diagnostic formulation, determination of mental and behavioral impairment, attribution of causation, case discussion; recommendations on treatment, rehabilitation potential, and workplace accommodations.

- Assessment and management of short and long-term disability in compliance with the American Medical Association <u>Guides to the Evaluation of Permanent Impairment,</u> 4th and 5th Editions and The Maryland Five Factors; application of the Americans With Disabilities Act (ADA), recommendations for treatment, rehabilitation, vocational restoration, and workplace accommodation.

- Member, Institute of Medicine's (IOM) "Committee on Improving the Disability Decision Process: SSA's Listing of Impairments and Agency Access to Medical Expertise." Appointment from January 7, 2005 to March 31, 2006.

## Private Practice of Adult and Adolescent Psychiatry (1976–present)

- Private Practice of Adult and Adolescent Psychiatry, including psychotherapy and psychopharmacology with special emphasis on social and occupational psychiatry, stress-related disorders, relationship problems, special interest in the treatment of young adults with educational and occupational problems, diagnosis and treatment of persons who have experienced emotional trauma, i.e., Acute and Posttraumatic Stress Disorders, Anxiety Disorders, Obsessive Compulsive Disorder, and Body Dysmorphic Disorder, as well as Pain and Somatoform Disorders.

- Consultant, CSAAC, Montgomery County Autistic Society, 1981 -present.

2

Prior Activities/Positions:

- Medical Consultant, Institute for Human Resources, Rockville, Maryland, 1987-1994: a national employee assistance program provider: utilization review, quality assurance, and the supervision and development of clinical services.
- Psychiatric Medical Consultant, Bell Atlantic Network Services, supervision and case management of short-term disability, 1994-1995.
- Assistant Clinical Professor, Department of Psychiatry, Georgetown University School of Medicine, Washington, DC, 1975-1992.
- Clinical Consultant, The National Naval Medical Center, Bethesda, Maryland, 1977-1983.
- Teaching Assistant, Department of Psychiatry. USUHS, Bethesda, Maryland, 1976-77.
- Consultant, Jewish Social Services, Rockville, Maryland, 1977-1979.

## Editorial Activities

- Editorial Board: "The Journal of Occupational Rehabilitation," 1997-present.
- Reviewer: American Medical Association  Guides to the Evaluation of Permanent Impairment, 5th edition, 2000.
- Reviewer: The Medical Disability Advisor, Fourth Edition, 2003.

## Special Training

- Ward Chief, The New York Hospital-Cornell Medical Center, The Payne Whitney Clinic, 1974-1975.
- Training in brief therapy concepts with Harvey Barten, M.D., The Guidance Center, New Rochelle, New York, 1973-1974.
- Liaison Psychiatrist, Medical Services, The New York Hospital-Cornell Medical Center, 1974-1975.
- The Borderline Adolescent Treatment Program, The New York Hospital-Cornell Medical Center, The Payne Whitney Clinic, under the supervision of James Masterson, M.D.  1973-1975.
- Human Sexual Dysfunction Clinic, The New York Hospital-Cornell Medical Center, supervised by  Helen Kaplan, M.D., 1974-1975.

**Military Experience**

- LCDR, MC, United States Navy, The National Naval Medical Center, Bethesda, Maryland, 1975-1977.
- LCDR, MC, United States Naval Reserves, inactive status, 1977-1986.

**Awards**

- American Psychiatric Association, New York County, First Place Award for outstanding clinical research by a resident in psychiatry, 1975.

**Research**

- Ciba-Geigy, Clinical Investigator: oxyprotyline (an antidepressant) in a controlled double blind study of 40 patients, 1982-1983.

