IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA O. PRYSHLAK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:07-cv-01204 |
| FIRST TRANSIT, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please **strike** the appearance of Kiran Sharma, and **retain** the appearance of Tamara B. Goorevitz and Franklin & Prokopik, P.C., Two North Charles Street, Suite 600, Baltimore, Maryland 21201, as counsel for Defendants, First Transit, Inc. and Kelsey Wilson.

/s/ *Kiran Sharma*
Kiran Sharma #495077
ksharma@fandpnet.com


/s/ *Tamara B. Goorevitz*
Tamara B. Goorevitz #25700
tgoorevitz@fandpnet.com
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700 (phone)
(410) 752-6868 (fax)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of February, 2008, a copy of the foregoing Notice of Withdrawal of Counsel was mailed, first class, postage pre-paid to:

Peter C. Grenier, Esq.
Michael K. Hibey, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor, Connecticut Building
Washington, DC  20036
*Attorneys for Plaintiff*

        /s/  *Kiran Sharma*
Kiran Sharma