IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA O. PRYSHLAK          *

    Plaintiff          *

v.          *          Civil Action No.: 1:07-cv-01204

FIRST TRANSIT, INC., et al.          *

    Defendants          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Please **enter** the appearance of Ralph L. Arnsdorf, and **retain** the appearance of Tamara B. Goorevitz and Franklin & Prokopik, P.C., Two North Charles Street, Suite 600, Baltimore, Maryland 21201, as counsel for Defendants, First Transit, Inc. and Kelsey Wilson.

        /s/  *Ralph L. Arnsdorf*
Ralph L. Arnsdorf  #392710
rarnsdorf@fandpnet.com


        /s/  *Tamara B. Goorevitz*
Tamara B. Goorevitz #25700
tgoorevitz@fandpnet.com
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland  21201
(410) 752-8700 (phone)
(410) 752-6868 (fax)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  8th  day of February, 2008, a copy of the foregoing Notice of Entry of Appearance of Counsel was mailed, first class, postage pre-paid to:

Peter C. Grenier, Esq.
Michael K. Hibey, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor, Connecticut Building
Washington, DC  20036
*Attorneys for Plaintiff*

  /s/  *Ralph L. Arnsdorf*
Ralph L. Arnsdorf