IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA O. PRYSHLAK | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:07-cv-01204 |
| FIRST TRANSIT, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned case have reached a settlement and all claims are hereby dismissed with prejudice. Please mark the case SETTLED, SATISFIED and CLOSED.

_____
Peter C. Grenier, Esquire
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
(202) 862-4311
pgrenier@bode.com
*Attorneys for Plaintiff*

_____
Tamara B. Goorevitz #25700
tgoorevitz@fandpnet.com
Ralph L. Arnsdorf #392710
rarnsdorf@fandpnet.com
FRANKLIN & PROKOPIK
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
*Attorneys for Defendant*