**Professional Memberships**

- American College of Occupational and Environmental Medicine.
- Academy of Organizational and Occupational Psychiatry.
- Medical and Chirugical Faculty, State of Maryland.
- Montgomery County Medical Society.
- American Board of Independent Medical Examiners

**Licensure**

- District of Columbia
- Maryland
- Virginia
- Pennsylvania (inactive)
- New York (inactive)
- Massachusetts (inactive)

**Personal Data**

- *Date of birth: August 15, 1946*
- *Marital Status: Married, with three children*
- *Home Address: 7020 Endicott Court*
  *Bethesda, Maryland 20817*

4

## Publications

- "Internal-External Cardiac Defibrillation," Journal of Thoracic and Cardiovascular Surgery, July, 1971.
- "The Art of Medicine," Pharos, April, 1974. Reprinted in the New York State Journal of Medicine, November, 1974.
- "Group Process: An Adjunct to Liaison Consultative Psychiatry," The International Journal of Psychiatry in Medicine, Volume 6, Number 4, 1975.
- "Early Intervention in the Treatment of Chronic Pain," Journal of Occupational Health and Safety, Vol. 50, No. 3, March, 1981 .
- "Chronic Pain, Pathogenesis and Treatment," Smoller, B., and Schulman, B., Aches and Pains, Vol. 2, No. 2, March, 1982, McGraw-Hill Publishers.
- <u>Pain Control: The Bethesda Program</u>, Bruce Smoller, M.D., and Brian Schulman, M.D., Doubleday, Garden City, New York, July, 1982.
- "How to Relax and Why," The Health Quarterly, December, 1982.
- <u>Neck Pain, Biopsychosocial Perspectives</u>, Henry Feffer, M.D., Editor, The Mitchie Company, Charlottesville, Virginia, September, 1986.
- "Lingual Techniques Avoid Mislabeling Stressful Workplace Environments," Occupational Health and Safety, Volume 3, Number 12, December, 1987.
- "Who Managed Dr. Dave?," Journal of the Montgomery County Medical Society, September, 1993.
- "Worklessness and Disability: an expansion of the biopsychosocial perspective," Journal of Occupational Rehabilitation, Volume 4, Number 2, pp. 113-122, 1994.
- "The Assessment of Stress," in <u>The Evaluation of Medical Impairment</u>, George Smith, Editor, Mosby Publishers, 1996.
- "The Assessment of Stress," in <u>The Evaluation of Medical Impairment</u>, 2nd Edition, Steven L. Demeter and Gunnar B.J. Andersson, Editors, Mosby Publishers, 2002.

## Presentations in Psychiatry and Occupational Psychiatry

- "The Art and Science of Stress Management," Xerox Corporation, Headquarters, Roslyn, Virginia: June, 1979.
- "Reducing the Risks," Executive Program, Washington, DC, June, 1980.
- <u>Pain Control, The Bethesda Program</u>, Baltimore, Maryland, September, 1982; Detroit, Michigan, September, 1982; Bethesda, Maryland, September, 1982; and Miami, Florida, November, 1982.
- "Chronic Intractable Pain and the Resistance to Self Help" The Academy of Psychosomatic Medicine, Annual Meeting, Bal Harbor, Florida, October, 1980.
- "Psychopharmacology Update: New Advances in Psychotropics," Grand Rounds, Holy Cross Hospital, March, 1981.

- "Emergency Psychiatry," Holy Cross Hospital: Medical Subspecialty Rounds, August, 1982, and August, 1985.
- "Treatment of Chronic Pain States," Psychiatric Institute of Washington DC, Grand Rounds, September, 1983
- "The Prevention of Serious Disability: Post Hoc Ergo Propter Hoc," Bethesda, Maryland, 1984.
- "Management of the Stressed Employee: Occupational Injury: A Psychological Perspective," District L Bus Supervisors, WMATA. Washington, DC, June, 1985.
- "Stress and Occupational Burnout: Cause, Effect, and Prevention," Executive Bus Supervisors, WMATA, Washington, DC, September, 1985.
- "Occupational Stress in the Workplace," UAC Seminar, Bethesda, Maryland, 1986.
- "Psychogenic Pain Disorder and Chronic Pain States," testified as an expert witness representing The American Psychiatric Association, Special Congressional Subcommittee, The Commission on Pain, National Science Foundation.
- Maryland Taskforce for the Injured Worker, Presenter, Annual Meeting, Catonsville, Maryland, 1989-1992.
- "Psychiatric Implications of the Menopause," Presenter, The First Annual Women's Symposium, Holy Cross Hospital, Silver Spring, Maryland, 1990.
- "Psychiatric Sequelae of Physical Injury: Strategies for Intervention," National Association for Occupational Rehabilitation Professionals (NARPPS), Annual Meeting, Washington, DC, 1991.
- "Worklessness and the Psychological State of the Injured Worker: Strategies for Intervention," Keynote Address, Texas State Association of Rehabilitation Professionals (TARPPS), October 1991.
- "Worklessness and Disability," Keynote Address, Conference on the Management of Long Term Disability, Duncanson and Holt, Portland, Maine, 1991.
- "Hurt on the Field: A Crisis of Confidence," National Football League Players' Association, Workers' Compensation Panel Meeting, Hilton Head, South Carolina, May 1991.
- "The Impact of Worklessness," Rainbow Rehabilitation Centers Rainbow Conference, Ypsilanti, Michigan; March 1992.
- "PTSD: Differential Diagnosis," Worldwide Medical Auditing Conference, Baltimore, Maryland, August 1992.
- "Post Career Syndrome - An Athlete's Adjustment to Life After Football," Sports Lawyers' Association, Tulane Law School, Continuing Education Conference, San Francisco, California, May 1992.
- "Addressing Worklessness in Vocational Rehabilitation," Maryland Rehabilitation Conference, Division of Rehabilitation Services and Maryland Rehabilitation Association, Annapolis, Maryland, October, 1992.

- Occupational and Job Stress, Washington Claims Association, September, 1997.
- Boundaries and Borders: Relational Theory in Occupational Psychiatry, Academy of Organizational and Occupational Psychiatrists, Seattle, Washington; January 1998.
- The Assessment and Management of Violence in the Workplace. Supervisory Staff, the Washington Metropolitan Area Transit Authority, 1999.
- The Psychiatric Examination in Occupational Medicine: American College of Occupational Medicine, Washington, DC, 1999.
- Posttraumatic Stress Disorder: Assessment and Management. First Rehabilitation Annual Conference, Baltimore, Maryland, 1999.
- **The Psychiatric Examination in Workers' Compensation. CARPPS, Laurel, Maryland, 1999.**
- **Workshop Director and Principle Instructor: The Identification and Management of Sexual Harassment in the Workplace. American College of Occupational and Environmental Medicine, State of the Art Conference: San Antonio, Texas, April 2000.**
- General Overview: The Evaluation of Psychiatric Disability Evaluation: Academy of Organizational and Occupational Psychiatrists, Washington, DC; January 2001.
- Posttraumatic Stress Disorder: Crawford Health Care and Rehabilitation; Chantilly, Virginia. November 2001.
- Introduction to and Overview of the Psychiatric Disability Evaluation: Academy of Organizational and Occupational Psychiatrists, San Diego, California, January 2002.
- The New Stress for the New Millennium: Virginia Association of Rehabilitation Professionals: Reston, Virginia, April 2002.
- Posttraumatic Stress Disorder: Assessment and Management: Montgomery County Government, Division of Risk Management, Rockville, MD, May 2002.
- **Managing Stress in the New Millennium, Medical Education Program (Health and Wellness Series) for Fairfax County Employees, June 2002.**
- **Coping With the New Stress, Continuing Education, Fairfax County Public Schools, August 27, 2002.**
- Consequences of Terrorism: Medical Aspects. The Maryland Worker's Compensation Annual Educational Seminar; Ocean City, Maryland, September 2002.
- Terrorism and Mental Health: Prevention and Response. Section Director and Speaker. The American College of Occupational and Environmental Medicine. Annual Meeting. Washington, DC, May 2005.
- "Why They Do Not Get Well?" Symposium. The Maryland Workers' Compensation Annual Educational Seminar. Ocean City, Maryland, September 2006.

7

- "Posttraumatic Stress Disorder and Worklessness," The Washington Claims Association, College Park, Maryland, January, 2007.
- "Posttraumatic Stress Disorder and Worklessness," The Baltimore Claims Association, Baltimore, Maryland, February, 2007.
- "Critical Criteria in the Assessment of Posttraumatic Stress Disorder," DRI, Annual Meeting, Washington, DC, October 2007.
- "The Role of the Psychiatric Examination In the Management of Disability," Marriott International Risk Management Conference, Bethesda, Maryland, October 2007.

## Consultation in Occupational and Organizational Psychiatry

- Medical Department: American Airlines
- Medical Department: Amtrak
- Medical Department: Bell Atlantic Network Services, Inc
- Medical Department: Federal Aviation Authority
- Medical Department: Federal Reserve
- Medical Department: Potomac Electric Power Company
- Medical Department: The Smithsonian Institute
- Medical Department: United States Postal Service
- Medical Department: United States Postal Inspection Service
- Medical Department: Verizon
- Medical Department: Washington Suburban Sanitary Commission
- Medical Department: Washington Metropolitan Area Transit Authority
- Medical Department: Washington Gas
- Medical Department: The World Bank
- Occupational Health: The Washington Hospital Center
- Occupational Health: Georgetown University Hospital
- Occupational Health: Howard University Hospital
- Occupational Health: National Institutes of Health
- Occupational Health: Providence Hospital
- Myerson Occupational Health
- Washington Occupational Health Group


- Long Term Disability: AT&T, Atlanta, Georgia, and Livingston, New Jersey
- Long Term Disability: ReliaStar, Minneapolis, Minnesota.
- Long Term Disability: Unum, Portland, Maine

8

- Human Resources: American Woodmark Companies
- Human Resources: Colgan Airlines
- Human Resources: Delta Airlines
- Human Resources: ExxonMobil
- Human Resources: Fairfax Hospital Center
- Human Resources: Giant Food
- Human Resources: Iridium Corporation
- Human Resources: The International Monetary Fund
- Human Resources: Mirant Corporation.
- Human Resources: Marriott Corporation
- Human Resources: Nordstrom
- Human Resources: The Rosenthal Automotive Group
- Human Resources: Roll Call
- Human Resources: Ryder Trucks
- Human Resources: Safeway Stores
- Human Resources: Towson State University
- Human Resources: WJLA TV, Washington, DC
- Human Resources: The World Bank

## Consultation to Agencies of the Federal Government

- Human Resources: Naval Surface Weapons
- Human Resources: The United States Federal Reserve
- Internal Revenue Service (IRS)
- Division of Disability, Government of the District of Columbia
- United States Department of Labor, Office of Disability Determination
- United States Department of Commerce
- United States Department of Justice
- United States Department of the Treasury

## Consultation to State and County Governments

- City of Alexandria
- Baltimore City
- Board of Education: Baltimore County
- District of Columbia Government
- Frederick County, Department of Education
- Montgomery County Educational Association
- Montgomery County, Maryland: Education, Police, Fire, and Public Works

- Prince George's County:  Fire, Police, and Board of Education
- Prince George's County: Division of Disability Retirement
- Fairfax County: Police, Fire, and Board of Education
- Arlington County: Police, Fire, and EMTs
- Maryland Association of Boards of Education
- Virginia Department of Transportation

# Brian Schulman, M.D., C.I.M.E.
4400 East West Highway, Suite G
Bethesda, MD 20814

Tel: 301 654-4221
Fax: 301 986-8723

Tax ID 52 1131350

## PROFESSIONAL FEE SCHEDULE
January 2008

PROFESSIONAL SERVICES:

| | |
|---|---|
| RECORD REVIEW, PREPARATION OF REPORTS/HR | $420.00 |
| CLINICAL CONSULTATION/HR | $420.00 |
| EXPERT TESTIMONY/HR | $575.00 |

DEPOSITION MINIMUM 2 HRS plus travel
TRIAL TESTIMONY MINIMUM 4.5 HRS

CANCELLATION AND MISSED APPOINTMENT FEE IS $475.00
CANCELLATIONS MUST BE MADE SEVEN FULL BUSINESS DAYS PRIOR TO
THE APPOINTMENT TO AVOID CHARGES.

FORENSIC TESTIMONY ARE BILLABLE IN THEIR ENTIRITY 10 BUSINESS
DAYS PRIOR TO THE SCHEDULED TESTIMONY.

A RETAINER FOR ESTIMATED CHARGES IS PAYABLE IN ADVANCE OF
RENDERED SERVICES UPON REQUEST.

**EXHIBIT**

C

### Brian Schulman, M.D., C.I.M.E.
### Expert Testimony 2004

**Tasmeen Murhutta v. Planning System, Inc., et. al.** Deposition: Fairfax County Circuit Court. (Alleged pyrethrin exposure and neurotoxicity).

**Lea A. Gregg v. United States Marine Corp.** Deposition: United States Department of Labor; Office of Administrative Law Judge. (Chronic pain and extent of mental impairment).

**Robert and Margaret Sansbury v. Board of Education of Prince George's County.** Circuit Court of Prince George's County, Maryland. (Expert testimony, diagnosis of mental and behavioral disorders and allegations of inappropriate sexual conduct.

**Bobby J. Griswell v. Transervice Lease Co. and Hartford Casualty Insurance Company.** Video De Bene Esse Deposition: Diagnosis and causation of mental injury secondary to chronic back pain. Appeal of Workers' Compensation Commission award in the Circuit Court for Harford County.

**Toni Heckler v. Holy Cross Hospital.** Video De Bene Esse Deposition: Diagnosis and causation of mental injury secondary to cervical neck pain. Appeal of Workers' Compensation Commission award in the Circuit Court of Montgomery County, Maryland.

**Evelyn Taylor v. Sidley, Austin, Brown and Wood.** Deposition: Government of the District of Columbia Department of Employment Services, Office of Hearing and Adjudication.

**Linda Palmerton v. Parson's Corporation.** Deposition: District of Columbia Department of Employment Services, Office of Hearing and Adjudication. (Nature and extent of mental impairment).

EXHIBIT

tabbies®

D

Brian Schulman, M.D., C.I.M.E.
Expert testimony 2004 (continued)


**Linda Palmerton v. Parson's Corporation**: Deposition, District of Columbia
Department of Employment Services, Office of Hearings and Adjudications: nature and
extent of mental impairment.

## Expert Testimony 2005

**Artis- Simpson, Shelia v. Bennett Truck, Inc**. Deposition: The Circuit Court for the
Eastern District of Virginia: nature and severity of mental impairment following trauma.

**Mary Linklater v. Prince of Peace Lutheran Church**. Deposition: Circuit Court for
Montgomery County, Maryland: nature and extent of mental impairment in case
involving complaint of sexual harassment and discrimination.

**Mary Linklater v. Prince of Peace Lutheran Church**. Expert testimony: Circuit Court
for Montgomery County, Maryland: nature and extent of mental impairment in case
involving complaint of sexual harassment and discrimination.

**Joy A. Carrick, et al., v. Emergency Medicine Associates, P.A.**: Circuit Court for
Carroll County, Maryland: mental injury involving complaint of medical malpractice.

**Dawn Miller v. Prince, et al**. Deposition: Circuit Court for Montgomery County,
Maryland.
(complaint of sexual harassment)

**Melanie Dougherty v. Cisco Systems, Inc., et al.**: Deposition: United States District Court.
Eastern District of Virginia. (allegation of job retaliation and sexual harassment;
determination of mental injury, nature and extent of mental impairment.)

**Vanille Brunson v. Mayor and City Council of Baltimore**. De Bene Esse Deposition:
City Court of Baltimore City Circuit. (diagnosis of mental disorder and determination of
causation.)

**Benjamin Ramey v. PEPCO** : Deposition, District of Columbia, Department of
Employment Services. Office of Hearing and Adjudications. (nature and extent of mental
Joinjury consequent to enforcement of company substance abuse policy.

**Wanda Patterson v. Kaiser Permanente Health Plan**: Deposition: District of
Columbia Department of Health Services, Office of Workers' Compensation. (causation
and extent of mental injury consequent to work-related incident).

Brian Schulman, M.D., C.I.M.E.

## Expert Testimony 2006

**Joy A. Carrick and George A. Carrick v. Emergency Medical Associates, P.A., et al.**
De Bene Esse Deposition: In The Circuit Court For Maryland For Carroll County.
Medical malpractice. Nature and extent of mental injuries.

**Charles Henry v. Verizon Maryland, Inc., et al.** De Bene Esse Deposition: In the
Circuit Court For Prince George's County Maryland. Workplace injury: nature and extent
of mental injuries.

**Martin Gallo v. Department of the Army.** United States Department of Labor, Office
of Administrative Law Judges. OCWP No. 5-75443. Disability determination: nature and
extent of mental impairment consequent to physical injury.

**Rodney Carson v. PEPCO.** District of Columbia, Department of Employment Services,
Office of Hearings and Adjudications. Deposition. Disability determination: nature and
extent of mental impairment secondary to allegations of harassment and retaliation.

**David Lowey v. Giant Food, Inc.,** Circuit Court Prince George's County. Deposition:
Disability determination: cause and severity of mental impairment consequent to physical
injury and the development of inflammatory bowel disease.

**Angela Winn v. Apple Federal Credit Union,** Virginia Workers' Compensation
Commission. Deposition: Determination of residual mental and behavioral impairment
consequent to involvement in bank robbery.

**Rosa Brisco v. The George Washington University Hospital:** Expert testimony. Office
Workers' Compensation, District of Columbia. Determination of the impact of a hostile
workplace on the developmental of musculoskeletal and mental disorders.

**Patricia Barde v. Laboratory Corp. of America,** In the Circuit Court for Caroline
County. DE BENE ESSE DEPOSITION. Determination of nature and extent of mental
disorder as related to cervical spine condition.

**Lori Moser v. Rural Metro Ambulance and Reliance National Indemnity,** Before the
Maryland Workers' Compensation Commission. DE BENE ESSE DEPOSITION.
Determination of the nature and extent of mental depression and opioid dependence as
related to cervical spine condition.

Brian Schulman, M.D., C.I.M.E.

## Expert Testimony 2006 (cont.)

**Marissa Carter v. Washington Metropolitan Area Transit Authority**, Department of Employment Services Labor Standards Hearings and Adjudication Secction. DE BENE ESSE DEPOSITION. Determination of nature and extent of mental disorder as related to inappropriate touching.

## Expert Testimony 2007

**Anthony McCall v. Team Washington Dominos.** In the Circuit Court For Prince George's County, Maryland. DE BENE ESSE Deposition. Determination of cause and severity of mental and behavioral impairment as related to assault.

**Tina James v. Nationwide Mutual Insurance Et Al.** In the Circuit Court for Montgomery County, Maryland. Expert testimony: Determination of the cause and worsening of mental disorder subsequent to allegations of fraud.

**Danillo T. Cabahug v. Leaseway Motorcar Transport Company.** In the Circuit Court for Cecil County, Maryland. Expert Testimony: Determination of reasonable and medically necessary treatment.